Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:   lshulman@shulmanbastian.com
         jbastian@shulmanbastian.com
         afriedman@shulmanbastian.com
         mcasal@shulmanbastian.com

Proposed Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>    Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11 (Sub V)<br><br>**DEBTOR'S STATUS REPORT AND STATEMENT OF INTENTIONS**<br><br>[No Hearing Set] |

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "Debtor"), submits this Status Report and Statement of Intentions to outline a clear and efficient path forward for the benefit of all creditors:

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

### A. Relevant Background and Events Leading to Bankruptcy

On September 16, 2025, the Debtor filed its voluntary petition for relief under Chapter 11, Subchapter V of Title 11 of the United States Code, commencing the above-captioned bankruptcy case (the "Case"). The Case was filed for one reason, to halt a chaotic creditor race and ensure a fair outcome for everyone. In the weeks before this filing, three sophisticated speculators (the "Prejudgment Lienholders") won a race to the courthouse, securing prejudgment attachment liens on the Debtor's assets. This Case stops that race. It creates the breathing room needed for orderly liquidation of property for the benefit of every creditor—not just the few who raced to the head of the line.

This report outlines the Debtor's plan. Under new, independent leadership of a Chief Restructuring Officer, the Debtor will marshal and liquidate its assets, challenge the validity of the liens and the underlying claims asserted by the Prejudgment Lienholders and other creditors where appropriate, and ultimately propose a Subchapter V plan that provides for a fair and equitable distribution to all of the Debtor's true creditors.

The Debtor is a holding company. Its main assets are a forty percent (40%) stake in Lugano Diamonds & Jewelry Inc. ("Lugano"), a portfolio of investment accounts, and a valuable home in Aspen, Colorado (the "Real Property").

Mordechai H. Ferder, the Debtor's manager who has ceded all control to the Chief Restructuring Officer, is the founder of Lugano and served as its Chief Executive Officer until May 2025. Mr. Ferder founded Lugano, a luxury bespoke jewelry business, in the U.S. in 2005, starting with a single Newport Beach salon. From there, Lugano grew into a respected brand with four retail salons: the Grand Salon in Newport Beach, and luxury salons in Aspen, Palm Beach, and Ocala, FL. By 2021, Lugano was generating more than $30 million in annual operating income. In September 2021, he sold sixty percent (60%) of his interest in Lugano to Compass Diversified Holdings (publicly traded: CODI) for $198 million, which assumed a total Lugano enterprise value of $256 million. The goal was for Compass and Mr. Ferder to harness Lugano's steady and growing revenues, invest in the Lugano brand, and position the company for a $1 billion-plus sale to a luxury conglomerate or a larger financial partner. The partnership with Compass appears to have initially

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

been successful. Post-acquisition, Lugano expanded its footprint and brand by opening new salons in Chicago, Greenwich Village, Houston, Washington D.C., and London. This expansion drove Lugano's EBITDA to record highs.

To enhance the brand's value, Mr. Ferder believed adding new Lugano salons was an imperative. Yet opening each new salon required a tremendous upfront cash investment. While Compass provided some necessary capital, Mr. Ferder believed more was needed to continue growing the brand.

This is where the trouble began. The Chief Restructuring Officer, discussed in greater detail below, has not yet had the opportunity to explore the full extent and nature of the arrangements that have given rise to the Prejudgment Lienholder claims, or the potential claims of other creditors, but he is aware of extensive arguments the Debtor advanced pre-bankruptcy challenging these claims. The investigation will continue, but at this point it appears that Lugano turned to alternative cash flow options, including loan agreements with creditors, including the Prejudgment Lienholders. The Debtor is a named guarantor for no less than five of these loan agreements. When events did not unfold as the lenders had hoped, three of these speculators, the Prejudgment Lienholders – Bryan Gadol, Darren Testa, and Kristoffer Winters – sued. They then secured, on an *ex parte* and unopposed basis, prejudgment liens on the Debtor's assets, all just weeks before this bankruptcy was filed.

