SQUIRE PATTON BOGGS (US) LLP
Karol K. Denniston, CA Bar #141667
555 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
karol.denniston@squirepb.com

Peter R. Morrison (*pro hac vice* pending)
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
peter.morrison@squirepb.com

Stephen D. Lerner (*pro hac vice* pending)
Kyle F. Arendsen (*pro hac vice* pending)
201 E. Fourth St., Suite 1900
Cincinnati, OH 45202
Telephone: (413) 361-1200
Facsimile: (513) 361-1201
stephen.lerner@squirepb.com
kyle.arendsen@squirepb.com

*Attorneys for Compass Group Diversified Holdings LLC*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SIMBA IL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11 (Sub V)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS PURSUANT TO §§ 102(1) AND 342 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9010 WITH RESPECT TO COMPASS GROUP DIVERSIFIED HOLDINGS LLC** |

- 1 -
NOTICE OF APPEARANCE

1    PLEASE TAKE NOTICE that Squire Patton Boggs (US) LLP hereby appears in the above-
2    captioned cases (the "Chapter 11 Case") pursuant to sections 102(1) and 342 of chapter 11of title
3    11 of the United States Code (the "Bankruptcy Code") and rules 2002 and 9010 of the Federal
4    Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for and on behalf of Compass Group
5    Diversified Holdings LLC ("CODI"), and hereby requests, pursuant to Bankruptcy Rules 2002,
6    3017(a), 4001, 6006(c), 9007, 9010, and 9013, and sections 102(1) and 342 of the Bankruptcy
7    Code, that all notices given or required to be given in the Chapter 11 Case and copies of all papers
8    or pleadings served or required to be served in the Chapter 11 Case be given to and served upon
9    the undersigned at the following addresses:

SQUIRE PATTON BOGGS (US) LLP
Karol K. Denniston
555 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
karol.denniston@squirepb.com

Peter R. Morrison (*pro hac vice* pending)
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
peter.morrison@squirepb.com

Stephen D. Lerner (*pro hac vice* pending)
Kyle F. Arendsen (*pro hac vice* pending)
201 E. Fourth St., Suite 1900
Cincinnati, OH 45202
Telephone: (413) 361-1200
Facsimile: (513) 361-1201
stephen.lerner@squirepb.com
kyle.arendsen@squirepb.com

- 2 -
NOTICE OF APPEARANCE

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for this District, but also includes, without limitation, orders, and notices of any application, motion, petition, pleading, schedule, plan, disclosure statement, request, complaint, demand, answer, reply, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, facsimile, hand delivery, electronic mail, overnight courier, telephone, telegraphs, telex, or otherwise, that affect the above-captioned debtor and debtor in possession (the "Debtor") or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers shall not be deemed a waiver of CODI's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in the Chapter 11 Case or any case, controversy, or proceeding related to the Chapter 11 Case, (iii) to have the District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal, or (iv) to any other rights, claims, action, defenses setoffs, or recoupments, under agreements, in law or in equity, or otherwise, to which CODI is or may be entitled, all of which rights, claims, actions, defenses, setoffs and recoupments CODI expressly reserves. Unless and until CODI expressly states otherwise, CODI does not consent to the jurisdiction or authority of the Bankruptcy Court with respect to the litigation of any non-core matter or any core matter constituting a *Stern* claim.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed the agent of CODI for such purpose.

| | |
|---|---|
| Dated:  September 24, 2025 | SQUIRE PATTON BOGGS (US) LLP |
| | */s/ Karol K. Denniston*<br>Karol K. Denniston, CA Bar #141667<br>555 California Street, Suite 550<br>San Francisco, CA 94104<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br>karol.denniston@squirepb.com |
| | Peter R. Morrison (*pro hac vice* pending)<br>1000 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 479-8500<br>Facsimile: (216) 479-8780<br>peter.morrison@squirepb.com |
| | Stephen D. Lerner (*pro hac vice* pending)<br>Kyle F. Arendsen (*pro hac vice* pending)<br>201 E. Fourth St., Suite 1900<br>Cincinnati, OH 45202<br>Telephone: (413) 361-1200<br>Facsimile: (513) 361-1201<br>stephen.lerner@squirepb.com<br>kyle.arendsen@squirepb.com |
| | *Attorneys for Compass Group Diversified Holdings LLC* |