| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SQUIRE PATTON BOGGS (US) LLP<br>Karol K. Denniston, CA Bar #141667<br>555 California Street, Suite 550<br>San Francisco, CA 94104<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br>karol.denniston@squirepb.com | |
| ☒ *Attorney for*:Compass Group Diversified Holdings LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>SIMBA IL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Debtor(s). | CASE NO.: 8:25-bk-12616-MH<br>ADVERSARY NO. (*if applicable*):<br>CHAPTER: 11 (Sub V) |
|---|---|
| <br><br>vs.<br><br>Plaintiff(s).<br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)**<br><br>**[LBR 2090-1(b); 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Peter R. Morrison, apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained (*specify name of party*): Compass Group Diversified Holdings LLC,

    in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

2. I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024* | Page 1 | **F 2090-1.2.APP.NONRES.ATTY**

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
   Squire Patton Boggs (US) LLP, 1000 Key Tower, 127 Public Square, Cleveland, OH 44144

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
   See attached

5. I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| CDCA | 23-1228 | Dye v. United Overseas Bank Ltd. | 7/21/23 | Granted |
| CDCA | 23-14154 | In re Itella International LLC, et al. | 2/29/24 | Granted |
|  |  |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body.  ☐ Disciplinary proceedings are pending; details are as follows:




I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.  The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

   Information about Local Counsel:

   Name and Bar Number:  Karol K. Denniston, CA Bar #141667

   Name and Address of law firm:  555 California Street, Suite 550
                                   San Francisco, CA 94104

   Telephone number:  (415) 954-0200

   Email Address:  karol.denniston@squirepb.com

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2024    Page 2    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 9/24/25

_____
Signature of applicant

Peter R. Morrison
Printed name of applicant

## CONSENT OF LOCAL COUNSEL

I consent to the foregoing designation.

Date: 9/24/25

_____
Signature of Local Counsel

 Karol K. Denniston
Printed name of Local Counsel

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                    Page 3                    **F 2090-1.2.APP.NONRES.ATTY**

I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates:

| | |
|---|---|
| Ohio (State of) | 11/09/2009 |
| U.S. District Court, Northern District of Illinois | 01/13/2012 |
| U.S. District Court, Southern District of Illinois | 05/05/2014 |
| U.S. District Court, Central District of Illinois | 05/07/2014 |
| U.S. District Court, Colorado | 05/07/2014 |
| U.S. District Court, Southern District of Ohio | 04/12/2010 |
| U.S. District Court, Northern District of Ohio | 12/18/2009 |
| U.S. Bankruptcy Court, Southern District of Ohio | 04/12/2010 |
| U.S. District Court, Eastern District of Michigan | 09/24/2013 |
| U.S. District Court, Western District of Michigan | 04/03/2014 |
| Sixth Circuit Court of Appeals | 07/05/2011 |
| U.S. Supreme Court | 10/15/2019 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDINGS [LBR 2090-1(b); 9013-1(q)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___9/24/25___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

INTERESTED PARTY: Anthony Bisconti tbisconti@bklwlaw.com,1193516420@filings.docketbird.com,docket@bklwlaw.com
COUNSEL FOR THE DEBTOR: Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
SUBCHAPTER V TRUSTEE: John-Patrick McGinnis Fritz (TR) jpftrustee@lnbyg.com, jpf@trustesolutions.net
INTERESTED PARTY: George Gerro george@gerrolaw.com
INTERESTED PARTY: Christopher J Harney charney@tocounsel.com, dfunsch@tocounsel.com
INTERESTED PARTY: Steven J. Katzman skatzman@bklwlaw.com,1193516420@filings.docketbird.com,docket@bklwlaw.com
COUNSEL FOR THE DEBTOR: Leonard M. Shulman lshulman@shulmanbastian.com,bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
INTERESTED PARTY: United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___9/24/25___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy -

