Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:   lshulman@shulmanbastian.com
         jbastian@shulmanbastian.com
         afriedman@shulmanbastian.com
         mcasal@shulmanbastian.com

Proposed Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11 (Sub V)<br><br>**DEBTOR'S SECOND STATUS REPORT**<br><br>**Status Conference:**<br>DATE:   October 14, 2025<br>TIME:   2:30 p.m.<br>CRTM:   6C<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "<u>Debtor</u>"), hereby submits this second Status Report. The purpose of this Status Report is to provide the Court and interested parties with relevant updates since the filing of the Initial Status Report (defined below) and to provide additional information as requested in the Order (1) Setting Scheduled Hearing and Case Management Conference and (2) Requiring Status Report [Dkt. No. 9] (the "<u>Order</u>").

**A.    <u>Initial Status Report and Developments Since Filing of the Initial Status Report</u>**

On September 19, 2025, the Debtor filed its Status Report and Statement of Intentions [Dkt. No. 17] (the "<u>Initial Status Report</u>"),[1] which is hereby incorporated herein by this reference. The Initial Status Report sets forth, *inter alia*: (i) a brief description of the Debtor's business and principal assets and liabilities, (ii) the events giving rise to the filing of the Case, (iii) the problems facing the Debtor and how the Debtor intends to address those problems, (iv) the main legal disputes facing the Debtor, and (v) sales of estate assets anticipated by the Debtor.

As set forth in the Initial Status Report, the Case was filed to halt a chaotic creditor race and ensure a fair outcome for everyone. Under new, independent leadership of the Chief Restructuring Officer, the Debtor will marshal and liquidate its assets, challenge the validity of the liens and underlying claims asserted by the Prejudgment Lienholders and other creditors where appropriate, and ultimately propose a plan that provides for a fair and equitable distribution to all of the Debtor's true creditors.

In furtherance of the foregoing, the Debtor, under the leadership of the Chief Restructuring Officer, has: (i) retained a real estate broker to market and sell the Real Property, (ii) continued its investigation and marshalling of the Debtor's other assets, (iii) evaluated its options for challenging the validity of liens and claims against the Debtor, and (iv) engaged in substantive settlement discussions with the Prejudgment Lienholders.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Initial Status Report.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

1. **Efforts to Marshall and Sell the Debtor's Assets**

On September 25, 2025, the Debtor filed its application to employ Steven Shane of Compass Colorado, LLC (the "Broker") as the Debtor's real estate broker [Dkt. No. 34]. Since then, the Broker has begun marketing the Real Property and has listed it for sale. Regarding the Debtor's other assets, the Chief Restructuring Officer has taken active steps to take custody of Debtor's investment accounts by engaging with counsel for the brokerage accounts and has begun the process of evaluating the value of the Debtor's interest in Lugano.

2. **Settlement Efforts with the Prejudgment Lienholders**

As set forth in the Initial Status Report, the prepetition and anticipated actions of the Prejudgment Lienholders were the primary driver behind the filing of this Case. Consistent with the Debtor's goal to bring this case to a swift and fair conclusion, the Chief Restructuring Officer and estate professionals have expended significant time and effort in attempting to consensually resolve the claims of the Prejudgment Lienholders. The Debtor believes that the structure for a global resolution is in place, and is hopeful that it will be able to settle the claims of the Prejudgment Lienholders subject to documentation and Court approval.

3. **Investigation of Claims Against the Debtor**

Regarding claims against the Debtor, the Debtor has recently become aware of an apparent default judgment entered against the Debtor in favor of certain of the Prejudgment Lienholders prior to the Petition Date. The Debtor is currently in the process of evaluating the validity of such judgment, its options to vacate it, and the potential impact on the Case.

