<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name __Simba IL Holdings, LLC__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (If known): __8:25-bk-12616-MH__

❑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** **Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................

   $ 30,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................

   $ Unk- TBD

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................

   $ Unk - TBD

---

**Part 2:** **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................................

   $ _____

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................

   $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........................

   + $ _____

4. **Total liabilities**...........................................................................................
   Lines 2 + 3a + 3b

   $ _____

**Fill in this information to identify the case:**

Debtor name  SIMBA IL HOLDINGS, LLC

United States Bankruptcy Court for the:  Central      District of  CA
                                                                    (State)

Case number (If known):  8:25-bk-12616-MH

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**                                                                              $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Schwab One Account | See EXH. 1 | 9  8  5  0 | $_____ |
| 3.2. | Amt. Unk, Debtor does not have access | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. N/A                                                                                        $_____0.00
   4.2. _____                                            $_____0.00

5. **Total of Part 1**                                                                            $_____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____                                            $_____
   7.2. _____                                            $_____

Debtor    SIMBA IL HOLDINGS, LLC    Case number *(if known)*  8:25-bk-12616-MH
          Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____  $_____

   8.2._____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____0.00

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                          **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........ ➜    $_____
                               face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........ ➜    $_____
                               face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____0.00

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

                                                          **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____0.00

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                   % of ownership:

    15.1. Lugano Holding, Inc._____    40____%    $_____

    15.2. See attachment 15.2_____    _____%    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____0.00

    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  SIMBA IL HOLDINGS, LLC                                    Case number (if known) 8:25-bk-12616-MH
        Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

| $_____ 0.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples_: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

---

Debtor    SIMBA IL HOLDINGS, LLC

Name

Case number *(if known)* 8:25-bk-12616-MH

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | | $ _____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor ___SIMBA IL HOLDINGS, LLC___    Case number _(if known)_ 8:25-bk-12616-MH
    Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

                                                                           $_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor _____ Case number (if known) 8:25-bk-12616-MH
        SIMBA IL HOLDINGS, LLC
        Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1220 Red Butte Dr., Aspen, CO | 100% | $ 30,000,000.0 | Broker estimate | $  30,000,000.00 |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$  30,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____ 0.00

Debtor    SIMBA IL HOLDINGS, LLC
Name

Case number (if known)  8:25-bk-12616-MH

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ _____ − _____ = ➜  $_____0.00
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | Tax year | |
|---|---|---|
| Federal Tax Return - net operating loss | 2022 | $      434,573.00 |
| Federal Tax Return - net operation loss | 2023 | $      180,208.00 |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Lugano Diamonds & Jewelry Inc.    $_____

**Nature of claim**    Reimbursement ($10-30 mil)

**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____0.00

**Nature of claim**    _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____0.00
_____    $_____0.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor    SIMBA IL HOLDINGS, LLC
Name

Case number (if known)  8:25-bk-12616-MH

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➔ | | $ 30,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column. ....................91a. | $_____ | **+** 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................ $_____

ATTACHMENT A/B – 15.2

| Account Name | Committed Capital | Enhanced Commitment | Current Value | Investment Manager | Investment Name | Asset Class |
|---|---|---|---|---|---|---|
| Simba IL Holdings, LLC | N/A | N/A | $0 | Blackrock | Blackrock BATS Ser E | Municipal Bond |
| Simba IL Holdings, LLC | $600,000 | $554,100 | $46,855 | | iCapital BCP IX | Private Equity |
| Simba IL Holdings, LLC | $750,000 | $473,658 | $297,861 | | iCapital BREP X Access Fund | Private Real Estate |
| Simba IL Holdings, LLC | $1,000,000 | $352,578 | $692,482 | Blackstone | iCapital-BTAS VIII US Access Fund LP | Multi-Asset |
| Simba IL Holdings, LLC | $1,000,000 | $427,137 | $598,674 | | Blackstone Tactical Opportunities Fund IV, LP | Multi-Asset |
| Simba IL Holdings, LLC | $600,000 | $600,000 | $0 | | iCapital Blackstone Growth Equity II | Private Equity |
| Simba IL Holdings, LLC | $1,200,000 | $0 | $1,987 | | Blackstone Real Estate Income Trust Class I | REIT |
| Simba IL Holdings, LLC | $1,000,000 | $0 | $1,114,694 | Brevet | Brevet Direct Lending Short Duration Fund, LP | Private Debt |
| Simba IL Holdings, LLC | $750,000 | $549,608 | $153,289 | Brightstar | Brightstar Capital Partners Fund III, LP | Private Equity |
| Simba IL Holdings, LLC | $1,000,000 | $0 | $1,000,000 | CWS Capital Partners | CWS SAF XIII | Private Real Estate |
| Simba IL Holdings, LLC | $20,889 | $0 | $20,889 | | CWS S13 Lender Group | Private Real Estate |
| Simba IL Holdings, LLC | $1,000,000 | $73,833 | $944,103 | Fundamental Advisors | Fundamental Advisors IV | Private Debt |
| Simba IL Holdings, LLC | $350,000 | $301,000 | $51,468 | HS Group | HS Sponsor Fund III | Hedge Fund |
| Simba IL Holdings, LLC | $750,000 | $89,214 | $795,352 | RCP Advisors | RCP Direct IV, LP | Private Equity |
| Simba IL Holdings, LLC | $1,000,000 | $426,905 | $483,502 | | RCP Fund XVI, LP | Private Equity |
| Simba IL Holdings, LLC | $700,000 | $0 | $376,169 | Redmile Group | Redmile Capital Fund, LP | Hedge Fund |
| Simba IL Holdings, LLC | $800,000 | $0 | $22,811 | Starwood Capital Group | Starwood Real Estate Income Trust, Inc. | REIT |
| Simba IL Holdings, LLC | $1,000,000 | $0 | $8,899 | Suvretta Capital Management | Suvretta Partners, LP | Hedge Fund |
| Simba IL Holdings, LLC | $750,000 | $89,324 | $604,724 | Turning Rock Partners | Turning Rock Fund II, LP | Private Debt |
| Simba IL Holdings, LLC | N/A | N/A | $1,501 | | Schwab Bank Sweep | Cash or Equivalent |
| | | $3,917,358 | $7,215,260 | | | |

