Gregory P. Campbell (CA SBN 281732)
gcampbell@aldridgepite.com
Todd S. Garan (CA SBN 236878)
tgaran@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino Del Rio South
Suite 225
San Diego, CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Creditor: White Mountain Capital Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Simba IL Holdings, LLC, *a Delaware limited liability company*,<br><br>Debtor(s). | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**AMENDED MOTION FOR APPROVAL OF STIPULATION RESOLVING CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TREATMENT OF CREDITOR'S CLAIM BY AND BETWEEN WHITE MOUNTAIN CAPITAL, INC. AND DEBTOR, SIMBA IL HOLDINGS, LLC**<br><br>**Hearing:**<br><br>Date: November 18, 2025<br>Time: 2:30 pm<br>Place: Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701 |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES**:

White Mountain Capital Inc. ("WMCI" or "Creditor"), pursuant to Rule 4001(d)(1) of the Federal Rules of Bankruptcy Procedure, will and hereby submits its Motion ("Motion") for an Order Approving the *Stipulation Resolving Creditor's Motion for Relief from the Automatic Stay and Treatment of Creditor's Claim* (the "Stipulation") attached hereto as **Exhibit A** entered into by and between the above-captioned Debtor, Simba IL Holdings, LLC ("Debtor") and WMCI (collectively,

-1-

the "Parties") with respect to the real property located at 1220 Red Butte Drive, Aspen, CO 81611 ("Property").

## I. STATEMENT OF FACTS

A. On or about March 10, 2025, Mordechai H. Ferder and Edit F. Ferder, individually and as Trustees of The Haim Family Trust U/D/T February 24, 2009 (collectively the "Borrowers"), delivered or are otherwise obligated with respect to a certain promissory note and loan agreement in the original principal amount of $6,750,000.00 (the "Note"). (*See* Motion for Relief, Ex. 1-2).

B. Pursuant to that certain Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Borrowers under and with respect to the Note and Deed of Trust are secured by the Property. The Deed of Trust reflects that it was duly recorded. (*See* Motion for Relief, Ex. 3).

C. On August 22, 2025, WMCI caused a Notice of Election and Demand for Sale by Public Trustee to be recorded in Pitkin County, Colorado, due to a default under the terms of the Note and Deed of Trust. The Notice of Election reflects that it was duly recorded in Pitkin County, Colorado, as Document No. 711315. (*See* Motion for Relief, Ex. 4).

D. On September 11, 2025, a Special Warranty Deed was executed and recorded by the Borrowers purporting to transfer the Borrowers' interest in the Property to the Debtor. The Special Warranty Deed reflects that it was duly recorded in Pitkin County, Colorado, as Document No. 711806. (*See* Motion for Relief, Ex. 5).

E. On September 16, 2025, Debtor commenced the instant Bankruptcy Case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Case"). (*See* Dkt No. 1).

F. On September 25, 2025, Debtor filed an *Application to Employ Steven Shane of Compass Colorado, LLC as Real Estate Broker* ("Broker Application"). (Dkt No. 34).

G. On September 30, 2025, Creditor filed a *Motion for Relief from Automatic Stay* ("Motion for Relief"). (Dkt No. 39).

H. On October 9, 2025, Brian Gadol ("Gadol"), and Darren Testa ("Testa"), filed an

*Objection to the Motion for Relief.* (Dkt. No. 58).

I.      On October 9, 2025, Kristopher Winters ("Winters"), filed a *Joinder in the Objection to the Motion for Relief.* (Dkt No. 59).

J.      On October 9, 2025, WMCI filed a *Response to the Broker Application* ("Broker Response"). (Dkt. No. 57).

K.      Thereafter, WMCI and the Debtor reached an agreement regarding resolution of: (i) the Motion for Relief; (ii) the treatment of WMCI's Claim; and (iii) the Broker Application, with the terms reflected in the attached *Stipulation Resolving Creditor's Motion for Relief from the Automatic Stay and Treatment of Creditor's Claim* (the "Stipulation"). (*See* Exhibit A).

