| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gregory P. Campbell (SBN 281732)<br>gcampbell@aldridgepite.com<br>Todd S. Garan (SBN 236878)<br>tgaran@aldridgepite.com<br>ALDRIDGE PITE, LLP<br>3333 Camino Del Rio South<br>Suite 225<br>San Diego, CA 92108<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Movant

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ▼

| In re: | CASE NO.: 8:25-BK-12616-MH |
|---|---|
| | CHAPTER: 11 ▼ |
| | **NOTICE OF MOTION FOR:**<br>AMENDED NOTICE OF MOTION FOR: MOTION FOR APPROVAL OF STIPULATION RESOLVING CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TREATMENT OF CREDITOR'S CLAIM BY AND BETWEEN WHITE MOUNTAIN CAPITAL, INC. AND DEBTOR, SIMBA IL HOLDINGS, LLC<br><br>***(Specify name of Motion)*** |
| | DATE: 11/18/2025<br>TIME: 2:30 PM<br>COURTROOM: Crtrm 6C<br>PLACE:<br>     411 W Fourth St., Santa Ana, CA 92701 |
| Debtor(s). | |

1. TO (*specify name*): DEBTORS, DEBTORS' COUNSEL, U.S. TRUSTEE AND ALL PARTIES IN INTEREST

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  10/20/2025

Aldridge Pite LLP
Printed name of law firm

Signature

Gregory Campbell
Printed name of attorney

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 2                          **F 9013-1.1.HEARING.NOTICE**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3333 Camino del Rio South, Suite 225  San Diego, CA 92108

A true and correct copy of the foregoing document entitled: **AMENDED NOTICE OF MOTION FOR MOTION FOR APPROVAL OF STIPULATION RESOLVING CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TREATMENT OF CREDITOR'S CLAIM BY AND BETWEEN WHITE MOUNTAIN CAPITAL, INC. AND DEBTOR, SIMBA IL HOLDINGS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ October 20, 2025 ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.sa.ecf@usdoj.gov

**ATTORNEY FOR DEBTOR:**
Max Casal - mcasal@shulmanbastian.com
Alan J Friedman- afriedman@shulmanbastian.com
Leonard M. Shulman- lshulman@shulmanbastian.com

**TRUSTEE:**
John-Patrick McGinnis Fritz - jpftrustee@lnbyg.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____ October 20, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **DEBTOR:**<br>Simba IL Holdings, LLC,<br>610 Newport Center Drive Suite 950<br>Newport Beach, CA 92660 | **TRUSTEE**<br>**John-Patrick McGinnis Fritz (TR)**<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034 | **AGENT FOR SERVICE OF PROCESS**<br>**FOR SR. LIENHOLDER:**<br>Citibank, N.A.<br>Agent for Service of Process CT<br>Corporation System<br>28 Liberty St.<br>New York, NY 10005 |
| **Simba IL Holdings, LLC**<br>870 Roosevelt<br>Irvine, CA 92618 | **SR. LIENHOLDER:**<br>Citibank, N.A.<br>1000 Technology Drive<br>O'Fallon, MO 63368-2240 | **REQUEST FOR NOTICE RECIPIENTS:**<br>SQUIRE PATTON BOGGS (US) LLP<br>Karol K. Denniston<br>555 California Street, Suite 550<br>San Francisco, CA 94104 |
| **DEBTOR'S ATTORNEY**<br>Max Casal<br>Alan J Friedman<br>Leonard M. Shulman<br>Shulman Bastian Friedman Bui &<br>O'Dea LLP<br>100 Spectrum Center Drive Ste 600<br>Irvine, CA 92618 | Citibank, N.A.<br>Mr. Sunil Garg, Director and CEO<br>388 Greenwich Street<br>New York, NY, 10013 | Peter R. Morrison<br>1000 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 |
| | **BORROWER:**<br>Mordechai Ferder and Edit Ferder<br>1501 Serenade Terrace<br>Corona del Mar, CA 92625-1753 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Stephen D. Lerner
Kyle F. Arendsen
201 E. Fourth St., Suite 1900
Cincinnati, OH 45202

Tobias S. Keller
KELLER BENVENUTTI KIM LLP
Traci L. Shafroth Scott J. Friedman
101 Montgomery Street, Suite 1950
San Francisco, California 9410

**\*\*CREDITORS AND INTERESTED PARTIES SERVED ATTACHED\*\***

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 20, 2025_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 325
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2025 | Shannon Christine Lehmann | /s/ Shannon Christine Lehmann |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

**Creditors and Interested Parties Served:**

Arvielo, Rick
c/o Gabriel G Green - Buchalter APC
1000 Wilshire Blvd Suite 1500
Los Angeles, CA 90017-1730

Belgium New York LLC c/o
Patrick Papalia/Archer & Greiner PC
1211 Avenue of the Americas #2750
New York, NY 10036-8789

