Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:  lshulman@shulmanbastian.com
        jbastian@shulmanbastian.com
        afriedman@shulmanbastian.com
        mcasal@shulmanbastian.com

Proposed Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**DEBTOR'S THIRD STATUS REPORT**<br><br>**Status Conference:**<br>DATE: November 4, 2025<br>TIME: 2:30 p.m.<br>CRTM: 6C<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "Debtor"), hereby submits this third status report (the "Third Status Report").

A.  **Prior Status Reports**

On September 17, 2025, this Court entered the Order (1) Setting Scheduling Hearing and Case Management Conference and (2) Requiring Status Report [Dkt. No. 9] (the "Order").

On September 19, 2025, the Debtor filed its Status Report and Statement of Intentions [Dkt. No. 17] (the "Initial Status Report"),[1] which is hereby incorporated herein by this reference. The Initial Status Report sets forth, *inter alia*: (i) a brief description of the Debtor's business and principal assets and liabilities, (ii) the events giving rise to the filing of the Debtor's bankruptcy case (the "Case"), (iii) the problems facing the Debtor and how the Debtor intends to address those problems, (iv) the main legal disputes facing the Debtor, and (v) sales of estate assets anticipated by the Debtor.

As discussed in the Initial Status Report, the Debtor is a holding company and its main assets are an indirect ownership interest in Lugano Diamonds & Jewelry Inc., a portfolio of investment accounts (the "Investment Accounts"), and a valuable home in Aspen, Colorado (the "Real Property"). As of the Petition Date, Richad Marshack was irrevocably delegated all authority to manage the Debtor's business and the Case as chief restructuring officer (the "Chief Restructuring Officer").

On September 30, 2025, the Debtor filed the Debtor's Second Status Report [Dkt. No. 41] (the "Second Status Report"), which is hereby incorporated herein by this reference. The Second Status Report provided relevant updates since the filing of the Initial Status Report and provided additional information as requested by the Order.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Initial Status Report.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

**B.  Developments Since the Filing of the Second Status Report**

    1.  **Revocation of Subchapter V Election**

On October 8, 2025, the Debtor filed an amended voluntary petition which, *inter alia*, revoked the Debtor's election to proceed under subchapter v of chapter 11 of the Bankruptcy Code. Because the Second Status Report was premised upon the Debtor's election to proceed under subchapter v, the Debtor filed a motion to continue the status conference set by the Court based upon the Debtor's amended petition [Dkt. No. 55] which was approved by the Court on October 10, 2025 [Dkt. No. 62].

The Debtor now submits this Third Status Report to provide amended responses to the Order and to provide the Court and interested parties with further updates since the filing of the Second Status Report.

    2.  **Settlement with the Prejudgment Lienholders**

As previously discussed in the Initial Status Report and Second Status Report, the prepetition and anticipated actions of the Prejudgment Lienholders were the primary driver behind the filing of this Case.

The Debtor, through the Chief Restructuring Officer and estate professionals, has expended significant time and effort to consensually resolve the claims of the Prejudgment Lienholders. As of October 20, 2025, the Debtor and the Prejudgment Lienholders have executed a settlement agreement regarding the Prejudgment Lienholders' claims. The Debtor will shortly file a motion seeking Court approval of such agreement.

    3.  **Continued Investigation of the Debtor's Assets**

The Debtor is continuing to market the Real Property to interested parties and has continued its efforts to take custody of the Investment Accounts so that they can be liquidated for the benefit of creditors subject to Court approval. To that end, the Debtor has engaged in substantive discussions with the custodians of the Investment Accounts and is in the process of obtaining necessary documents and information from them.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

C. **Information Requested by the Order**

    1. <u>Debtor's Proposed Deadlines for the Filing of a Plan and Disclosure Statement and Estimate Regarding Confirmation</u>

The Debtor proposes that the deadline for the filing of a plan and disclosure statement be set as January 14, 2026 (the end of the Debtor's exclusivity period pursuant to 11 U.S.C. § 1121(b)), subject to further extension upon motion and Court approval.

