PETER C. ANDERSON
United States Trustee
Kenneth M. Misken
Assistant United States Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Kenneth.m.misken@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re: | Case Number 8:25-bk-12616-SC |
|---|---|
| SIMBA IL HOLDINGS, LLC | Chapter 11 |
| Debtor. | NOTICE OF NON-APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

The United States Trustee advises the Court that a committee under 11 U.S.C. § 1102 has not been appointed because of an insufficient number of unsecured creditors willing or able to serve on an unsecured creditors committee.  The United States Trustee reserves the right to appoint such a committee should interest develop among the creditors.

Dated: November 7, 2025

UNITED STATES TRUSTEE

By:   /s/Kenneth M. Misken
        Kenneth M. Misken
        Assistant United States Trustee

1