Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:     lshulman@shulmanbastian.com
           jbastian@shulmanbastian.com
           afriedman@shulmanbastian.com
           mcasal@shulmanbastian.com

Proposed Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>                    Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REEVES & WEISS LLP AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327(e)**<br><br>Hearing:<br>DATE:    January 20, 2026<br>TIME:    2:30 p.m.<br>PLACE:  Courtroom 6C<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

**PLEASE TAKE NOTICE** that pursuant to the *Notice of CODI's Opposition and Request for a Hearing on Debtor's Application to Retain Reeves & Weiss LLP as Special Litigation Counsel; Memorandum of Points and Authorities; Request for Judicial Notice* ("Opposition") [Dkt. No. 104], a hearing on the *Debtor's Application for Order Authorizing Employment of Reeves & Weiss LLP as Special Litigation Counsel Pursuant to 11 U.S.C. § 327(e); Memorandum of Points and*

*Authorities; Declaration of Jeffrey Reeves in Support* [Dkt. No. 73] will be held on January 20, 2026, at 2:30 p.m., in Courtroom 6C before the Honorable Mark D. Houle, of the above-entitled Court located at the Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Santa Ana, California 92701.

Respectfully submitted,

Dated: November 12, 2025     **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

*/s/ Max Casal*

---

Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
Proposed Attorneys for the Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON DEBTOR'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REEVES & WEISS LLP AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327(e)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 12, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **Karol K Denniston**    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Don Fisher**    dfisher@ptwww.com, tblack@ptwww.com
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **George Gerro**    george@gerrolaw.com
- **Christopher J Harney**    charney@tocounsel.com, kmanson@tocounsel.com
- **Steven J. Katzman**    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**    tkeller@kellerbenvenutti.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Stacy H Rubin**    shr@h2law.com, kmcgee@howardandhoward.com
- **Leonard M. Shulman**    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On November 12, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

Peter R. Morrison
1000 Key Tower
127 Public Square
Cleveland, OH 44114

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 12, 2025 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE