| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman – Bar No. 126349<br>Alan J. Friedman – Bar No. 132580<br>Max Casal – Bar No. 342716<br>SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone:  (949) 340-3400 - Facsimile:   (949) 340-3000<br>Email: lshulman@shulmanbastian.com<br>afriedman@shulmanbastian.com<br>mcasal@shulmanbastian.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>SIMBA IL HOLDINGS, LLC, a Delaware limited liability company,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:   8:25-bk-12616-MH<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☒ No hearing: LBR 9013-1(q)<br>☐ Hearing information<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

1. <u>Bar Date</u>.  The court has set a deadline of (*date*) __December 19__, 20__25__ (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate.  ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012     ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367  ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>.  You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>.  Exceptions to the Bar Date include, but are not limited to, the following:

   (a) <u>Executory contracts/unexpired leases</u>.  For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease.  *See* 11 U.S.C. §§ 365(d)(4)  and 502(g).

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 1                              **F 3003-1.NOTICE.BARDATE**

    (b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) __09/16/2025__, and therefore calculates that this deadline is (*date*) __03/16/2026__). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

    (c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

    (d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: __11/20/2025__        By: __/s/ Max Casal__
                              Signature of Debtor, chapter 11 trustee, or their attorney

                            Name: __Max Casal__
                              Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 2      **F 3003-1.NOTICE.BARDATE**

**Fill in this information to identify the case:**

Debtor 1  SIMBA II HOLDINGS, LLC  _____

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California

Case number  8:25-bk-12616-MH  _____

Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:   Identify the Claim

1. **Who is the current creditor?**

   _____
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor  _____

2. **Has this claim been acquired from someone else?**

   ☐ No
   ☐ Yes.  From whom? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
   |---|---|
   | _____<br>Name | _____<br>Name |
   | _____<br>Number      Street | _____<br>Number      Street |
   | _____<br>City           State         ZIP Code | _____<br>City           State         ZIP Code |
   | Contact phone  _____ | Contact phone  _____ |
   | Contact email  _____ | Contact email  _____ |

   Uniform claim identifier (if you use one):

   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**

   ☐ No
   ☐ Yes.  Claim number on court claims registry (if known) _____    Filed on  ___ / ___ / _____
                                                                                                   MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☐ No
   ☐ Yes.  Who made the earlier filing? _____

---

Official Form 410                                                              **Proof of Claim**                                                                          page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   - ❏ No
   - ❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $_____. Does this amount include interest or other charges?
   - ❏ No
   - ❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   _____

9. **Is all or part of the claim secured?**
   - ❏ No
   - ❏ Yes.  The claim is secured by a lien on property.

   **Nature of property:**
   - ❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   - ❏ Motor vehicle
   - ❏ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property**:  $_____
   **Amount of the claim that is secured:**  $_____

   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**   $_____

   **Annual Interest Rate** (when case was filed) _____%
   - ❏ Fixed
   - ❏ Variable

10. **Is this claim based on a lease?**
    - ❏ No
    - ❏ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. **Is this claim subject to a right of setoff?**
    - ❏ No
    - ❏ Yes. Identify the property: _____

Official Form 410    **Proof of Claim**    page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**  A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No  ☐ Yes. Check one: | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                    MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    _____
        First name       Middle name       Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number       Street

        _____
        City                        State    ZIP Code

Contact phone _____    Email _____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Drive, Suite 600, Irvine, California 92618

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/20/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/20/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Judge's Copy
Honorable Mark D. Houle
United States Bankruptcy Court
411 W. Fourth Street, Suite 6135
Santa Ana, CA 92701

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2025 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015     Page 3     F 3003-1.NOTICE.BARDATE

## NEF SERVICE LIST

- Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Max Casal    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- Matthew Tyler Davis    tdavis@kbkllp.com
- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- George Gerro    george@gerrolaw.com
- Christopher J Harney    charney@tocounsel.com, kmanson@tocounsel.com
- Steven J. Katzman    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Tobias S Keller    tkeller@kellerbenvenutti.com
- Wendy A Locke    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- Stacy H Rubin    shr@h2law.com, kmcgee@howardandhoward.com
- Leonard M. Shulman    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## U.S. MAIL SERVICE LIST

