PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq. (CA Bar No. 143717)
Jordan A. Kroop, Esq. (*pro hac vice* forthcoming)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email:   jpomerantz@pszjlaw.com
         jkroop@pszjlaw.com

John A. Morris, Esq. (*pro hac vice* forthcoming)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email:   jmorris@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors
of Lugano Diamonds & Jewelry Inc., et al.*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| In re: | Case No.: 8:25-bk-12616-MH |
|---|---|
| SIMBA IL HOLDINGS, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE NOTE:**

1. Under Federal Rule of Bankruptcy Procedure 9010(b), Jeffrey N. Pomerantz, Jordan A. Kroop, and John A. Morris of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**") appears on behalf of Official Committee of Unsecured Creditors of Lugano Diamonds & Jewelry Inc., *et al*., pending under Case No. 25-12055 (BLS), before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court, District of Delaware.

2. PSZJ requests that copies of all papers served or required to be served in this chapter 11 case be served on PSZJ thus:

4912-8698-9438.2 53772.00002

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq. (CA Bar No. 143717)
Jordan A. Kroop, Esq. (*pro hac vice* forthcoming)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email:    jpomerantz@pszjlaw.com
          jkroop@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
John A. Morris, Esq. (*pro hac vice* forthcoming)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email:    jmorris@pszjlaw.com

Dated: December 3, 2025                PACHULSKI STANG ZIEHL & JONES LLP

                                       */s/ Jeffrey N. Pomerantz*
                                       Jeffrey N. Pomerantz
                                       Jordan A. Kroop
                                       John A. Morris

                                       *Counsel to the Official Committee of Unsecured Creditors of Lugano Diamonds & Jewelry Inc., et al.*

4912-8698-9438.2 53772.00002                    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 3, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the 7following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 3, 2025 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
LA:4924-9705-2030.1 53772.00002

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  **Case 8:25-bk-12616-MH**

- Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Max Casal    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- Matthew Tyler Davis    tdavis@kbkllp.com
- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- George Gerro    george@gerrolaw.com
- Christopher J Harney    charney@tocounsel.com, kmanson@tocounsel.com
- Steven J. Katzman    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Tobias S Keller    tkeller@kellerbenvenutti.com
- Wendy A Locke    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Ali M. Mojdehi    ali.mojdehi@mgr-legal.com
- Dakota Pearce    dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- Stacy H Rubin    shr@h2law.com, kmcgee@howardandhoward.com
- Traci L Shafroth    tshafroth@kbkllp.com
- Leonard M. Shulman    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
LA:4924-9705-2030.1 53772.00002

F 9013-3.1.PROOF.SERVICE