| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz (CA Bar No. 143717)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone:  310/277-6910<br>Facsimile:  310/201-0760<br>Email:      jpomerantz@pszjlaw.com<br><br>☒ *Attorney for*: Official Committee of Unsecured Creditors of Lugano Diamonds & Jewelry Inc. | FOR COURT USE ONLY<br><br><br>**FILED & ENTERED**<br><br>**DEC 08 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jle         DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| In re:<br><br>SIMBA IL HOLDINGS, LLC,<br><br>                                                Debtor(s)<br><br>                                                Plaintiff(s)<br>vs.<br><br>                                                Defendant(s) | CASE NO.: 8:25-bk-12616-MH<br>CHAPTER: 11<br>ADVERSARY NO. (*if applicable*):<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*):  John A. Morris may appear on behalf of the following party:  Official Committee of Unsecured Creditors of Lugano Diamonds & Jewelry Inc., pending under Case No. 25-12055 (BLS) in the United States Bankruptcy Court for the District of Delaware in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases.

###

Date: December 8, 2025

Mark Houle
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY
4925-4019-6734.1 53772.00002