Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:   lshulman@shulmanbastian.com
         jbastian@shulmanbastian.com
         afriedman@shulmanbastian.com
         mcasal@shulmanbastian.com

General Counsel for the Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>                              Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**REPLY IN SUPPORT OF DEBTOR'S MOTION FOR ORDER: (I) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF REAL PROPERTY; (II) APPROVING FORMS OF NOTICES; AND (III) GRANTING RELATED RELIEF; DECLARATIONS OF RICHARD A. MARSHACK AND STEVEN SHANE IN SUPPORT THEREOF**<br><br>**Hearing Date**:<br>Date:    December 16, 2025<br>Time:   2:30 p.m.<br>Place:  Courtroom 6C<br>           411 West Fourth Street, Santa Ana, CA |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:**

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "Debtor"), hereby submits this reply brief in support of the Debtor's Motion for Order: (I) Approving Procedures in Connection with

1

the Sale of Real Property; (II) Approving Forms of Notices; and (III) Granting Related Relief; Declarations of Richard A. Marshack and Steven Shane in Support Thereof [Dkt. No. 144] (the "Motion"),[1] and respectfully represents as follows:

## I.  ARGUMENT

On November 25, 2025, the Debtor filed the Motion. Thereafter, the Debtor engaged in discussions with Lugano Diamonds & Jewelry Inc. ("Lugano") regarding Lugano's concerns with the Motion. As a result of such discussions, the Debtor and Lugano agreed to certain modifications to the Sale Procedures detailed in the Motion.

On December 8, 2025, Lugano filed a response to the Motion (the "Response") which memorialized the modifications agreed to by and between the Debtor and Lugano [Dkt. No. 174]. For the avoidance of doubt, the Debtor agrees with the representations and modifications stated in the Response.

Consistent with the changes to the Motion outlined in the Response, the Debtor has revised the Stalking Horse Notice. A true and correct copy of the revised Stalking Horse Notice is attached hereto as **Exhibit A**.

## II.  CONCLUSION

**WHEREFORE,** based upon the foregoing, the Debtor respectfully requests that the Court grant the Motion as modified by the Response.

Dated: December 9, 2025         Respectfully submitted,

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

/s/ *Max Casal*
_____
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
General Counsel for the Debtor and Debtor in Possession

---

[1] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

2

# EXHIBIT "A"

Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:    lshulman@shulmanbastian.com
          jbastian@shulmanbastian.com
          afriedman@shulmanbastian.com
          mcasal@shulmanbastian.com

General Counsel for the Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re | Case No. 8:25-bk-12616-MH |
|---|---|
| **SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,** | Chapter 11 |
| Debtor. | **NOTICE OF DESIGNATION OF STALKING HORSE BIDDER AND PRE-AUCTION BACK-UP BIDDER** |

**PLEASE TAKE NOTICE** that on _ _, 2025, the United States Bankruptcy Court for the Central District of California (the "Court") entered the order granting the above-captioned debtor's (the "Debtor") Motion for Order: (I) Approving Procedures in Connection with the Sale of Real Property; (II) Approving Forms of Notices; and (III) Granting Related Relief [Dkt. No. _] (the "Sale Procedures Order"). A true and correct copy of the Sale Procedures Order is attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Procedures Order, the Debtor was authorized to: (i) enter into a stalking horse agreement (the "Stalking Horse Agreement") with a potential bidder (in such capacity, the "Stalking Horse Bidder") for the purpose of establishing a minimum acceptable bid (the "Stalking Horse Bid") for the real property located at 1220 Red Butte Dr, Aspen, Colorado 81611 (the "Real Property"), and (ii) designate a pre-auction backup bidder (the "Pre-Auction Backup Bidder").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Procedures Order, upon entering into a Stalking Horse Agreement with a Stalking Horse Bidder, the Debtor is required to file a notice on the Court's docket advising all parties-in-interest of the designation of the Stalking Horse Bidder and Pre-Auction Backup Bidder (if any), attaching the proposed Stalking Horse Agreement for other interested parties to review and submit competing bids against, and setting the deadline (the "Designation Objection Deadline") to submit any objection to the designation of the Stalking Horse Bidder or Pre-Auction Backup Bidder (if any) (each, a "Designation Objection").

