| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz (CA Bar No. 143717)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone:  310/277-6910<br>Facsimile:  310/201-0760<br>Email:    jpomerantz@pszjlaw.com<br><br><br>Attorneys for Creditors Committee to Lugano Diamonds & Jewelry Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>SIMBA IL HOLDINGS, LLC,<br><br><br><br>Debtor. | CASE NO.: 8:25-bk-12616-MH<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br>Plaintiff(s).<br>vs.<br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC CASE AND/OR ADVERSARY PROCEEDING(S)**<br><br>**[LBR 2090-1(b); 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Jordan A. Kroop                                                                , apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained *(specify name of party):* Official Committee of Unsecured Creditors of Lugano Diamonds & Jewelry Inc., pending under Case No. 25-12055 (BLS) in the United States Bankruptcy Court for the District of Delaware.

2. I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

3.   I am a lawyer with the following law firm *(specify name and address of law firm):*

Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, NY 10019

4.   I am a member in good standing and eligible to practice before the following courts and admitted to practice on the
     following dates *(specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction):*

New York – 1995
Arizona - 1998
U.S. District Court for the Eastern District of New York – 1995
U.S. District Court for the Southern District of New York – 1995
U.S. District Court for the Northern District of New York – 1995
U.S. District Court for the Western District of New York - 1995
U.S. District Court for the District of Arizona – 1998
U.S. Court of Appeals for the 9th Circuit – 2000
U.S. Supreme Court - 2002
U.S. Court of Appeals for the 5th Circuit – 2005
U.S. District Court for the Northern District of Illinois – 2012
U.S. District Court, Colorado – 2016
U.S. District Court for the Northern District of Texas - 2025

5.   I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of
     California. I am not currently suspended or disbarred in any court.

6.   I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7.   I  ☐ have  ☒ have not been disciplined by any court or administrative body  ☐ disciplinary proceedings are pending;
     details are as follows:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                                     Page 2                                   **F 2090-1.2.APP.NONRES.ATTY**
LA:4936-4727-5134.1 53772.00002

I ☐ resigned ☐ did not resign    while disciplinary proceedings were pending.

8.  I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9.  I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served. The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

:
Information about Local Counsel:

Name and Bar No.:  Jeffrey N. Pomerantz; CA Bar No. 143717
Name and address of law firm:
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th floor
Los Angeles, California 90067


Telephone number: 310/277-6910
Email Address:  jpomerantz@pszjlaw.com


10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.



Date:  December 9, 2025

Signature of applicant


Jordan A. Kroop
Printed name of applicant


**CONSENT OF DESIGNEE**

I consent to the foregoing designation.


Date: December 9, 2025



/s/ *Jeffrey N. Pomerantz*
Signature of Designee


Jeffrey N. Pomerantz
Printed name of Designee

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT
### OF THE
### STATE OF ARIZONA

---

*I, Aaron C. Nash, Clerk of the Supreme Court of the State of Arizona, hereby certify that,*

*according to the records of my office and upon the recommendation of the Disciplinary*

*Clerk of the Supreme Court of Arizona*

### *JORDAN A. KROOP*

*was on the 10th day of September, 1998 duly admitted to practice as an Attorney and*

*Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are*

*pending against this attorney in the Arizona Supreme Court as of the date of this*

*certificate; and that this name now appears on the Roll of Attorneys in this office as an*

*active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of*
*said Court this 8th day of December,*
*2025.*

*AARON C. NASH, Clerk*

*By* Ana Ramirez
*Ana Ramirez*
*Deputy Clerk III*



# Supreme Court

### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ANN A. SCOTT TIMMER**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JORDAN A KROOP,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on September 10, 1998, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  12-04-2025

*Kristina Tuba*

Kristina Tuba
Associate Disciplinary Clerk

COGS3411C826D96F

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-542-3300 (TDD) 602-452-3545



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

———————

I, *Susanna M. Rojas*, *Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

# Jordan A. Kroop

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **April 10, 1995,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on December 5, 2025.*

*Clerk of the Court*

*CertID-00263340*



# Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/



# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Jordan Kroop

**Firm Name:** Pachulski Stang Ziehl & Jones LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:** 25-12616

**Party Name:** Official Committee of Unsecured Creditors

**Tracking Number:** PHV-251205-000-0828

**Pay.gov Tracking ID:** 27TLORHH

**Amount:** $450

**Date:** 12/5/2025

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖶 print this page for your records.

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court Facilities | Payment | Lawyer Representatives | |
| Records Department | Juror Amenities | Pro Bono | |
| Statistical Reports | Dress Code | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| | Security | Attorney Workroom Copier Password Request | |
| | Employer Information | Mileage Rates | |
| | Checking Status / Confirming Reporting Instructions | Post-Judgment Interest Rates | |
| | Certificate of Jury Service | | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC CASE AND/OR ADVERSARY PROCEEDING(S) [LBR 2090-1 (b); 9013-1(q)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 12/9/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/9/25 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---------|----------------|----------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                           Page 4                           **F 2090-1.2.APP.NONRES.ATTY**

LA:4936-4727-5134.1 53772.00002

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **Matthew Tyler Davis**    tdavis@kbkllp.com
- **Karol K Denniston**    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Don Fisher**    dfisher@ptwww.com, tblack@ptwww.com
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **George Gerro**    george@gerrolaw.com
- **Christopher J Harney**    charney@tocounsel.com, kmanson@tocounsel.com
- **Steven J. Katzman**    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**    tkeller@kellerbenvenutti.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Ali M. Mojdehi**    ali.mojdehi@mgr-legal.com
- **Dakota Pearce**    dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Stacy H Rubin**    shr@h2law.com, kmcgee@howardandhoward.com
- **Traci L Shafroth**    tshafroth@kbkllp.com
- **Leonard M. Shulman**    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                                    Page 4                                    **F 2090-1.2.APP.NONRES.ATTY**

LA:4936-4727-5134.1 53772.00002