| | |
|---|---|
| JOHN-PATRICK M. FRITZ (SBN 245240)<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:  (310) 229-1234;<br>Facsimile:  (310) 229-1244<br>Email: JPF@LNBYG.com,<br><br>☒    *Subchapter V Trustee* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>SIMBA IL HOLDINGS, LLC,<br><br>            Debtor and Debtor in Possession<br><br><br><br><br><br>                                                                Debtor(s) | CASE NO.: 8:25-bk-12616-MH<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]):<br>*First And Final Application Of Subchapter V Trustee For Approval Of Fees And Reimbursement Of Expense (Dkt 109)* |

PLEASE TAKE NOTE that the order titled <u>Order on Application for Payment of Final Fees and/or Expenses</u> was lodged on December 9, 2025 and is attached.  This order relates to the motion which is docket number 109.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JOHN-PATRICK M. FRITZ (SBN 245240)<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234;<br>Facsimile: (310) 229-1244<br>Email: JPF@LNBYG.com,<br><br>☒    Former *Subchapter V Trustee* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>SIMBA IL HOLDINGS, LLC,<br><br>    Debtor and Debtor in Possession<br><br><br><br><br><br><br><br><br><br>                                                                            Debtor(s). | CASE NO.: 8:25-bk-12616-MH<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: December 9, 2025<br>TIME: 2:30 p.m.<br>COURTROOM: 6C<br>PLACE: 411 West Fourth Street<br>          Santa Ana, California 92701 |

1. Name of Applicant (*specify*): John-Patrick M. Fritz, solely in his capacity as Subchapter V Trustee

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows: [appearances waived]
    a. ☐ Applicant present in court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): October 31, 2025

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                Page 1                                **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed:
      (2) ☐ Amount or percentage authorized for payment at this time:

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed:

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $5,075.00

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $0

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify)*:

   f. ☒ The court further orders *(specify)*:

   .

   ###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90049

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 9, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On December 9, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Honorable Mark D. Houle<br>United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 6135 / Courtroom 6C<br>Santa Ana, CA 92701-4593 | ***Debtor***<br>**Simba IL Holdings, LLC,** *a Delaware limited liability company*<br>870 Roosevelt<br>Irvine, CA 92618 |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 9, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 9, 2025 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

- Anthony Bisconti     tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Max Casal     mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- Matthew Tyler Davis     tdavis@kbkllp.com
- Karol K Denniston     karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Don Fisher     dfisher@ptwww.com, tblack@ptwww.com
- Alan J Friedman     afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- George Gerro     george@gerrolaw.com
- Christopher J Harney     charney@tocounsel.com, kmanson@tocounsel.com
- Steven J. Katzman     skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Tobias S Keller     tkeller@kellerbenvenutti.com
- Wendy A Locke     ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Ali M. Mojdehi     ali.mojdehi@mgr-legal.com
- Dakota Pearce     dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- Matthew D Pham     mpham@allenmatkins.com, mdiaz@allenmatkins.com
- Jeffrey N Pomerantz     jpomerantz@pszjlaw.com
- Allison M. Rego     allison.rego@mgr-legal.com
- Stacy H Rubin     shr@h2law.com, kmcgee@howardandhoward.com
- Traci L Shafroth     tshafroth@kbkllp.com, jminga@kbkllp.com
- Leonard M. Shulman     lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Timothy J Silverman     tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 3          **F 9021-1.2.BK.NOTICE.LODGMENT**