

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER __11__

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: __Jordan A. Kroop__    Attorney Bar# __2680882__

Law Firm: __Pachulski Stang Ziehl & Jones LLP__

Mailing Address: __1700 Broadway, 36th Floor, New York, NY  10019__

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): __Andrea Bates__

Telephone: (__516__) __946-5051__    E-mail: __abates@pszjlaw.com__

Bankruptcy Case #: __8:25-bk-12616-MH__    Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): __12/9/25__  Time: __2:30 p.m.__

Debtor: __Simba IL Holdings, LLC__

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: __Mark Houle__    Courtroom #: __6C__

TRANSCRIBER: __eScribers__    ALTERNATE: __Ben Hyatt__

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days   ☒ Entire Hearing
☐ 14 Days              ☒ Daily (24 hours)   ☐ Ruling/Opinion of Judge only
☐ 7 Days               ☐ Testimony of Witness _____
                       ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #: ____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #: ____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*