Debtor's Name  SIMBA IL HOLDINGS, LLC                                                                 Case No.  25-12616

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Richard A. Marshack                                         Richard A Marshack
Signature of Responsible Party                                  Printed Name of Responsible Party

Chief Restructuring Officer                                     12/22/2025
Title                                                           Date

## Monthly Operating Report – Attachment Page
## Reporting Period Ended: 11/30/2025

2e. – Includes the estimated value of real property in Aspen, the estimated value of the Debtor's investment accounts, and cash. The Debtor continues to investigate the value of the investment accounts as, among other things, (i) the value of individual interests varies depending on the changing security pricing; (ii) the investments may require additional capital contributions or be subject to penalties if the capital contributions are not made; (iii) the investments may be illiquid; or (iv) the investments may require a substantial discount to liquidate. Moreover, the real estate market is always changing and the Debtor's estimated value for its real property, along with its other assets, is subject to change.

2k. and 2m. – The Debtor's inclusion of any claim amount in the monthly operating report shall not constitute an admission as to the validity, status, or priority of any claim, and the Debtor expressly reserves all defenses, objections, and rights. The stated amounts are the Debtor's estimates and are subject to change.