UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:  |  Case No. 8:25-bk-12616-MH

Simba IL Holdings, LLC,

Debtor(s)

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *John-Patrick M. Fritz*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  On October 8, 2025, the debtor amended its petition and redesignated its case as a chapter 11 case not under subchapter V with no plan confirmed and no plan payments made to the trustee.  On December 10, 2025, the Court signed an order awarding fees to the subchapter V trustee in the amount of $5,075.00 and expenses of $0 pursuant to 11 U.S.C. § 330(a).  No compensation has been paid to the trustee as of the date of filing this report.  I hereby certify that the estate of the above-named debtor has been fully administered through the date of the debtor amending its petition to designate its case a non-subchapter-V case.  I request that I be discharged from any further duties as trustee.

Date:  12/24/2025           By:   */s/ John-Patrick M. Fritz*
                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**