Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:           lshulman@shulmanbastian.com
                 jbastian@shulmanbastian.com
                 afriedman@shulmanbastian.com
                 mcasal@shulmanbastian.com

General Counsel for the Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>                                    Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF DEBTOR'S MOTION FOR ORDER: (I) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF REAL PROPERTY; (II) APPROVING FORMS OF NOTICES; AND (III) GRANTING RELATED RELIEF**<br><br>[Order Submitted Concurrently]<br><br>**Hearing Date**:<br>Date:    January 20, 2026<br>Time:   2:30 p.m.<br>Place:  Courtroom 6C<br>             411 West Fourth Street, Santa Ana, CA |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE,**

**AND ALL OTHER INTERESTED PARTIES:**

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "Debtor") and Lugano Diamonds & Jewelry Inc. ("Lugano"), by and through their counsel (the "Parties"), enter into this stipulation (the "Stipulation") to voluntarily dismiss the *Debtor's Motion for Order: (I) Approving Procedures in Connection with the Sale of Real Property; (II) Approving Forms of Notices; and (III) Granting Related Relief* filed with this court on November 25, 2025 [Dkt. No. 144] (the "Motion"), and vacate the hearing on the Motion scheduled to be heard on January 20, 2026.

## RECITALS

1. On November 25, 2025, the Debtor filed the Motion.

2. On December 8, 2025, Lugano filed its *Response of Lugano Diamonds & Jewelry Inc. to Debtor's Motion for Order: (I) Approving Procedures in Connection with the Sale of Real Property; (II) Approving Forms of Notices; and (III) Granting Related Relief* [Dkt. No. 174].

3. On December 9, 2025, the Debtor filed its *Reply in Support of Debtor's Motion for Order: (I) Approving Procedures in Connection with the Sale of Real Property; (II) Approving Forms of Notices; and (III) Granting Related Relief* ; *Declarations of Richard A. Marshack and Steven Shane in Support Thereof* [Dkt. No. 175].

4. A hearing on the Motion is currently set for January 20, 2026 at 2:30 p.m.

5. The Debtor desires to withdraw its Motion at this time. Lugano has no objection to the Debtor's withdrawal of the Motion.

## STIPULATION

1. The Parties hereby stipulate and agree to the dismissal of the Motion and vacating the hearing on the same.

**WHEREFORE**, based on the foregoing, the Parties respectfully request that the Court enter

/ / /

/ / /

/ / /

/ / /

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

the order (filed concurrently herewith) dismissing the Motion and vacating the hearing scheduled for January 20, 2026 at 2:30 p.m.

**IT IS SO STIPULATED AND AGREED.**

|  | **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP** |
|---|---|
| DATED: January 12, 2026 | By: */s/ Alan J. Friedman* |
|  | Leonard M. Shulman |
|  | James C. Bastian, Jr. |
|  | Alan J. Friedman |
|  | Max Casal |
|  | General Counsel for the Debtor |

**KELLER BENVENUTTI KIM LLP**

DATED: January _, 2026    By: _____
Jay R. Minga
Counsel for Lugano Diamonds & Jewelry Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

the order (filed concurrently herewith) dismissing the Motion and vacating the hearing scheduled for January 20, 2026 at 2:30 p.m.

**IT IS SO STIPULATED AND AGREED.**

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED: January ___, 2026    By: _____
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
General Counsel for the Debtor

**KELLER BENVENUTTI KIM LLP**

DATED: January 9, 2026    By: _____
Jay R. Minga
Counsel for Lugano Diamonds & Jewelry Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE VOLUNTARY DISMISSAL OF DEBTOR'S MOTION FOR ORDER: (I) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF REAL PROPERTY; (II) APPROVING FORMS OF NOTICES; AND  (III) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 12, 2026  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anthony Bisconti**     tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **John B Connor**     jack@johnbconnor.com
- **Matthew Tyler Davis**    tdavis@kbkllp.com
- **Karol K Denniston**     karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Don Fisher**    dfisher@ptwww.com, tblack@ptwww.com
- **Alan J Friedman**     afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **George Gerro**    george@gerrolaw.com
- **Michael D Good**     mgood@southbaylawfirm.com
- **Christopher J Harney**     charney@tocounsel.com, kmanson@tocounsel.com
- **Steven J. Katzman**     skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**    tkeller@kellerbenvenutti.com
- **Jordan A Kroop**     jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
- **Mette H Kurth**     mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
- **Wendy A Locke**     ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Ali M. Mojdehi**     ali.mojdehi@mgr-legal.com
- **John Morris**    jmorris@pszjlaw.com
- **Dakota Pearce**    dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- **Matthew D Pham**     mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Jeffrey N Pomerantz**     jpomerantz@pszjlaw.com
- **Allison M. Rego**    allison.rego@mgr-legal.com
- **Stacy H Rubin**     shr@h2law.com, kmcgee@howardandhoward.com
- **Traci L Shafroth**     tshafroth@kbkllp.com, jminga@kbkllp.com
- **Leonard M. Shulman**     lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) January 12, 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

The Honorable Mark M. Houle
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 365
Riverside, CA 92501

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 12, 2026 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE