Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:        lshulman@shulmanbastian.com
              jbastian@shulmanbastian.com
              afriedman@shulmanbastian.com
              mcasal@shulmanbastian.com

General Counsel for the Debtor and Debtor in Possession

FILED & ENTERED

JAN 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>                             Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RE VOLUNTARY DISMISSAL OF DEBTOR'S MOTION FOR ORDER: (I) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF REAL PROPERTY; (II) APPROVING FORMS OF NOTICES; AND (III) GRANTING RELATED RELIEF**<br><br>**Hearing Date**:<br>Date:    January 20, 2026<br>Time:   2:30 p.m.<br>Place:   Courtroom 6C<br>            411 West Fourth Street, Santa Ana, CA |

The Court having read and considered the *Stipulation Re Voluntary Dismissal of Debtor's Motion for Order: (I) Approving Procedures in Connection with the Sale of Real Property; (II) Approving Forms of Notices; and (III) Granting Related Relief* ("Stipulation") filed with this Court on January 12, 2026 [Dkt. No. 208], and for good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1.      The Stipulation is approved.

2.      The Debtor's Motion for Order: (I) Approving Procedures in Connection with the Sale of Real Property; (II) Approving Forms of Notices; and (III) Granting Related Relief filed with this court on November 25, 2025 [Dkt. No. 144] (the "Motion") is hereby deemed withdrawn;

3.      The hearing on the Motion scheduled for January 20, 2026 at 2:30 p.m. is hereby vacated.

### ###

Date: January 12, 2026

Mark Houle
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2