Leonard M. Shulman – Bar No. 126349
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:      lshulman@shulmanbastian.com
            afriedman@shulmanbastian.com
            mcasal@shulmanbastian.com

General Counsel for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br>　　　　　　　　　Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE THE HEARING ON THE DEBTOR'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REEVES & WEISS LLP AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. §327(e)**<br><br>**Current Hearing Date**:<br>Date:　January 20, 2026<br>Time:　2:30 p.m.<br>Place:　6C<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, CA 92701<br><br>**Proposed Continued Hearing Date**:<br>Date:　February 17, 2026<br>Time:　2:30 p.m.<br>Place:　6C<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, CA 92701 |

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "Debtor"), Compass Group Diversified Holdings LLC ("CODI"), and the Office of the United States Trustee ("UST") (collectively the "Parties"), by and through their counsel, enter into this stipulation (the "Stipulation") to continue the hearing on the Debtor's Application for Order Authorizing Employment of Reeves & Weiss LLP as Special Litigation Counsel Pursuant to 11 U.S.C. § 327(e) (the "Application"), Docket No. 73.

**RECITALS**

1. On September 16, 2025, the Debtor filed its voluntary petition for relief commencing this Chapter 11 bankruptcy case.

2. On October 15, 2025, the Debtor filed its Application.

3. On October 29, 2025, CODI filed its Notice of CODI's Opposition and Request for a Hearing on Debtor's Application to Retain Reeves & Weiss LLP as Special Litigation Counsel (the "Opposition"), Docket No. 104.

4. The Debtor received informal comments on the Application from the UST.

5. A hearing on the Application is presently scheduled to be heard on January 20, 2026 at 2:30 p.m. (the "Hearing Date").

6. The Debtor has been actively involved in discussions with the UST to address the concerns raised in the Opposition and the UST's informal comments relating to same and is in the process of finalizing a supplement in response to the objections to modify the scope and clarify the status of services performed by Reeves & Weiss LLP.

7. The deadline for the UST to file any formal response to the Application is extended up to and including fourteen (14) days prior to the continued hearing date to be scheduled for February 17, 2026, or a date convenient to the Court's calendar.

8. In order to allow the Debtor to finalize its supplement and thereafter allow the Court sufficient time to review the supplement, the parties have agreed to continue the Hearing Date for approximately 2-3 weeks.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

## STIPULATION

1. The Parties hereby stipulate and agree to continue the Hearing Date for a period of 2-3 weeks, to a date convenient to the Court's calendar.

2. Extending the deadline for the UST to file any formal response to the Application to and including fourteen (14) days prior to the continued hearing date to be scheduled for February 17, 2026, or a date convenient to the Court's calendar.

**WHEREFORE**, based on the foregoing, the Parties respectfully request that the Court (1) continue the Hearing Date from January 20, 2026 to February 17, 2026 at 2:30 p.m., or a date convenient to the Court's calendar, and (2) extend the deadline by which the UST shall file any formal response to the Application to and including fourteen (14) days prior to the continued hearing date.

**IT IS SO STIPULATED AND AGREED.**

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED: January 14, 2026   By:   /s/   Leonard M. Shulman
Leonard M. Shulman
Alan J. Friedman
Max Casal
General Counsel for the Debtor

**SQUIRE PATTON BOGGS LLP**

DATED: January 14, 2026   By: _____
Peter R. Morrison
Karol Denniston
Scott Kane
Counsel for Compass Group Diversified Holdings LLC

OFFICE OF THE UNTED STATES TRUSTEE

By: _____
Queenie Ng
Trial Attorney

Dated: January ___, 2026

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE THE HEARING ON THE DEBTOR'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REEVES & WEISS LLP AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. §327(e)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 14, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 14, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark M. Houle
U.S. Bankruptcy Court – Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 14, 2026 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Anthony Bisconti**  tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**  mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **John B Connor**  jack@johnbconnor.com
- **Matthew Tyler Davis**  tdavis@kbkllp.com
- **Karol K Denniston**  karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Don Fisher**  dfisher@ptwww.com, tblack@ptwww.com
- **Alan J Friedman**  afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **George Gerro**  george@gerrolaw.com
- **Michael D Good**  mgood@southbaylawfirm.com
- **Christopher J Harney**  charney@tocounsel.com, kmanson@tocounsel.com
- **Steven J. Katzman**  skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**  tkeller@kellerbenvenutti.com
- **Jordan A Kroop**  jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
- **Mette H Kurth**  mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
- **Wendy A Locke**  ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**  rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Ali M. Mojdehi**  ali.mojdehi@mgr-legal.com
- **John Morris**  jmorris@pszjlaw.com
- **Dakota Pearce**  dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- **Matthew D Pham**  mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Allison M. Rego**  allison.rego@mgr-legal.com
- **Stacy H Rubin**  shr@h2law.com, kmcgee@howardandhoward.com
- **Traci L Shafroth**  tshafroth@kbkllp.com, jminga@kbkllp.com
- **Leonard M. Shulman**  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**  tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**