Leonard M. Shulman – Bar No. 126349
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:      lshulman@shulmanbastian.com
            afriedman@shulmanbastian.com
            mcasal@shulmanbastian.com

General Counsel for Debtor and Debtor in Possession

**FILED & ENTERED**

**JAN 14 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle         DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>                    Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON THE DEBTOR'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REEVES & WEISS LLP AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. §327(e)**<br><br>**Hearing Date**:<br>Date:  January 20, 2026<br>Time:  2:30 p.m.<br>Place: 6C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

The Court having read and considered the Stipulation to Continue the Hearing on the Debtor's Application for Order Authorizing Employment of Reeves & Weiss LLP as Special Litigation Counsel Pursuant to 11 U.S.C. §327(e) (the "Stipulation") filed with this Court on January 14, 2026 [Dkt. No. 210], and for good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Stipulation is approved.

2. The hearing on the Debtor's Application for Order Authorizing Employment of Reeves & Weiss LLP as Special Litigation Counsel Pursuant to 11 U.S.C. § 327(e) (the "Application"), Docket No. 73 is hereby continued to February 17, 2026 at 2:30 p.m.

3. The deadline by which the UST has to file a formal response to the Application is hereby extended such that the same shall be due within fourteen (14) days from the continued hearing date.

### # # #

Date: January 14, 2026

Mark Houle
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2