Leonard M. Shulman – Bar No. 126349
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:       lshulman@shulmanbastian.com
               afriedman@shulmanbastian.com
               mcasal@shulmanbastian.com

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

|  |  |
|---|---|
| In re:<br><br>**SIMBA IL HOLDINGS, LLC, a Delaware limited liability company,**<br><br>                                        Debtor. | Case No.: **8:25-bk-12616-MH**<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION AND APPLICATION BY CHAPTER 11 DEBTOR FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP AS FINANCIAL ADVISORS EFFECTIVE JANUARY 5, 2026; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF**<br><br>**[11 U.S.C. §§327(a) Fed. R. Bank. P. 2014; Loc. Bankr. R. 2014-1(b)]**<br><br>[No Hearing Set] |

TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ITS COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that Chapter 11 Debtor, SIMBA IL HOLDINGS, LLC, a Delaware

1   limited liability company ("Debtor" or "Applicant"), is filing the within Application for entry of a

2   Court Order authorizing the employment of Grobstein Teeple LLP ("GT" or "Firm") as its financial

3   advisors in this case pursuant to 11 U.S.C. § 327(a), effective January 5, 2026 (the "Application").

4       **PLEASE TAKE FURTHER NOTICE** that the Application is supported by the Notice of

5   Application, the Application, the Statement of Disinterestedness submitted in support of the

6   Application, and the entire record of the case, and any other evidence properly presented to the Court

7   in support of the Application.

8       **PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the

9   proposed employment must be in the form as required by Local Bankruptcy Ruled 2014-1(b) and

10  9013-1(f) and (o) and filed with the Clerk of the above-entitled Court, at 411 W. 4th Street, Santa Ana,

11  California 92701. The Deadline for any response and request for hearing is 14 days after the date of

12  service of this Notice, plus an additional 3 days unless this Notice was served by personal delivery of

13  posting as described in F.R.Civ.P.5(b)(2)(A)-(B). A copy of any response or request for hearing must

14  be served on the Debtor in care of its counsel, Shulman Bastian Friedman Bui & O'Dea LLP at 100

15  Spectrum Center Drive, Suite 600, Irvine, California 92618, and Grobstein Teeple LLP, Attn: Joshua

16  R. Teeple, CPA, 23832 Rockfield Blvd., Suite 245, Lake Forest, CA 92630.   A copy must also be

17  served on the Office of the United States Trustee, 411 W. 4th Street, Suite 7160, Santa Ana, California

18  92701-4593. Failure to timely respond may be deemed as acceptance of the proposed employment.

19  See Local Rules 9013-1(h).

20      **PLEASE TAKE FURTHER NOTICE** that the failure to timely file and serve any opposition

21  or objection shall be deemed by the Bankruptcy Court to be consent to the relief requested in this

22  Notice and Application and the movant will lodge an order to grant the Application.

23                                              **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

24  DATED:  January 26, 2026        By:        */s/ Leonard M. Shulman*
                                            _____
25                                          Leonard M. Shulman
                                            Alan J. Friedman
26                                          Max Casal
                                            General Counsel for the Debtor
27

28

## APPLICATION

SIMBA IL HOLDINGS, LLC, (the "Debtor" or "Applicant"), hereby applies for an order authorizing the employment of Grobstein Teeple LLP ("GT" or the "Firm"), as its financial advisors effective January 5, 2026 (the "Application") and in support of this application, respectfully represents as follows:

1.    On September 16, 2025, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code.

2.    Based on a review of pleadings, documents, and other information provided, the Applicant has determined that it is necessary and appropriate to retain the services of accountants to provide certain specified services as well as those typically provided by a certified public accountant on behalf of a bankruptcy estate. Specifically, Applicant proposes to retain GT to perform, among other tasks, the following specific acts:

      a.    Obtain and evaluate financial records;

      b.    Evaluate assets and liabilities of the Debtor and Estate;

      c.    Evaluate tax issues related to the Debtor and Estate;

      d.    Prepare tax returns;

      e.    Analyze tax implications of liquidation of certain of the Debtor's assets up to and including real property located at 1220 Red Butte Drive, Aspen, Colorado 81611.

      f.    Provide litigation consulting if required; and

      g.    Provide accounting and consulting services requested by the Applicant and its counsel.

3.    As shown by the biographical information attached as **Exhibit 1** hereto and incorporated herein by this reference, the Firm and its professionals are very experienced in insolvency, bankruptcy and reorganization matters and are well-qualified to represent Applicant.  A copy of the schedule of the Firm's current billing rates for accountants and paraprofessionals of the Firm is attached hereto as **Exhibit 2** and incorporated herein by this reference.

4.    The Firm understands and agrees to accept employment on grounds that its fees may

be awarded only by application to and approval by this Court after notice and a hearing. The Firm was not paid a monetary retainer in this matter. Except as disclosed herein, the Firm does not hold any interest adverse to the estate and remains a disinterested person within the meaning of 11 U.S.C. §101(14).    The Firm seeks employment pursuant to 11 U.S.C. §330. The Firm is familiar with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the United States Trustee and will comply with them.

5.    The Firm's Statement of Disinterestedness is attached.

6.    Applicant is satisfied from the attached Statement of Disinterestedness that employment of the Firm as financial advisors would be in the best interests of the Estate.

**WHEREFORE**, Applicant respectively requests that it be authorized to employ GT, effective as of January 5, 2026, pursuant to 11 U.S.C. §§ 327(a) and 330, and in accordance with Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1(b), on the terms stated herein.

