Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:        lshulman@shulmanbastian.com
                   jbastian@shulmanbastian.com
                   afriedman@shulmanbastian.com
                   mcasal@shulmanbastian.com

General Counsel for the Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>                                            Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT**<br><br>[Order Submitted Concurrently]<br><br>**Hearing Date**:<br>Date:   February 17, 2026<br>Time:   2:30 p.m.<br>Place:  Courtroom 6C<br>            411 West Fourth Street, Santa Ana, CA |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "Debtor"), Lugano Diamonds & Jewelry Inc. ("Lugano"), Compass Group Diversified Holdings LLC ("CODI"), and Royal T Diamonds Group Ltd. ("Royal T" and collectively with the Debtor, Lugano, and CODI, the "Parties"), by and through their counsel, enter into this stipulation (the "Stipulation") to voluntarily

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

dismiss the *Debtor's Motion for Order Approving Settlement* [Dkt. No. 98] (the "Motion"), and vacate the hearing on the Motion scheduled on February 17, 2026.

## RECITALS

1. On September 16, 2025, the Debtor filed its voluntary petition for relief commencing this Chapter 11 bankruptcy case.

2. On October 28, 2025, the Debtor filed the Motion which sought approval of a settlement agreement by and between the Debtor, the Haim Family Trust, Mordechai Ferder, Edit Ferder, Bryan Gadol, Darren Testa, and Kristoffer Winters.

3. On November 4, 2025, Lugano filed its objection to the Motion [Dkt. No. 119].

4. On November 4, 2025, CODI filed its opposition to the Motion [Dkt. No. 121].

5. On November 25, 2025, Royal T filed its opposition to the Motion [Dkt. No. 147].

6. A hearing on the Motion is currently set for February 17, 2026 at 2:30 p.m.

7. The Debtor desires to withdraw the Motion at this time.

8. Lugano, CODI, and Royal T have no objection to the Debtor's withdrawal of the Motion.

## STIPULATION

1. The Parties hereby stipulate and agree to the dismissal of the Motion and vacating the hearing on the Motion.

**WHEREFORE**, based on the foregoing, the Parties respectfully request that the Court enter the order (filed concurrently herewith) dismissing the Motion and vacating the hearing scheduled for February 17, 2026 at 2:30 p.m.

**IT IS SO STIPULATED AND AGREED.**

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED: January 27, 2026    By: /s/ Max Casal
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
Proposed General Counsel for the Debtor

**KELLER BENVENUTTI KIM LLP**

DATED: January 27, 2026    By:
Jay R. Minga
Counsel for Lugano Diamonds & Jewelry Inc.

**SQUIRE PATTON BOGGS LLP**

DATED: January 27, 2026    By:
Karol Denniston
Scott Kane
Counsel for Compass Group Diversified Holdings LLC

**MOJDEHI GALVIN REGO LLP**

DATED: January 27, 2026    By:
Ali M. Mojdehi
Allison M. Rego
Counsel for Royal T. Diamonds Group Ltd.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED: January 27, 2026     By: _____
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
Proposed General Counsel for the Debtor

**KELLER BENVENUTTI KIM LLP**

DATED: January 27, 2026     By: _____/s/_____
Jay R. Minga
Counsel for Lugano Diamonds & Jewelry Inc.

**SQUIRE PATTON BOGGS LLP**

DATED: January 27, 2026     By: _____
Karol Denniston
Scott Kane
Counsel for Compass Group Diversified Holdings LLC

**MOJDEHI GALVIN REGO LLP**

DATED: January 27, 2026     By: _____
Ali M. Mojdehi
Allison M. Rego
Counsel for Royal T. Diamonds Group Ltd.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED: January 27, 2026

By: _____
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
Proposed General Counsel for the Debtor

**KELLER BENVENUTTI KIM LLP**

DATED: January 27, 2026

By: _____
Jay R. Minga
Counsel for Lugano Diamonds & Jewelry Inc.

**SQUIRE PATTON BOGGS LLP**

DATED: January 27, 2026

By: /s/ _____
Karol Denniston
Scott Kane
Counsel for Compass Group Diversified Holdings LLC

**MOJDEHI GALVIN REGO LLP**

DATED: January 27, 2026

By: _____
Ali M. Mojdehi
Allison M. Rego
Counsel for Royal T. Diamonds Group Ltd.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

|   |   |   |
|---|---|---|
|   |   | **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP** |
| DATED: | January 27, 2026 | By: _____ |
|   |   | Leonard M. Shulman |
|   |   | James C. Bastian, Jr. |
|   |   | Alan J. Friedman |
|   |   | Max Casal |
|   |   | Proposed General Counsel for the Debtor |

**KELLER BENVENUTTI KIM LLP**

DATED: January 27, 2026    By: _____
Jay R. Minga
Counsel for Lugano Diamonds & Jewelry Inc.

**SQUIRE PATTON BOGGS LLP**

DATED: January 27, 2026    By: _____
Karol Denniston
Scott Kane
Counsel for Compass Group Diversified Holdings LLC

**MOJDEHI GALVIN REGO LLP**

DATED: January 27, 2026    By: /s/ Ali M. Mojdehi
Ali M. Mojdehi
Allison M. Rego
Counsel for Royal T. Diamonds Group Ltd.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*):  STIPULATION RE VOLUNTARY DISMISSAL OF DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  January 27, 2026  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  January 27, 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark D. Houle
U.S. Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 27, 2026 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Anthony Bisconti**   tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**   mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **John B Connor**   jack@johnbconnor.com
- **Matthew Tyler Davis**   tdavis@kbkllp.com
- **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Don Fisher**   dfisher@ptwww.com, tblack@ptwww.com
- **Alan J Friedman**   afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **George Gerro**   george@gerrolaw.com
- **Michael D Good**   mgood@southbaylawfirm.com
- **Christopher J Harney**   charney@tocounsel.com, kmanson@tocounsel.com
- **Steven J. Katzman**   skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**   tkeller@kellerbenvenutti.com
- **Jordan A Kroop**   jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
- **Mette H Kurth**   mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
- **Wendy A Locke**   ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**   rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Ali M. Mojdehi**   ali.mojdehi@mgr-legal.com
- **John Morris**   jmorris@pszjlaw.com
- **Dakota Pearce**   dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- **Matthew D Pham**   mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Allison M. Rego**   allison.rego@mgr-legal.com
- **Stacy H Rubin**   shr@h2law.com, kmcgee@howardandhoward.com
- **Traci L Shafroth**   tshafroth@kbkllp.com, jminga@kbkllp.com
- **Leonard M. Shulman**   lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**   tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**