Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:  lshulman@shulmanbastian.com
        jbastian@shulmanbastian.com
        afriedman@shulmanbastian.com
        mcasal@shulmanbastian.com

General Counsel for the Debtor and Debtor in Possession

FILED & ENTERED

JAN 28 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle       DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| In re | Case No. 8:25-bk-12616-MH |
|---|---|
| **SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>                                   Debtor. | Chapter 11<br><br>**ORDER APPROVING STIPULATION RE VOLUNTARY DISMISSAL OF DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT**<br><br>**Hearing Date**:<br>Date:    February 17, 2026<br>Time:   2:30 p.m.<br>Place:  Courtroom 6C<br>           411 West Fourth Street, Santa Ana, CA |

The Court having read and considered the *Stipulation Re Voluntary Dismissal of Debtor's Motion for Order Approving Settlement* ("Stipulation") filed with this Court on January 27, 2026 [Dkt. No. 217], and for good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. The Debtor's Motion for Order Approving Settlement Agreement filed with this court on October 28, 2025 [Dkt. No. 98] (the "Motion") is hereby deemed withdrawn;

3. The hearing on the Motion scheduled for February 17, 2026 at 2:30 p.m. is hereby vacated.

####

Date: January 28, 2026

Mark Houle
United States Bankruptcy Judge