While these loan arrangements turned out to be part of a failed business strategy, and the Chief Restructuring Officer's investigation has only just begun, it appears that the counterparties to the loan agreements, including specifically the Prejudgment Lienholders, were wealthy individuals who knew or should have known that the terms stated in the written contracts were not typical or commercially reasonable. The stated, guaranteed rates of return were astronomical. The counterparties likely never expected the letter of the contracts to be followed. Instead, these individuals may have been speculating on a sale of Lugano that would have tremendous financial upside to Lugano, which in turn would provide more than ample liquidity to repay the loans in full, along with their excessive interest rates and escalators. In addition, at this point, the Debtor is aware of no evidence that the funds obtained from these loans did not all flow directly to Lugano, or were

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

Main Document    Page 4 of 12

not used directly for Lugano's benefit. Lugano was a party and the obligor on these contracts. Lugano used the funds to buy inventory, meet payroll, fund marketing, pay creditors, and accounts payable obligations of Lugano. It also appears that Lugano has sufficient assets on hand to repay the loans that were guaranteed by the Debtor. Specifically, based upon sworn testimony submitted by the CFO of Lugano in the Central District case brought by Prejudgment Lienholder, Kristoffer Winters, Lugano appears to have at least $150 million in assets on hand, more than sufficient resources to repay the loans.

Finally, the Debtor is advised that the holder of the second deed of trust on the Real Property, White Mountain Capital, Inc., is seeking to foreclose on the Real Property and conduct a foreclosure sale. In order to preserve the equity in the Real Property for the benefit of all creditors, the Haim Family Trust transferred the Property to the Debtor on or about September 9, 2025.

This bankruptcy filing ensures that all creditor claims, including the Prejudgment Lienholders, will be fairly evaluated alongside others anticipated claims from lenders to Lugano, and that the Debtor's assets will fund a recovery for every party with a legitimate claim.

**B.** **Appointment of the Chief Restructuring Officer**

To ensure this case is managed with full transparency and independence, the Debtor is under new management. On September 11, 2025, the Debtor retained Richard Marshack of Marshack Hays Wood LLP under an engagement agreement (the "CRO Agreement") to serve as the Debtor's chief restructuring officer (the "Chief Restructuring Officer"). The CRO Agreement and the written consent of the manager and all members of the Debtor irrevocably delegate from Mr. Ferder to the Chief Restructuring Officer all power and authority to manage the Debtor's business and this bankruptcy case. Mr. Ferder holds no further management or decision-making role. For the avoidance of doubt, Mr. Ferder no longer has any decision-making authority or ability to control or manage the Debtor or this bankruptcy case.

The Chief Restructuring Officer will oversee the liquidation of the Debtor's assets and distributions of proceeds to creditors per Court order. His sole duty is to maximize the value of the estate for all creditors in a fair and transparent manner under this Court's supervision. Thereafter, he will distribute funds as this Court directs.

FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

**C.    Prejudgment Lienholders and Anticipated Litigation**

The Chief Restructuring Officer has a straightforward plan to bring this case to a swift and fair conclusion. To begin with, the Debtor believes the liens and attachment orders on the Debtor's assets are avoidable. The attachment liens were all perfected within the 90-day preference period before the bankruptcy filing. They are preferential transfers avoidable under 11 U.S.C. § 547 and/or void by operation of law under California Code of Civil Procedure § 493.030. The Chief Restructuring Officer will investigate these claims further and, if appropriate, take all necessary steps to formally avoid these liens and preserve the assets for all creditors. The Chief Restructuring Officer has met with the Prepetition Lienholders (through counsel) and is currently in settlement discussions with them.

In addition, upon completion of his investigation, the Chief Restructuring Officer will take appropriate steps to challenge the claims brought against the Debtor arising from the loan agreements described above, and to assert affirmative claims. The Debtor's guaranties require creditors to first collect from Lugano before turning to the Debtor. The Prejudgment Lienholders skipped this critical step. The agreements themselves are also tainted by illegality and inequity. The promised returns appear to be usurious under California law, which, if proven, would void the entire interest component of the claims. Furthermore, these sophisticated parties, who knowingly participated in these speculative deals, are barred from recovery by the equitable doctrines of unclean hands and *in pari delicto*.

The Chief Restructuring Officer also has identified several potential affirmative claims that he is investigating against the Prejudgment Lienholders and third parties. For example, the Chief Restructuring Officer is considering bringing claims against the Prejudgment Lienholders for wrongfully attaching the Debtor's property, for wrongfully attaching and encumbering more of the Debtor's property than would be necessary to protect any defensible claim, and for breach of contract for disregarding the venue provisions in the underlying agreements.