Honorable Mark D. Houle
United States Bankruptcy Court
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/24/25 | Karol K. Denniston | /s/ Karol K. Denniston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**U.S. MAIL SERVICE LIST**

| | | |
|---|---|---|
| **DEBTOR**<br>SIMBA IL HOLDINGS, LLC<br>610 NEWPORT CENTER DRIVE, SUITE 950 NEWPORT BEACH, CA 92660-6473 | **PROPOSED CHIEF RESTRUCTURING OFFICER**<br>RICHARD MARSHACK, ESQ.<br>MARSHACK HAYS WOOD, LLP<br>870 ROOSEVELT<br>IRVINE, CA 92620 | **COURT MANUAL NOTICE LIST**<br>QUEENIE K. NG, ESQ.<br>411 WEST FOURTH ST., SUITE 7160<br>SANTA ANA, CA 92701 |
| **COURT MAILING**<br>EMPLOYMENT DEVELOPMENT DEPT. BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | **COURT MAILING**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | **COURT MAILING**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| **COURT MAILING**<br>SECURITIES & EXCHANGE COMMISSION 444 SOUTH FLOWER ST., SUITE 900<br>LOS ANGELES, CA 90071-2934 | **COURT MAILING**<br>ANTON, DURAID 1<br>ELK GROVE LN<br>LAGUNA NIGUEL, CA 92677-1012 | **COURT MAILING**<br>ARONOFF, BARRY<br>C/O LANCE N JURICH/LOEB & LOEB LLP<br>10100 SANTA MONICA BLVD STE 2200 LOS ANGELES, CA 90067-4120 |
| **COURT MAILING**<br>ARVIELO, RICK<br>C/O GABRIEL G GREEN BUCHALTER APC<br>1000 WILSHIRE BLVD SUITE 1500<br>LOS ANGELES, CA 90017-1730 | **COURT MAILING**<br>BACLET, CHARLES<br>1600 S OCEAN BLVD APT 2101<br>POMPANO BEACH, FL 33062-7710 | **COURT MAILING**<br>BELGIUM NEW YORK LLC C/O PATRICK PAPALIA/ARCHER & GREINER PC<br>1211 AVENUE OF THE AMERICAS #2750<br>NEW YORK, NY 10036-8789 |
| **COURT MAILING**<br>BENSON, JULIANNE<br>389 SOUTH LAKE DRIVE #4G<br>PALM BEACH, FL 33480-4540 | **COURT MAILING**<br>BRANDES, ADRIENNE<br>919 GARDENIA WAY<br>CORONA DEL MAR, CA 92625-1547 | **COURT MAILING**<br>BUCKSBAUM, GLENN<br>303 WHITEFISH HILLS LOOP<br>WHITEFISH, MT 59937-2256 |
| **COURT MAILING**<br>CAMPF, ANNE AND DARREN<br>4428 IRISH HEIGHTS DRIVE<br>SUMMERSVILLE, WV 26651-1971 | **COURT MAILING**<br>CAVE, DERYK<br>50 BIG SKY RESORT RD<br>BIG SKY, MT 59716 | **COURT MAILING**<br>CHAMPION FORCE<br>C/O LEIB M LERNER/ALSTON & BIRD LLP<br>350 SOUTH GRAND AVE 51ST FLOOR<br>LOS ANGELES, CA 90071-3406 |
| **COURT MAILING**<br>CHANNELS, CEDRIC<br>402 ESTHER ST<br>COSTA MESA, CA 92627-2323 | **COURT MAILING**<br>COHEN, RAYMOND<br>C/O JONATHAN HERSEY/K&L GATES 1 PARK PLAZA TWELFTH FLOOR IRVINE, CA 92614-5910 | **COURT MAILING**<br>CONWAY, MARK<br>1221 W COAST HWY APT 114<br>NEWPORT BEACH, CA 92663-5051 |
| **COURT MAILING**<br>COYNE, KAREN<br>KAREN BEDROSIAN PROPERTY TRUST 2934 N BEVERLY GLEN CIRCLE #347 LOS ANGELES, CA 90077-1724 | **COURT MAILING**<br>DACUS, DEBBIE<br>5444 CANDLEWOOD DRIVE<br>HOUSTON, TX 77056-1603 | **COURT MAILING**<br>DIAMONDS & JEWELRY INC C/O A KHAN<br>BROWN, NERI, SMITH & KHAN LLP<br>11601 WILSHIRE BLVD SUITE 2080<br>LOS ANGELES, CA 90025-0389 |