Moreover, the Debtor is aware of a lis pendens that was incorrectly recorded against the Real Property prior to the Petition Date by Global Innovations, LLC and Avina LLC. As part of its ongoing efforts to sell the Real Property for the benefit of creditors, the Debtor anticipates that it will shortly seek relief from the automatic stay to expunge such lis pendens.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

**B.     Additional Information Requested by the Order**

1. <u>Debtor's Estimates regarding Timing for Filing and Confirming a Plan</u>

A subchapter v debtor is required to file a plan within 90 days of the filing of the petition. *See*, 11 U.S.C. § 1189(b). Accordingly, the Debtor will file a plan by no later than December 15, 2025, with the intention of confirming such plan in the first quarter of 2026.

2. <u>Compliance with Duties under 11 U.S.C. §§ 521 and 1187 and Fed. R. Bankr. P. Rule 1007, and All Applicable Guidelines of the Office of the United States Trustee</u>

The Debtor believes that it has complied with all applicable duties and guidelines required by the Bankruptcy Code and the Office of the United States Trustee and will continue to do so.

3. <u>Cash Collateral</u>

The Debtor does not anticipate that there will be any issues related to cash collateral or use thereof during the pendency of the Case.

4. <u>Professionals retained or to be retained by the Estate</u>

As of the date of this Status Report, the Debtor has filed applications to employ the following professionals (estimated fees in parentheticals[2]): (i) Richard Marshack and Marshack Hays Wood LLP as the Debtor's chief restructuring officer [Dkt. No. 18] ($30,000/month) and (ii) Steven Shane of Compass Colorado, LLC as the Debtor's real estate broker [Dkt. No. 34] (4% of gross purchase price of Real Property). The Debtor will shortly file applications to employ Shulman Bastian Friedman Bui & O'Dea LLP as general bankruptcy counsel ($60,000/month) and Reeves & Weiss LLP as special litigation counsel to the Debtor ($25,000/month).

5. <u>The Debtor Has No Operations, Unexpired Leases or Executory Contracts</u>

The Debtor is a holding company and has no operations. Consequently, the Debtor does not have any projected income, expenses, or cash flow except for the income and expenses related to

---

[2] The fees stated in this section are estimates and are subject to change based upon, *inter alia*, whether the Debtor is able to settle with the Prejudgment Lienholders, actions taken by other parties-in-interest during the course of the Case, and how quickly the Debtor is able to exit from the Case. The estimated fees may be higher at the onset of the Case.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

the liquidation of assets set forth in the Initial Status Report. Moreover, the Debtor does not believe that it has any executory contracts or unexpired leases to assume or reject.

6. <u>Deadlines to File Claims and Objections to Claims</u>

Pursuant to the Notice of Chapter 11 Bankruptcy Case [Dkt. No. 14], the deadline for all creditors to file a proof of claim (except governmental units) is November 25, 2025 and the deadline for governmental units to file a proof of claim is March 16, 2026. The Debtor proposes that the deadline to file objections to claims be set for April 15, 2026 (30 days after the passage of the governmental bar date).

Respectfully submitted,

Dated: September 30, 2025          **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

     /s/ Leonard M. Shulman
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
Proposed General Counsel for the Debtor

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S SECOND STATUS REPORT**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  September 30, 2025  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) September 30, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark M. Houle
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 30, 2025 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

   - **Anthony Bisconti**  tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
   - **Max Casal**  mcasal@shulmanbastian.com, avernon@shulmanbastian.com
   - **Karol K Denniston**  karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
   - **Alan J Friedman**  afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
   - **John-Patrick McGinnis Fritz (TR)**  jpftrustee@lnbyg.com, jpf@trustesolutions.net
   - **George Gerro**  george@gerrolaw.com
   - **Christopher J Harney**  charney@tocounsel.com, dfunsch@tocounsel.com
   - **Steven J. Katzman**  skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
   - **Tobias S Keller**  tkeller@kellerbenvenutti.com
   - **Wendy A Locke**  ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
   - **Leonard M. Shulman**  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
   - **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