**Fill in this information to identify the case:**

Debtor name  **SIMBA IL HOLDINGS, LLC,**

United States Bankruptcy Court for the: **Central** District of **California**

Case number (*If known*): **8:25-bk-12616-MH**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with the debtor's other schedules.  Debtor has nothing else to report on this form

☒ Yes.  Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.**
    **If a creditor has more than one secured claim, list the creditor separately for each claim.**

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1    Creditor's name**<br>**Citibank, N.A**<br><br>**Creditor's mailing address**<br>**1000 Technology Drive**<br>**O'Fallon, MO 63368-2240**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒No.<br>☐Yes. Specify each creditor, including this creditor, and its relative priority | **Describe debtor's property that is subject to a lien**<br>**1220 Red Butte Dr., Aspen, CO**<br><br>**Describe the lien**<br>**1st deed of trust**<br><br>**Is the creditor an insider or related party?**<br>☒No.<br>☐Yes.<br>**Is anyone else liable on this claim?**<br>☐No.<br>☒Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated.<br>☐ Disputed | $11,537,500.00<br><br>Debtor is not liable for this claim; lien recorded against debtor's property only | $30,000,000.00 |
| **2.2    Creditor's name**<br>**Daniel Perl (Whitemountain Capital)**<br><br>**Creditor's mailing address**<br>**c/o Omar J. Yassin**<br>**Yassin Law APC**<br>**1010 E. Union Street, Ste. 201**<br>**Pasadena, CA 91106**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒No.<br>☐Yes. Specify each creditor, including this creditor, and its relative priority | **Describe debtor's property that is subject to a lien**<br>**1220 Red Butte Dr., Aspen, CO**<br><br>**Describe the lien**<br>**2nd deed of trust**<br><br>**Is the creditor an insider or related party?**<br>☒No.<br>☐Yes.<br>**Is anyone else liable on this claim?**<br>☐No.<br>☒Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent.<br>☒ Unliquidated.<br>☒ Disputed | $6,700,000.00<br><br>Debtor is not liable for this claim; lien recorded against debtor's property only | $30,000,000.00 |

Debtor \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  Case number *(if known)* _____

| **Part 1:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page**

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.3**  Creditor's name<br><br>**Lugano Buyer, Inc.**<br><br>Creditor's mailing address<br>**301 Riverside Avenue**<br>**Second Floor**<br>**Westport, CT 06880**<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last four digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐No.<br>☐Yes.  Specify each creditor, including this creditor, and its relative priority | Describe debtor's property that is subject to a lien<br>**338,235 shares of common stock of Lugano Holdings, Inc.**<br><br>Describe the lien<br>**UCC Financing Statement filed 9/10/21**<br><br>**Is the creditor an insider or related party?**<br>☒No.<br>☐Yes.<br>**Is anyone else liable on this claim?**<br>☒No.<br>☐Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent.<br>☒ Unliquidated<br>☐ Disputed | **$unknown** | $ |
| **2.4**  Creditor's name<br><br>**Gadol, Bryan**<br><br>Creditor's mailing address<br>**c/o Todd C. Theodora**<br>**Theodora Oringher PC**<br>**535 Anton Blvd, Ninth Floor**<br>**Costa Mesa, CA 92626-7109**<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last four digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐No.<br>☐Yes.  Specify each creditor, including this creditor, and its relative priority | Describe debtor's property that is subject to a lien<br>**(1) Brokerage accounts with Charles Schwab and Beacon Pointe Advisors, and (2) 1220 Red Butte Drive, Aspen, CO**<br><br>Describe the lien<br>**Prejudgment writs of attachment**<br><br>**Is the creditor an insider or related party?**<br>☒No.<br>☐Yes.<br>**Is anyone else liable on this claim?**<br>☒No.<br>☐Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated      See, Attachment 2.4 and 2.5<br>☒ Disputed | **$7,929,072.00** | $ |

| **2.5 Creditor's name**<br>Testa, Darren | **Describe debtor's property that is subject to a lien**<br>(1) Brokerage accounts with Charles Schwab and Beacon<br>Pointe Advisors, and (2) 1220 Red Butte Drive, Aspen, CO | «Scheduled_Claim»<br>$6,377,79.84 | $ |

**Creditor's mailing address**
c/o Todd C. Theodora
Theodora Oringher PC
535 Anton Blvd., Ninth Floor
Costa Mesa, CA 92626-7109

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority

**Describe the lien**
**Prejudgment writs of attachment**

**Is the creditor an insider or related party?**
☒ No.
☐ Yes.

**Is anyone else liable on this claim?**
☐ No.
☒ Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*

***As of the petition filing date, the claim is:***
Check all that apply
☐ Contingent.
☐ Unliquidated    See, Attachment 2.4 and 2.5
☒ Disputed