## II. ARGUMENT

**A. THE TERMS OF THE STIPULATION PROVIDE ADEQUATE PROTECTION AND PROMOTE AN EQUITABLE RESOLTION OF THE MOTION FOR RELIEF**

**1. Legal Standard.**

Pursuant to Rule 4001(d)(1)(A) of the Federal Rules of Bankruptcy Procedure, a party may file a motion seeking approval of an agreement to provide adequate protection or an agreement, or to condition the use or sale of property, or an agreement to modify or terminate the stay provided for in §362. Fed. R. Bankr. P. 4001(d)(1)(A) A motion brought pursuant to Rule 4001(d) must contain "a concise statement of the relief requested…that lists or summarizes, and sets out the location within the relevant documents of, all material provisions of the agreement." Fed. R. Bankr. P. 4001(d)(1)(B). Rule 4001(d) operates to protect the interest of the creditor who may be adversely affected by an undisclosed agreement by requiring notice to parties who may have an interest in, or be affected by, such an agreement. *In re Manchester Ctr.*, 123 B.R. 378, 381 (Bankr. C.D. Cal. 1991)(citation omitted).

**2. Relief Requested.**

By this Motion, WMCI seeks the Court's approval of the Stipulation.

**Material Provisions With Respect to Adequate Protection, Relief from Stay, and Sale Terms**

- Except as noted below, WMCI's legal, equitable, and contractual rights shall remain

unchanged with respect to its security interest in the Property. WMCI's Claim shall be allowed in full in any Chapter 11 Plan, and paid pursuant to the terms of the contractual loan documents, subject to a court order approving a sale, if applicable. (*See* Stipulation, ¶1).

- Within ten (10) calendar days from entry of a court order approving this Stipulation, WMCI, agrees to rescind any foreclosure document recorded against the Property. (*See* Stipulation, ¶4).

- WMCI's Claim shall be paid in full within one-hundred twenty (120) calendar days from entry of a court order approving the Stipulation ("Sale Period"). (*See* Stipulation, ¶5).

- WMCI's Claim shall be paid directly thorough an escrow company at the time of closing, based on an updated payoff demand submitted by WMCI. Expired payoff quotes may not be used to close escrow. (*See* Stipulation, ¶6).

- In the event the Debtor accepts an offer to purchase the Property, which is sufficient to pay WMCI's claim in full, Debtor shall file and notice a Motion to Sell the Property pursuant to 11 U.S.C. §363. (*See* Stipulation, ¶7).

- Upon the expiration of the Sale Period, the automatic stay of 11 U.S.C. §362 shall terminate, and WMCI shall be granted *in rem* relief from the automatic stay for a two (2) year period pursuant to 11 U.S.C. §362(d)(4). Upon termination of the automatic stay, WMCI may proceed with default remedies under applicable state law, including foreclosure. However, prior to expiration of the Sale Period, Debtor reserves its right to request an extension of the Sale Period for cause upon the filing and notice of a Motion. WMCI reserves its right to object to any extension of the Sale Period. Notwithstanding, any state or other law to the contrary, the Debtor retains the right to pay off the loan in full at any time up to and including the date of the foreclosure sale. (*See* Stipulation, ¶8).

- WMCI hereby withdraws its Response to the Broker Application filed at Docket Number 57. (*See* Stipulation, ¶16).

- Upon entry of an Order Approving the Stipulation, the Motion for Relief filed at Docket No. 39 shall be deemed withdrawn. (*See* Stipulation, ¶17).

**3.    The Relief Promotes Judicial Economy while Protecting Creditor's Rights**

In short, the Stipulation provides the Debtor with an extended Sale Period to market the Property for sale for up to 120 days from entry of an order approving the Stipulation. The Parties agree that WMCI's Claim will remain secured by the Property, and paid in full from any sale of the Property. The Parties agree that the terms of the Stipulation are sufficient to adequately protect WMCI's interest during the Sale Period. Further, the Parties assert that all creditors will benefit from the terms of the agreement, by allowing the Debtor to market and sell the Property during the Sale Period for the benefit of the Bankruptcy Estate. The Parties agree that entry of the Stipulation will save attorneys' fees, cost, and judicial resources by avoiding litigation associated with WMCI's Motion for Relief.

Except as stated herein, the Stipulation does not contain any of provisions of the type listed in subsection (c)(1)(B) of Rule 4001. As such, the Stipulation should be approved.

### III. CONCLUSION

For the reasons set forth herein, Creditor requests an order approving the Stipulation.

**WHEREFORE:** Creditor respectively requests entry of an Order:

1. Granting the Motion to Approve the Stipulation and Order thereon; and
2. Any other relief the Court deems necessary and appropriate.