Bucksbaum, Glenn
303 Whitefish Hills Loop
Whitefish, MT 59937-2256

Cave, Deryk
50 Big Sky Resort Rd
Big Sky, MT 59716

Coyne, Karen
Karen Bedrosian Property Trust
2934 N Beverly Glen Circle #347
Los Angeles, CA 90077-1724

Emmes, David
655 Town Center Drive
Costa Mesa, CA 92626-1918

Flanders, Scott
1425 Santa Barbara Drive
Newport Beach, CA 92660-6373

Scheer Law Group, LLP, interested party
Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

Anton, Duraid
1 Elk Grove Ln
Laguna Niguel, CA 92677-1012

Avina LLC
c/o D. Enenstein-Enensten Pham
3200 Bristol St Suite 500

Costa Mesa, CA 92626-1810

Benson, Julianne
389 South Lake Drive #4G
Palm Beach, FL 33480-4540

Campf, Anne and Darren
4428 Irish Heights Drive
Summersville, WV 26651-1971

Champion Force
c/o Leib M Lerner/Alston & Bird LLP
350 South Grand Ave 51st Floor
Los Angeles, CA 90071-3406

Cohen, Raymond
c/o Jonathan Hersey/K&L Gates
1 Park Plaza Twelfth Floor
Irvine, CA 92614-5910

Dacus, Debbie
5444 Candlewood Drive
Houston, TX 77056-1603

Ferder, Mordechai and Edit
1501 Serenade Ter
Corona del Mar, CA 92625-1753

Flanders, Scott
PO Box 7859
Avon, CO 81620-7859

Aronoff, Barry
c/o Lance N Jurich/Loeb & Loeb LLP
10100 Santa Monica Blvd Suite 2200
Los Angeles, CA 90067-4120

Baclet, Charles
1600 S Ocean Blvd Apt 2101
Pompano Beach, FL 33062-7710

Brandes, Adrienne
919 Gardenia Way
Corona Del Mar, CA 92625-1547

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of
California.

Cave, Deryk
1196 E Cooper Avenue
Aspen, CO 81611

Channels, Cedric
402 Esther St
Costa Mesa, CA 92627-2323

Conway, Mark
1221 W Coast Hwy Apt 114
Newport Beach, CA 92663-5051

Diamonds & Jewelry Inc c/o A Khan
Brown, Neri, Smith & Khan LLP
11601 Wilshire Blvd Suite 2080
Los Angeles, CA 90025-0389

Ferry, Anthony
20 Pacifica Ste 1000
Irvine, CA 92618-7462

Freedman, James
11755 Wilshire Blvd
Los Angeles, CA 90025-1501

Gadol, Bryan c/o Mark Eckard
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Floor
Los Angeles, CA 90067-4410

Gadol, Bryan-c/o Todd C Theodora
Theodora Oringher PC
535 Anton Blvd Ninth Floor
Costa Mesa, CA 92626-7109

Hoeven, Drew
3 Cape Andover
Newport Beach, CA 92660-8401

Kelsey, Kaci
110 Westminster Road
West Palm Beach, FL 33405-1649

Lee, Robert
BBD 2012 Gift Trust
72-2763 Uluweuweu Aksum Place
Kailua Kona, HI 96740

Locksley, John
185 West End Avenue Unit 9A

New York, NY 10023-5543

McCall, Marianne
188 Ludlow Street Apt 21J
New York, NY 10002-1690

Moens, Lawrence
2335 S Ocean Blvd
Palm Beach, FL 33480-5368
N.B.S. Diamonds c/o Joseph M. Kar
Law Office of Joseph M. Kar PC
15250 Ventura Blvd Suite PH-1220
Sherman Oaks, CA 91403-3201

Phillips, Andy
2900 Bristol Street
Costa Mesa, CA 92626-5981

Gadol, Bryan c/o Mark Eckard
Raines Feldman Littrell LLP
824 N Market Street Suite 805
Wilmington, DE 19801-4918

Goldstein, Alon
22287 Mulholland Hwy
Unit 254
Calabasas, CA 91302-5157

Holzer, Rusty - c/o B Capitummino
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NY 14604-2714

Klein, Bill
60 Linda Isle
Newport Beach, CA 92660-7207

Levasque, Matt
5893 Lakeview
Yorba Linda, CA 92886-5367

Look-Mazza, Mona
344 West Reds Road
Aspen, CO 81611

McHenry, Troy
10917 Earth Hues
Las Vegas, NV 89135-9132

Moler, Bill
10342 Mohawk Road
Leawood, KS 66206-2587

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

OConnell, Kevin
1714 Starlight Cir
Newport Beach, CA 92660-4340

Presutti, Dana
424 Park Circle
Aspen, CO 81611-3400

Gadol, Bryan c/o Michelle Schindler
Ferguson Schindler Law Firm
119 South Spring Street Suite 201
Aspen, CO 81611-2082