The Debtor currently plans to file a chapter 11 plan and disclosure statement within 90-120 days from the date of this Third Status Report and hopes to achieve confirmation of such plan by no later than the second quarter of 2026. However, once the Debtor's assets are liquidated, the Debtor reserves the right to explore other options to resolve the Case.

    2. <u>Compliance with Duties under the Bankruptcy Code, Bankruptcy Rules, and All Applicable Guidelines of the Office of the United States Trustee</u>

At the telephonic 341(a) meeting of creditors held on October 6, 2025, the Office of the United States Trustee advised the Debtor that it is required to file a Financial Periodic Report pursuant to Bankruptcy Rule 2015.3. Upon review, the Debtor does not have access to the information necessary to complete such form, and will therefore file a motion to modify the reporting requirement pursuant to Bankruptcy Rule 2015.3(d). The Debtor has also been working with the Office of the United States Trustee to resolve all outstanding compliance matters and to provide any and all documents and information requested.

Otherwise, the Debtor believes that it has complied with all applicable duties and guidelines required by the Bankruptcy Code, Bankruptcy Rules, and the Office of the United States Trustee and will continue to do so.

    3. <u>Anticipated Sales of Estate Assets</u>

As set forth in the Initial Status Report and Second Status Report, the Debtor intends to sell the Real Property and liquidate the Investment Accounts for the benefit of creditors. The Debtor will file motions for Court approval as and when appropriate.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

4. <u>Cash Collateral</u>

The Debtor does not anticipate that there will be any issues related to cash collateral or use thereof during the pendency of the Case.

5. <u>Professionals Retained or to be Retained by the Estate</u>

As of the date of this Third Status Report, the Debtor has filed applications to employ the following professionals (estimated fees in parentheticals): (i) Richard Marshack of Marshack Hays Wood LLP as the Debtor's chief restructuring officer [Dkt. No. 18] ($30,000/month); (ii) Steven Shane of Compass Colorado, LLC as the Debtor's real estate broker [Dkt. No. 34] (4% of gross purchase price of the Real Property); (iii) Shulman Bastian Friedman Bui & O'Dea LLP as general bankruptcy counsel [Dkt. No. 47] ($60,000/month); and (v) Reeves & Weiss LLP as special litigation counsel to the Debtor [Dkt. No. 73] ($25,000/month).

For the avoidance of doubt, the amounts stated herein are solely estimates and subject to change.

6. <u>The Debtor Has No Operations, Unexpired Leases or Executory Contracts</u>

The Debtor is a holding company and has no operations. Consequently, the Debtor does not have any projected income, expenses, or cash flow except for the income and expenses related to the liquidation of assets set forth above. Moreover, the Debtor does not believe that it has any executory contracts or unexpired leases to assume or reject.

7. <u>Deadlines to File Claims and Objections to Claims</u>

Pursuant to the Notice of Chapter 11 Bankruptcy Case [Dkt. No. 14], the deadline for all creditors to file a proof of claim (except governmental units) was set as November 25, 2025 and the deadline for governmental units to file a proof of claim was set as March 16, 2026.  The Debtor

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

requests that those bar dates remain in place and that April 30, 2026 be set as the deadline to object to proofs of claim.

Respectfully submitted,

Dated: October 21, 2025    **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

/s/ Leonard M. Shulman
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
Proposed General Counsel for the Debtor