**DEBTOR**
SIMBA IL HOLDINGS, LLC
ATTN: RICHARD MARSHACK, CRO
870 ROOSEVELT
IRVINE, CA 92618

**NEF - INTERESTED PARTY**
UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701-4500

**NEF**
GEORGE GERRO
530 S. GLENOAKS BLVD, STE 200
BURBANK, CA 91502

**NEF**
WENDY LOCKE
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH, STE. 225
SAN DIEGO, CA 92108

**COUNSEL FOR CLAIMANT WHITE MOUNTAIN CAPITAL INC.**
GREG P. CAMPBEL
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH, STE. 225
SAN DIEGO, CA 92108

**NEF - COUNSEL FOR CLAIMANTS DREW HOEVEN ET AL.**
TIMOTHY J. SILVERMAN
SCHEER LAW GROUP, LLP
85 ARGONAUT, SUITE 202
ALISO VIEJO, CA 92656

**NEF**
MATTHEW D. PHAM
ALLEN MATKINS LECK GAMBLE
865 S. FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-2543

**NEF**
DON FISHER
PALMIERI, TYLER, WIENER, WILHELM
1900 MAIN STREET, SUITE 700
IRVINE, CA 92614

**NEF**
STACY H. RUBIN
HOWARD & HOWARD ATTORNEYS
9465 WILSHIRE BLVD SUITE 300
BEVERLY HILLS, CA 90212

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O TOBIAS S. KELLER - KELLER BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O TRACI SHAFROTH - KELLER BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O SCOTT FRIEDMAN - KELLER BENVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
COMPASS GROUP DIVERSIFIED
C/O KAROL DENNISTON-SQUARE PATTON
555 CALIFORNIA STREET, SUITE 550
SAN FRANCISCO, CA 94104

**RFN**
COMPASS GROUP DIVERSIFIED
C/O PETER MORRISON, ESQ.
100 KEY TOWER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114

**RFN**
COMPASS GROUP DIVERSIFIED
C/O S. LERNER & K. ARENDSEN
201 E. FOURTH ST., SUITE 1900
CINCINATI, OH 45202

**NOTICE PARTY - UST**
QUEENIE K. NG
411 WEST FOURTH STREET, SUITE 7160
SANTA ANA, CA 92701

**NOTICE PARTY**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**NOTICE PARTY**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**NOTICE PARTY & POC**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**NOTICE PARTY**
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**NOTICE PARTY**
ANTON, DURAID
1 ELK GROVE LN
LAGUNA NIGUEL, CA 92677-1012

**NOTICE PARTY**
ARONOFF, BARRY
C/O LANCE N JURICH
LOEB & LOEB LLP
10100 SANTA MONICA BLVD STE 2200
LOS ANGELES, CA 90067-4120

**NOTICE PARTY**
ARVIELO, RICK
C/O GABRIEL G GREEN
BUCHALTER APC
1000 WILSHIRE BLVD SUITE 1500
LOS ANGELES, CA 90017-1730

**NOTICE PARTY**
AVINA LLC
C/O D. ENENSTEIN-ENENSTEN PHAM
3200 BRISTOL ST SUITE 500
COSTA MESA, CA 92626

**NOTICE PARTY**
BACLET, CHARLES
1600 S OCEAN BLVD APT 2101
POMPANO BEACH, FL 33062-7710

**NOTICE PARTY & POC**
CHARLES J. BACLET, III
C/O ERIC A. BROWNDORF, ESQ.
COOPER LEVENSON, P.A.
1125 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08402

**NOTICE PARTY**
BELGIUM NEW YORK LLC C/O PATRICK PAPALIA/ARCHER & GREINER PC
1211 AVENUE OF THE AMERICAS #2750
NEW YORK, NY 10036-8789