**PLEASE TAKE FURTHER NOTICE** that the Debtor has entered into a Stalking Horse Agreement with _ and has designated such party as the Stalking Horse Bidder and its bid as the Stalking Horse Bid. A true and correct copy of the Stalking Horse Agreement to be used as the proposed purchase agreement is attached hereto as **Exhibit B.**

**PLEASE TAKE FURTHER NOTICE** that the Debtor has designated _ as the Pre-Auction Backup Bidder for the Real Property.

**PLEASE TAKE FURTHER NOTICE** that the Designation Objection Deadline is _ _, 2026.

**PLEASE TAKE FURTHER NOTICE** that if no Designation Objection is timely filed, the Debtor shall be authorized, without further order of the Court, to proceed with the Stalking Horse Bidder and/or Pre-Auction Backup Bidder as designated. The Debtor shall then file and serve a subsequent notice (the "Bid Deadline Notice") which shall: (i) confirm the designation of the Stalking Horse Bidder and/or Pre-Auction Backup Bidder (if any), (ii) set the deadline to submit competing bids on the Real Property (the "Bid Deadline") as three days after the filing of the Bid Deadline Notice, and (iii) provide notice of the Auction.

**PLEASE TAKE FURTHER NOTICE** that if a Designation Objection is timely filed, the Debtor shall promptly schedule such objection for hearing and otherwise confer with the objecting party to resolve the Designation Objection consensually. The Debtor shall file and serve the Bid Deadline Notice only upon: (i) the Court's entry of an order overruling or otherwise resolving all Designation Objections, or (ii) upon consensual resolution of all Designation Objections. In the event that the Court sustains a Designation Objection or the Debtor is unable to consensually resolve a Designation Objection, the Debtor shall have the right to designate a new Stalking Horse Bidder or Pre-Auction Backup Bidder pursuant to the procedures set forth in the Sale Procedures Order and/or modify the terms of any Stalking Horse Agreement.

Dated: ____, 2025                    Respectfully submitted,

                                                             **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

                                                             /s/

                                                             Leonard M. Shulman
                                                            James C. Bastian, Jr.
                                                            Alan J. Friedman
                                                            Max Casal
                                                           General Counsel for the Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled **REPLY IN SUPPORT OF DEBTOR'S MOTION FOR ORDER: (I) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF REAL PROPERTY; (II) APPROVING FORMS OF NOTICES; AND (III) GRANTING RELATED RELIEF; DECLARATIONS OF RICHARD A. MARSHACK AND STEVEN SHANE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 9, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 9, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 9, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED VIA FEDERAL EXPRESS**
Judge's Courtesy Copy
Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 9, 2025 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                  **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **Anthony Bisconti**  tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**  mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **Matthew Tyler Davis**  tdavis@kbkllp.com
- **Karol K Denniston**  karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Don Fisher**  dfisher@ptwww.com, tblack@ptwww.com
- **Alan J Friedman**  afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **George Gerro**  george@gerrolaw.com
- **Christopher J Harney**  charney@tocounsel.com, kmanson@tocounsel.com
- **Steven J. Katzman**  skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**  tkeller@kellerbenvenutti.com
- **Wendy A Locke**  ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**  rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Ali M. Mojdehi**  ali.mojdehi@mgr-legal.com
- **Dakota Pearce**  dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- **Matthew D Pham**  mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Allison M. Rego**  allison.rego@mgr-legal.com
- **Stacy H Rubin**  shr@h2law.com, kmcgee@howardandhoward.com
- **Traci L Shafroth**  tshafroth@kbkllp.com, jminga@kbkllp.com
- **Leonard M. Shulman**  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**  tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