Dated: __1/26__, 2026

Richard A. Marshack, CRO
SIMBA IL HOLDINGS, LLC

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOSHUA R. TEEPLE, CPA<br>Grobstein Teeple LLP<br>23832 Rockfield Boulevard, Suite 245<br>Lake Forest, California 92630<br>Telephone:  (949) 381-5655<br>Facsimile:  (949) 381-5665<br>Email:  jteeple@gtllp.com; documents@gtllp.com<br><br>Proposed Financial Advisors for Chapter 11 Debtor<br><br><br>*Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>SIMBA IL HOLDINGS, LLC, a Delaware limited liability company, | CASE NO.: 8:25-bk-12616-MH<br>CHAPTER: 11 |
|---|---|
| | **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)** |
| Debtor(s). | [No Hearing Required] |

1.  Name, address and telephone number of the professional (Professional) submitting this Statement:

 Grobstein Teeple LLP
 23832 Rockfield Boulevard, Suite 245
 Lake Forest, California 92630

2.  The services to be rendered by the Professional in this case are *(specify)*:
 Financial Advisors to the Debtor and Estate.  (a) obtain and evaluate financial records; (b) evaluate assets and liabilities of the Debtor and Estate; (c) evaluate tax issues related to the Debtor and Estate; (d) prepare tax returns; (e) Analyze tax implications of liquidation of certain of the Debtor's assets up to and including real property located at 1220 Red Butte Drive, Aspen, Colorado 81611; (f) provide litigation consulting if required; and (g) provide accounting and consulting services requested by the Applicant and its counsel.

3.  The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:


 The Firm understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing. It is contemplated that Grobstein Teeple (the "Firm" or "GT") will seek compensation and reimbursement of expenses from the Estate based upon its normal and usual hourly billing rates and may seek interim compensation as permitted by U.S.C. §§ 330 and 331.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 2014-1.STMT.DISINTEREST.PROF**

4.    The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

The Firm was not paid a monetary retainer.

5.    The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
GT performs the following in order to ensure there are no conflicts of interest:  Send an email to all employees of the Firm including partners, professionals and administrative staff requiring a positive confirmation that they have no conflicts;  The email that is sent out includes the names of all parties including the Debtor, Debtor's counsel, all creditors listed in the Debtor's schedules, and any other relevant parties listed in the bankruptcy schedules; Electronic comparison of all names of parties included in the bankruptcy schedules to our client list; Electronic comparison of all names of parties included in the bankruptcy schedules to our billing system.

6.    The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:
The Firm is not and was not an investment banker for any outstanding security of the Debtor.  The Firm is not and was not, within three years before the date of the filing of the Petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.  The Firm is not and was not, within two years before the date of filing of the Petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.  The Firm neither holds nor represents any interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, for reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or an investment banker for any security of the Debtor, or for any other reason.

7.    The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows: N/A

8.    The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9.    The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*: N/A

10.  Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:
Joshua R. Teeple, Partner
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone:  (949) 381-5655

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 2                        **F 2014-1.STMT.DISINTEREST.PROF**

11.  The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:    N/A

12.  Total number of attached pages of supporting documentation:  0

13.  After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/21/26 | Joshua R. Teeple | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 3                          **F 2014-1.STMT.DISINTEREST.PROF**

EXHIBIT "1"
BIO





**FIRM BIOGRAPHIES**

**PARTNERS AND PRINCIPALS**

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations. He is a member of the Board of Directors and past Chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum.  He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CITP,** University of Colorado, Boulder (B.S. - Business Administration) is a Partner in the firm.  Mr. Teeple specializes in providing forensic accounting and restructuring services and testifies as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**TONY ALFONSO**, ASA, MRICS, Northwestern Kellogg School of Management (Executive Scholar), University of Pittsburgh (M.B.A. - Finance), Purdue University (B.S. – Financial Planning and Counseling) is a Principal with the firm. Mr. Alfonso has over 25 years of financial services experience providing valuation and transaction advisory services to a wide range of organizations and industries. Mr. Alfonso brings capital markets experience when working with clients to achieve a range of business and strategic objectives.  Mr. Alfonso specializes in valuation for tax and financial reporting matters, fairness opinions, transaction advisory, value creation, capital structure optimization and financial modeling.  He has provided expert witness testimony in international, federal and state jurisdictions related to valuation matters.

**KERMITH BOFFILL, CPA,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. Mr. Boffill has worked in private and public accounting on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**Los Angeles Headquarters**
6300 Canoga Avenue Suite 1500W
Woodland Hills, California 91367
818.532.1020 | gtllp.com

Phoenix, AZ
Los Angeles County, CA
Orange County, CA

Riverside County, CA
Boston, MA
Las Vegas, NCV

Washington D.C. Metro
Mérida, MX

Exhibit "1"

**SILVA CHAMICHYAN,** University of California, Northridge (B.S. - Accounting) is a Senior Accountant in the firm. Ms. Chamichyan has experience in corporation tax returns and private equity.  Ms. Chamichyan is currently a CPA Candidate with the California Board of Accountancy.

**BENJAMIN L. HOWARD, CPA,** University of Denver (M.A. Accountancy; B.S. -Accountancy) is a Partner in the firm.  Mr. Howard has over 10 years of experience in bankruptcy, litigation support and forensic accounting services.