The Debtor has retained Reeves & Weiss LLP as special litigation counsel to prosecute these claims and defenses. The Debtor is confident that the Prejudgment Lienholders' claims can be substantially reduced or disallowed in their entirety.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

### D. Investment Accounts

The Chief Restructuring Officer will promptly and efficiently liquidate the Debtor's primary assets to create a fund for creditor distributions. The Debtor maintains investment accounts with Blackrock, Blackstone, Brevet, Brightstar, CWS Capital Partners, Fundamental Advisors, HS Group, RCP Advisors, Redmile Group, Starwood Capital Group, Suvretta Capital Management, Turning Rock Partners, and Charles Schwab & Co, Inc. ("Investment Accounts"). The Chief Restructuring Officer intends to liquidate the Investment Accounts for the benefit of creditors. The Debtor estimates that the proceeds from the Investment Accounts will be about $4,000,000.

### E. Sale of the Real Property

The Chief Restructuring Officer will seek to employ a real estate broker to market and sell the Real Property, a luxury 5,319 square foot single-family residence in Aspen, Colorado with 4 beds and 4.5 baths. After significant research and interviewing people in the Aspen real estate community, the Chief Restructuring Officer has selected Steven Shane of Compass Realty in Aspen, Colorado as the Debtor's real estate broker based upon his unparallelled experience in selling property in that region for prices in excess of $20 million to high net worth people. The Debtor will soon file a sale procedure motion proposing procedures for the sale of the Real Property designed to achieve the highest and best price for the benefit of the estate. The Real Property has an estimated value of $30,000,000.

The Debtor estimates that the sale of the Real Property and other assets will result in significant proceeds that will fund a Subchapter V plan for the benefit of the Debtor's creditors. This plan will provide a structured and equitable distribution of the estate's assets to all creditors holding legitimate, legally enforceable claims. This orderly process, overseen by the Court, stands in stark contrast to the chaotic and inequitable process the Prejudgment Lienholders attempted, and it is the only way to ensure that the principles of fairness and equity at the heart of bankruptcy law are upheld.

///

///

///

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6

In sum, this Subchapter V case provides the ideal framework to achieve a prompt and equitable resolution. The Chief Restructuring Officer and the Debtor look forward to working with the Subchapter V trustee appointed in the Case.

Respectfully submitted,

Dated: September 19, 2025     **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

/s/ Leonard M. Shulman
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
Proposed General Counsel for the Debtor

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S STATUS REPORT AND STATEMENT OF INTENTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 19, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**INTERESTED PARTY:** Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
**COUNSEL FOR THE DEBTOR:** Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
**SUBCHAPTER V TRUSTEE:** John-Patrick McGinnis Fritz (TR)    jpftrustee@lnbyg.com, jpf@trustesolutions.net
**INTERESTED PARTY:** George Gerro    george@gerrolaw.com
**INTERESTED PARTY:** Christopher J Harney    charney@tocounsel.com, dfunsch@tocounsel.com
**INTERESTED PARTY:** Steven J. Katzman    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
**COUNSEL FOR THE DEBTOR:** Leonard M. Shulman    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
**INTERESTED PARTY:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
Honorable Mark D. Houle
United States Bankruptcy Court
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 19, 2025 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE

## U.S. MAIL SERVICE LIST

**DEBTOR**
SIMBA IL HOLDINGS, LLC
610 NEWPORT CENTER DRIVE, SUITE 950
NEWPORT BEACH, CA 92660-6473

**PROPOSED CHIEF RESTRUCTURING OFFICER**
RICHARD MARSHACK, ESQ.
MARSHACK HAYS WOOD, LLP
870 ROOSEVELT
IRVINE, CA 92620

**COURT MANUAL NOTICE LIST**
QUEENIE K. NG, ESQ.
411 WEST FOURTH ST., SUITE 7160
SANTA ANA, CA 92701

**COURT MAILING**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**COURT MAILING**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**COURT MAILING**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**COURT MAILING**
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**COURT MAILING**
ANTON, DURAID
1 ELK GROVE LN
LAGUNA NIGUEL, CA 92677-1012