**COURT MAILING**
EMMES, DAVID
655 TOWN CENTER DRIVE
COSTA MESA, CA 92626-1918

**COURT MAILING**
FERDER, MORDECHAI AND EDIT
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

**COURT MAILING**
FERRY, ANTHONY
20 PACIFICA STE 1000
IRVINE, CA 92618-7462

**COURT MAILING**
FLANDERS, SCOTT
1425 SANTA BARBARA DRIVE
NEWPORT BEACH, CA 92660-6373

**COURT MAILING**
FLANDERS, SCOTT
PO BOX 7859
AVON, CO 81620-7859

**COURT MAILING**
FREEDMAN, JAMES
11755 WILSHIRE BLVD
LOS ANGELES, CA 90025-1501

**COURT MAILING**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS 19TH
FLOOR LOS ANGELES, CA 90067-4410

**COURT MAILING**
GADOL, BRYAN C/O MARK
ECKARD RAINES FELDMAN
LITTRELL LLP 824 N MARKET
STREET SUITE 805
WILMINGTON, DE 19801-4918

**COURT MAILING**
GADOL, BRYAN C/O MICHELLE
SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE
201
ASPEN, CO 81611-2082

**COURT MAILING**
GADOL, BRYAN-C/O TODD C
THEODORA THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**COURT MAILING**
GOLDSTEIN, ALON
22287 MULHOLLAND HWY, UNIT 254
CALABASAS, CA 91302-5157

**COURT MAILING**
HAZEN, CASSANDRA AND
PAUL C/O JOANNA MARIE
MYERS 9465 WILSHIRE BLVD
SUITE 300 BEVERLY HILLS, CA
90212-2624

**COURT MAILING**
HOEVEN, DREW
3 CAPE ANDOVER
NEWPORT BEACH, CA 92660-8401

**COURT MAILING**
HOLZER, RUSTY - C/O B
CAPITUMMINO WOODS OVIATT
GILMAN LLP
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**COURT MAILING**
KELSEY, KACI
110 WESTMINSTER ROAD
WEST PALM BEACH, FL 33405-1649

**COURT MAILING**
KLEIN, BILL 60
LINDA ISLE
NEWPORT BEACH, CA 92660-7207

**COURT MAILING**
KRAUS, KEN C/O JEFF AUGUSTINI
LAW OFFICE OF JEFF AUGUSTINI
100 BAYVIEW CIRCLE SUITE 210
NEWPORT BEACH, CA 92660-8901

**COURT MAILING**
LEE, ROBERT
BBD 2012 GIFT TRUST
72-2763 ULUWEUWEU AKSUM PLACE
KAILUA KONA, HI 96740

**COURT MAILING**
LEVASQUE, MATT
5893 LAKEVIEW
YORBA LINDA, CA 92886-5367

**COURT MAILING**
LI, PETER
19211 CROYDEN TER
IRVINE, CA 92603-3537

**COURT MAILING**
LOCKSLEY, JOHN
185 WEST END AVENUE UNIT 9A
NEW YORK, NY 10023-5543

**COURT MAILING**
LOOK-MAZZA, MONA
344 WEST REDS ROAD
ASPEN, CO 81611

**COURT MAILING**
LUGANO BUYER, INC.
301 RIVERSIDE AVENUE, SECOND FL
WESTPORT, CT 06880-4806

**COURT MAILING**
MCCALL, MARIANNE
188 LUDLOW STREET APT 21J
NEW YORK, NY 10002-1690

**COURT MAILING**
MCHENRY, TROY
10917 EARTH HUES
LAS VEGAS, NV 89135-9132

**COURT MAILING**
MCMACKEN, RON
1660 SOUTH OCEAN BLVD
MANALAPAN, FL 33462-6210

**COURT MAILING**
MOENS, LAWRENCE
2335 S OCEAN BLVD
PALM BEACH, FL 33480-5368

**COURT MAILING**
MOLER, BILL
10342 MOHAWK ROAD
LEAWOOD, KS 66206-2587

**COURT MAILING**
N.B.S. DIAMONDS C/O GERALD L.
KROLL KROLL LAW
970 W. BROADWAY, SUITE E-200
JACKSON, WY 83001-6402

**COURT MAILING**
N.B.S. DIAMONDS C/O JOSEPH M. KAR
LAW OFFICE OF JOSEPH M. KAR PC
15250 VENTURA BLVD SUITE PH-1220
SHERMAN OAKS, CA 91403-3201