2. <u>**SERVED BY U.S. MAIL**</u>

| **DEBTOR**<br>SIMBA IL HOLDINGS, LLC<br>610 NEWPORT CENTER DRIVE, SUITE 950<br>NEWPORT BEACH, CA 92660-6473 | **RFN**<br>LUGANO DIAMONDS & JEWELRY<br>C/O TOBIAS S. KELLER - KELLER BENEVENUTTI<br>101 MONTGOMERY STREET, SUITE 1950<br>SAN FRANCISCO, CA 94104 | **RFN**<br>LUGANO DIAMONDS & JEWELRY<br>C/O TRACI SHAFROTH - KELLER BENEVENUTTI<br>101 MONTGOMERY STREET, SUITE 1950<br>SAN FRANCISCO, CA 94104 |
|---|---|---|
| **RFN**<br>LUGANO DIAMONDS & JEWELRY<br>C/O SCOTT FRIEDMAN - KELLER BENVENUTTI<br>101 MONTGOMERY STREET, SUITE 1950<br>SAN FRANCISCO, CA 94104 | **RFN**<br>COMPASS GROUP DIVERSIFIED<br>C/O KAROL DENNISTON-SQUARE PATTON<br>555 CALIFORNIA STREET, SUITE 550<br>SAN FRANCISCO, CA 94104 | **RFN**<br>COMPASS GROUP DIVERSIFIED<br>C/O PETER MORRISON, ESQ.<br>100 KEY TOWER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 |
| **RFN**<br>COMPASS GROUP DIVERSIFIED<br>C/O S. LERNER & K. ARENDSEN<br>201 E. FOURTH ST., SUITE 1900<br>CINCINNATI, OH 45202 | **COURT MAILING - UST**<br>QUEENIE K. NG<br>411 WEST FOURTH STREET, SUITE 7160<br>SANTA ANA, CA 92701 | **COURT MAILING**<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| **COURT MAILING**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | **COURT MAILING**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **COURT MAILING**<br>SECURITIES & EXCHANGE COMMISSION<br>444 SOUTH FLOWER ST., SUITE 900<br>LOS ANGELES, CA 90071-2934 |
| **COURT MAILING**<br>ANTON, DURAID<br>1 ELK GROVE LN<br>LAGUNA NIGUEL, CA 92677-1012 | **COURT MAILING**<br>ARONOFF, BARRY<br>C/O LANCE N JURICH/LOEB & LOEB LLP<br>10100 SANTA MONICA BLVD SUITE 2200<br>LOS ANGELES, CA 90067-4120 | **COURT MAILING**<br>ARVIELO, RICK<br>C/O GABRIEL G GREEN - BUCHALTER APC<br>1000 WILSHIRE BLVD SUITE 1500<br>LOS ANGELES, CA 90017-1730 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| AVINA LLC<br>C/O D. ENENSTEN-ENENSTEN PHAM<br>3200 BRISTOL ST SUITE 500<br>COSTA MESA, CA 92626 | **COURT MAILING**<br>BACLET, CHARLES<br>1600 S OCEAN BLVD APT 2101<br>POMPANO BEACH, FL 33062-7710 | **COURT MAILING**<br>BELGIUM NEW YORK LLC C/O<br>PATRICK PAPALIA/ARCHER &<br>GREINER PC<br>1211 AVENUE OF THE AMERICAS #2750<br>NEW YORK, NY 10036-8789 |
| **COURT MAILING**<br>BENSON, JULIANNE<br>389 SOUTH LAKE DRIVE #4G<br>PALM BEACH, FL 33480-4540 | **COURT MAILING**<br>BRANDES, ADRIENNE<br>919 GARDENIA WAY<br>CORONA DEL MAR, CA 92625-1547 | **COURT MAILING**<br>BUCKSBAUM, GLENN<br>303 WHITEFISH HILLS LOOP<br>WHITEFISH, MT 59937-2256 |
| **COURT MAILING**<br>CAMPF, ANNE AND DARREN<br>4428 IRISH HEIGHTS DRIVE<br>SUMMERSVILLE, WV 26651-1971 | **PREFERRED ADDRESS**<br>CAVE, DERYK<br>1196 E COOPER AVENUE<br>ASPEN, CO 81611 | **COURT MAILING**<br>CHAMPION FORCE<br>C/O LEIB M LERNER/ALSTON & BIRD LLP<br>350 SOUTH GRAND AVE 51ST FLOOR<br>LOS ANGELES, CA 90071-3406 |
| **COURT MAILING**<br>CHANNELS, CEDRIC<br>402 ESTHER ST<br>COSTA MESA, CA 92627-2323 | CITIBANK, N.A.<br>1000 TECHNOLOGY DRIVE<br>O'FALLON, MO 63368-2240 | **COURT MAILING**<br>COHEN, RAYMOND<br>C/O JONATHAN HERSEY/K&L GATES<br>1 PARK PLAZA TWELFTH FLOOR<br>IRVINE, CA 92614-5910 |
| **COURT MAILING**<br>CONWAY, MARK<br>1221 W COAST HWY APT 114<br>NEWPORT BEACH, CA 92663-5051 | **COURT MAILING**<br>COYNE, KAREN<br>KAREN BEDROSIAN PROPERTY TRUST<br>2934 N BEVERLY GLEN CIRCLE #347<br>LOS ANGELES, CA 90077-1724 | **COURT MAILING**<br>DACUS, DEBBIE<br>5444 CANDLEWOOD DRIVE<br>HOUSTON, TX 77056-1603 |
| **COURT MAILING**<br>DIAMONDS & JEWELRY INC C/O A KHAN<br>BROWN, NERI, SMITH & KHAN LLP<br>11601 WILSHIRE BLVD SUITE 2080<br>LOS ANGELES, CA 90025-0389 | **COURT MAILING**<br>EMMES, DAVID<br>655 TOWN CENTER DRIVE<br>COSTA MESA, CA 92626-1918 | **COURT MAILING**<br>FERDER, MORDECHAI AND EDIT<br>1501 SERENADE TER<br>CORONA DEL MAR, CA 92625-1753 |
| **COURT MAILING**<br>FERRY, ANTHONY<br>20 PACIFICA STE 1000<br>IRVINE, CA 92618-7462 | **COURT MAILING**<br>FLANDERS, SCOTT<br>1425 SANTA BARBARA DRIVE<br>NEWPORT BEACH, CA 92660-6373 | **COURT MAILING**<br>FLANDERS, SCOTT<br>PO BOX 7859<br>AVON, CO 81620-7859 |
| **COURT MAILING**<br>FREEDMAN, JAMES<br>11755 WILSHIRE BLVD<br>LOS ANGELES, CA 90025-1501 | **COURT MAILING**<br>GADOL, BRYAN C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>1900 AVENUE OF THE STARS 19TH FLOOR<br>LOS ANGELES, CA 90067-4410 | **COURT MAILING**<br>GADOL, BRYAN C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>824 N MARKET STREET SUITE 805<br>WILMINGTON, DE 19801-4918 |
| **COURT MAILING**<br>GADOL, BRYAN C/O MICHELLE SCHINDLER<br>FERGUSON SCHINDLER LAW FIRM<br>119 SOUTH SPRING STREET SUITE 201<br>ASPEN, CO 81611-2082 | **COURT MAILING**<br>GADOL, BRYAN-C/O TODD C THEODORA<br>THEODORA ORINGHER PC<br>535 ANTON BLVD NINTH FLOOR<br>COSTA MESA, CA 92626-7109 | **COURT MAILING**<br>GOLDSTEIN, ALON<br>22287 MULHOLLAND HWY, UNIT 254<br>CALABASAS, CA 91302-5157 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             F 9013-3.1.PROOF.SERVICE

**COURT MAILING**
HAZEN, CASSANDRA AND PAUL
C/O JOANNA MARIE MYERS
9465 WILSHIRE BLVD SUITE 300
BEVERLY HILLS, CA 90212-2624

**COURT MAILING**
HOEVEN, DREW
3 CAPE ANDOVER
NEWPORT BEACH, CA 92660-8401

**COURT MAILING**
HOLZER, RUSTY - C/O B
CAPITUMMINO
WOODS OVIATT GILMAN LLP
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**COURT MAILING**
KELSEY, KACI
110 WESTMINSTER ROAD
WEST PALM BEACH, FL 33405-1649

**COURT MAILING**
KLEIN, BILL
60 LINDA ISLE
NEWPORT BEACH, CA 92660-7207

**COURT MAILING**
KRAUS, KEN C/O JEFF AUGUSTINI
LAW OFFICE OF JEFF AUGUSTINI
100 BAYVIEW CIRCLE SUITE 210
NEWPORT BEACH, CA 92660-8901

**COURT MAILING**
LEE, ROBERT
BBD 2012 GIFT TRUST
72-2763 ULUWEUWEU AKSUM PLACE
KAILUA KONA, HI 96740

**COURT MAILING**
LEVASQUE, MATT
5893 LAKEVIEW
YORBA LINDA, CA 92886-5367

**COURT MAILING**
LI, PETER
19211 CROYDEN TER
IRVINE, CA 92603-3537

**COURT MAILING**
LOCKSLEY, JOHN
185 WEST END AVENUE UNIT 9A
NEW YORK, NY 10023-5543

**COURT MAILING**
LOOK-MAZZA, MONA
344 WEST REDS ROAD
ASPEN, CO 81611

**COURT MAILING**
LUGANO BUYER, INC.
301 RIVERSIDE AVENUE, SECOND FLOOR
WESTPORT, CT 06880-4806

**COURT MAILING**
MCCALL, MARIANNE
188 LUDLOW STREET APT 21J
NEW YORK, NY 10002-1690

**COURT MAILING**
MCHENRY, TROY
10917 EARTH HUES
LAS VEGAS, NV 89135-9132

**COURT MAILING**
MCMACKEN, RON
1660 SOUTH OCEAN BLVD
MANALAPAN, FL  33462-6210

**COURT MAILING**
MOENS, LAWRENCE
2335 S OCEAN BLVD
PALM BEACH, FL 33480-5368

**COURT MAILING**
MOLER, BILL
10342 MOHAWK ROAD
LEAWOOD, KS 66206-2587

**COURT MAILING**
N.B.S. DIAMONDS C/O GERALD L. KROLL
KROLL LAW
970 W. BROADWAY, SUITE E-200
JACKSON, WY 83001-6402

**COURT MAILING**
N.B.S. DIAMONDS C/O JOSEPH M. KAR
LAW OFFICE OF JOSEPH M. KAR PC
15250 VENTURA BLVD SUITE PH-1220
SHERMAN OAKS, CA 91403-3201

**COURT MAILING**
OCONNELL, KEVIN
1714 STARLIGHT CIR
NEWPORT BEACH, CA 92660-4340

**COURT MAILING**
PERL, DANIEL C/O OMAR J. YASSIN
YASSIN LAW APC
1010 E. UNION STREET SUITE 201
PASADENA, CA 91106-1756

**COURT MAILING**
PHILLIPS, ANDY
2900 BRISTOL STREET
COSTA MESA, CA 92626-5981

**COURT MAILING**
PRESUTTI, DANA
424 PARK CIRCLE
ASPEN, CO 81611-3400

RUBERTI, LISA
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**COURT MAILING**
RODAN, AMMON
21 ORINDA WAY, SUITE C-381
ORINDA, CA 94563-2530

**COURT MAILING**
ROTHSTEIN, ADAM
17 COVLEE DRIVE
WESTPORT, CT 06880-6407

**COURT MAILING**
SHELLY, DAMON
9881 RESEARCH DRIVE
IRVINE, CA 92618-4304

**COURT MAILING**
SHERLOCK, TINA & RUSS
1416 W MAIN STREET
CARMEL, IN 46032

**COURT MAILING**
SHERWOOD, STEVE
54 GOLDEN EAGLE
IRVINE, CA 92603-0309

**COURT MAILING**
SIMON, RON
620 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660-6420

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**COURT MAILING**
SIMON, SCOTT
641 ST JAMES ROAD
NEWPORT BEACH, CA 92663-5854

**COURT MAILING**
SIMON, VONDA & SCOTT
29230 PASEO CARMONA
SAN JUAN CAPISTRANO, CA 92675-3654

**COURT MAILING**
SMITH, MIKE
1585 ATTOKA ROAD
MARSHALL, VA 20115-3505

**COURT MAILING**
SONI, ASHISH
1908 N FREMONT STREET
CHICAGO, IL 60614-5017

**COURT MAILING**
STACK, JEFF
3501 JAMBOREE ROAD, SUITE 6000
NEWPORT BEACH, CA 92660-2960

**COURT MAILING**
STRAWBRIDGE, GEORGE
3801 KENNET PIKE
WILMINGTON, DE 19807-2300

**COURT MAILING**
SUMMERS, JIM
282 LOCHA DRIVE
JUPITER, FL 33458-7733

**PREFERRED ADDRESS**
SUTHERLAND, ANNE & GRANT
151 RANCH CREEK LANE
CARBONDALE, CO 91623

**COURT MAILING**
SYDNEY HOLDINGS LIMITED
C/O B. CAPITUMMINO - WOODS OVIATT
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**COURT MAILING**
SYDNEY HOLDINGS LIMITED C/O J LEVIN
GLASER WEIL FINK HOWARD JORDAN ET AL
10250 CONSTELLATION BLVD 19TH FLOOR
LOS ANGELES, CA 90067-6219

**COURT MAILING**
TEDORI, FRED
48 RITZ COVE DRIVE
DANA POINT, CA 92629-4228

**COURT MAILING**
TESTA, DARREN C/O M. SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE 201
ASPEN, CO 81611-2082

**COURT MAILING**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS 19TH FLOOR
LOS ANGELES, CA 90067-4410

**COURT MAILING**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N. MARKET STREET, SUITE 805
WILMINGTON, DE 19801-4918

**COURT MAILING**
TESTA, DARREN C/O TODD C THEODORA
THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**PREFERRED ADDRESS**
US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

WANG, ANGI
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**COURT MAILING**
WAZANA, AVI C/O DARREN ENENSTEIN
ENENSTEIN PHAM GLASS & RABBAT
8439 W SUNSET BLVD SUITE 300
LOS ANGELES, CA 90069-1925

**COURT MAILING**
WINTERS, KRISTOPHER C/O S. KATZMAN
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673-6253

**COURT MAILING**
WOLFE, BILL
525 S FLAGLER DRIVE PH2 C/D
WEST PALM BEACH, FL 33401-5922

**N/A**
SANTA ANA DIVISION
411 WEST FOURTH STREET, SUITE 2030,
SANTA ANA, CA 92701-4500
**N/A**

**COURT MAILING**
RUBERTI, LISA
**UNDELIVERABLE - INCOMPLETE ADDRESS**

**COURT MAILING**
WANG, ANGI
**UNDELIVERABLE - INCOMPLETE ADDRESS**

**COURT MAILING**
CAVE, DERYK
50 BIG SKY RESORT RD
BIG SKY, MT 59716
**UPDATED ADDRESS - PER CREDITOR REQUEST**

**COURT MAILING**
SUTHERLAND, ANNE & GRANT
61070 MINARET CIRCLE
BEND, OREGON 97702-1903
**UPDATED ADDRESS - PER CREDITOR REQUEST**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE

**F 9013-3.1.PROOF.SERVICE**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*