Debtor  **************************     Case number *(if known)* _____

<br>

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Gadol, Bryan<br>c/o Mark Eckard<br>Raines Feldman Littrell LLP<br>824 N Market Street Suite 805<br>Wilmington, DE 19801 | Line 2. **2.4** | |
| Gadol, Bryan<br>c/o Mark Eckard<br>Raines Feldman Littrell LLP<br>1900 Avenue of the Stars 19th Floor<br>Los Angeles, CA 90067 | Line 2. **2.4** | |
| Gadol, Bryan<br>c/o Michelle Schindler<br>Ferguson Schindler Law Firm<br>119 South Spring Street Suite 201<br>Aspen, CO 81611 | Line 2. **2.4** | |
| Testa, Darren<br>c/o Mark Eckard<br>Raines Feldman Littrell LLP<br>824 N. Market Street, Suite 805<br>Wilmington, DE 19801 | Line 2. **2.5** | |
| Testa, Darren<br>c/o Mark Eckard<br>Raines Feldman Littrell LLP<br>1900 Avenue of the Stars 19th Floor<br>Los Angeles, CA 90067 | Line 2. **2.5** | |
| Testa, Darren<br>c/o M. Schindler<br>Ferguson Schindler Law Firm<br>119 South Spring Street Suite 201<br>Aspen, CO 81611 | Line 2. **2.5** | |

Official Form 206D     **Schedule D: Creditors Who Have Claims Secured by Property**

ATTACHMENT 2.4 AND 2.5

Brian Gadol and Darryn Testa have three lawsuits pending against the Debtor for the same claim: (i) *Gadol, et. al. v. Ferder, et al.*, filed in the Superior Court of the State of California for the County of Orange on June 6, 2026, Case No. 30-2025-01488102-CU-BC-CJC (the "California Action"); (ii)
*Gadol, et. al. v. Ferder, et al.*,  filed in the District Court for Pitkin County, Colorado on June 18, 2025, Case No. 2025CV30067 (the "Colorado Action"); and (iii) *Gadol, et. al. v. Simba IL Holdings, LLC*, filed in the Superior Court for the State of Delaware on July 2, 2025, Case No. N25C-07-026 (the "Delaware Action" and collectively with the California Action and Colorado Action, the "Actions").

On or about June 20, 2025, a writ of attachment was issued in the California Action which granted Gadol and Testa with a prejudgment liens in the Debtor's brokerage accounts with Charles Schwab and Beacon Pointe Advisors. Because the writ was issued within 90 days of the filing of the petition, the lien was automatically terminated pursuant to C.C.P. § 493.030.

On or about June 23, 2025, an order was entered in the Colorado Action which granted Gadol and Testa prejudgment liens against 1220 Red Butte Drive, Aspen, Colorado.

On or about July 11, 2025, a writ was issued in the Delaware Action which granted Gadol and Testa prejudgment liens against the investment accounts. The Debtor is advised that a default judgment was entered in the Delaware Action prior to the filing of the bankruptcy case.

Fill in this information to identify the case:

Debtor **SIMBA IL HOLDINGS, LLC,**

United States Bankruptcy Court for the: **Central** District of **CA**
(State)

Case number **8:25-bk-12616-MH**
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**2.2** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (qqqqq)

**As of the petition filing date, the claim is:** $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**2.3** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Debtor  SIMBA TC HOLDINGS, LLC,                        Case number *(if known)*  8:25-bk-12616-MH
_____
        Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

SEE ATTACHED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.2** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.3** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.4** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.5** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.6** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

| | Amount of claim |
|---|---|

**3.1    Nonpriority creditor's name and mailing address**

Anton, Duraid
1 Elk Grove Ln
Laguna Niguel, CA 92677

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.2    Nonpriority creditor's name and mailing address**

Aronoff, Barry
c/o Lance N Jurich
Loeb & Loeb LLP
10100 Santa Monica Blvd Suite 2200
Los Angeles, CA 90067

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.3    Nonpriority creditor's name and mailing address**

Arvielo, Rick
c/o Gabriel G Green - Buchalter APC
1000 Wilshire Blvd Suite 1500
Los Angeles, CA 90017-1730

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.4    Nonpriority creditor's name and mailing address**

Baclet, Charles
1600 S Ocean Blvd., Apt 2101
Pompano Beach, FL 33062-7710

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.5    Nonpriority creditor's name and mailing address**

Belgium New York LLC
c/o Patrick Papalia/Archer & Greiner PC
1211 Avenue of the Americas #2750
New York, NY 10036

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

Debtor _____    Case number *(if known)* _____

| | Amount of claim |
|---|---|
| | |

| 3.6 **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $0.00 |
|---|---|---|
| Benson, Julianne<br>389 South Lake Drive #4G<br>Palm Beach, FL 33480 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**  Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |

| 3.7 **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $0.00 |
|---|---|---|
| Brandes, Adrienne<br>919 Gardenia Way<br>Corona Del Mar, CA 92625 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**  Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |

| 3.8 **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $0.00 |
|---|---|---|
| Bucksbaum, Glenn<br>303 Whitefish Hills Loop<br>Whitefish, MT 59937 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**  Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |

| 3.9 **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $0.00 |
|---|---|---|
| Campf, Anne and Darren<br>4428 Irish Heights Drive<br>Summersville, West Virginia 26651 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**  Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |

| 3.10 **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $0.00 |
|---|---|---|
| Cave, Deryk<br>1196 E Cooper Avenue<br>Aspen, CO 81611 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**  Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒ No. .<br>☐ Yes | |

Debtor *************************

Case number *(if known)* _____

|  | Amount of claim |
|---|---|

| 3.11 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Champion Force<br>c/o Leib M Lerner/Alston & Bird LLP<br>350 South Grand Ave 51st Floor<br>Los Angeles, CA 90071 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.12 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500,000.00 |
|---|---|---|
| Channels, Cedric<br>402 Esther St<br>Costa Mesa, CA 92627 | Check all that apply<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Personal guarantee | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.13 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Cohen, Raymond<br>c/o Jonathan Hersey/K&L Gates<br>1 Park Plaza Twelfth Floor<br>Irvine, CA 92614 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.14 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Conway, Mark<br>1221 W Coast Hwy, Apt. 114<br>Newport Beach, CA 92663-5051 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract– LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.15 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Coyne, Karen<br>Karen Bedrosian Property Trust<br>2934 ½ N Beverly Glen Circle #347<br>Los Angeles, CA 90077 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

Debtor   ************************        Case number *(if known)* _____

|  |  | Amount of claim |
|---|---|---|

| **3.16   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $0.00 |
|---|---|---|
| Dacus, Debbie<br>5444 Candlewood Drive<br>Houston, TX 77056 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.17   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $0.00 |
|---|---|---|
| Emmes, David<br>655 Town Center Drive<br>Costa Mesa, CA 92626 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.18   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $Unknown |
|---|---|---|
| Ferder, Mordechai and Edit<br>c/o Reeves & Weiss LLP<br>3333 Michelson Dr., Suite 300<br>Irvine, CA 92612 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.  .<br>☐Yes | |

| **3.19   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $0.00 |
|---|---|---|
| Ferry, Anthony<br>20 Pacifica Ste 1000<br>Irvine, CA 92618 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**   Contract– LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.20   Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $0.00 |
|---|---|---|
| Flanders, Scott<br>PO Box 7859<br>Avon, CO 81620-7859 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim**   Contract– LISTED FOR NOTICE PURPOSES | |
| **Date or dates debt was incurred** | | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

Debtor **************************   Case number *(if known)* _____

| | Amount of claim |
|---|---|

**3.21   Nonpriority creditor's name and mailing address**

Freedman, James
11755 Wilshire Blvd
Los Angeles, CA 90025

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.22   Nonpriority creditor's name and mailing address**

Goldstein, Alon
22287 Mulholland Hwy
Unit 254
Calabasas, CA 91302

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.23   Nonpriority creditor's name and mailing address**

Hazen, Cassandra and Paul
c/o Joanna Marie Myers
9465 Wilshire Blvd Suite 300
Beverly Hills, CA 90212

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.24   Nonpriority creditor's name and mailing address**

Hoeven, Drew
3 Cape Andover
Newport Beach, CA 92660

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.25   Nonpriority creditor's name and mailing address**

Holzer, Rusty - c/o B Capitummino
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NY 14604

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

Debtor    *************************    Case number *(if known)* _____

| | Amount of claim |
|---|---|

**3.26    Nonpriority creditor's name and mailing address**

Kelsay, Kaci
110 Westminster Road
West Palm Beach, FL 33405

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR
NOTICE PURPOSES

**Is the claim subject to setoff?**
☒No.
☐Yes

$0.00

---

**3.27    Nonpriority creditor's name and mailing address**

Klein, Bill
60 Linda Isle
Newport Beach, CA 92660

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR
NOTICE PURPOSES

**Is the claim subject to setoff?**
☒No.
☐Yes

$0.00

---

**3.28    Nonpriority creditor's name and mailing address**

Kraus, Ken
c/o Jeff Augustini
Law Office of Jeff Augustini
100 Bayview Circle Suite 210
Newport Beach, CA 92618

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR
NOTICE PURPOSES

**Is the claim subject to setoff?**
☒No.
☐Yes

$0.00

---

**3.29    Nonpriority creditor's name and mailing address**

Lee, Robert
BBD 2012 Gift Trust
72-2763 Uluweuweu Aksum Place
Kailua Kona, HI 96734

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR
NOTICE PURPOSES

**Is the claim subject to setoff?**
☒No.
☐Yes

$0.00

---

**3.30    Nonpriority creditor's name and mailing address**

Levesque, Matt
5893 Lakeview
Yorba Linda, CA 92886

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR
NOTICE PURPOSES

**Is the claim subject to setoff?**
☒No.
☐Yes

$0.00

---

Debtor _____    Case number *(if known)* _____

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.31**   **Nonpriority creditor's name and mailing address**<br><br>Li, Peter<br>19211 Croyden Ter<br>Irvine, CA 92603-3537<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number** | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $0.00 |
| **3.32**   **Nonpriority creditor's name and mailing address**<br><br>Locksley, John<br>185 West End Avenue Unit 9A<br>New York, NY 10023<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number** | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $0.00 |
| **3.33**   **Nonpriority creditor's name and mailing address**<br><br>Look-Mazza, Mona<br>344 West Reds Road<br>Aspen, CO 81611<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number** | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $0.00 |
| **3.34**   **Nonpriority creditor's name and mailing address**<br><br>Lugano Diamonds & Jewelry Inc<br>/c/o A Khan<br>Brown, Neri, Smith & Khan LLP<br>11601 Wilshire Blvd Suite 2080<br>Los Angeles, CA 90025<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number** | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $0.00 |

Debtor *************************    Case number *(if known)* _____

| | Amount of claim |
|---|---|

**3.35   Nonpriority creditor's name and mailing address**

McCall, Marianne
188 Ludlow Street Apt 21J
New York, NY 10002

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.36   Nonpriority creditor's name and mailing address**

McHenry, Troy
10917 Earth Hues
Las Vegas, NV 89135

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.37   Nonpriority creditor's name and mailing address**

McMacken, Ron
1660 S. Ocean Blvd
Manalapan, FL 33462

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.38   Nonpriority creditor's name and mailing address**

Moens, Lawrence
2335 S Ocean Blvd
Palm Beach, FL 33480

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.39   Nonpriority creditor's name and mailing address**

Moler, Bill
10342 Mohawk Road
Leawood, KS 66202

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

Debtor _____    Case number *(if known)* _____

| | Amount of claim |
|---|---|

**3.40    Nonpriority creditor's name and mailing address**

N.B.S. Diamonds
c/o Joseph M. Kar
Law Office of Joseph M. Kar PC
15250 Ventura Blvd Suite PH-1220
Sherman Oaks, CA 91403

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.41    Nonpriority creditor's name and mailing address**

N.B.S. Diamonds
c/o Gerald L. Kroll
Kroll Law
970 W. Broadway, Suite E-200
Jackson, Wyoming 83001

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

Duplicate of 2.44 above

---

**3.42    Nonpriority creditor's name and mailing address**

O'Connell, Kevin
1714 Starlight Cir
Newport Beach, CA 92660-4340

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

---

**3.43    Nonpriority creditor's name and mailing address**

Phillips, Andy
2900 Bristol Street
Costa Mesa, CA 92626

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim**    Contract – LISTED FOR NOTICE PURPOSES

**Is the claim subject to setoff?**
☒ No.
☐ Yes

$0.00

Debtor ************************    Case number *(if known)* _____

|  | Amount of claim |
|---|---|

| 3.44 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Presutti, Dana<br>424 Park Circle<br>Aspen, CO 81611 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**  Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.45 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Rodan, Amnon<br>21 Orinda Way<br>Suite C-381<br>Orinda, CA 94563 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**  Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.46 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Rothstein, Adam<br>17 Covlee Drive<br>Westport, CT 06880 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**  Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.47 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Ruberti, Lisa<br>c/o Gogo & Moore LLC<br>505 E Hyman Avenue<br>Aspen, CO 81611 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim**  Contract – LISTED FOR NOTICE PURPOSES | |
| **Date or dates debt was incurred** | | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.48 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Shelly, Damon<br>9881 Research Drive<br>Irvine, CA 92618 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**  Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

Debtor  *************************     Case number *(if known)* _____

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.49**   **Nonpriority creditor's name and mailing address**<br><br>Sherlock, Tina & Russ<br>1416 W Main Street<br>Carmel, IN 46032<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number** | ***As of the petition filing date, the claim is:***<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $0.00 |
| **3.50**   **Nonpriority creditor's name and mailing address**<br><br>Sherwood, Steve<br>54 Golden Eagle<br>Irvine, CA 92603<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number** | ***As of the petition filing date, the claim is:***<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $0.00 |
| **3.51**   **Nonpriority creditor's name and mailing address**<br><br>Simon, Ron<br>620 Newport Center Drive<br>Newport Beach, CA 92660<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number** | ***As of the petition filing date, the claim is:***<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $0.00 |
| **3.52**   **Nonpriority creditor's name and mailing address**<br><br>Simon, Vonda & Scott<br>29230 Paseo Carmona<br>San Juan Capistrano, CA 92675<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number** | ***As of the petition filing date, the claim is:***<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $0.00 |
| **3.53**   **Nonpriority creditor's name and mailing address**<br><br>Simon, Scott<br>641 St James Road<br>Newport Beach, CA 92663<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number** | ***As of the petition filing date, the claim is:***<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $0.00 |

Debtor _____    Case number *(if known)* _____

|  |  | Amount of claim |
|---|---|---|

| **3.54   Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|
| Smith, Mike<br>1585 Attoka Road<br>Marshall, VA 20115 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.55   Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|
| Soni, Ashish<br>1908 N Fremont Street<br>Chicago, IL 60614-5017 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.56   Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|
| Stack, Jeff<br>3501 Jamboree Road<br>Suite 6000<br>Newport Beach, CA 92660 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.57   Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|
| Strawbridge, George<br>3801 Kennet Pike<br>Wilmington, DE 19807 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.58   Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|
| Summers, Jim<br>282 Locha Drive<br>Jupiter, FL 33458 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**   Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

Debtor **************************    Case number (if known) _____

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.59** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | $0.00 |
| Sutherland, Anne & Grant<br>151 Ranch Creek Lane<br>Carbondale, CO 81623 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | | |
| | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |
| **3.60** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | $0.00 |
| Sydney Holdings Limited<br>c/o B. Capitummino<br>Woods Oviatt<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |
| **3.61** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | Duplicate of 3.64 above |
| Sydney Holdings Limited<br>c/o J Levin<br>Glaser Weil Fink Howard Jordan et al<br>10250 Constellation Blvd 19th Floor<br>Los Angeles, CA 90067 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |
| **3.62** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | $0.00 |
| Tedori, Fred<br>48 Ritz Cove Drive<br>Dana Point, CA 92629 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

Debtor **************************   Case number *(if known)* _____

| | Amount of claim |
|---|---|

| 3.63 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Wang, Angi<br>c/o Gogo & Moore LLC<br>505 E Hyman Avenue<br>Aspen, CO 81611 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No. .<br>☐Yes | |

| 3.64 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Wazana, Avi  - Avina, LLC<br>c/o Darren Enenstein<br>Enenstein Pham Glass & Rabbat<br>8439 W Sunset Blvd Suite 300<br>Los Angeles, CA 90069 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.65 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,550,000.00 |
|---|---|---|
| Winters, Kristoffer<br>c/o S. Katzman<br>Bienert Katzman Littrell Williams LLP<br>903 Calle Amanecer Ste 350<br>San Clemente, CA 92673 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Personal guarantee/lawsuit | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.66 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|
| Wolfe, Bill<br>525 S Flagler Drive PH2 C/D<br>West Palm Beach, FL 33401 | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** Contract – LISTED FOR NOTICE PURPOSES | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.67 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| «Name»<br>«Address»<br>«City», «State» «Zip» | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim** | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☐No.<br>☐Yes | |

Debtor _SIMBA IL HOLDINGS, LLC,_
    Name

Case number _(if known)_ 8:25-bk-12616-MH

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $_____ |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $_____ |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ |

**Fill in this information to identify the case:**

Debtor name ___SIMBA IL HOLDINGS, LLC,_____

United States Bankruptcy Court for the: ___Central___  District of ___CA___
(State)

Case number (If known): ___8:25-bk-12616-MH___  Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |

<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name  SIMBA IL HOLDINGS, LLC,

United States Bankruptcy Court for the:  Central        District of  CA
                                                                  (State)

Case number (If known):  8:25-bk-12616-MH

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Mordechai Ferder | 3333 Michelson Drive, Suite 300 <br> *Street* <br><br> Irvine, CA 92612 <br> *City*  *State*  *ZIP Code* | Channels, Cedric | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | Haim Family Trust | 3333 Michelson Drive, Suite 300 <br> *Street* <br><br> Irvine, CA 92612 <br> *City*  *State*  *ZIP Code* | Channels, Cedric | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 | Mordechai Ferder | 3333 Michelson Drive, Suite 300 <br> *Street* <br><br> Irvine, CA 92612 <br> *City*  *State*  *ZIP Code* | Gadol, Bryan | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Haim Family Trust | 3333 Michelson Drive, Suite 300 <br> *Street* <br><br> Irvine, CA 92612 <br> *City*  *State*  *ZIP Code* | Gadol, Bryan | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Mordechai Ferder | 3333 Michelson Drive, Suite 300 <br> *Street* <br><br> Irvine, CA 92612 <br> *City*  *State*  *ZIP Code* | Testa, Darren | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Haim Family Trust | 3333 Michelson Drive, Suite 300 <br> *Street* <br><br> Irvine, CA 92612 <br> *City*  *State*  *ZIP Code* | Testa, Darren | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    SIMBA IL HOLDINGS, LLC, _____    Case number *(if known)* 8:25-bk-12616-MH
          Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ Mordechai Ferder | 3333 Michelson Drive, Suite 300 <br> Street <br><br> Irvine, CA 92612 <br> City / State / ZIP Code | Winters, Kristoffer | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.__ Haim Family Trust | 3333 Michelson Drive, Suite 300 <br> Street <br><br> Irvine, CA 92612 <br> City / State / ZIP Code | Winters, Kristoffer | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.__ Mordechai Ferder | 3333 Michelson Drive, Suite 300 <br> Street <br><br> Irvine, CA 92612 <br> City / State / ZIP Code | Citibank, N.A. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.__ Mordechai Ferder | 3333 Michelson Drive, Suite 300 <br> Street <br><br> Irvine, CA 92612 <br> City / State / ZIP Code | Perl/Whitemountain | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.__ | Street <br><br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | Street <br><br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | Street <br><br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | Street <br><br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name   SIMBA IL HOLDINGS, LLC

United States Bankruptcy Court for the: Central      District of  CA
                                                                   (State)

Case number (*If known*):   8:25-bk-12616-MH

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/30/2025         ✗ _____
      MM / DD / YYYY             Signature of individual signing on behalf of debtor

                               Mordechai H. Ferder
                               Printed name

                               Managing Member
                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    SIMBA IL HOLDINGS, LLC,

United States Bankruptcy Court for the:   Central District of California

Case number (If known):   8:25-bk-12616-MH

(State)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __UNK__ to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From __UNK__ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** | From __1/1/2023__ to __12/31/2023__<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☑ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number (if known) | 8:25-bk-12616-MH |
|---|---|---|---|
| | Name | | |

---

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State        ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State        ZIP Code | | | ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached EXH 1 | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | | | | |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 4.2. | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | | | | |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number (if known) | 8:25-bk-12616-MH |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State     ZIP Code | | | |

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SEE ATTACHED Part 3.7 | | | ☑ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City      State      ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City      State      ZIP Code | |

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number *(if known)* | 8:25-bk-12616-MH |
|--------|--------------------------|---------------------------|-------------------|
| | Name | | |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|------------------------------|-------|
| Custodian's name | | $_____ |
| Street | Case title | Court name and address |
| City        State        ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City        State        ZIP Code |

---

## Part 4:  Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|--------------------------------------------|-------------|-------|
| 9.1.  See Attached EXH 1 | | _____ | $_____ |
| Recipient's name | | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2.  Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:  Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|-----------------------------------------------------------|-------------------|--------------|------------------------|
| | | _____ | $_____ |

Debtor    SIMBA IL HOLDINGS, LLC,                                    Case number (if known) 8:25-bk-12616-MH
               Name

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Shulman Bastian Friedman, et al | N/A - Dates Payments received: | _____ | $ 445,000.00 |
| | | 6/25/25, 9/11/25 and 9/12/25 | | |
| | **Address** | | | |
| | 100 Spectrum Center Dr., Suite 600 | | | |
| | Street | | | |
| | Irvine, CA 92618 | | | |
| | City                 State         ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Paul Meyer and Romi Ferder | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $ _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City                 State         ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $ _____ |
| **Trustee** | | | |
| _____ | _____ | | |

---

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number (if known) | 8:25-bk-12616-MH |
|---|---|---|---|
| | Name | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attached EXH 1 | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 13.2. | Who received transfer? | | | $ |
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 1501 Serenade Ter | From  7/2020    To  5/2025 |
| | Street | |
| | Corona del Mar, CA 92625-1753 | |
| | City          State          ZIP Code | |
| 14.2. | | From _____    To _____ |
| | Street | |
| | | |
| | City          State          ZIP Code | |

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number (if known) | 8:25-bk-12616-MH |
|---|---|---|---|
| | Name | | |

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name _____ | _____ | _____ |
| | Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City        State        ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name _____ | _____ | _____ |
| | Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City        State        ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number *(if known)* | 8:25-bk-12616-MH |
|---|---|---|---|
| | Name | | |

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City ___ State ___ ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____ Street _____ City ___ State ___ ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City ___ State ___ ZIP Code | _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City ___ State ___ ZIP Code | _____ _____ Address _____ | _____ _____ _____ | ☐ No ☐ Yes |

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 8

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number (if known) | 8:25-bk-12616-MH |
|---|---|---|---|
| | Name | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number *(if known)* | 8:25-bk-12616-MH |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Lugano Holding Inc.<br>Name<br><br>Street<br><br>City          State          ZIP Code | Holding company for ownership shares of Lugano Diamonds & Jewelry Inc | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _9/2021_   To _current_ |
| 25.2. | Business name and address<br>Name<br><br>Street<br><br>City          State          ZIP Code | Describe the nature of the business | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | Business name and address<br>Name<br><br>Street<br><br>City          State          ZIP Code | Describe the nature of the business | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____   To _____ |

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number *(if known)* 8:25-bk-12616-MH |
|---|---|---|
| | Name | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Beacon Pointe Advisors<br>Name<br>24 Corporate Plaza Drive, Suite 150<br>Street<br><br>Newport Beach, CA 92660<br>City                    State              ZIP Code | From  9/2021   To  present |
| **26a.2.** Holthouse Carlin & Van Tright LLP<br>Name<br>100 Oceangate, 9th Floor<br>Street<br><br>Long Beach, CA 90802<br>City                    State              ZIP Code | From  9/2021   To  present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Beacon Pointe Advisors<br>Name<br>24 Corporate Plaza Drive, Suite 150<br>Street<br><br>Newport Beach, CA 92660<br>City                    State              ZIP Code | From  9/2021   To  present |
| **26b.2.** Holthouse Carlin & Van Tright LLP<br>Name<br>100 Oceangate, 9th Floor<br>Street<br><br>Long Beach, CA 90802<br>City                    State              ZIP Code | From  9/2021   To  present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Beacon Pointe Advisors<br>Name<br>24 Corporate Plaza Drive, Suite 150<br>Street<br><br>Newport Beach, CA 92660<br>City                    State              ZIP Code | Schwab account - court order/locked out.  Beacon Pointe - relationship terminated by parties |

Debtor    SIMBA IL HOLDINGS, LLC,_____    Case number *(if known)* 8:25-bk-12616-MH_____
          Name

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|

26c.2.    Holthouse Carlin & Van Tright LLP_____    _____
          Name
          100 Oceangate, 9th Floor_____    _____
          Street
          _____    _____
          Long Beach, CA 90802_____
          City                         State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.    _____
          Name
          _____
          Street
          _____
          City                         State        ZIP Code

| Name and address |
|---|

26d.2.    _____
          Name
          _____
          Street
          _____
          City                         State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
         Name
         _____
         Street
         _____
         City                         State        ZIP Code

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number (if known) | 8:25-bk-12616-MH |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2.
Name _____
Street _____
City _____ State ____ ZIP Code ____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mordechai H. Ferder & Edit F. Ferder | 3333 Michelson Drive, Suite 300 Irvine, CA 92612 | Manager/Member | 99% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached EXH 1 | | | |
| Name | | | |
| Street | | | |
| City ____ State ____ ZIP Code ____ | | | |
| Relationship to debtor | | | |

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.    ☐    The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Haim Family Trust - 99%
_____
_____

[For additional names, attach an addendum to this form.]

b.    ☐    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  09/30/2025                    By: _____
                                            Signature of Debtor, or attorney for Debtor


                                        Name:  Richard Marshack_____
                                            Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

| Debtor | SIMBA IL HOLDINGS, LLC, | Case number *(if known)* | 8:25-bk-12616-MH |
|--------|-------------------------|--------------------------|-------------------|
|        | Name                    |                          |                   |

**Name and address of recipient**

30.2

Name

Street

City                          State          ZIP Code

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
|                                | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___              |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|
|                          | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___        |

---

**Part 14:    Signature and Declaration**

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/30/2025
            MM / DD / YYYY

✗ _____        Printed name   Mordechai H. Ferder
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

### Authorization to Sign

I, Richard Marshack, in my capacity as chief restructuring officer of Debtor Simba IL Holdings, LLC, have authorized Mordechai Ferder to review the foregoing documents and sign the Declaration Under Penalty of Perjury for Non-Individual Debtors and Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy on behalf of the Debtor.

_____
Richard Marshack
Chief Restructuring Officer

## ATTACHMENT TO SOFA

## <u>EXHIBIT "1"</u>

The Debtor currently does not have access to information/documentation to enable it to complete certain information required by the Statement of Financial Affairs ("SOFA's").  Once the Debtor is able to access information, it will supplement the SOFA's.

# ATTACHMENT SOFA – 3.7 - LAWSUITS

**Attachment – SOFA Part 3.7 – Legal Actions**

| Case Title | Nature of Case | Court Name/Address |
|---|---|---|
| Kristopher Winters, an individual vs. LUGANO DIAMONDS AND JEWELRY, INC., a California Corporation; MORDECHAI FERDER, a.k.a. MOTI FERDER, an individual; MORDECHAI FERDER as trustee of the HAIM FAMILY TRUST; and SIMBA IL HOLDINGS, LLC, a Delaware Corporation | | US District Court, Central District of CA<br><br>Case No. 8:25-cv-01202 |
| AVINA LLC, a California limited liability company; GLOBAL INNOVATIONS, LLC, a California limited liability company vs. LUGANO DIAMONDS & JEWELRY, INC., a California corporation; MORDECHAI HAIM FERDER a/k/a MOTI FERDER, an individual; MORDECHAI HAIM FERDER, TRUSTEE OF THE HAIM FAMILY TRUST DATED 2/24/2009; EDIT FERDER, an individual; SERENADE NEWPORT, LLC, a California limited liability company, SAHAND ZARGARI, an individual, LUXE MAISON PROPERTIES, INC., a California corporation doing business as DAFTARIAN GROUP; PAYMAN PAUL DAFTARIAN, an individual; LILI DAFTARIAN, an individual; JACOB WOLF, an individual; and DOES 1-50, inclusive | COMPLAINT FOR:<br>1) Breach of Contract;<br>2) Fraud;<br>3) Conversion;<br>4) Violation of Penal Code Section 496;<br>5) Breach of Fiduciary Duty;<br>6) Promissory Estoppel;<br>7) Money Had and Received;<br>8) Unjust Enrichment;<br>9) Quantum Meruit;<br>10) Violation of Uniform Voidable Transfer Act (Civ. Code § 3439.04(a)(1))<br>11) Fraudulent Transfer | Superior Court of CA, COUNTY OF ORANGE<br><br>Case No. 30-2025-01495834-CU-FR-WJC |
| BRYAN GADOL, an individual, and DARREN TESTA, an individual, vs. MORDECHAI FERDER, a/k/a MOTI FERDER, an individual; MORDECHAI | COMPLAINT FOR:<br>(1) BREACH OF GUARANTY<br>(2) FRAUD<br>(3) MONEY HAD AND RECEIVED | Superior Court of CA, COUNTY OF ORANGE<br><br>Case No. |

| | | |
|---|---|---|
| FERDER as the trustee of the HAIM FAMILY TRUST; SIMBA IL HOLDINGS, LLC, a Delaware Corporation; and DOES 1 through 25, inclusive | (4) PROMISSORY ESTOPPEL (5) UNJUST ENRICHMENT | 30-2025-01488102-CU-BC-CJC |
| BRYAN GADOL, an individual, and DARREN TESTA, an individual, vs. MORDECHAI FERDER, a/k/a MOTI FERDER, an individual; MORDECHAI FERDER as the trustee of the HAIM FAMILY TRUST; SIMBA IL HOLDINGS, LLC, a Delaware Corporation; and DOES 1 through 25, inclusive | | DISTRICT COURT, PITKIN COUNTY, COLORADO 535 E. Main Street Aspen, Colorado 81611<br><br>Case No. 2025CV |
| BRYAN GADOL, an individual, and DARREN TESTA, an individual, vs. SIMBA IL HOLDINGS, LLC, a Delaware limited liability corporation, | | Superior Court of the State of Delaware<br><br>Case No. N25C-07-026 PAW |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman – Bar No. 126349<br>Alan J. Friedman – Bar No.  132580<br>Max Casal – Bar No. 342716<br>SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone:  (949) 340-3400<br>Facsimile:   (949) 340-3000<br>Email: lshulman@shulmanbastian.com<br> afriedman@shulmanbastian.com<br> mcasal@shulmanbastian.com | |
| ☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>SIMBA IL HOLDINGS, LLC<br><br><br>Debtor(s). | CASE NO.: 8:25-bk-12616-MH<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  Richard Marshack                                         , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☒   I am the president or other officer or an authorized agent of the Debtor corporation

☐   I am a party to an adversary proceeding

☐   I am a party to a contested matter

☐   I am the attorney for the Debtor corporation

2.a.   ☐   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Haim Family Trust - 99%

[For additional names, attach an addendum to this form.]

b.   ☐   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   09/30/2025

By:   _____
         Signature of Debtor, or attorney for Debtor

Name:   Richard Marshack
           Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Central District of California

**In re**    SIMBA IL HOLDINGS, LLC,

Case No.  8:25-bk-12616-MH

**Debtor**

Chapter  11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     445,000.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $     445,000.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $          0.00

2.   The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)     $25,000 paid by Paul Meyer (counsel to the Ferders)
                                        $420,000.00 paid by Romi Ferder (Moti Ferder's
                                        daughter)

3.   The source of compensation to be paid to me is:

☐ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

The Firm's Employment Application filed (or to be filed)  includes additional information relating to payments to the Firm, and compensation procedures/provisions.  Such subject to Court approval.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The handling of any task not expressly stated in the Firm's Employment Application to be filed with the Court, nor does it include any writ proceeding or appeal.

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>_____    /s/ Leonard M. Shulman_____<br>*Date*                           *Signature of Attorney*<br><br>                    Shulman Bastian Friedman Bui & O'Dea LLP____<br>                              *Name of law firm* |