**ALDRIDGE PITE, LLP**

Dated: October 20, 2025

*/s/ Gregory Campbell*
Gregory P. Campbell (CA SBN 281732)
Attorneys for Creditor: White Mountain Capital, Inc.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3333 Camino del Rio South, Suite 225  San Diego, CA 92108

A true and correct copy of the foregoing document entitled: **AMENDED MOTION FOR APPROVAL OF STIPULATION RESOLVING CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TREATMENT OF CREDITOR'S CLAIM BY AND BETWEEN WHITE MOUNTAIN CAPITAL, INC. AND DEBTOR, SIMBA IL HOLDINGS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ October 20, 2025 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.sa.ecf@usdoj.gov

**ATTORNEY FOR DEBTOR:**
Max Casal - mcasal@shulmanbastian.com
Alan J Friedman- afriedman@shulmanbastian.com
Leonard M. Shulman- lshulman@shulmanbastian.com

**TRUSTEE:**
John-Patrick McGinnis Fritz - jpftrustee@lnbyg.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  _____October 20, 2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **DEBTOR:** | **TRUSTEE** | **AGENT FOR SERVICE OF PROCESS FOR SR. LIENHOLDER:** |
|---|---|---|
| Simba IL Holdings, LLC, | **John-Patrick McGinnis Fritz (TR)** | Citibank, N.A. |
| 610 Newport Center Drive Suite 950 | 2818 La Cienega Avenue | Agent for Service of Process CT Corporation System |
| Newport Beach, CA 92660 | Los Angeles, CA 90034 | 28 Liberty St. |
| | | New York, NY 10005 |
| **Simba IL Holdings, LLC** | **SR. LIENHOLDER:** | |
| 870 Roosevelt | Citibank, N.A. | **REQUEST FOR NOTICE RECIPIENTS:** |
| Irvine, CA 92618 | 1000 Technology Drive | SQUIRE PATTON BOGGS (US) LLP |
| | O'Fallon, MO 63368-2240 | Karol K. Denniston |
| **DEBTOR'S ATTORNEY** | | 555 California Street, Suite 550 |
| Max Casal | Citibank, N.A. | San Francisco, CA 94104 |
| Alan J Friedman | Mr. Sunil Garg, Director and CEO | |
| Leonard M. Shulman | 388 Greenwich Street | Peter R. Morrison |
| Shulman Bastian Friedman Bui & O'Dea LLP | New York, NY, 10013 | 1000 Key Tower |
| 100 Spectrum Center Drive Ste 600 | **BORROWER:** | 127 Public Square |
| Irvine, CA 92618 | Mordechai Ferder and Edit Ferder | Cleveland, OH 44114 |
| | 1501 Serenade Terrace | |
| | Corona del Mar, CA 92625-1753 | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Stephen D. Lerner | Tobias S. Keller |
| Kyle F. Arendsen | KELLER BENVENUTTI KIM LLP |
| 201 E. Fourth St., Suite 1900 | Traci L. Shafroth Scott J. Friedman |
| Cincinnati, OH 45202 | 101 Montgomery Street, Suite 1950 |
| | San Francisco, California 9410 |

**\*\*CREDITORS AND INTERESTED PARTIES SERVED ATTACHED\*\***

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 20, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 325
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2025 | Shannon Christine Lehmann | /s/ Shannon Christine Lehmann |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**Creditors and Interested Parties Served:**

Arvielo, Rick
c/o Gabriel G Green - Buchalter APC
1000 Wilshire Blvd Suite 1500
Los Angeles, CA 90017-1730

Belgium New York LLC c/o
Patrick Papalia/Archer & Greiner PC
1211 Avenue of the Americas #2750
New York, NY 10036-8789

Bucksbaum, Glenn
303 Whitefish Hills Loop
Whitefish, MT 59937-2256

Cave, Deryk
50 Big Sky Resort Rd
Big Sky, MT 59716

Coyne, Karen
Karen Bedrosian Property Trust
2934 N Beverly Glen Circle #347
Los Angeles, CA 90077-1724

Emmes, David
655 Town Center Drive
Costa Mesa, CA 92626-1918

Flanders, Scott
1425 Santa Barbara Drive
Newport Beach, CA 92660-6373

Scheer Law Group, LLP, interested party
Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

Anton, Duraid
1 Elk Grove Ln
Laguna Niguel, CA 92677-1012

Avina LLC
c/o D. Enenstein-Enensten Pham
3200 Bristol St Suite 500
Costa Mesa, CA 92626-1810

Benson, Julianne
389 South Lake Drive #4G
Palm Beach, FL 33480-4540

Campf, Anne and Darren
4428 Irish Heights Drive
Summersville, WV 26651-1971

Champion Force
c/o Leib M Lerner/Alston & Bird LLP
350 South Grand Ave 51st Floor
Los Angeles, CA 90071-3406

Cohen, Raymond
c/o Jonathan Hersey/K&L Gates
1 Park Plaza Twelfth Floor
Irvine, CA 92614-5910

Dacus, Debbie
5444 Candlewood Drive
Houston, TX 77056-1603

Ferder, Mordechai and Edit
1501 Serenade Ter
Corona del Mar, CA 92625-1753

Flanders, Scott
PO Box 7859
Avon, CO 81620-7859

Aronoff, Barry
c/o Lance N Jurich/Loeb & Loeb LLP
10100 Santa Monica Blvd Suite 2200
Los Angeles, CA 90067-4120

Baclet, Charles
1600 S Ocean Blvd Apt 2101
Pompano Beach, FL 33062-7710

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Brandes, Adrienne
919 Gardenia Way
Corona Del Mar, CA 92625-1547

Cave, Deryk
1196 E Cooper Avenue
Aspen, CO 81611

Channels, Cedric
402 Esther St
Costa Mesa, CA 92627-2323

Conway, Mark
1221 W Coast Hwy Apt 114
Newport Beach, CA 92663-5051

Diamonds & Jewelry Inc c/o A Khan
Brown, Neri, Smith & Khan LLP
11601 Wilshire Blvd Suite 2080
Los Angeles, CA 90025-0389

Ferry, Anthony
20 Pacifica Ste 1000
Irvine, CA 92618-7462

Freedman, James
11755 Wilshire Blvd
Los Angeles, CA 90025-1501

Gadol, Bryan c/o Mark Eckard
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Floor
Los Angeles, CA 90067-4410

Gadol, Bryan-c/o Todd C Theodora
Theodora Oringher PC
535 Anton Blvd Ninth Floor
Costa Mesa, CA 92626-7109

Hoeven, Drew
3 Cape Andover
Newport Beach, CA 92660-8401

Kelsey, Kaci
110 Westminster Road
West Palm Beach, FL 33405-1649

Lee, Robert
BBD 2012 Gift Trust
72-2763 Uluweuweu Aksum Place
Kailua Kona, HI 96740

Locksley, John
185 West End Avenue Unit 9A
New York, NY 10023-5543

McCall, Marianne
188 Ludlow Street Apt 21J
New York, NY 10002-1690

Moens, Lawrence
2335 S Ocean Blvd
Palm Beach, FL 33480-5368

N.B.S. Diamonds c/o Joseph M. Kar
Law Office of Joseph M. Kar PC
15250 Ventura Blvd Suite PH-1220
Sherman Oaks, CA 91403-3201

Phillips, Andy
2900 Bristol Street
Costa Mesa, CA 92626-5981

Gadol, Bryan c/o Mark Eckard
Raines Feldman Littrell LLP
824 N Market Street Suite 805
Wilmington, DE 19801-4918

Goldstein, Alon
22287 Mulholland Hwy
Unit 254
Calabasas, CA 91302-5157

Holzer, Rusty - c/o B Capitummino
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NY 14604-2714

Klein, Bill
60 Linda Isle
Newport Beach, CA 92660-7207

Levasque, Matt
5893 Lakeview
Yorba Linda, CA 92886-5367

Look-Mazza, Mona
344 West Reds Road
Aspen, CO 81611

McHenry, Troy
10917 Earth Hues
Las Vegas, NV 89135-9132

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

Moler, Bill
10342 Mohawk Road
Leawood, KS 66206-2587

OConnell, Kevin
1714 Starlight Cir
Newport Beach, CA 92660-4340

Presutti, Dana
424 Park Circle
Aspen, CO 81611-3400

Gadol, Bryan c/o Michelle Schindler
Ferguson Schindler Law Firm
119 South Spring Street Suite 201
Aspen, CO 81611-2082

Hazen, Cassandra and Paul
c/o Joanna Marie Myers
9465 Wilshire Blvd Suite 300
Beverly Hills, CA 90212-2624

Internal Revenue Service, CIO
2970 MARKET STREET
PHILADELPHIA, PA 19104-5002

Kraus, Ken c/o Jeff Augustini
Law Office of Jeff Augustini
100 Bayview Circle Suite 210
Newport Beach, CA 92660-8901

Li, Peter
19211 Croyden Ter
Irvine, CA 92603-3537

Lugano Buyer, Inc.
301 Riverside Avenue
Second Floor
Westport, CT 06880-4806

McMacken, Ron
1660 South Ocean Blvd
Manalapan, FL 33462-6210

N.B.S. Diamonds c/o Gerald L. Kroll
Kroll Law
970 W. Broadway, Suite E-200
Jackson, WY 83001-6402

Perl, Daniel c/o Omar J. Yassin
Yassin Law APC

1010 E. Union Street Suite 201
Pasadena, CA 91106-1756

Rodan, Ammon
21 Orinda Way
Suite C-381
Orinda, CA 94563-2530

Rothstein, Adam
17 Covlee Drive
Westport, CT 06880-6407

Sherlock, Tina & Russ
1416 W Main Street
Carmel, IN 46032

Simon, Scott
641 St James Road
Newport Beach, CA 92663-5854

Soni, Ashish
1908 N Fremont Street
Chicago, IL 60614-5017

Summers, Jim
282 Locha Drive
Jupiter, FL 33458-7733

Sydney Holdings Limited
c/o B. Capitummino - Woods Oviatt
1900 Bausch & Lomb Place
Rochester, NY 14604-2714

Testa, Darren c/o M. Schindler
Ferguson Schindler Law Firm
119 South Spring Street Suite 201
Aspen, CO 81611-2082

Testa, Darren c/o Todd C Theodora
Theodora Oringher PC
535 Anton Blvd Ninth Floor
Costa Mesa, CA 92626-7109

Wang, Angi
c/o Gogo & Morre LLC
505 E Hyman Avenue
Aspen, CO 81611-1921

Wolfe, Bill
525 S Flagler Drive PH2 C/D

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          F 9013-3.1.PROOF.SERVICE

West Palm Beach, FL 33401-5922

Ruberti, Lisa
c/o Gogo & Moore LLC
505 E Hyman Avenue
Aspen, CO 81611-1921

Sherwood, Steve
54 Golden Eagle
Irvine, CA 92603-0309

Simon, Vonda & Scott
29230 Paseo Carmona
San Juan Capistrano, CA 92675-3654

Stack, Jeff
3501 Jamboree Road
Suite 6000
Newport Beach, CA 92660-2960

Sutherland, Anne & Grant
151 Ranch Creek Lane
Carbondale, CO 81623-8503

Sydney Holdings Limited c/o J Levin
Glaser Weil Fink Howard Jordan et al
10250 Constellation Blvd 19th Floor
Los Angeles, CA 90067-6219

Testa, Darren c/o Mark Eckard
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Floor
Los Angeles, CA 90067-4410

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wazana, Avi c/o Darren Enenstein
Enenstein Pham Glass & Rabbat
8439 W Sunset Blvd Suite 300
Los Angeles, CA 90069-1925

Shelly, Damon
9881 Research Drive
Irvine, CA 92618-4304

Simon, Ron
620 Newport Center Drive
Newport Beach, CA 92660-6420

Smith, Mike
1585 Attoka Road
Marshall, VA 20115-3505

Strawbridge, George
3801 Kennet Pike
Wilmington, DE 19807-2300

Sutherland, Anne & Grant
61070 Minaret Circle
Bend, Oregon 97702-1903

Tedori, Fred
48 Ritz Cove Drive
Dana Point, CA 92629-4228

Testa, Darren c/o Mark Eckard
Raines Feldman Littrell LLP
824 N. Market Street, Suite 805
Wilmington, DE 19801-4918

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Winters, Kristopher c/o S. Katzman
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer Ste 350
San Clemente, CA 92673-6253

**Karol K Denniston**
Squire Patton Boggs (US)
475 Sansome Street, 16th Floor
San Francisco, CA 94111

**Anthony Bisconti**
Bienert Katzman Littrell Williams LLP
360 E. 2nd StreetSte 625
Los Angeles, CA 9001

**Christopher J Harney**
Theodora Oringher
535 Anton Blvd.
9th Floor
Costa Mesa, CA 92626

**George Gerro**
Attorney at Law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502

**Richard A Marshack**
Marshack Hays Wood LLP
 870 Roosevelt
Irvine, CA 92620


**Steven J. Katzman**
Bienert Katzman Littrell Williams LLP
601 W 5th Street Ste 720
Los Angeles, CA 90071

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**