Hazen, Cassandra and Paul
c/o Joanna Marie Myers
9465 Wilshire Blvd Suite 300
Beverly Hills, CA 90212-2624

Internal Revenue Service, CIO
2970 MARKET STREET
PHILADELPHIA, PA 19104-5002

Kraus, Ken c/o Jeff Augustini
Law Office of Jeff Augustini
100 Bayview Circle Suite 210
Newport Beach, CA 92660-8901

Li, Peter
19211 Croyden Ter
Irvine, CA 92603-3537

Lugano Buyer, Inc.
301 Riverside Avenue
Second Floor
Westport, CT 06880-4806

McMacken, Ron
1660 South Ocean Blvd
Manalapan, FL 33462-6210

N.B.S. Diamonds c/o Gerald L. Kroll
Kroll Law
970 W. Broadway, Suite E-200
Jackson, WY 83001-6402

Perl, Daniel c/o Omar J. Yassin
Yassin Law APC
1010 E. Union Street Suite 201
Pasadena, CA 91106-1756

Rodan, Ammon

21 Orinda Way
Suite C-381
Orinda, CA 94563-2530

Rothstein, Adam
17 Covlee Drive
Westport, CT 06880-6407

Sherlock, Tina & Russ
1416 W Main Street
Carmel, IN 46032

Simon, Scott
641 St James Road
Newport Beach, CA 92663-5854

Soni, Ashish
1908 N Fremont Street
Chicago, IL 60614-5017

Summers, Jim
282 Locha Drive
Jupiter, FL 33458-7733

Sydney Holdings Limited
c/o B. Capitummino - Woods Oviatt
1900 Bausch & Lomb Place
Rochester, NY 14604-2714

Testa, Darren c/o M. Schindler
Ferguson Schindler Law Firm
119 South Spring Street Suite 201
Aspen, CO 81611-2082

Testa, Darren c/o Todd C Theodora
Theodora Oringher PC
535 Anton Blvd Ninth Floor
Costa Mesa, CA 92626-7109

Wang, Angi
c/o Gogo & Morre LLC
505 E Hyman Avenue
Aspen, CO 81611-1921

Wolfe, Bill
525 S Flagler Drive PH2 C/D
West Palm Beach, FL 33401-5922

Ruberti, Lisa
c/o Gogo & Moore LLC
505 E Hyman Avenue

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Aspen, CO 81611-1921

Sherwood, Steve
54 Golden Eagle
Irvine, CA 92603-0309

Simon, Vonda & Scott
29230 Paseo Carmona
San Juan Capistrano, CA 92675-3654

Stack, Jeff
3501 Jamboree Road
Suite 6000
Newport Beach, CA 92660-2960

Sutherland, Anne & Grant
151 Ranch Creek Lane
Carbondale, CO 81623-8503

Sydney Holdings Limited c/o J Levin
Glaser Weil Fink Howard Jordan et al
10250 Constellation Blvd 19th Floor
Los Angeles, CA 90067-6219

Testa, Darren c/o Mark Eckard
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Floor
Los Angeles, CA 90067-4410

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wazana, Avi c/o Darren Enenstein
Enenstein Pham Glass & Rabbat
8439 W Sunset Blvd Suite 300
Los Angeles, CA 90069-1925

Shelly, Damon
9881 Research Drive
Irvine, CA 92618-4304

Simon, Ron
620 Newport Center Drive
Newport Beach, CA 92660-6420

Smith, Mike
1585 Attoka Road
Marshall, VA 20115-3505

Strawbridge, George
3801 Kennet Pike
Wilmington, DE 19807-2300

Sutherland, Anne & Grant
61070 Minaret Circle
Bend, Oregon 97702-1903

Tedori, Fred
48 Ritz Cove Drive
Dana Point, CA 92629-4228

Testa, Darren c/o Mark Eckard
Raines Feldman Littrell LLP
824 N. Market Street, Suite 805
Wilmington, DE 19801-4918

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Winters, Kristopher c/o S. Katzman
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer Ste 350
San Clemente, CA 92673-6253

**Karol K Denniston**
Squire Patton Boggs (US)
475 Sansome Street, 16th Floor
San Francisco, CA 94111

**Anthony Bisconti**
Bienert Katzman Littrell Williams LLP
360 E. 2nd StreetSte 625
Los Angeles, CA 9001

**Christopher J Harney**
Theodora Oringher
535 Anton Blvd.
9th Floor
Costa Mesa, CA 92626

**George Gerro**
Attorney at Law
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502

**Richard A Marshack**
Marshack Hays Wood LLP

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

870 Roosevelt
Irvine, CA 92620

**Steven J. Katzman**
Bienert Katzman Littrell Williams LLP
601 W 5th Street Ste 720
Los Angeles, CA 90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**