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S THIRD STATUS REPORT**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  October 21, 2025   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  October 21, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark M. Houle
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 21, 2025 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                  F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Anthony Bisconti**  tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**  mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **Karol K Denniston**  karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Alan J Friedman**  afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **John-Patrick McGinnis Fritz (TR)**  jpftrustee@lnbyg.com, jpf@trustesolutions.net
- **George Gerro**  george@gerrolaw.com
- **Christopher J Harney**  charney@tocounsel.com, kmanson@tocounsel.com
- **Steven J. Katzman**  skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**  tkeller@kellerbenvenutti.com
- **Wendy A Locke**  ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**  rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Leonard M. Shulman**  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**  tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

| | | |
|---|---|---|
| **DEBTOR**<br>SIMBA IL HOLDINGS, LLC<br>610 NEWPORT CENTER DRIVE, SUITE 950<br>NEWPORT BEACH, CA 92660-6473 | **RFN**<br>LUGANO DIAMONDS & JEWELRY<br>C/O TOBIAS S. KELLER - KELLER BENEVENUTTI<br>101 MONTGOMERY STREET, SUITE 1950<br>SAN FRANCISCO, CA 94104 | **RFN**<br>LUGANO DIAMONDS & JEWELRY<br>C/O TRACI SHAFROTH - KELLER BENEVENUTTI<br>101 MONTGOMERY STREET, SUITE 1950<br>SAN FRANCISCO, CA 94104 |
| **RFN**<br>LUGANO DIAMONDS & JEWELRY<br>C/O SCOTT FRIEDMAN - KELLER BENVENUTTI<br>101 MONTGOMERY STREET, SUITE 1950<br>SAN FRANCISCO, CA 94104 | **RFN**<br>COMPASS GROUP DIVERSIFIED<br>C/O KAROL DENNISTON-SQUARE PATTON<br>555 CALIFORNIA STREET, SUITE 550<br>SAN FRANCISCO, CA 94104 | **RFN**<br>COMPASS GROUP DIVERSIFIED<br>C/O PETER MORRISON, ESQ.<br>100 KEY TOWER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 |
| **RFN**<br>COMPASS GROUP DIVERSIFIED<br>C/O S. LERNER & K. ARENDSEN<br>201 E. FOURTH ST., SUITE 1900<br>CINCINNATI, OH 45202 | **COURT MAILING - UST**<br>QUEENIE K. NG<br>411 WEST FOURTH STREET, SUITE 7160<br>SANTA ANA, CA 92701 | **COURT MAILING**<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| **COURT MAILING**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | **COURT MAILING & POC**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **COURT MAILING**<br>SECURITIES & EXCHANGE COMMISSION<br>444 SOUTH FLOWER ST., SUITE 900<br>LOS ANGELES, CA 90071-2934 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**COURT MAILING**
ANTON, DURAID
1 ELK GROVE LN
LAGUNA NIGUEL, CA 92677-1012

**COURT MAILING**
ARONOFF, BARRY
C/O LANCE N JURICH/LOEB & LOEB LLP
10100 SANTA MONICA BLVD SUITE 2200
LOS ANGELES, CA 90067-4120

**COURT MAILING**
ARVIELO, RICK
C/O GABRIEL G GREEN - BUCHALTER APC
1000 WILSHIRE BLVD SUITE 1500
LOS ANGELES, CA 90017-1730

AVINA LLC
C/O D. ENENSTEIN-ENENSTEN PHAM
3200 BRISTOL ST SUITE 500
COSTA MESA, CA 92626

**COURT MAILING**
BACLET, CHARLES
1600 S OCEAN BLVD APT 2101
POMPANO BEACH, FL 33062-7710

**COURT MAILING**
BELGIUM NEW YORK LLC C/O PATRICK PAPALIA/ARCHER & GREINER PC
1211 AVENUE OF THE AMERICAS #2750
NEW YORK, NY 10036-8789

**COURT MAILING**
BENSON, JULIANNE
389 SOUTH LAKE DRIVE #4G
PALM BEACH, FL 33480-4540

**COURT MAILING**
BRANDES, ADRIENNE
919 GARDENIA WAY
CORONA DEL MAR, CA 92625-1547

**COURT MAILING**
BUCKSBAUM, GLENN
303 WHITEFISH HILLS LOOP
WHITEFISH, MT 59937-2256

**COURT MAILING**
CAMPF, ANNE AND DARREN
4428 IRISH HEIGHTS DRIVE
SUMMERSVILLE, WV 26651-1971

**PREFERRED ADDRESS**
CAVE, DERYK
1196 E COOPER AVENUE
ASPEN, CO 81611

**COURT MAILING**
CHAMPION FORCE
C/O LEIB M LERNER/ALSTON & BIRD LLP
350 SOUTH GRAND AVE 51ST FLOOR
LOS ANGELES, CA 90071-3406

**COURT MAILING**
CHANNELS, CEDRIC
402 ESTHER ST
COSTA MESA, CA 92627-2323

CITIBANK, N.A.
1000 TECHNOLOGY DRIVE
O'FALLON, MO 63368-2240

**COURT MAILING**
COHEN, RAYMOND
C/O JONATHAN HERSEY/K&L GATES
1 PARK PLAZA TWELFTH FLOOR
IRVINE, CA 92614-5910

**COURT MAILING**
CONWAY, MARK
1221 W COAST HWY APT 114
NEWPORT BEACH, CA 92663-5051

**COURT MAILING**
COYNE, KAREN
KAREN BEDROSIAN PROPERTY TRUST
2934 N BEVERLY GLEN CIRCLE #347
LOS ANGELES, CA 90077-1724

**COURT MAILING**
DACUS, DEBBIE
5444 CANDLEWOOD DRIVE
HOUSTON, TX 77056-1603

**COURT MAILING**
DIAMONDS & JEWELRY INC C/O A KHAN
BROWN, NERI, SMITH & KHAN LLP
11601 WILSHIRE BLVD SUITE 2080
LOS ANGELES, CA 90025-0389

**COURT MAILING**
EMMES, DAVID
655 TOWN CENTER DRIVE
COSTA MESA, CA 92626-1918

**COURT MAILING**
FERDER, MORDECHAI AND EDIT
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

**COURT MAILING**
FERRY, ANTHONY
20 PACIFICA STE 1000
IRVINE, CA 92618-7462

**COURT MAILING**
FLANDERS, SCOTT
1425 SANTA BARBARA DRIVE
NEWPORT BEACH, CA 92660-6373

**COURT MAILING**
FLANDERS, SCOTT
PO BOX 7859
AVON, CO 81620-7859

**COURT MAILING**
FREEDMAN, JAMES
11755 WILSHIRE BLVD
LOS ANGELES, CA 90025-1501

**COURT MAILING**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS 19TH FLOOR
LOS ANGELES, CA 90067-4410

**COURT MAILING**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N MARKET STREET SUITE 805
WILMINGTON, DE 19801-4918

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **COURT MAILING**<br>GADOL, BRYAN C/O MICHELLE SCHINDLER<br>FERGUSON SCHINDLER LAW FIRM<br>119 SOUTH SPRING STREET SUITE 201<br>ASPEN, CO 81611-2082 | **COURT MAILING**<br>GADOL, BRYAN-C/O TODD C THEODORA<br>THEODORA ORINGHER PC<br>535 ANTON BLVD NINTH FLOOR<br>COSTA MESA, CA 92626-7109 | **COURT MAILING**<br>GOLDSTEIN, ALON<br>22287 MULHOLLAND HWY, UNIT 254<br>CALABASAS, CA 91302-5157 |
| **PREFERRED ADDRESS**<br>HAZEN, CASSANDRA AND PAUL<br>PO BOX 7070<br>CARMEL, CA 93921 | **COURT MAILING**<br>HOEVEN, DREW<br>3 CAPE ANDOVER<br>NEWPORT BEACH, CA 92660-8401 | **COURT MAILING**<br>HOLZER, RUSTY - C/O B CAPITUMMINO<br>WOODS OVIATT GILMAN LLP<br>1900 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604-2714 |
| **COURT MAILING**<br>KELSEY, KACI<br>110 WESTMINSTER ROAD<br>WEST PALM BEACH, FL 33405-1649 | **COURT MAILING**<br>KLEIN, BILL<br>60 LINDA ISLE<br>NEWPORT BEACH, CA 92660-7207 | **COURT MAILING**<br>KRAUS, KEN C/O JEFF AUGUSTINI<br>LAW OFFICE OF JEFF AUGUSTINI<br>100 BAYVIEW CIRCLE SUITE 210<br>NEWPORT BEACH, CA 92660-8901 |
| **COURT MAILING**<br>LEE, ROBERT<br>BBD 2012 GIFT TRUST<br>72-2763 ULUWEUWEU AKSUM PLACE<br>KAILUA KONA, HI 96740 | **COURT MAILING**<br>LEVASQUE, MATT<br>5893 LAKEVIEW<br>YORBA LINDA, CA 92886-5367 | **COURT MAILING /POC**<br>LI, PETER<br>19211 CROYDEN TER<br>IRVINE, CA 92603-3537 |
| **COURT MAILING**<br>LOCKSLEY, JOHN<br>185 WEST END AVENUE UNIT 9A<br>NEW YORK, NY 10023-5543 | **COURT MAILING**<br>LOOK-MAZZA, MONA<br>344 WEST REDS ROAD<br>ASPEN, CO 81611 | **COURT MAILING**<br>LUGANO BUYER, INC.<br>301 RIVERSIDE AVENUE, SECOND FLOOR<br>WESTPORT, CT 06880-4806 |
| **COURT MAILING**<br>MCCALL, MARIANNE<br>188 LUDLOW STREET APT 21J<br>NEW YORK, NY 10002-1690 | **COURT MAILING**<br>MCHENRY, TROY<br>10917 EARTH HUES<br>LAS VEGAS, NV 89135-9132 | **COURT MAILING**<br>MCMACKEN, RON<br>1660 SOUTH OCEAN BLVD<br>MANALAPAN, FL 33462-6210 |
| **COURT MAILING**<br>MOENS, LAWRENCE<br>2335 S OCEAN BLVD<br>PALM BEACH, FL 33480-5368 | **COURT MAILING**<br>MOLER, BILL<br>10342 MOHAWK ROAD<br>LEAWOOD, KS 66206-2587 | **COURT MAILING**<br>N.B.S. DIAMONDS C/O GERALD L. KROLL<br>KROLL LAW<br>970 W. BROADWAY, SUITE E-200<br>JACKSON, WY 83001-6402 |
| **COURT MAILING**<br>N.B.S. DIAMONDS C/O JOSEPH M. KAR<br>LAW OFFICE OF JOSEPH M. KAR PC<br>15250 VENTURA BLVD SUITE PH-1220<br>SHERMAN OAKS, CA 91403-3201 | **COURT MAILING**<br>OCONNELL, KEVIN<br>1714 STARLIGHT CIR<br>NEWPORT BEACH, CA 92660-4340 | **COURT MAILING**<br>PERL, DANIEL C/O OMAR J. YASSIN<br>YASSIN LAW APC<br>1010 E. UNION STREET SUITE 201<br>PASADENA, CA 91106-1756 |
| **COURT MAILING**<br>PHILLIPS, ANDY<br>2900 BRISTOL STREET<br>COSTA MESA, CA 92626-5981 | **COURT MAILING**<br>PRESUTTI, DANA<br>424 PARK CIRCLE<br>ASPEN, CO 81611-3400 | RUBERTI, LISA<br>C/O GOGO & MOORE LLC<br>505 E HYMAN AVENUE<br>ASPEN, CO 81611 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                  F 9013-3.1.PROOF.SERVICE

**COURT MAILING**
RODAN, AMMON
21 ORINDA WAY, SUITE C-381
ORINDA, CA 94563-2530

**COURT MAILING**
ROTHSTEIN, ADAM
17 COVLEE DRIVE
WESTPORT, CT 06880-6407

**COURT MAILING**
SHELLY, DAMON
9881 RESEARCH DRIVE
IRVINE, CA 92618-4304

**COURT MAILING**
SHERLOCK, TINA & RUSS
1416 W MAIN STREET
CARMEL, IN 46032

**COURT MAILING**
SHERWOOD, STEVE
54 GOLDEN EAGLE
IRVINE, CA 92603-0309

**COURT MAILING**
SIMON, RON
620 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660-6420

**COURT MAILING**
SIMON, SCOTT
641 ST JAMES ROAD
NEWPORT BEACH, CA 92663-5854

**COURT MAILING**
SIMON, VONDA & SCOTT
29230 PASEO CARMONA
SAN JUAN CAPISTRANO, CA 92675-3654

**COURT MAILING**
SMITH, MIKE
1585 ATTOKA ROAD
MARSHALL, VA 20115-3505

**COURT MAILING**
SONI, ASHISH
1908 N FREMONT STREET
CHICAGO, IL 60614-5017

**COURT MAILING**
STACK, JEFF
3501 JAMBOREE ROAD, SUITE 6000
NEWPORT BEACH, CA 92660-2960

**COURT MAILING**
STRAWBRIDGE, GEORGE
3801 KENNET PIKE
WILMINGTON, DE 19807-2300

**COURT MAILING**
SUMMERS, JIM
282 LOCHA DRIVE
JUPITER, FL 33458-7733

**PREFERRED ADDRESS**
SUTHERLAND, ANNE & GRANT
151 RANCH CREEK LANE
CARBONDALE, CO 91623

**COURT MAILING**
SYDNEY HOLDINGS LIMITED
C/O B. CAPITUMMINO - WOODS OVIATT
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**COURT MAILING**
SYDNEY HOLDINGS LIMITED C/O J LEVIN
GLASER WEIL FINK HOWARD JORDAN ET AL
10250 CONSTELLATION BLVD 19TH FLOOR
LOS ANGELES, CA 90067-6219

**COURT MAILING**
TEDORI, FRED
48 RITZ COVE DRIVE
DANA POINT, CA 92629-4228

**COURT MAILING**
TESTA, DARREN C/O M. SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE 201
ASPEN, CO 81611-2082

**COURT MAILING**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS 19TH FLOOR
LOS ANGELES, CA 90067-4410

**COURT MAILING**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N. MARKET STREET, SUITE 805
WILMINGTON, DE 19801-4918

**COURT MAILING**
TESTA, DARREN C/O TODD C THEODORA
THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**PREFERRED ADDRESS**
US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

WANG, ANGI
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**COURT MAILING**
WAZANA, AVI C/O DARREN ENENSTEIN
ENENSTEIN PHAM GLASS & RABBAT
8439 W SUNSET BLVD SUITE 300
LOS ANGELES, CA 90069-1925

**COURT MAILING**
WINTERS, KRISTOPHER C/O S. KATZMAN
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673-6253

**COURT MAILING**
WOLFE, BILL
525 S FLAGLER DRIVE PH2 C/D
WEST PALM BEACH, FL 33401-5922

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **N/A**<br>SANTA ANA DIVISION<br>411 WEST FOURTH STREET, SUITE 2030,<br>SANTA ANA, CA 92701-4500<br>**N/A** | **COURT MAILING**<br>RUBERTI, LISA<br>**UNDELIVERABLE - INCOMPLETE ADDRESS** | **COURT MAILING**<br>WANG, ANGI<br>**UNDELIVERABLE - INCOMPLETE ADDRESS** |
| **COURT MAILING**<br>CAVE, DERYK<br>50 BIG SKY RESORT RD<br>BIG SKY, MT 59716<br>**UPDATED ADDRESS - PER CREDITOR REQUEST** | **COURT MAILING**<br>SUTHERLAND, ANNE & GRANT<br>61070 MINARET CIRCLE<br>BEND, OREGON 97702-1903<br>**UPDATED ADDRESS - PER CREDITOR REQUEST** | **COURT MAILING**<br>HAZEN, CASSANDRA AND PAUL<br>C/O JOANNA MARIE MYERS<br>9465 WILSHIRE BLVD SUITE 300<br>BEVERLY HILLS, CA 90212-2624<br>**UPDATED ADDRESS - PER CREDITOR REQUEST** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**