**NOTICE PARTY**
BENSON, JULIANNE
389 SOUTH LAKE DRIVE #4G
PALM BEACH, FL 33480-4540

**NOTICE PARTY**
BRANDES, ADRIENNE
919 GARDENIA WAY
CORONA DEL MAR, CA 92625-1547

**NOTICE PARTY**
BUCKSBAUM, GLENN
303 WHITEFISH HILLS LOOP
WHITEFISH, MT 59937-2256

**NOTICE PARTY**
CAMPF, ANNE AND DARREN
4428 IRISH HEIGHTS DRIVE
SUMMERSVILLE, WV 26651-1971

**PREFERRED ADDRESS**
CAVE, DERYK
1195 E COOPER AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
CHAMPION FORCE
C/O LEIB M LERNER/ALSTON & BIRD LLP
350 SOUTH GRAND AVE 51ST FLOOR
LOS ANGELES, CA 90071-3406

**NOTICE PARTY**
CHANNELS, CEDRIC
402 ESTHER ST
COSTA MESA, CA 92627-2323

**NOTICE PARTY**
CITIBANK, N.A.
1000 TECHNOLOGY DRIVE
O'FALLON, MO 63368-2240

**NOTICE PARTY**
COHEN, RAYMOND
C/O JONATHAN HERSEY/K&L GATES
1 PARK PLAZA TWELFTH FLOOR
IRVINE, CA 92614-5910

**NOTICE PARTY**
CONWAY, MARK
1221 W COAST HWY APT 114
NEWPORT BEACH, CA 92663-5051

**NOTICE PARTY & POC**
COYNE, KAREN
KAREN BEDROSIAN PROPERTY TRUST
2934 N BEVERLY GLEN CIRCLE
UNIT 347
LOS ANGELES, CA 90077-1724

**NOTICE PARTY**
DACUS, DEBBIE
5444 CANDLEWOOD DRIVE
HOUSTON, TX 77056-1603

**NOTICE PARTY**
DIAMONDS & JEWELRY INC
C/O A KHAN
BROWN, NERI, SMITH & KHAN LLP
11601 WILSHIRE BLVD SUITE 2080
LOS ANGELES, CA 90025-0389

**NOTICE PARTY**
EMMES, DAVID
655 TOWN CENTER DRIVE
COSTA MESA, CA 92626-1918

**NOTICE PARTY**
FERDER, MORDECHAI AND EDIT
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

**NOTICE PARTY**
FERRY, ANTHONY
20 PACIFICA STE 1000
IRVINE, CA 92618-7462

**NOTICE PARTY**
FLANDERS, SCOTT
1425 SANTA BARBARA DRIVE
NEWPORT BEACH, CA 92660-6373

**NOTICE PARTY**
FLANDERS, SCOTT
PO BOX 7859
AVON, CO 81620-7859

**NOTICE PARTY**
FREEDMAN, JAMES
11755 WILSHIRE BLVD
LOS ANGELES, CA 90025-1501

**NOTICE PARTY**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS
19TH FLOOR
LOS ANGELES, CA 90067-4410

**NOTICE PARTY**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N MARKET STREET SUITE 805
WILMINGTON, DE 19801-4918

**NOTICE PARTY**
GADOL, BRYAN C/O MICHELLE SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE 201
ASPEN, CO 81611-2082

**NOTICE PARTY**
GADOL, BRYAN
C/O TODD C THEODORA
THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**NOTICE PARTY**
GOLDSTEIN, ALON
22287 MULHOLLAND HWY, UNIT 254
CALABASAS, CA 91302-5157

**PREFERRED ADDRESS**
HAZEN, CASSANDRA AND PAUL
PO BOX 7070
CARMEL, CA 93921

**NOTICE PARTY**
HOEVEN, DREW
3 CAPE ANDOVER
NEWPORT BEACH, CA 92660-8401

**NOTICE PARTY**
HOLZER, RUSTY - C/O B CAPITUMMINO
WOODS OVIATT GILMAN LLP
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**NOTICE PARTY**
KELSEY, KACI
110 WESTMINSTER ROAD
WEST PALM BEACH, FL 33405-1649

**NOTICE PARTY**
KLEIN, BILL
60 LINDA ISLE
NEWPORT BEACH, CA 92660-7207

**NOTICE PARTY**
KRAUS, KEN C/O JEFF AUGUSTINI
LAW OFFICE OF JEFF AUGUSTINI
100 BAYVIEW CIRCLE SUITE 210
NEWPORT BEACH, CA 92660-8901

**NOTICE PARTY**
LEE, ROBERT
BBD 2012 GIFT TRUST
72-2763 ULUWEUWEU AKSUM PLACE
KAILUA KONA, HI 96740

**NOTICE PARTY**
LEVASQUE, MATT
5893 LAKEVIEW
YORBA LINDA, CA 92886-5367

**NOTICE PARTY & POC**
LI, PETER
19211 CROYDEN TER
IRVINE, CA 92603-3537

**NOTICE PARTY**
LOCKSLEY, JOHN
185 WEST END AVENUE UNIT 9A
NEW YORK, NY 10023-5543

**NOTICE PARTY**
LOOK-MAZZA, MONA
344 WEST REDS ROAD
ASPEN, CO 81611

**NOTICE PARTY**
LUGANO BUYER, INC.
301 RIVERSIDE AVENUE, SECOND FLOOR
WESTPORT, CT 06880-4806

**NOTICE PARTY**
MCCALL, MARIANNE
188 LUDLOW STREET APT 21J
NEW YORK, NY 10002-1690

**NOTICE PARTY**
MCHENRY, TROY
10917 EARTH HUES
LAS VEGAS, NV 89135-9132

**NOTICE PARTY**
MCMACKEN, RON
1660 SOUTH OCEAN BLVD
MANALAPAN, FL 33462-6210

**NOTICE PARTY**
MOENS, LAWRENCE
2335 S OCEAN BLVD
PALM BEACH, FL 33480-5368

**NOTICE PARTY**
MOLER, BILL
10342 MOHAWK ROAD
LEAWOOD, KS 66206-2587

**NOTICE PARTY**
N.B.S. DIAMONDS
C/O GERALD L. KROLL
KROLL LAW
970 W. BROADWAY, SUITE E-200
JACKSON, WY 83001-6402

**NOTICE PARTY**
N.B.S. DIAMONDS C/O JOSEPH M. KAR
LAW OFFICE OF JOSEPH M. KAR PC
15250 VENTURA BLVD SUITE PH-1220
SHERMAN OAKS, CA 91403-3201

**NOTICE PARTY**
OCONNELL, KEVIN
1714 STARLIGHT CIR
NEWPORT BEACH, CA 92660-4340

**NOTICE PARTY**
PERL, DANIEL C/O OMAR J. YASSIN
YASSIN LAW APC
1010 E. UNION STREET SUITE 201
PASADENA, CA 91106-1756

**NOTICE PARTY**
PHILLIPS, ANDY
2900 BRISTOL STREET
COSTA MESA, CA 92626-5981

**NOTICE PARTY**
PRESUTTI, DANA
424 PARK CIRCLE
ASPEN, CO 81611-3400

**NOTICE PARTY**
RUBERTI, LISA
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
RODAN, AMMON
21 ORINDA WAY, SUITE C-381
ORINDA, CA 94563-2530

**NOTICE PARTY**
ROTHSTEIN, ADAM
17 COVLEE DRIVE
WESTPORT, CT 06880-6407

**NOTICE PARTY**
SHELLY, DAMON
9881 RESEARCH DRIVE
IRVINE, CA 92618-4304

**NOTICE PARTY**
SHERLOCK, TINA & RUSS
1416 W MAIN STREET
CARMEL, IN 46032

**NOTICE PARTY**
SHERWOOD, STEVE
54 GOLDEN EAGLE
IRVINE, CA 92603-0309

**NOTICE PARTY**
SIMON, RON
620 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660-6420

**NOTICE PARTY**
SIMON, SCOTT
641 ST JAMES ROAD
NEWPORT BEACH, CA 92663-5854

**NOTICE PARTY**
SIMON, VONDA & SCOTT
29230 PASEO CARMONA
SAN JUAN CAPISTRANO, CA 92675-3654

**NOTICE PARTY**
SMITH, MIKE
1585 ATTOKA ROAD
MARSHALL, VA 20115-3505

**NOTICE PARTY**
SONI, ASHISH
1908 N FREMONT STREET
CHICAGO, IL 60614-5017

**NOTICE PARTY**
STACK, JEFF
3501 JAMBOREE ROAD, SUITE 6000
NEWPORT BEACH, CA 92660-2960

**NOTICE PARTY**
STRAWBRIDGE, GEORGE
3801 KENNET PIKE
WILMINGTON, DE 19807-2300

**NOTICE PARTY**
SUMMERS, JIM
282 LOCHA DRIVE
JUPITER, FL 33458-7733

**PREFERRED ADDRESS**
SUTHERLAND, ANNE & GRANT
151 RANCH CREEK LANE
CARBONDALE, CO 91623

**NOTICE PARTY**
SYDNEY HOLDINGS LIMITED
C/O B. CAPITUMMINO - WOODS OVIATT
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**NOTICE PARTY**
SYDNEY HOLDINGS LIMITED
C/O J LEVIN
GLASER WEIL FINK HOWARD JORDAN ET AL
10250 CONSTELLATION BLVD
19TH FLOOR
LOS ANGELES, CA 90067-6219

**NOTICE PARTY**
TEDORI, FRED
48 RITZ COVE DRIVE
DANA POINT, CA 92629-4228

**NOTICE PARTY**
TESTA, DARREN C/O M. SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE 201
ASPEN, CO 81611-2082

**NOTICE PARTY**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS
19TH FLOOR
LOS ANGELES, CA 90067-4410

**NOTICE PARTY**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N. MARKET STREET, SUITE 805
WILMINGTON, DE 19801-4918

**NOTICE PARTY**
TESTA, DARREN C/O TODD C THEODORA & C. HARNEY
THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**PREFERRED ADDRESS**
US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

**NOTICE PARTY**
WANG, ANGI
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
WAZANA, AVI C/O DARREN ENENSTEIN
ENENSTEIN PHAM GLASS & RABBAT
8439 W SUNSET BLVD SUITE 300
LOS ANGELES, CA 90069-1925

**NOTICE PARTY**
WINTERS, KRISTOPHER C/O S. KATZMAN
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673-6253

**NOTICE PARTY**
WOLFE, BILL
525 S FLAGLER DRIVE PH2 C/D
WEST PALM BEACH, FL 33401-5922

**RETURN MAIL**

**N/A**
SANTA ANA DIVISION
411 WEST FOURTH STREET, SUITE 2030,
SANTA ANA, CA 92701-4500
**N/A**

**NOTICE PARTY**
RUBERTI, LISA
**UNDELIVERABLE - INCOMPLETE ADDRESS**

**NOTICE PARTY**
WANG, ANGI
**UNDELIVERABLE - INCOMPLETE ADDRESS**

**NOTICE PARTY**
CAVE, DERYK
50 BIG SKY RESORT RD
BIG SKY, MT 59716
**UPDATED ADDRESS - PER CREDITOR REQUEST**

**NOTICE PARTY**
SUTHERLAND, ANNE & GRANT
61070 MINARET CIRCLE
BEND, OREGON 97702-1903
**UPDATED ADDRESS - PER CREDITOR REQUEST**

**NOTICE PARTY**
HAZEN, CASSANDRA AND PAUL
C/O JOANNA MARIE MYERS
9465 WILSHIRE BLVD SUITE 300
BEVERLY HILLS, CA 90212-2624
**UPDATED ADDRESS - PER CREDITOR REQUEST**