2. <u>**SERVED BY U.S. MAIL**</u>

<u>**DEBTOR**</u>
SIMBA IL HOLDINGS, LLC
ATTN: RICHARD MARSHACK, CRO
870 ROOSEVELT
IRVINE, CA 92618

<u>**COUNSEL FOR CLAIMANT WHITE MOUNTAIN CAPITAL INC.**</u>
GREG P. CAMPBEL
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH, STE. 225
SAN DIEGO, CA 92108

<u>**RFN**</u>
LUGANO DIAMONDS & JEWELRY
C/O TOBIAS S. KELLER - KELLER BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

<u>**RFN**</u>
LUGANO DIAMONDS & JEWELRY
C/O TRACI SHAFROTH - KELLER BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

<u>**RFN**</u>
LUGANO DIAMONDS & JEWELRY
C/O SCOTT FRIEDMAN - KELLER BENVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

<u>**RFN**</u>
COMPASS GROUP DIVERSIFIED
C/O KAROL DENNISTON- SQUARE PATTON
555 CALIFORNIA STREET, SUITE 550
SAN FRANCISCO, CA 94104

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                      **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **RFN**<br>COMPASS GROUP DIVERSIFIED<br>C/O PETER MORRISON, ESQ.<br>100 KEY TOWER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | **RFN**<br>COMPASS GROUP DIVERSIFIED<br>C/O S. LERNER & K. ARENDSEN<br>201 E. FOURTH ST., SUITE 1900<br>CINCINATI, OH 45202 | **RFN - COMMITTEE COUNSEL**<br>J. POMERANTZ/J. KROOP<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 SANTA MONICA BLVD, 13TH FL<br>LOS ANGELES, CA 90067 |
| **RFN - COMMITTEE COUNSEL**<br>JOHN A. MORRIS<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 BROADWAY, 36TH FLOOR<br>NEW YORK, NY 10019 | **NOTICE PARTY - UST**<br>QUEENIE K. NG<br>411 WEST FOURTH STREET, SUITE 7160<br>SANTA ANA, CA 92701 | **NOTICE PARTY**<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| **NOTICE PARTY**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | **NOTICE PARTY & POC**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **NOTICE PARTY**<br>SECURITIES & EXCHANGE COMMISSION<br>444 SOUTH FLOWER ST., SUITE 900<br>LOS ANGELES, CA 90071-2934 |
| **NOTICE PARTY**<br>ANTON, DURAID<br>1 ELK GROVE LN<br>LAGUNA NIGUEL, CA 92677-1012 | **NOTICE PARTY**<br>ARONOFF, BARRY<br>C/O LANCE N JURICH/LOEB & LOEB LLP<br>10100 SANTA MONICA BLVD SUITE 2200<br>LOS ANGELES, CA 90067-4120 | **NOTICE PARTY**<br>ARVIELO, RICK<br>C/O GABRIEL G GREEN - BUCHALTER APC<br>1000 WILSHIRE BLVD SUITE 1500<br>LOS ANGELES, CA 90017-1730 |
| **NOTICE PARTY**<br>AVINA LLC<br>C/O D. ENENSTEIN-ENENSTEN PHAM<br>3200 BRISTOL ST SUITE 500<br>COSTA MESA, CA 92626 | **NOTICE PARTY**<br>BACLET, CHARLES<br>1600 S OCEAN BLVD APT 2101<br>POMPANO BEACH, FL 33062-7710 | **NOTICE PARTY & POC**<br>CHARLES J. BACLET, III<br>C/O ERIC A. BROWNDORF, ESQ.<br>COOPER LEVENSON, P.A.<br>1125 ATLANTIC AVENUE<br>ATLANTIC CITY, NJ 08402 |
| **NOTICE PARTY**<br>BELGIUM NEW YORK LLC C/O PATRICK PAPALIA/ARCHER & GREINER PC<br>1211 AVENUE OF THE AMERICAS #2750<br>NEW YORK, NY 10036-8789 | **NOTICE PARTY**<br>BENSON, JULIANNE<br>389 SOUTH LAKE DRIVE #4G<br>PALM BEACH, FL 33480-4540 | **NOTICE PARTY & POC**<br>BRANDES, ADRIENNE<br>C/O FISHBACK LAW CORP<br>4590 MACARTHUR BLVD, STE 500<br>NEWPORT BEACH, CA 92660 |
| **NOTICE PARTY**<br>BRANDES, ADRIENNE<br>919 GARDENIA WAY<br>CORONA DEL MAR, CA 92625-1547 | **NOTICE PARTY**<br>BUCKSBAUM, GLENN<br>303 WHITEFISH HILLS LOOP<br>WHITEFISH, MT 59937-2256 | **NOTICE PARTY**<br>CAMPF, ANNE AND DARREN<br>4428 IRISH HEIGHTS DRIVE<br>SUMMERSVILLE, WV 26651-1971 |
| **PREFERRED ADDRESS**<br>CAVE, DERYK<br>1195 E COOPER AVENUE<br>ASPEN, CO 81611 | **NOTICE PARTY**<br>CHAMPION FORCE<br>C/O LEIB M LERNER/ALSTON & BIRD LLP<br>350 SOUTH GRAND AVE 51ST FLOOR<br>LOS ANGELES, CA 90071-3406 | **NOTICE PARTY**<br>CHANNELS, CEDRIC<br>402 ESTHER ST<br>COSTA MESA, CA 92627-2323 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                       F 9013-3.1.PROOF.SERVICE

| **NOTICE PARTY**<br>CITIBANK, N.A.<br>1000 TECHNOLOGY DRIVE<br>O'FALLON, MO 63368-2240 | **NOTICE PARTY**<br>COHEN, RAYMOND<br>C/O JONATHAN HERSEY/K&L GATES<br>1 PARK PLAZA TWELFTH FLOOR<br>IRVINE, CA 92614-5910 | **NOTICE PARTY**<br>CONWAY, MARK<br>1221 W COAST HWY APT 114<br>NEWPORT BEACH, CA  92663-5051 |
|---|---|---|
| **NOTICE PARTY & POC**<br>COYNE, KAREN<br>KAREN BEDROSIAN PROPERTY TRUST<br>2934  N BEVERLY GLEN CIRCLE, UNIT 347<br>LOS ANGELES, CA 90077-1724 | **NOTICE PARTY**<br>DACUS, DEBBIE<br>5444 CANDLEWOOD DRIVE<br>HOUSTON, TX 77056-1603 | **NOTICE PARTY**<br>DIAMONDS & JEWELRY INC C/O A KHAN<br>BROWN, NERI, SMITH & KHAN LLP<br>11601 WILSHIRE BLVD SUITE 2080<br>LOS ANGELES, CA 90025-0389 |
| **NOTICE PARTY**<br>EMMES, DAVID<br>655 TOWN CENTER DRIVE<br>COSTA MESA, CA 92626-1918 | **NOTICE PARTY**<br>FERDER, MORDECHAI AND EDIT<br>1501 SERENADE TER<br>CORONA DEL MAR, CA 92625-1753 | **NOTICE PARTY**<br>FERRY, ANTHONY<br>20 PACIFICA STE 1000<br>IRVINE, CA 92618-7462 |
| **NOTICE PARTY**<br>FLANDERS, SCOTT<br>1425 SANTA BARBARA DRIVE<br>NEWPORT BEACH, CA  92660-6373 | **NOTICE PARTY**<br>FLANDERS, SCOTT<br>PO BOX 7859<br>AVON, CO  81620-7859 | **NOTICE PARTY**<br>FREEDMAN, JAMES<br>11755 WILSHIRE BLVD<br>LOS ANGELES, CA 90025-1501 |
| **NOTICE PARTY**<br>GADOL, BRYAN C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>1900 AVENUE OF THE STARS 19TH FLOOR<br>LOS ANGELES, CA 90067-4410 | **NOTICE PARTY**<br>GADOL, BRYAN C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>824 N MARKET STREET SUITE 805<br>WILMINGTON, DE 19801-4918 | **NOTICE PARTY**<br>GADOL, BRYAN C/O MICHELLE SCHINDLER<br>FERGUSON SCHINDLER LAW FIRM<br>119 SOUTH SPRING STREET SUITE 201<br>ASPEN, CO 81611-2082 |
| **NOTICE PARTY**<br>GADOL, BRYAN-C/O TODD C THEODORA<br>THEODORA ORINGHER PC<br>535 ANTON BLVD NINTH FLOOR<br>COSTA MESA, CA 92626-7109 | **NOTICE PARTY**<br>GOLDSTEIN, ALON<br>22287 MULHOLLAND HWY, UNIT 254<br>CALABASAS, CA 91302-5157 | **PREFERRED ADDRESS**<br>HAZEN, CASSANDRA AND PAUL<br>PO BOX 7070<br>CARMEL, CA 93921 |
| **NOTICE PARTY & POC**<br>HOEVEN, DREW<br>660 NEWPORT CENTTER DRIVE, STE 1450<br>NEWPORT BEACH, CA 92660 | **NOTICE PARTY**<br>HOEVEN, DREW<br>3 CAPE ANDOVER<br>NEWPORT BEACH, CA 92660-8401 | **NOTICE PARTY**<br>HOLZER, RUSTY - C/O B CAPITUMMINO<br>WOODS OVIATT GILMAN LLP<br>1900 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604-2714 |
| **POC**<br>KAREN BEDROSIAN<br>2934 N BEVERLY GLEN CIRCLE, UNIT 347<br>LOS ANGLES, CA 90077 | **NOTICE PARTY**<br>KELSEY, KACI<br>110 WESTMINSTER ROAD<br>WEST PALM BEACH, FL 33405-1649 | **NOTICE PARTY**<br>KLEIN, BILL<br>60 LINDA ISLE<br>NEWPORT BEACH, CA 92660-7207 |
| **NOTICE PARTY**<br>KRAUS, KEN C/O JEFF AUGUSTINI<br>LAW OFFICE OF JEFF AUGUSTINI<br>100 BAYVIEW CIRCLE SUITE 210<br>NEWPORT BEACH, CA 92660-8901 | **NOTICE PARTY**<br>LEE, ROBERT<br>BBD 2012 GIFT TRUST<br>72-2763 ULUWEUWEU AKSUM PLACE<br>KAILUA KONA, HI 96740 | **NOTICE PARTY**<br>LEVASQUE, MATT<br>5893 LAKEVIEW<br>YORBA LINDA, CA 92886-5367 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **NOTICE PARTY & POC**<br>LI, PETER<br>19211 CROYDEN TER<br>IRVINE, CA 92603-3537 | **NOTICE PARTY**<br>LOCKSLEY, JOHN<br>185 WEST END AVENUE UNIT 9A<br>NEW YORK, NY 10023-5543 | **NOTICE PARTY**<br>LOOK-MAZZA, MONA<br>344 WEST REDS ROAD<br>ASPEN, CO 81611 |
| **NOTICE PARTY**<br>LUGANO BUYER, INC.<br>301 RIVERSIDE AVENUE, SECOND FLOOR<br>WESTPORT, CT 06880-4806 | **NOTICE PARTY**<br>MCCALL, MARIANNE<br>188 LUDLOW STREET APT 21J<br>NEW YORK, NY 10002-1690 | **NOTICE PARTY**<br>MCHENRY, TROY<br>10917 EARTH HUES<br>LAS VEGAS, NV 89135-9132 |
| **NOTICE PARTY**<br>MCMACKEN, RON<br>1660 SOUTH OCEAN BLVD<br>MANALAPAN, FL 33462-6210 | **NOTICE PARTY**<br>MOENS, LAWRENCE<br>2335 S OCEAN BLVD<br>PALM BEACH, FL 33480-5368 | **NOTICE PARTY**<br>MOLER, BILL<br>10342 MOHAWK ROAD<br>LEAWOOD, KS 66206-2587 |
| **NOTICE PARTY**<br>N.B.S. DIAMONDS C/O GERALD L. KROLL<br>KROLL LAW<br>970 W. BROADWAY, SUITE E-200<br>JACKSON, WY 83001-6402 | **NOTICE PARTY**<br>N.B.S. DIAMONDS C/O JOSEPH M. KAR<br>LAW OFFICE OF JOSEPH M. KAR PC<br>15250 VENTURA BLVD SUITE PH-1220<br>SHERMAN OAKS, CA 91403-3201 | **NOTICE PARTY**<br>OCONNELL, KEVIN<br>1714 STARLIGHT CIR<br>NEWPORT BEACH, CA 92660-4340 |
| **NOTICE PARTY**<br>PERL, DANIEL C/O OMAR J. YASSIN<br>YASSIN LAW APC<br>1010 E. UNION STREET SUITE 201<br>PASADENA, CA 91106-1756 | **NOTICE PARTY**<br>PHILLIPS, ANDY<br>2900 BRISTOL STREET<br>COSTA MESA, CA 92626-5981 | **NOTICE PARTY**<br>PRESUTTI, DANA<br>424 PARK CIRCLE<br>ASPEN, CO 81611-3400 |
| **NOTICE PARTY**<br>RUBERTI, LISA<br>C/O GOGO & MOORE LLC<br>505 E HYMAN AVENUE<br>ASPEN, CO 81611 | **NOTICE PARTY**<br>RODAN, AMMON<br>21 ORINDA WAY, SUITE C-381<br>ORINDA, CA 94563-2530 | **NOTICE PARTY**<br>ROTHSTEIN, ADAM<br>17 COVLEE DRIVE<br>WESTPORT, CT 06880-6407 |
| **NOTICE PARTY**<br>SHELLY, DAMON<br>9881 RESEARCH DRIVE<br>IRVINE, CA 92618-4304 | **NOTICE PARTY**<br>SHERLOCK, TINA & RUSS<br>1416 W MAIN STREET<br>CARMEL, IN 46032 | **NOTICE PARTY**<br>SHERWOOD, STEVE<br>54 GOLDEN EAGLE<br>IRVINE, CA 92603-0309 |
| **NOTICE PARTY**<br>SIMON, RON<br>620 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92660-6420 | **NOTICE PARTY**<br>SIMON, SCOTT<br>641 ST JAMES ROAD<br>NEWPORT BEACH, CA 92663-5854 | **NOTICE PARTY**<br>SIMON, VONDA & SCOTT<br>29230 PASEO CARMONA<br>SAN JUAN CAPISTRANO, CA 92675-3654 |
| **NOTICE PARTY & POC**<br>SMITH, MIKE<br>1585 ATTOKA ROAD<br>MARSHALL, VA 20115-3505 | **NOTICE PARTY**<br>SONI, ASHISH<br>1908 N FREMONT STREET<br>CHICAGO, IL 60614-5017 | **NOTICE PARTY**<br>STACK, JEFF<br>3501 JAMBOREE ROAD, SUITE 6000<br>NEWPORT BEACH, CA 92660-2960 |
| **NOTICE PARTY**<br>STRAWBRIDGE, GEORGE<br>3801 KENNET PIKE<br>WILMINGTON, DE 19807-2300 | **NOTICE PARTY**<br>SUMMERS, JIM<br>282 LOCHA DRIVE<br>JUPITER, FL 33458-7733 | **PREFERRED ADDRESS**<br>SUTHERLAND, ANNE & GRANT<br>151 RANCH CREEK LANE<br>CARBONDALE, CO 91623 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| **NOTICE PARTY**<br>SYDNEY HOLDINGS LIMITED<br>C/O B. CAPITUMMINO - WOODS OVIATT<br>1900 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604-2714 | **NOTICE PARTY**<br>SYDNEY HOLDINGS LIMITED<br>C/O J LEVIN<br>GLASER WEIL FINK HOWARD JORDAN ET AL<br>10250 CONSTELLATION BLVD<br>19TH FLOOR<br>LOS ANGELES, CA 90067-6219 | **NOTICE PARTY**<br>TEDORI, FRED<br>48 RITZ COVE DRIVE<br>DANA POINT, CA 92629-4228 |
|---|---|---|
| **NOTICE PARTY**<br>TESTA, DARREN C/O M. SCHINDLER<br>FERGUSON SCHINDLER LAW FIRM<br>119 SOUTH SPRING STREET SUITE 201<br>ASPEN, CO 81611-2082 | **NOTICE PARTY**<br>TESTA, DARREN C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>1900 AVENUE OF THE STARS 19TH FLOOR<br>LOS ANGELES, CA 90067-4410 | **NOTICE PARTY**<br>TESTA, DARREN C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>824 N. MARKET STREET, SUITE 805<br>WILMINGTON, DE 19801-4918 |
| **NOTICE PARTY**<br>TESTA, DARREN C/O TODD C THEODORA & C. HARNEY<br>THEODORA ORINGHER PC<br>535 ANTON BLVD NINTH FLOOR<br>COSTA MESA, CA 92626-7109 | **PREFERRED ADDRESS**<br>US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | **NOTICE PARTY**<br>WANG, ANGI<br>C/O GOGO & MOORE LLC<br>505 E HYMAN AVENUE<br>ASPEN, CO 81611 |
| **NOTICE PARTY**<br>WAZANA, AVI C/O DARREN ENENSTEIN<br>ENENSTEIN PHAM GLASS & RABBAT<br>8439 W SUNSET BLVD SUITE 300<br>LOS ANGELES, CA 90069-1925 | **POC**<br>WHITE MOUNTAIN CAPITAL<br>3447 HIGH RIDGE ROAD<br>BOYNTON BEACH, FL 33426 | **NOTICE PARTY**<br>WINTERS, KRISTOPHER C/O S. KATZMAN<br>BIENERT KATZMAN LITTRELL WILLIAMS LLP<br>903 CALLE AMANECER STE 350<br>SAN CLEMENTE, CA 92673-6253 |
| **NOTICE PARTY**<br>WOLFE, BILL<br>525 S FLAGLER DRIVE PH2 C/D<br>WEST PALM BEACH, FL 33401-5922 | | **N/A**<br>SANTA ANA DIVISION<br>411 WEST FOURTH STREET, SUITE 2030,<br>SANTA ANA, CA 92701-4500<br>**N/A** |
| **NOTICE PARTY**<br>RUBERTI, LISA<br>**UNDELIVERABLE - INCOMPLETE ADDRESS** | **NOTICE PARTY**<br>WANG, ANGI<br>**UNDELIVERABLE - INCOMPLETE ADDRESS** | **NOTICE PARTY**<br>CAVE, DERYK<br>50 BIG SKY RESORT RD<br>BIG SKY, MT 59716<br>**UPDATED ADDRESS - PER CREDITOR REQUEST** |
| **NOTICE PARTY**<br>SUTHERLAND, ANNE & GRANT<br>61070 MINARET CIRCLE<br>BEND, OREGON 97702-1903<br>**UPDATED ADDRESS - PER CREDITOR REQUEST** | **NOTICE PARTY**<br>HAZEN, CASSANDRA AND PAUL C/O JOANNA MARIE MYERS<br>9465 WILSHIRE BLVD SUITE 300<br>BEVERLY HILLS, CA 90212-2624<br>**UPDATED ADDRESS - PER CREDITOR REQUEST** | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**