**ANDREW McBRIDE**, Boston University's Questrom School of Business (MBA), Marine Engineering from Massachusetts Maritime Academy (Bachelors of Science in Marine Engineering), is a Co-Founder and Managing Partner at a newly formed Investment Bank called Covitus Capital.  Mr. McBride focuses on capital placements, M&A, and restructuring across energy, infrastructure, transportation, maritime, real estate, construction, and manufacturing sectors.  Mr. McBride's prior roles include Managing Director at Young America Capital, Interim President, Chief Restructuring Officer for a manufacturer, and Director in a middle-market turnaround group. Mr. McBride began his career as a licensed marine engineer at Transocean and Seadrill Americas, contributing to shipping and oil and gas sectors.  Notable certifications include IADC Subsea Engineer, licensed Marine Engineer with a US Coast Guard Unlimited Tonnage License, and US Navy Reserves: Lieutenant.  Mr. McBride is affiliated with Turnaround Management Association and Association of Insolvency and Restructuring Advisors.  Mr. McBride also holds his SIE, Series 63, and 79.

**DIMPLE MEHRA, CFE**, University of Arizona (B.S. – Business Administration) and University of Phoenix (M.S. – Accountancy) is a Principal in the firm. Ms. Mehra has experience in providing forensic accounting and analysis services in the public and private sectors.  She is a member of the Association of Certified Fraud Examiners.

**ERIK RASMUSSEN** is a Principal and head of Cyber Security and Risk Management Solutions for the firm. He is an active attorney in Washington State with over 15 years of experience. Prior to joining the firm, Mr. Rasmussen was a Managing Director at a global risk management firm covering incident response and governance. Mr. Rasmussen was also a Secret Service agent for 9 years and conducted dozens of domestic and international computer crimes investigations.

**STEVEN ROOPENIAN, CFE,** California State University, Long Beach (B.S. - Business Management) is a Principal in the firm. Mr. Roopenian has experience in bankruptcy, forensic accounting, and litigation support. He is a member of the Association of Certified Fraud Examiners, the  Turnaround Management

Association, the Association of Insolvency and Restructuring Advisors, and the Los Angeles Bankruptcy Forum. Additionally, Mr. Roopenian assisted the treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association during his tenure.

**EDDIE SHAMAS, CPA**, California State University, Northridge (B.S. – Accountancy; B.S. - Finance) is a Partner in the firm. Mr. Shamas has experience in providing assurance services to a variety of publicly traded and privately held companies in the manufacturing, distribution, retail, and service industries. He is a member of California Certified Public Accountants.

**KURT H. STAKE, CPA, MBA, CMA, CFE, CFF, CVA, ABV**, University of Southern California (B.S. - Accounting), Chapman University (MBA), is a Partner in the firm. Mr. Stake has over 25 years of forensic accounting, financial damages, business valuation and litigation expert witness experience. Mr. Stake testifies as an expert witness in jury trials, bench trials, depositions and arbitrations on behalf of both plaintiffs and defendants for State and Federal matters.

**KAILEY WRIGHT, CIRA,** University of California, Santa Barbara (B.A. - Economics, emphasis in Accounting) is a Principal in the firm. Ms. Wright specializes in providing accounting services related to bankruptcy, forensic accounting and litigation support for her clients. She is a past President of the Los Angeles Bankruptcy Forum, and currently serves as the Treasurer of the Orange County Bankruptcy Forum. She is also a current member of the International Women's Insolvency & Restructuring Confederation.

### MANAGERS AND DIRECTORS

**WES ELAIR, CPA,** University of 7th November At Carthage – Tunisia (B.S – Accounting) is an Audit Manager in the firm. Mr. Elair has experience in assurance services and audit preparation under GAAP, evaluating internal controls to enhance financial reporting, delivering advisory support in corporate structuring, financial analysis, and cash flow forecasting. He is a member of the American Institute of Certified Public Accountants (AICPA).

**JOSEPHINE FRIAS** studied business administration with an emphasis in accounting at California State University Los Angeles and is a tax manager with the firm. Josephine has 8+ years of experience in business management for actors, musicians, producers and other high-net-worth individuals, and 8+ years of experience in public accounting.

**MICHAEL E. McCARTHY, CPA, CFE**, California State University, Fullerton (Master of Business Administration, Generalist, 1995) and Michigan State University (Bachelor of Arts, Hotel, Restaurant and Institutional Management, 1978) is a Senior Manager with the Firm. He has extensive experience in tax

Exhibit "1"

preparation, audit and attestation, litigation support, fraud investigation, and has provided expert witness testimony in Bankruptcy Court, California Superior Court and before various commissions and boards. He is a member of the American Institute of Certified Public Accountants, the California Society of Certified Public Accountants, the American Bankruptcy Institute, and the Association of Certified Fraud Examiners.

**TONY MEDINA** is the firm's Director of IT.

**WILLIAM THOMSEN, CFA, ASA,** Columbia University (M.B.A. - Finance), Pomona College (B.A. - Economics) is a Director with the firm. Mr. Thomsen has over 25 years of experience providing business valuations and economic analyses to various businesses. His consulting expertise also includes economic damage assessment and expert testimony for commercial and employment disputes. He has testified on numerous occasions regarding valuation and economic damage issues and has qualified as an expert witness in U.S. District Court and California Superior Court.

**TATEVIK TOROSSIAN, CPA|CFF, CFE,** California State University, Los Angeles, (B.S. – Business Administration, Option in Accounting) is a Director in the firm. Ms. Torossian's expertise includes the analysis and measurement of economic damages resulting from business interruption losses, commercial litigation disputes, loss of earnings calculations, employee theft, and more. She has been designated as an expert witness and assisted in the evaluation and preparation of expert witness reports and calculations for Federal and State Courts. She is a member of the following organizations: American Institute of Certified Public Accountants; Association of Certified Fraud Examiners; AICPA's Forensic and Valuation Services Group; American Bar Association (ABA) Litigation, Business Law and Dispute Resolution sections; Women in White-Collar Criminal Defense Association (WWCDA); and National Association of Forensic Economics.

## PROFESSIONALS

**MATTHEW CIEZCZAK** is a staff accountant with the firm.

**NICHOLAS COOPER**, University of South Carolina Darla Moore School of Business (BS-Finance/Marketing) is a Staff Accountant in the firm. Mr. Cooper has corporate finance experience in data analysis, including privately held businesses, as well as non-for-profit organizations.

**OLIVIA JONES**, University of Maryland, College Park (B.S. – Accounting and B.A. – Economics) is a Consultant in the firm. Ms. Jones has experience working with receiverships, assignments for the benefit of creditors, asset liquidation, forensic accounting, and tax compliance and consulting.

Exhibit "1"

**RYUSEI KENT,** Occidental College (rising junior, Cognitive Science major, Computer Science minor) is a Cybersecurity intern for the firm. Mr. Kent has experience in cognitive neuroscience, linguistics, and Java while expanding his knowledge on cybersecurity as well.

**BREANNA MCCALLUM**, University of California, Northridge (B.S. – Accounting) is a Consultant in the firm.

**KEVIN MEACHAM**, California State University, Northridge (B.S. - Information Systems with an Option in Business) is a Consultant in the firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions.

**TRACEY MUGA**, California State University, Northridge (B.S. - Family and Environmental Studies with an Option in Business) is a Consultant with the firm. Ms. Muga currently is an Auditor for the California Parent Teacher Association. She is bilingual in English and Spanish.

**LIN (LYNN) PEI-WEN,** Fairleigh Dickinson University (MS – Accounting) is a Senior Tax Accountant with the firm. Ms. Lin has experience in corporate tax for small businesses, individual tax for the small business owners, and financial accounting function including bookkeeping, cash reconciliation and reporting.

**LIYONA POURMEHR** graduated from California State University, Northridge, with a BS in accountancy. Ms. Pourmehr has more than 10 years experience in accounting and business management and has managed a variety of small and large clients, including law firms, surgeons, consultants and retail businesses (Amazon and Shopify). Prior to her joining Grobstein Teeple, Ms. Pourmehr worked with an accounting firm helping with client's day to day accounting needs, business managements and financials. Ms. Pourmehr has experience with sales tax filing, statement of information, business license filing, 1099 and personal property tax (571-L).

**KUNPENG QIN (AKA ADA QIN)**, California State University Northridge (B.S. – Accounting) is a Junior Accountant with the firm. Ms. Ada has experience in prepare and examine financial records function including bookkeeping, processing tax payments and returns, and reconciling bank statements.

**BRIAN SIEGEL** is a Forensic Technology Consultant with the firm. Mr. Siegel has 15 years of experience in the technology field. He is currently pursuing his Bachelor of Science degree in Information Technology-Information Security Systems at the University of Phoenix.

**DAVID TSATURYAN, CPA** studied Accountancy at California State University, Northridge and is a Senior Accountant with the firm. David has public accounting and business management experience, specializing in high-net worth individuals, actors, writers, producers, and touring artists in his previous role.

### PARAPROFESSIONALS

**BROOKE BORBA**, University of California, Santa Cruz, (B.A. - English Language and Literature) is a Strategy & Special Projects Manager with the firm. Ms. Borba is also a licensed notary in California.

**WENDI CARRANZA**, Southern California College of Business and Law (A.A. - Paralegal Studies) is a Trustee Administrator in the firm's Riverside office.

**DINA CORTEZ** is a bookkeeper with the firm.  She has 15 years of experience in Bookkeeping and Corporate Accounting, working with clients with small businesses.  She can combine accounting functions and office management. Prior to her local work experience, she worked as a Tax Manager in PWC-Philippines, providing various tax services to assigned clients.

**CLARA GALARZA** is an Assistant Tax Administrator with the firm. She is currently pursuing a degree in Business Administration at Los Angeles Pierce College/CSUN. She has a background in administration for retail distributors. Her future career goals include advancing to a senior leadership role within the tax administration field and contributing to the development of innovative tax strategies.

**SHELLY HARRIS** is a bookkeeper with the firm. She has over 30 years of experience in Bookkeeping and  Accounting with for profit and non-profit organizations. Prior to joining Grobstein Teeple, LLP, she had her own   bookkeeping business in Minnesota, and well as managed numerous non-profit organizations throughout her career.

**TAYLOR LABUSCHAGNE** is an intern with the firm. Ms. Labuschagne recently graduated from Arizona State University with an M.S. in Finance, where she was named the Dean's Medalist for the program.

**LOLA MAURIER** is an intern with the firm. Ms. Maurier is currently attending University of Utah, pursuing a bachelor's degree in Accounting accompanied with a minor in Business Analytics.

**CLAUDIA NINO,** California State University Northridge, (B.A – English Literature) is a bookkeeper with the firm, with experience in maintaining accurate financial records and thorough categorization of all income and expenses.

**LYNN RICE**, American College of Hotel & Restaurant Management (Certification Program), is Office Manager of the firm.

**DENISE WEISS** is an Executive Assistant with the firm.

**KEN ZEREHI** is an Assistant with the firm.

Exhibit "1"

EXHIBIT "2"
HOURLY RATES





**2026 BILLING RATES**

**Partners and Principals**

| Name | Rate |
|------|------|
| Grobstein, Howard | $780.00 |
| Teeple, Joshua | $650.00 |
| Alfonso, Tony | $550.00 |
| Boffill, Kermith | $550.00 |
| Chamichyan, Silva | $450.00 |
| Howard, Benjamin | $625.00 |
| McBride, Andrew | $575.00 |
| Mehra, Dimple | $485.00 |
| Rasmussen, Erik | $575.00 |
| Roopenian, Steven | $450.00 |
| Shamas, Eddie | $425.00 |
| Stake, Kurt | $595.00 |
| Wright, Kailey | $510.00 |

**Managers and Directors**

| Name | Rate |
|------|------|
| Elair, Wes | $350.00 |
| Frias, Josephine | $330.00 |
| McCarthy, Michael | $385.00 |
| Medina, Tony | $375.00 |
| Thomsen, William | $495.00 |
| Torossian, Tatevik | $485.00 |

**Professionals**

| Name | Rate |
|------|------|
| Ciezczak, Matt | $275.00 |
| Cooper, Nicholas | $350.00 |
| Jones, Olivia | $375.00 |
| Kent, Ryusei | $325.00 |
| McCallum, Breanna | $275.00 |
| Meacham, Kevin | $375.00 |
| Muga, Tracey | $250.00 |
| Pei-Wen, Lin (Lynn) | $325.00 |

**Los Angeles Headquarters**
6300 Canoga Avenue Suite 1500W
Woodland Hills, California 91367
818.532.1020 | gtllp.com

Phoenix, AZ
Los Angeles County, CA
Orange County, CA

Riverside County, CA
Boston, MA
Las Vegas, NCV

Washington D.C. Metro
Mérida, MX

Exhibit "2"

| | |
|---|---|
| Pourmehr, Liyona | $175.00 |
| Qin, Kunpeng (aka Ada Qin) | $225.00 |
| Siegel, Brian | $325.00 |
| Tsaturyan, David | $285.00 |

**Paraprofessionals**

| **Name** | **Rate** |
|---|---|
| Borba, Brooke | $250.00 |
| Carranza, Wendi | $115.00 |
| Cortez, Dina | $135.00 |
| Galarza, Clara | $175.00 |
| Harris, Shelly | $105.00 |
| Labuschagne, Taylor | $250.00 |
| Maurier, Lola | $95.00 |
| Nino, Claudia | $125.00 |
| Rice, Lynn | $200.00 |
| Weiss, Denise | $190.00 |
| Zerehi, Ken | $185.00 |

Exhibit "2"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION AND APPLICATION BY CHAPTER 11 DEBTOR FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP AS FINANCIAL ADVISORS EFFECTIVE JANUARY 5, 2026; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 27, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **John B Connor**    jack@johnbconnor.com
- **Matthew Tyler Davis**    tdavis@kbkllp.com
- **Karol K Denniston**    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Don Fisher**    dfisher@ptwww.com, tblack@ptwww.com
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **George Gerro**    george@gerrolaw.com
- **Michael D Good**    mgood@southbaylawfirm.com
- **Christopher J Harney**    charney@tocounsel.com, kmanson@tocounsel.com
- **Steven J. Katzman**    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**    tkeller@kellerbenvenutti.com
- **Jordan A Kroop**    jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
- **Mette H Kurth**    mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Ali M. Mojdehi**    ali.mojdehi@mgr-legal.com
- **John Morris**    jmorris@pszjlaw.com
- **Dakota Pearce**    dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Allison M. Rego**    allison.rego@mgr-legal.com
- **Stacy H Rubin**    shr@h2law.com, kmcgee@howardandhoward.com
- **Traci L Shafroth**    tshafroth@kbkllp.com, jminga@kbkllp.com
- **Leonard M. Shulman**    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On January 27, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 27, 2026 | Lori Gauthier | */s/ Lori Gauthier* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**

**DEBTOR**
SIMBA IL HOLDINGS, LLC
ATTN: RICHARD MARSHACK, CRO
870 ROOSEVELT
IRVINE, CA 92618

**COUNSEL FOR CLAIMANT WHITE MOUNTAIN CAPITAL INC.**
GREG P. CAMPEL
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH, STE. 225
SAN DIEGO, CA 92108

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O TOBIAS S. KELLER - KELLER BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O TRACI SHAFROTH - KELLER BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O JAY R. MINGA - KELLER BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O SCOTT FRIEDMAN - KELLER BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
COMPASS GROUP DIVERSIFIED
C/O KAROL DENNISTON-SQUARE PATTON
555 CALIFORNIA STREET, SUITE 550
SAN FRANCISCO, CA 94104

**RFN**
COMPASS GROUP DIVERSIFIED
C/O PETER MORRISON, ESQ.
100 KEY TOWER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114

**RFN & POC**
COMPASS GROUP DIVERSIFIED
C/O S. LERNER & K. ARENDSEN
201 E. FOURTH ST., SUITE 1900
CINCINATI, OH 45202

**RFN - COMMITTEE COUNSEL**
J. POMERANTZ/J. KROOP
PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD, 13TH FL
LOS ANGELES, CA 90067

**RFN - COMMITTEE COUNSEL**
JOHN A. MORRIS
PACHULSKI STANG ZIEHL & JONES LLP
1700 BROADWAY, 36TH FLOOR
NEW YORK, NY 10019

**NOTICE PARTY - UST**
QUEENIE K. NG
411 WEST FOURTH STREET, SUITE 7160
SANTA ANA, CA 92701

**NOTICE PARTY**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**NOTICE PARTY**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**NOTICE PARTY & POC**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**NOTICE PARTY**
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**NOTICE PARTY**
ANTON, DURAID
1 ELK GROVE LN
LAGUNA NIGUEL, CA 92677-1012

**NOTICE PARTY**
ARONOFF, BARRY
C/O LANCE N JURICH/LOEB & LOEB LLP
10100 SANTA MONICA BLVD SUITE 2200
LOS ANGELES, CA 90067-4120

**NOTICE PARTY**
ARVIELO, RICK
C/O GABRIEL G GREEN - BUCHALTER APC
1000 WILSHIRE BLVD SUITE 1500
LOS ANGELES, CA 90017-1730

**POC**
ARVIELO FAMILY TRUST, THE
C/O DAKOTA PIERCE
1420 5TH AVENUE, SUITE 3100
SEATTLE, WA 98101

**POC**
AVINA LLC & GLOBAL INNOVATIONS
C/O DAVID B. ZOLKIN
11766 WILSHIRE BLVD, SUITE 730
LOS ANGELES, CA 90025

**NOTICE PARTY**
AVINA LLC
C/O D. ENENSTEIN-ENENSTEN PHAM
3200 BRISTOL ST SUITE 500
COSTA MESA, CA 92626

**NOTICE PARTY**
BACLET, CHARLES
1600 S OCEAN BLVD APT 2101
POMPANO BEACH, FL  33062-7710

**NOTICE PARTY & POC**
CHARLES J. BACLET, III
C/O ERIC A. BROWNDORF, ESQ.
COOPER LEVENSON, P.A.
1125 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08402

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**NOTICE PARTY**
BELGIUM NEW YORK LLC C/O
PATRICK PAPALIA/ARCHER &
GREINER PC
1211 AVENUE OF THE AMERICAS
#2750
NEW YORK, NY 10036-8789

**NOTICE PARTY**
BENSON, JULIANNE
389 SOUTH LAKE DRIVE #4G
PALM BEACH, FL 33480-4540

**NOTICE PARTY & POC**
BRANDES, ADRIENNE
C/O FISHBACK LAW CORP
4590 MACARTHUR BLVD, STE 500
NEWPORT BEACH, CA 92660

**NOTICE PARTY**
BRANDES, ADRIENNE
919 GARDENIA WAY
CORONA DEL MAR, CA 92625-1547

**NOTICE PARTY**
BUCKSBAUM, GLENN
303 WHITEFISH HILLS LOOP
WHITEFISH, MT 59937-2256

**NOTICE PARTY**
CAMPF, ANNE AND DARREN
4428 IRISH HEIGHTS DRIVE
SUMMERSVILLE, WV 26651-1971

**PREFERRED ADDRESS**
CAVE, DERYK
1195 E COOPER AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
CHAMPION FORCE
C/O LEIB M LERNER/ALSTON & BIRD
LLP
350 SOUTH GRAND AVE 51ST FLOOR
LOS ANGELES, CA 90071-3406

**NOTICE PARTY**
CHANNELS, CEDRIC
402 ESTHER ST
COSTA MESA, CA 92627-2323

**NOTICE PARTY**
CITIBANK, N.A.
1000 TECHNOLOGY DRIVE
O'FALLON, MO 63368-2240

**NOTICE PARTY & POC**
COHEN, RAYMOND
C/O JONATHAN HERSEY/K&L GATES
1 PARK PLAZA TWELFTH FLOOR
IRVINE, CA 92614-5910

**NOTICE PARTY**
CONWAY, MARK
1221 W COAST HWY APT 114
NEWPORT BEACH, CA  92663-5051

**NOTICE PARTY & POC**
COYNE, KAREN
KAREN BEDROSIAN PROPERTY
TRUST
2934  N BEVERLY GLEN CIRCLE, UNIT
347
LOS ANGELES, CA 90077-1724

**NOTICE PARTY**
DACUS, DEBBIE
5444 CANDLEWOOD DRIVE
HOUSTON, TX 77056-1603

**NOTICE PARTY**
DIAMONDS & JEWELRY INC C/O A
KHAN
BROWN, NERI, SMITH & KHAN LLP
11601 WILSHIRE BLVD SUITE 2080
LOS ANGELES, CA 90025-0389

**NOTICE PARTY**
EMMES, DAVID
655 TOWN CENTER DRIVE
COSTA MESA, CA 92626-1918

**NOTICE PARTY**
FERDER, MORDECHAI AND EDIT
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

**NOTICE PARTY**
FERRY, ANTHONY
20 PACIFICA STE 1000
IRVINE, CA 92618-7462

**POC**
FIRST CIRCLE LLC
C/O RANDALL COFFEE HUMPHREY
LLP
3200 PARK CENTER DR., SUITE 950
COSTA MESA, CA 92626

**NOTICE PARTY**
FLANDERS, SCOTT
1425 SANTA BARBARA DRIVE
NEWPORT BEACH, CA  92660-6373

**NOTICE PARTY**
FLANDERS, SCOTT
PO BOX 7859
AVON, CO  81620-7859

**NOTICE PARTY**
FREEDMAN, JAMES
11755 WILSHIRE BLVD
LOS ANGELES, CA 90025-1501

**NOTICE PARTY**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS 19TH
FLOOR
LOS ANGELES, CA 90067-4410

**NOTICE PARTY**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N MARKET STREET SUITE 805
WILMINGTON, DE 19801-4918

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**NOTICE PARTY**
GADOL, BRYAN C/O MICHELLE
SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE 201
ASPEN, CO 81611-2082

**NOTICE PARTY**
GADOL, BRYAN-C/O TODD C
THEODORA
THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**POC**
GADOL, BRYAN
C/O PAUL JASPER, PERKINS COIE LLP
505 HOWARD STREET, SUITE 1000
SAN FRANCISCO, CA 94105

**NOTICE PARTY**
GOLDSTEIN, ALON
22287 MULHOLLAND HWY, UNIT 254
CALABASAS, CA 91302-5157

**PREFERRED ADDRESS**
HAZEN, CASSANDRA AND PAUL
PO BOX 7070
CARMEL, CA 93921

**NOTICE PARTY & POC**
HOEVEN, DREW
660 NEWPORT CENTTER DRIVE, STE
1450
NEWPORT BEACH, CA 92660

**NOTICE PARTY**
HOEVEN, DREW
3 CAPE ANDOVER
NEWPORT BEACH, CA 92660-8401

**NOTICE PARTY**
HOLZER, RUSTY - C/O B
CAPITUMMINO
WOODS OVIATT GILMAN LLP
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**POC**
KAREN BEDROSIAN
2934 N BEVERLY GLEN CIRCLE, UNIT
347
LOS ANGLES, CA 90077

**NOTICE PARTY**
KELSEY, KACI
110 WESTMINSTER ROAD
WEST PALM BEACH, FL 33405-1649

**NOTICE PARTY**
KLEIN, BILL
60 LINDA ISLE
NEWPORT BEACH, CA 92660-7207

**POC**
KRAUS, KEN, MD
C/O MICHAEL D. GOOD
3655 TORRANCE BLVD., STE 300
TORANCE, CA 90503

**NOTICE PARTY**
KRAUS, KEN C/O JEFF AUGUSTINI
LAW OFFICE OF JEFF AUGUSTINI
100 BAYVIEW CIRCLE SUITE 210
NEWPORT BEACH, CA 92660-8901

**NOTICE PARTY**
LEE, ROBERT
BBD 2012 GIFT TRUST
72-2763 ULUWEUWEU AKSUM PLACE
KAILUA KONA, HI 96740

**NOTICE PARTY**
LEVASQUE, MATT
5893 LAKEVIEW
YORBA LINDA, CA 92886-5367

**POC**
LEVESQUE, MATTHEW
C/O RANDALL COFFEE HUMPHREY
LLP
3200 PARK CENTER DR., SUITE 9000
COSTA MESA, CA 92626

**NOTICE PARTY & POC**
LI, PETER
19211 CROYDEN TER
IRVINE, CA 92603-3537

**NOTICE PARTY & POC**
LOCKSLEY, JOHN
185 WEST END AVENUE UNIT 9A
NEW YORK, NY 10023-5543

**NOTICE PARTY**
LOOK-MAZZA, MONA
344 WEST REDS ROAD
ASPEN, CO 81611

**POC**
LUGANO DIAMONDS & JEWELRY
C/O CHRISTOPH PACHLER
620 NEWPORT CENTER DRIVE SUITE
100
NEWPORT BEACH, CA 92660

**POC**
LUGANO BUYER, INC.
C/O CHRISTOPH PACHLER
620 NEWPORT CENTER DRIVE SUITE
100
NEWPORT BEACH, CA 92660

**NOTICE PARTY**
LUGANO BUYER, INC.
301 RIVERSIDE AVENUE, SECOND
FLOOR
WESTPORT, CT 06880-4806

**NOTICE PARTY**
MCCALL, MARIANNE
188 LUDLOW STREET APT 21J
NEW YORK, NY 10002-1690

**NOTICE PARTY & POC**
MCHENRY, TROY
10917 EARTH HUES
LAS VEGAS, NV 89135-9132

**NOTICE PARTY**
MCMACKEN, RON
1660 SOUTH OCEAN BLVD
MANALAPAN, FL  33462-6210

**NOTICE PARTY**
MOENS, LAWRENCE
2335 S OCEAN BLVD
PALM BEACH, FL 33480-5368

**NOTICE PARTY**
MOLER, BILL
10342 MOHAWK ROAD
LEAWOOD, KS 66206-2587

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

**NOTICE PARTY**
N.B.S. DIAMONDS C/O GERALD L. KROLL
KROLL LAW
970 W. BROADWAY, SUITE E-200
JACKSON, WY 83001-6402

**NOTICE PARTY**
OCONNELL, KEVIN
1714 STARLIGHT CIR
NEWPORT BEACH, CA 92660-4340

**NOTICE PARTY**
PRESUTTI, DANA
424 PARK CIRCLE
ASPEN, CO 81611-3400

**NOTICE PARTY**
ROTHSTEIN, ADAM
17 COVLEE DRIVE
WESTPORT, CT 06880-6407

**NOTICE PARTY**
SHERWOOD, STEVE
54 GOLDEN EAGLE
IRVINE, CA 92603-0309

**NOTICE PARTY**
SIMON, VONDA & SCOTT
29230 PASEO CARMONA
SAN JUAN CAPISTRANO, CA 92675-3654

**POC**
STACK, GEOFFREY & NANCY
C/O MATTHEW D. PHAM-ALLEN MATKINS
865 S. FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017

**NOTICE PARTY**
SUMMERS, JIM
282 LOCHA DRIVE
JUPITER, FL 33458-7733

**NOTICE PARTY**
SYDNEY HOLDINGS LIMITED C/O J LEVIN
GLASER WEIL FINK HOWARD JORDAN ET AL
10250 CONSTELLATION BLVD 19TH FLOOR
LOS ANGELES, CA 90067-6219

**NOTICE PARTY**
N.B.S. DIAMONDS C/O JOSEPH M. KAR
LAW OFFICE OF JOSEPH M. KAR PC
15250 VENTURA BLVD SUITE PH-1220
SHERMAN OAKS, CA 91403-3201

**NOTICE PARTY**
PERL, DANIEL C/O OMAR J. YASSIN
YASSIN LAW APC
1010 E. UNION STREET SUITE 201
PASADENA, CA 91106-1756

**NOTICE PARTY**
RUBERTI, LISA
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**POC**
ROYAL T. DIAMONDS GROUP LTD
C/O ALI MOJDEHI, MOJDEHI GALVIN
2550 FIFTH AVENUE, SUITE 910
SAN DIEGO, CA 92103

**NOTICE PARTY**
SIMON, RON
620 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660-6420

**NOTICE PARTY & POC**
SMITH, MIKE
1585 ATTOKA ROAD
MARSHALL, VA 20115-3505

**NOTICE PARTY**
STACK, JEFF
3501 JAMBOREE ROAD, SUITE 6000
NEWPORT BEACH, CA 92660-2960

**PREFERRED ADDRESS**
SUTHERLAND, ANNE & GRANT
151 RANCH CREEK LANE
CARBONDALE, CO 91623

**NOTICE PARTY & POC**
TEDORI, FRED
48 RITZ COVE DRIVE
DANA POINT, CA 92629-4228

**POC**
N.B.S. DIAMONDS C/O SHARON WEISS, BRYAN CAVE ET AL
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401

**NOTICE PARTY**
PHILLIPS, ANDY
2900 BRISTOL STREET
COSTA MESA, CA 92626-5981

**NOTICE PARTY**
RODAN, AMMON
21 ORINDA WAY, SUITE C-381
ORINDA, CA 94563-2530

**NOTICE PARTY**
SHELLY, DAMON
9881 RESEARCH DRIVE
IRVINE, CA 92618-4304

**NOTICE PARTY**
SIMON, SCOTT
641 ST JAMES ROAD
NEWPORT BEACH, CA 92663-5854

**NOTICE PARTY**
SONI, ASHISH
1908 N FREMONT STREET
CHICAGO, IL 60614-5017

**NOTICE PARTY**
STRAWBRIDGE, GEORGE
3801 KENNET PIKE
WILMINGTON, DE 19807-2300

**NOTICE PARTY**
SYDNEY HOLDINGS LIMITED
C/O B. CAPITUMMINO - WOODS OVIATT
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**NOTICE PARTY**
TESTA, DARREN C/O M. SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE 201
ASPEN, CO 81611-2082

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**NOTICE PARTY**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS 19TH
FLOOR
LOS ANGELES, CA 90067-4410

**POC**
TESTA, DARREN
C/O PAUL JASPER, PERKINS COIE LLP
505 HOWARD STREET, SUITE 1000
SAN FRANCISCO, CA 94105

**NOTICE PARTY**
WAZANA, AVI C/O DARREN
ENENSTEIN
ENENSTEIN PHAM GLASS & RABBAT
8439 W SUNSET BLVD SUITE 300
LOS ANGELES, CA 90069-1925

**POC**
WINTERS, KRISTOFFER
C/O STEVEN KATZMAN
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673

**N/A**
SANTA ANA DIVISION
411 WEST FOURTH STREET, SUITE
2030,
SANTA ANA, CA 92701-4500
**N/A**

**NOTICE PARTY**
CAVE, DERYK
50 BIG SKY RESORT RD
BIG SKY, MT 59716
**UPDATED ADDRESS - PER
CREDITOR REQUEST**

**NOTICE PARTY**
SHERLOCK, TINA & RUSS
1416 W MAIN STREET
CARMEL, IN 46032
**UNDELIVERABLE**

**NOTICE PARTY**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N. MARKET STREET, SUITE 805
WILMINGTON, DE 19801-4918

**PREFERRED ADDRESS**
US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

**POC**
WHITE MOUNTAIN CAPITAL
3447 HIGH RIDGE ROAD
BOYNTON BEACH, FL 33426

**NOTICE PARTY**
WOLFE, BILL
525 S FLAGLER DRIVE PH2 C/D
WEST PALM BEACH, FL 33401-5922

**NOTICE PARTY**
RUBERTI, LISA
**UNDELIVERABLE - INCOMPLETE
ADDRESS**

**NOTICE PARTY**
SUTHERLAND, ANNE & GRANT
61070 MINARET CIRCLE
BEND, OREGON 97702-1903
**UPDATED ADDRESS - PER
CREDITOR REQUEST**

**NOTICE PARTY**
TESTA, DARREN C/O TODD C
THEODORA & C. HARNEY
THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**NOTICE PARTY**
WANG, ANGI
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
WINTERS, KRISTOPHER C/O S.
KATZMAN
BIENERT KATZMAN LITTRELL
WILLIAMS LLP
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673-6253

**NOTICE PARTY**
WANG, ANGI
**UNDELIVERABLE - INCOMPLETE
ADDRESS**

**NOTICE PARTY**
HAZEN, CASSANDRA AND PAUL
C/O JOANNA MARIE MYERS
9465 WILSHIRE BLVD SUITE 300
BEVERLY HILLS, CA 90212-2624
**UPDATED ADDRESS - PER
CREDITOR REQUEST**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**