**COURT MAILING**
ARONOFF, BARRY
C/O LANCE N JURICH/LOEB & LOEB LLP
10100 SANTA MONICA BLVD STE 2200
LOS ANGELES, CA 90067-4120

**COURT MAILING**
ARVIELO, RICK
C/O GABRIEL G GREEN
BUCHALTER APC
1000 WILSHIRE BLVD SUITE 1500
LOS ANGELES, CA 90017-1730

**COURT MAILING**
BACLET, CHARLES
1600 S OCEAN BLVD APT 2101
POMPANO BEACH, FL 33062-7710

**COURT MAILING**
BELGIUM NEW YORK LLC C/O
PATRICK PAPALIA/ARCHER & GREINER PC
1211 AVENUE OF THE AMERICAS #2750
NEW YORK, NY 10036-8789

**COURT MAILING**
BENSON, JULIANNE
389 SOUTH LAKE DRIVE #4G
PALM BEACH, FL 33480-4540

**COURT MAILING**
BRANDES, ADRIENNE
919 GARDENIA WAY
CORONA DEL MAR, CA 92625-1547

**COURT MAILING**
BUCKSBAUM, GLENN
303 WHITEFISH HILLS LOOP
WHITEFISH, MT 59937-2256

**COURT MAILING**
CAMPF, ANNE AND DARREN
4428 IRISH HEIGHTS DRIVE
SUMMERSVILLE, WV 26651-1971

**COURT MAILING**
CAVE, DERYK
50 BIG SKY RESORT RD
BIG SKY, MT 59716

**COURT MAILING**
CHAMPION FORCE
C/O LEIB M LERNER/ALSTON & BIRD LLP
350 SOUTH GRAND AVE 51ST FLOOR
LOS ANGELES, CA 90071-3406

**COURT MAILING**
CHANNELS, CEDRIC
402 ESTHER ST
COSTA MESA, CA 92627-2323

**COURT MAILING**
COHEN, RAYMOND
C/O JONATHAN HERSEY/K&L GATES
1 PARK PLAZA TWELFTH FLOOR
IRVINE, CA 92614-5910

**COURT MAILING**
CONWAY, MARK
1221 W COAST HWY APT 114
NEWPORT BEACH, CA 92663-5051

**COURT MAILING**
COYNE, KAREN
KAREN BEDROSIAN PROPERTY TRUST
2934 N BEVERLY GLEN CIRCLE #347
LOS ANGELES, CA 90077-1724

**COURT MAILING**
DACUS, DEBBIE
5444 CANDLEWOOD DRIVE
HOUSTON, TX 77056-1603

**COURT MAILING**
DIAMONDS & JEWELRY INC C/O A KHAN
BROWN, NERI, SMITH & KHAN LLP
11601 WILSHIRE BLVD SUITE 2080
LOS ANGELES, CA 90025-0389

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                        F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **COURT MAILING**<br>EMMES, DAVID<br>655 TOWN CENTER DRIVE<br>COSTA MESA, CA 92626-1918 | **COURT MAILING**<br>FERDER, MORDECHAI AND EDIT<br>1501 SERENADE TER<br>CORONA DEL MAR, CA 92625-1753 | **COURT MAILING**<br>FERRY, ANTHONY<br>20 PACIFICA STE 1000<br>IRVINE, CA 92618-7462 |
| **COURT MAILING**<br>FLANDERS, SCOTT<br>1425 SANTA BARBARA DRIVE<br>NEWPORT BEACH, CA 92660-6373 | **COURT MAILING**<br>FLANDERS, SCOTT<br>PO BOX 7859<br>AVON, CO 81620-7859 | **COURT MAILING**<br>FREEDMAN, JAMES<br>11755 WILSHIRE BLVD<br>LOS ANGELES, CA 90025-1501 |
| **COURT MAILING**<br>GADOL, BRYAN C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>1900 AVENUE OF THE STARS 19TH FLOOR<br>LOS ANGELES, CA 90067-4410 | **COURT MAILING**<br>GADOL, BRYAN C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>824 N MARKET STREET SUITE 805<br>WILMINGTON, DE 19801-4918 | **COURT MAILING**<br>GADOL, BRYAN C/O MICHELLE SCHINDLER<br>FERGUSON SCHINDLER LAW FIRM<br>119 SOUTH SPRING STREET SUITE 201<br>ASPEN, CO 81611-2082 |
| **COURT MAILING**<br>GADOL, BRYAN-C/O TODD C THEODORA<br>THEODORA ORINGHER PC<br>535 ANTON BLVD NINTH FLOOR<br>COSTA MESA, CA 92626-7109 | **COURT MAILING**<br>GOLDSTEIN, ALON<br>22287 MULHOLLAND HWY, UNIT 254<br>CALABASAS, CA 91302-5157 | **COURT MAILING**<br>HAZEN, CASSANDRA AND PAUL<br>C/O JOANNA MARIE MYERS<br>9465 WILSHIRE BLVD SUITE 300<br>BEVERLY HILLS, CA 90212-2624 |
| **COURT MAILING**<br>HOEVEN, DREW<br>3 CAPE ANDOVER<br>NEWPORT BEACH, CA 92660-8401 | **COURT MAILING**<br>HOLZER, RUSTY - C/O B CAPITUMMINO<br>WOODS OVIATT GILMAN LLP<br>1900 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604-2714 | **COURT MAILING**<br>KELSEY, KACI<br>110 WESTMINSTER ROAD<br>WEST PALM BEACH, FL 33405-1649 |
| **COURT MAILING**<br>KLEIN, BILL<br>60 LINDA ISLE<br>NEWPORT BEACH, CA 92660-7207 | **COURT MAILING**<br>KRAUS, KEN C/O JEFF AUGUSTINI<br>LAW OFFICE OF JEFF AUGUSTINI<br>100 BAYVIEW CIRCLE SUITE 210<br>NEWPORT BEACH, CA 92660-8901 | **COURT MAILING**<br>LEE, ROBERT<br>BBD 2012 GIFT TRUST<br>72-2763 ULUWEUWEU AKSUM PLACE<br>KAILUA KONA, HI 96740 |
| **COURT MAILING**<br>LEVASQUE, MATT<br>5893 LAKEVIEW<br>YORBA LINDA, CA 92886-5367 | **COURT MAILING**<br>LI, PETER<br>19211 CROYDEN TER<br>IRVINE, CA 92603-3537 | **COURT MAILING**<br>LOCKSLEY, JOHN<br>185 WEST END AVENUE UNIT 9A<br>NEW YORK, NY 10023-5543 |
| **COURT MAILING**<br>LOOK-MAZZA, MONA<br>344 WEST REDS ROAD<br>ASPEN, CO 81611 | **COURT MAILING**<br>LUGANO BUYER, INC.<br>301 RIVERSIDE AVENUE, SECOND FL<br>WESTPORT, CT 06880-4806 | **COURT MAILING**<br>MCCALL, MARIANNE<br>188 LUDLOW STREET APT 21J<br>NEW YORK, NY 10002-1690 |
| **COURT MAILING**<br>MCHENRY, TROY<br>10917 EARTH HUES<br>LAS VEGAS, NV 89135-9132 | **COURT MAILING**<br>MCMACKEN, RON<br>1660 SOUTH OCEAN BLVD<br>MANALAPAN, FL 33462-6210 | **COURT MAILING**<br>MOENS, LAWRENCE<br>2335 S OCEAN BLVD<br>PALM BEACH, FL 33480-5368 |
| **COURT MAILING**<br>MOLER, BILL<br>10342 MOHAWK ROAD<br>LEAWOOD, KS 66206-2587 | **COURT MAILING**<br>N.B.S. DIAMONDS C/O GERALD L. KROLL<br>KROLL LAW<br>970 W. BROADWAY, SUITE E-200<br>JACKSON, WY 83001-6402 | **COURT MAILING**<br>N.B.S. DIAMONDS C/O JOSEPH M. KAR<br>LAW OFFICE OF JOSEPH M. KAR PC<br>15250 VENTURA BLVD SUITE PH-1220<br>SHERMAN OAKS, CA 91403-3201 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            F 9013-3.1.PROOF.SERVICE

**COURT MAILING**
OCONNELL, KEVIN
1714 STARLIGHT CIR
NEWPORT BEACH, CA 92660-4340

**COURT MAILING**
PERL, DANIEL C/O OMAR J. YASSIN
YASSIN LAW APC
1010 E. UNION STREET SUITE 201
PASADENA, CA 91106-1756

**COURT MAILING**
PHILLIPS, ANDY
2900 BRISTOL STREET
COSTA MESA, CA 92626-5981

**COURT MAILING**
PRESUTTI, DANA
424 PARK CIRCLE
ASPEN, CO 81611-3400

**COURT MAILING**
RODAN, AMMON
21 ORINDA WAY, SUITE C-381
ORINDA, CA 94563-2530

**COURT MAILING**
ROTHSTEIN, ADAM
17 COVLEE DRIVE
WESTPORT, CT 06880-6407

**COURT MAILING**
SHELLY, DAMON
9881 RESEARCH DRIVE
IRVINE, CA 92618-4304

**COURT MAILING**
SHERLOCK, TINA & RUSS
1416 W MAIN STREET
CARMEL, IN 46032

**COURT MAILING**
SHERWOOD, STEVE
54 GOLDEN EAGLE
IRVINE, CA 92603-0309

**COURT MAILING**
SIMON, RON
620 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660-6420

**COURT MAILING**
SIMON, SCOTT
641 ST JAMES ROAD
NEWPORT BEACH, CA 92663-5854

**COURT MAILING**
SIMON, VONDA & SCOTT
29230 PASEO CARMONA
SAN JUAN CAPISTRANO, CA 92675-3654

**COURT MAILING**
SMITH, MIKE
1585 ATTOKA ROAD
MARSHALL, VA 20115-3505

**COURT MAILING**
SONI, ASHISH
1908 N FREMONT STREET
CHICAGO, IL 60614-5017

**COURT MAILING**
STACK, JEFF
3501 JAMBOREE ROAD, SUITE 6000
NEWPORT BEACH, CA 92660-2960

**COURT MAILING**
STRAWBRIDGE, GEORGE
3801 KENNET PIKE
WILMINGTON, DE 19807-2300

**COURT MAILING**
SUMMERS, JIM
282 LOCHA DRIVE
JUPITER, FL 33458-7733

**COURT MAILING**
SUTHERLAND, ANNE & GRANT
61070 MINARET CIRCLE
BEND, OREGON 97702-1903

**COURT MAILING**
SYDNEY HOLDINGS LIMITED
C/O B. CAPITUMMINO - WOODS OVIATT
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**COURT MAILING**
SYDNEY HOLDINGS LIMITED
C/O J LEVIN
GLASER WEIL FINK HOWARD
JORDAN ET AL
10250 CONSTELLATION BLVD 19TH FL
LOS ANGELES, CA 90067-6219

**COURT MAILING**
TEDORI, FRED
48 RITZ COVE DRIVE
DANA POINT, CA 92629-4228

**COURT MAILING**
TESTA, DARREN C/O M. SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE 201
ASPEN, CO 81611-2082

**COURT MAILING**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS 19TH FL
LOS ANGELES, CA 90067-4410

**COURT MAILING**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N. MARKET STREET, SUITE 805
WILMINGTON, DE 19801-4918

**COURT MAILING**
TESTA, DARREN C/O TODD C THEODORA
THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**PREFERRED ADDRESS**
US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

**COURT MAILING**
WAZANA, AVI C/O DARREN ENENSTEIN
ENENSTEIN PHAM GLASS & RABBAT
8439 W SUNSET BLVD SUITE 300
LOS ANGELES, CA 90069-1925

**COURT MAILING**
WINTERS, KRISTOPHER C/O S. KATZMAN
BIENERT KATZMAN LITTRELL
WILLIAMS LLP
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673-6253

**COURT MAILING**
WOLFE, BILL
525 S FLAGLER DRIVE PH2 C/D
WEST PALM BEACH, FL 33401-5922

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE

| **N/A** | **COURT MAILING** | **COURT MAILING** |
|---|---|---|
| SANTA ANA DIVISION | RUBERTI, LISA | WANG, ANGI |
| 411 WEST FOURTH STREET, SUITE 2030, | **UNDELIVERABLE - INCOMPLETE ADDRESS** | **UNDELIVERABLE - INCOMPLETE ADDRESS** |
| SANTA ANA, CA 92701-4500 | | |
| **N/A** | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               **F 9013-3.1.PROOF.SERVICE**