**COURT MAILING**
SHELLY, DAMON
9881 RESEARCH DRIVE
IRVINE, CA 92618-4304

**COURT MAILING**
SHERLOCK, TINA & RUSS
1416 W MAIN STREET
CARMEL, IN 46032

**COURT MAILING**
SHERWOOD, STEVE
54 GOLDEN EAGLE
IRVINE, CA 92603-0309

**COURT MAILING**
SIMON, RON
620 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660-6420

**COURT MAILING**
SIMON, SCOTT
641 ST JAMES ROAD
NEWPORT BEACH, CA 92663-5854

**COURT MAILING**
SIMON, VONDA & SCOTT
29230 PASEO CARMONA
SAN JUAN CAPISTRANO, CA 92675-3654

**COURT MAILING**
SMITH, MIKE
1585 ATTOKA ROAD
MARSHALL, VA 20115-3505

**COURT MAILING**
SONI, ASHISH
1908 N FREMONT STREET
CHICAGO, IL 60614-5017

**COURT MAILING**
STACK, JEFF
3501 JAMBOREE ROAD, SUITE 6000
NEWPORT BEACH, CA 92660-2960

**COURT MAILING**
STRAWBRIDGE, GEORGE
3801 KENNET PIKE
WILMINGTON, DE 19807-2300

**COURT MAILING**
SUMMERS, JIM 282
LOCHA DRIVE
JUPITER, FL 33458-7733

**COURT MAILING**
SUTHERLAND, ANNE & GRANT
61070 MINARET CIRCLE
BEND, OREGON 97702-1903

**COURT MAILING**
SYDNEY HOLDINGS LIMITED
C/O B. CAPITUMMINO - WOODS
OVIATT 1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**COURT MAILING**
SYDNEY HOLDINGS LIMITED
C/O J LEVIN
GLASER WEIL FINK HOWARD
JORDAN ET AL
10250 CONSTELLATION BLVD 19TH
FL LOS ANGELES, CA 90067-6219

**COURT MAILING**
TEDORI, FRED
48 RITZ COVE DRIVE
DANA POINT, CA 92629-4228

**COURT MAILING**
TESTA, DARREN C/O M. SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE 201
ASPEN, CO 81611-2082

**COURT MAILING**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS 19TH
FL LOS ANGELES, CA 90067-4410

**COURT MAILING**
TESTA, DARREN C/O MARK
ECKARD RAINES FELDMAN
LITTRELL LLP  824 N. MARKET
STREET, SUITE 805
WILMINGTON, DE 19801-4918

**COURT MAILING**
TESTA, DARREN C/O TODD C
THEODORA THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**PREFERRED ADDRESS**
US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

**COURT MAILING**
WAZANA, AVI C/O DARREN
ENENSTEIN
ENENSTEIN PHAM GLASS & RABBAT
8439 W SUNSET BLVD SUITE 300
LOS ANGELES, CA 90069-1925

**COURT MAILING**
WINTERS, KRISTOPHER C/O S.
KATZMAN BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673-6253

**COURT MAILING**
WOLFE, BILL
525 S FLAGLER DRIVE PH2 C/D
WEST PALM BEACH, FL 33401-5922

**N/A**
SANTA ANA DIVISION
411 WEST FOURTH STREET, SUITE 2030
SANTA ANA, CA 92701-4500

**COURT MAILING**
RUBERTI, LISA
**UNDELIVERABLE-COMPLETE ADDRESS**

**COURT MAILING**
WANG, ANGI
**UNDELIVERABLE-COMPLETE ADDRESS**

**COURT MAILING**
TOBIAS S. KELLER
TRACI L. SHAFROTH
SCOTT J. FRIEDMAN
KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

 U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Peter Morrison

**Firm Name:** Squire Patton Boggs (US) LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:** 8:25-bk-12616-MH

**Party Name:** SIMBA IL HOLDINGS, LLC

**Tracking Number:** PHV-250924-000-0779

**Pay.gov Tracking ID:** 27RM89T3

**Amount:** $500

**Date:** 9/24/2025

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖨 print this page for your records.

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court Facilities | Payment | Lawyer Representatives | |
| | Juror Amenities | Pro Bono | |
| Records Department | Dress Code | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| Statistical Reports | Security | | |
| | Employer Information | Attorney Workroom Copier Password Request | |
| | Checking Status / Confirming Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |