Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:    lshulman@shulmanbastian.com
          jbastian@shulmanbastian.com
          afriedman@shulmanbastian.com
          mcasal@shulmanbastian.com

General Counsel for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC.,**<br>**a Delaware limited liability company,**<br><br>Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**NOTICE OF HEARING TO CONSIDER APPROVAL OF THE DEBTOR'S DISCLOSURE STATEMENT FOR DEBTOR'S CHAPTER 11 LIQUIDATING PLAN**<br><br>**<u>Hearing on Approval of the Disclosure Statement:</u>**<br>Date:  March 31, 2026<br>Time:  2:30 p.m.<br>Place: Courtroom 6C<br>       411 West Fourth Street<br>       Santa Ana, CA 92701<br><br>**<u>Hearing on Confirmation of the Plan:</u>**<br>Date:  May 26, 2026<br>Time:  2:30 p.m.<br>Place: Courtroom 6C<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |

**TO THE HONORABLE MARK D. HOULE, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND ALL OTHER INTERESTED PARTIES:**

      **PLEASE TAKE NOTICE** that on **March 31, 2026 at 2:30 p.m.**, in Courtroom 6C of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California, a hearing will be held to consider the adequacy of the Debtor's Disclosure Statement ("Disclosure Statement") in support of the Debtor's Chapter 11 Plan of Liquidation (the "Plan") proposed by the above-captioned debtor (the "Debtor").

      **PLEASE TAKE FURTHER NOTICE** that the purpose of the Disclosure Statement is to provide "adequate information," as that term is defined in section 1125 of title 11 of the United States Code, with respect to the Plan. Once the Disclosure Statement is approved by the Court, the Debtor will serve all parties in interest with (a) the Disclosure Statement and the Plan, (b) a notice setting forth the confirmation hearing and related deadlines, (c) the appropriate ballot to vote on the Plan, and (d) the order approving the Disclosure Statement (collectively, the "Voting Package").

      Pursuant to Federal Rule of Bankruptcy Procedure 3017(a), the Debtor will serve the Voting Package on: (1) all known creditors that: (i) have filed a proof of claim in the Case; (ii) are listed on the Debtor's schedules of assets and liabilities; or (iii) are otherwise included in the Plan; (2) the United States Trustee and any applicable governmental entities set forth in Bankruptcy Rule 2002(j); and (3) all parties who have requested notice in the Case. Requests for copies of the Disclosure Statement and Plan shall be honored only if made in writing and mailed, delivered, or transmitted via fax, or e-mailed to the following address:

> Shulman Bastian Friedman Bui & O'Dea LLP
> Attn: Max Casal
> 100 Spectrum Center Drive, Suite 600
> Irvine, CA 92618
> Facsimile: (949) 340-3000
> Email: mcasal@shulmanbastian.com

      **PLEASE TAKE FURTHER NOTICE** that objections to the adequacy of the Disclosure Statement must be filed with the Clerk of the Court and served upon counsel for the Debtor and the Office of the United States Trustee not less than fourteen (14) days before the hearing (i.e., **on or before March 17, 2026**).

**PLEASE TAKE FURTHER NOTICE** that any objections not filed and served in the matter set forth in Local Bankruptcy Rule 3017-1(b) may be deemed waived.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Debtor to file a reply to any objections to the adequacy of the Disclosure Statement is March 24, 2026.

Dated: February 17, 2026        **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

_____/s/ Max Casal_____
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
General Counsel for the Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING TO CONSIDER APPROVAL OF THE DEBTOR'S DISCLOSURE STATEMENT FOR DEBTOR'S CHAPTER 11 LIQUIDATING PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 17, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 17, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
Honorable Mark M. Houle
United States Bankruptcy Court
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 17, 2026 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

## NEF SERVICE LIST

**INTERESTED PARTY:** Anthony Bisconti     tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
**COUNSEL FOR CLAIMANT MOUNTAIN CAPITAL INC.:** Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
**COUNSEL FOR THE DEBTOR:** Max Casal     mcasal@shulmanbastian.com, avernon@shulmanbastian.com
**INTERESTED PARTY:** John B Connor     jack@johnbconnor.com
**INTERESTED PARTY:** Matthew Tyler Davis     tdavis@kbkllp.com
**INTERESTED PARTY:** Karol K Denniston     karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
**INTERESTED PARTY:** Don Fisher     dfisher@ptwww.com, tblack@ptwww.com
**COUNSEL FOR THE DEBTOR:** Alan J Friedman     afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
**INTERESTED PARTY:** George Gerro     george@gerrolaw.com
**INTERESTED PARTY:** Michael D Good     mgood@southbaylawfirm.com
**INTERESTED PARTY:**
**RFSN – COUNSEL FOR GADOL & TESTA:** Paul Jasper     pjasper@perkinscoie.com, david.kline@rimonlaw.com
**INTERESTED PARTY:** Katzman     skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
**COUNSEL FOR LUGANO DIAMONDS & JEWELRY:** Tobias S Keller     tkeller@kellerbenvenutti.com
**COUNSEL FOR CREDITOR COMMITTEE:** Jordan A Kroop     jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
**INTERESTED PARTY:** Mette H Kurth     mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
**INTERESTED PARTY:** Wendy A Locke     ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
**CHIEF RESTRUCTURING OFFICER FOR THE DEBTOR:** Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
**INTERESTED PARTY:** Ali M. Mojdehi     ali.mojdehi@mgr-legal.com
**COUNSEL FOR CREDITOR COMMITTEE:** John Morris     jmorris@pszjlaw.com
**INTERESTED PARTY:** Dakota Pearce     dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
**INTERESTED PARTY:** Matthew D Pham     mpham@allenmatkins.com, mdiaz@allenmatkins.com
**COUNSEL FOR CREDITOR COMMITTEE:** Jeffrey N Pomerantz     jpomerantz@pszjlaw.com
**INTERESTED PARTY:** Allison M. Rego     allison.rego@mgr-legal.com
**INTERESTED PARTY:** Stacy H Rubin     rubins@ballardspahr.com, kmcgee@howardandhoward.com
**COUNSEL FOR LUGANO DIAMONDS & JEWELRY:** Traci L Shafroth     tshafroth@kbkllp.com, jminga@kbkllp.com
**COUNSEL FOR THE DEBTOR:** Leonard M. Shulman     lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
**COUNSEL FOR CLAIMANTS DREW HOEVEN ET AL:** Timothy J Silverman     tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
**INTERESTED PARTY:** United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

## U.S. MAIL SERVICE LIST

**DEBTOR**
SIMBA IL HOLDINGS, LLC
ATTN: RICHARD MARSHACK, CRO
870 ROOSEVELT
IRVINE, CA 92618

**DEBTOR**
SIMBA IL HOLDINGS, LLC
610 NEWPORT CENTER DR., STE. 950
NEWPORT BEACH, CA 92660-6473

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O JAY R. MINGA - KELLER BENVENUTTI
101 MONTGOMERY STREET
SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O SCOTT FRIEDMAN - KELLER BENVENUTTI
101 MONTGOMERY STREET
SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
COMPASS GROUP DIVERSIFIED
C/O KAROL DENNISTON-SQUARE PATTON
555 CALIFORNIA STREET, SUITE 550
SAN FRANCISCO, CA 94104

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **RFN**<br>ATTY FOR GADOL & TESTA<br>C/O PAUL S. JASPER, ESQ.<br>PERKINS COIE<br>505 HOWARD STREET, SUITE 1000<br>SAN FRANCISCO, CA 94105-3204 | **RFN**<br>ATTY FOR GADOL & TESTA<br>C/O REBECA J. MARSTON, ESQ.-<br>PERKINS COIE<br>110 NORTH WACKER DR., SUITE 3400<br>CHICAGO, ILLINOIS 60606 | **RFN**<br>ATTY FOR GADOL & TESTA<br>C/O HAMID RAFATJOO-RAINES FELDMAN<br>4675 MACARTHUR COURT<br>SUITE 1550<br>NEWPORT BEACH, CA 92660 |
| **RFN**<br>COMPASS GROUP DIVERSIFIED<br>C/O PETER MORRISON, ESQ.<br>100 KEY TOWER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | **RFN & POC**<br>COMPASS GROUP DIVERSIFIED<br>C/O S. LERNER & K. ARENDSEN<br>201 E. FOURTH ST., SUITE 1900<br>CINCINATI, OH 45202 | **RFN - COMMITTEE COUNSEL**<br>J. POMERANTZ/J. KROOP<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 SANTA MONICA BLVD.<br>13TH FLOOR<br>LOS ANGELES, CA 90067 |
| **RFN - COMMITTEE COUNSEL**<br>JOHN A. MORRIS<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 BROADWAY, 36TH FLOOR<br>NEW YORK, NY 10019 | **NOTICE PARTY - UST**<br>QUEENIE K. NG<br>411 WEST FOURTH STREET<br>SUITE 7160<br>SANTA ANA, CA 92701 | **NOTICE PARTY**<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| **NOTICE PARTY**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | **NOTICE PARTY & POC**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **NOTICE PARTY**<br>SECURITIES & EXCHANGE COMMISSION<br>ATTN: NISHCHAY MASKAY, SR. COUNSEL<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| **NOTICE PARTY**<br>SECURITIES & EXCHANGE COMMISSION<br>444 SOUTH FLOWER ST., SUITE 900<br>LOS ANGELES, CA 90071-2934 | **NOTICE PARTY**<br>ANTON, DURAID<br>1 ELK GROVE LN<br>LAGUNA NIGUEL, CA 92677-1012 | **NOTICE PARTY**<br>ARONOFF, BARRY<br>C/O LANCE N JURICH<br>LOEB & LOEB LLP<br>10100 SANTA MONICA BLVD<br>SUITE 2200<br>LOS ANGELES, CA 90067-4120 |
| **NOTICE PARTY**<br>ARVIELO, RICK<br>C/O GABRIEL G GREEN - BUCHALTER APC<br>1000 WILSHIRE BLVD SUITE 1500<br>LOS ANGELES, CA 90017-1730 | **POC**<br>ARVIELO FAMILY TRUST, THE<br>C/O DAKOTA PIERCE<br>1420 5TH AVENUE, SUITE 3100<br>SEATTLE, WA 98101 | **POC**<br>AVINA LLC & GLOBAL INNOVATIONS<br>C/O DAVID B. ZOLKIN<br>11766 WILSHIRE BLVD, SUITE 730<br>LOS ANGELES, CA 90025 |
| **NOTICE PARTY**<br>AVINA LLC<br>C/O D. ENENSTEIN-ENENSTEN PHAM<br>3200 BRISTOL ST SUITE 500<br>COSTA MESA, CA 92626 | **NOTICE PARTY**<br>BACLET, CHARLES<br>1600 S OCEAN BLVD APT 2101<br>POMPANO BEACH, FL 33062-7710 | **NOTICE PARTY & POC**<br>CHARLES J. BACLET, III<br>C/O ERIC A. BROWNDORF, ESQ.<br>COOPER LEVENSON, P.A.<br>1125 ATLANTIC AVENUE<br>ATLANTIC CITY, NJ 08402 |
| **NOTICE PARTY**<br>BELGIUM NEW YORK LLC C/O PATRICK PAPALIA/ARCHER & GREINER PC<br>1211 AVENUE OF THE AMERICAS #2750<br>NEW YORK, NY 10036-8789 | **NOTICE PARTY**<br>BENSON, JULIANNE<br>389 SOUTH LAKE DRIVE #4G<br>PALM BEACH, FL 33480-4540 | **NOTICE PARTY & POC**<br>BRANDES, ADRIENNE<br>C/O FISHBACK LAW CORP<br>4590 MACARTHUR BLVD, STE 500<br>NEWPORT BEACH, CA 92660 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **NOTICE PARTY**<br>BRANDES, ADRIENNE<br>919 GARDENIA WAY<br>CORONA DEL MAR, CA 92625-1547 | **NOTICE PARTY**<br>BUCKSBAUM, GLENN<br>303 WHITEFISH HILLS LOOP<br>WHITEFISH, MT 59937-2256 | **NOTICE PARTY**<br>CAMPF, ANNE AND DARREN<br>4428 IRISH HEIGHTS DRIVE<br>SUMMERSVILLE, WV 26651-1971 |
| **PREFERRED ADDRESS**<br>CAVE, DERYK<br>1195 E COOPER AVENUE<br>ASPEN, CO 81611 | **NOTICE PARTY**<br>CHAMPION FORCE<br>C/O LEIB M LERNER<br>ALSTON & BIRD LLP<br>350 SOUTH GRAND AVE 51ST FLOOR<br>LOS ANGELES, CA 90071-3406 | **NOTICE PARTY**<br>CHANNELS, CEDRIC<br>402 ESTHER ST<br>COSTA MESA, CA 92627-2323 |
| **NOTICE PARTY**<br>CITIBANK, N.A.<br>1000 TECHNOLOGY DRIVE<br>O'FALLON, MO 63368-2240 | **NOTICE PARTY & POC**<br>COHEN, RAYMOND<br>C/O JONATHAN HERSEY<br>K&L GATES<br>1 PARK PLAZA TWELFTH FLOOR<br>IRVINE, CA 92614-5910 | **NOTICE PARTY**<br>CONWAY, MARK<br>1221 W COAST HWY APT 114<br>NEWPORT BEACH, CA 92663-5051 |
| **NOTICE PARTY & POC**<br>COYNE, KAREN<br>KAREN BEDROSIAN PROPERTY TRUST<br>2934 N BEVERLY GLEN CIRCLE<br>UNIT 347<br>LOS ANGELES, CA 90077-1724 | **NOTICE PARTY**<br>DACUS, DEBBIE<br>5444 CANDLEWOOD DRIVE<br>HOUSTON, TX 77056-1603 | **NOTICE PARTY**<br>DIAMONDS & JEWELRY INC<br>C/O A KHAN<br>BROWN, NERI, SMITH & KHAN LLP<br>11601 WILSHIRE BLVD SUITE 2080<br>LOS ANGELES, CA 90025-0389 |
| **NOTICE PARTY**<br>EMMES, DAVID<br>655 TOWN CENTER DRIVE<br>COSTA MESA, CA 92626-1918 | **NOTICE PARTY**<br>FERDER, MORDECHAI AND EDIT<br>1501 SERENADE TER<br>CORONA DEL MAR, CA 92625-1753 | **NOTICE PARTY**<br>FERRY, ANTHONY<br>20 PACIFICA STE 1000<br>IRVINE, CA 92618-7462 |
| **POC**<br>FIRST CIRCLE LLC<br>C/O RANDALL COFFEE HUMPHREY LLP<br>3200 PARK CENTER DR., SUITE 950<br>COSTA MESA, CA 92626 | **NOTICE PARTY**<br>FLANDERS, SCOTT<br>1425 SANTA BARBARA DRIVE<br>NEWPORT BEACH, CA 92660-6373 | **NOTICE PARTY**<br>FLANDERS, SCOTT<br>PO BOX 7859<br>AVON, CO 81620-7859 |
| **NOTICE PARTY**<br>FREEDMAN, JAMES<br>11755 WILSHIRE BLVD<br>LOS ANGELES, CA 90025-1501 | **NOTICE PARTY**<br>GADOL, BRYAN C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>1900 AVENUE OF THE STARS<br>19TH FLOOR<br>LOS ANGELES, CA 90067-4410 | **NOTICE PARTY**<br>GADOL, BRYAN C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>824 N MARKET STREET SUITE 805<br>WILMINGTON, DE 19801-4918 |
| **NOTICE PARTY**<br>GADOL, BRYAN<br>C/O MICHELLE SCHINDLER<br>FERGUSON SCHINDLER LAW FIRM<br>119 SOUTH SPRING ST, SUITE 201<br>ASPEN, CO 81611-2082 | **NOTICE PARTY**<br>GADOL, BRYAN<br>C/O TODD C THEODORA<br>THEODORA ORINGHER PC<br>535 ANTON BLVD NINTH FLOOR<br>COSTA MESA, CA 92626-7109 | **POC**<br>GADOL, BRYAN<br>C/O PAUL JASPER, PERKINS COIE LLP<br>505 HOWARD STREET, SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| **NOTICE PARTY**<br>GOLDSTEIN, ALON<br>22287 MULHOLLAND HWY, UNIT 254<br>CALABASAS, CA 91302-5157 | **PREFERRED ADDRESS**<br>HAZEN, CASSANDRA AND PAUL<br>PO BOX 7070<br>CARMEL, CA 93921 | **NOTICE PARTY & POC**<br>HOEVEN, DREW<br>660 NEWPORT CENTTER DRIVE<br>SUITE 1450<br>NEWPORT BEACH, CA 92660 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **NOTICE PARTY**<br>HOEVEN, DREW<br>3 CAPE ANDOVER<br>NEWPORT BEACH, CA 92660-8401 | **NOTICE PARTY**<br>HOLZER, RUSTY - C/O B<br>CAPITUMMINO<br>WOODS OVIATT GILMAN LLP<br>1900 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604-2714 | **POC**<br>KAREN BEDROSIAN<br>2934 N BEVERLY GLEN CIRCLE,<br>UNIT 347<br>LOS ANGLES, CA 90077 |
| **NOTICE PARTY**<br>KELSEY, KACI<br>110 WESTMINSTER ROAD<br>WEST PALM BEACH, FL 33405-1649 | **NOTICE PARTY**<br>KLEIN, BILL<br>60 LINDA ISLE<br>NEWPORT BEACH, CA 92660-7207 | **POC**<br>KRAUS, KEN, MD<br>C/O MICHAEL D. GOOD<br>3655 TORRANCE BLVD., STE 300<br>TORANCE, CA 90503 |
| **NOTICE PARTY**<br>KRAUS, KEN C/O JEFF AUGUSTINI<br>LAW OFFICE OF JEFF AUGUSTINI<br>100 BAYVIEW CIRCLE SUITE 210<br>NEWPORT BEACH, CA 92660-8901 | **NOTICE PARTY**<br>LEE, ROBERT<br>BBD 2012 GIFT TRUST<br>72-2763 ULUWEUWEU AKSUM PLACE<br>KAILUA KONA, HI 96740 | **NOTICE PARTY**<br>LEVASQUE, MATT<br>5893 LAKEVIEW<br>YORBA LINDA, CA 92886-5367 |
| **POC**<br>LEVESQUE, MATTHEW<br>C/O RANDALL COFFEE HUMPHREY LLP<br>3200 PARK CENTER DR., SUITE 9000<br>COSTA MESA, CA 92626 | **NOTICE PARTY & POC**<br>LI, PETER<br>19211 CROYDEN TER<br>IRVINE, CA 92603-3537 | **NOTICE PARTY & POC**<br>LOCKSLEY, JOHN<br>185 WEST END AVENUE UNIT 9A<br>NEW YORK, NY 10023-5543 |
| **NOTICE PARTY**<br>LOOK-MAZZA, MONA<br>344 WEST REDS ROAD<br>ASPEN, CO 81611 | **POC**<br>LUGANO DIAMONDS & JEWELRY<br>C/O CHRISTOPH PACHLER<br>620 NEWPORT CENTER DRIVE<br>SUITE 100<br>NEWPORT BEACH, CA 92660 | **POC**<br>LUGANO BUYER, INC.<br>C/O CHRISTOPH PACHLER<br>620 NEWPORT CENTER DRIVE<br>SUITE 100<br>NEWPORT BEACH, CA 92660 |
| **NOTICE PARTY**<br>LUGANO BUYER, INC.<br>301 RIVERSIDE AVE, SECOND FLOOR<br>WESTPORT, CT 06880-4806 | **NOTICE PARTY**<br>MCCALL, MARIANNE<br>188 LUDLOW STREET APT 21J<br>NEW YORK, NY 10002-1690 | **NOTICE PARTY & POC**<br>MCHENRY, TROY<br>10917 EARTH HUES<br>LAS VEGAS, NV 89135-9132 |
| **NOTICE PARTY**<br>MCMACKEN, RON<br>1660 SOUTH OCEAN BLVD<br>MANALAPAN, FL 33462-6210 | **NOTICE PARTY**<br>MOENS, LAWRENCE<br>2335 S OCEAN BLVD<br>PALM BEACH, FL 33480-5368 | **NOTICE PARTY**<br>MOLER, BILL<br>10342 MOHAWK ROAD<br>LEAWOOD, KS 66206-2587 |
| **NOTICE PARTY**<br>N.B.S. DIAMONDS<br>C/O GERALD L. KROLL<br>KROLL LAW<br>970 W. BROADWAY, SUITE E-200<br>JACKSON, WY 83001-6402 | **NOTICE PARTY**<br>N.B.S. DIAMONDS<br>C/O JOSEPH M. KAR<br>LAW OFFICE OF JOSEPH M. KAR PC<br>15250 VENTURA BLVD<br>SUITE PH-1220<br>SHERMAN OAKS, CA 91403-3201 | **POC**<br>N.B.S. DIAMONDS<br>C/O SHARON WEISS<br>BRYAN CAVE ET AL<br>120 BROADWAY, SUITE 300<br>SANTA MONICA, CA 90401 |
| **NOTICE PARTY**<br>OCONNELL, KEVIN<br>1714 STARLIGHT CIR<br>NEWPORT BEACH, CA 92660-4340 | **NOTICE PARTY**<br>PERL, DANIEL<br>C/O OMAR J. YASSIN<br>YASSIN LAW APC<br>1010 E. UNION STREET SUITE 201<br>PASADENA, CA 91106-1756 | **NOTICE PARTY**<br>PHILLIPS, ANDY<br>2900 BRISTOL STREET<br>COSTA MESA, CA 92626-5981 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE

| **NOTICE PARTY**<br>PRESUTTI, DANA<br>424 PARK CIRCLE<br>ASPEN, CO 81611-3400 | **NOTICE PARTY**<br>RUBERTI, LISA<br>C/O GOGO & MOORE LLC<br>505 E HYMAN AVENUE<br>ASPEN, CO 81611 | **NOTICE PARTY**<br>RODAN, AMMON<br>21 ORINDA WAY, SUITE C-381<br>ORINDA, CA 94563-2530 |
|---|---|---|
| **NOTICE PARTY**<br>ROTHSTEIN, ADAM<br>17 COVLEE DRIVE<br>WESTPORT, CT 06880-6407 | **POC**<br>ROYAL T. DIAMONDS GROUP LTD<br>C/O ALI MOJDEHI, MOJDEHI GALVIN<br>2550 FIFTH AVENUE, SUITE 910<br>SAN DIEGO, CA 92103 | **NOTICE PARTY**<br>SHELLY, DAMON<br>9881 RESEARCH DRIVE<br>IRVINE, CA 92618-4304 |
| **NOTICE PARTY**<br>SHERWOOD, STEVE<br>54 GOLDEN EAGLE<br>IRVINE, CA 92603-0309 | **NOTICE PARTY**<br>SIMON, RON<br>620 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92660-6420 | **NOTICE PARTY**<br>SIMON, SCOTT<br>641 ST JAMES ROAD<br>NEWPORT BEACH, CA 92663-5854 |
| **NOTICE PARTY**<br>SIMON, VONDA & SCOTT<br>29230 PASEO CARMONA<br>SAN JUAN CAPISTRANO, CA 92675-3654 | **NOTICE PARTY & POC**<br>SMITH, MIKE<br>1585 ATTOKA ROAD<br>MARSHALL, VA 20115-3505 | **NOTICE PARTY**<br>SONI, ASHISH<br>1908 N FREMONT STREET<br>CHICAGO, IL 60614-5017 |
| **POC**<br>STACK, GEOFFREY & NANCY<br>C/O MATTHEW D. PHAM-ALLEN<br>MATKINS<br>865 S. FIGUEROA STREET, SUITE 2800<br>LOS ANGELES, CA 90017 | **NOTICE PARTY**<br>STACK, JEFF<br>3501 JAMBOREE ROAD, SUITE 6000<br>NEWPORT BEACH, CA 92660-2960 | **NOTICE PARTY**<br>STRAWBRIDGE, GEORGE<br>3801 KENNET PIKE<br>WILMINGTON, DE 19807-2300 |
| **NOTICE PARTY**<br>SUMMERS, JIM<br>282 LOCHA DRIVE<br>JUPITER, FL 33458-7733 | **PREFERRED ADDRESS**<br>SUTHERLAND, ANNE & GRANT<br>151 RANCH CREEK LANE<br>CARBONDALE, CO 91623 | **NOTICE PARTY**<br>SYDNEY HOLDINGS LIMITED<br>C/O B. CAPITUMMINO - WOODS OVIATT<br>1900 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604-2714 |
| **NOTICE PARTY**<br>SYDNEY HOLDINGS LIMITED<br>C/O J LEVIN<br>GLASER WEIL FINK HOWARD<br>JORDAN ET AL<br>10250 CONSTELLATION BLVD<br>19TH FLOOR<br>LOS ANGELES, CA 90067-6219 | **NOTICE PARTY & POC**<br>TEDORI, FRED<br>48 RITZ COVE DRIVE<br>DANA POINT, CA 92629-4228 | **NOTICE PARTY**<br>TESTA, DARREN C/O M. SCHINDLER<br>FERGUSON SCHINDLER LAW FIRM<br>119 SOUTH SPRING STREET<br>SUITE 201<br>ASPEN, CO 81611-2082 |
| **NOTICE PARTY**<br>TESTA, DARREN<br>C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>1900 AVENUE OF THE STARS<br>19TH FLOOR<br>LOS ANGELES, CA 90067-4410 | **NOTICE PARTY**<br>TESTA, DARREN<br>C/O MARK ECKARD<br>RAINES FELDMAN LITTRELL LLP<br>824 N. MARKET STREET, SUITE 805<br>WILMINGTON, DE 19801-4918 | **NOTICE PARTY**<br>TESTA, DARREN<br>C/O TODD C THEODORA &<br>C. HARNEY<br>THEODORA ORINGHER PC<br>535 ANTON BLVD NINTH FLOOR<br>COSTA MESA, CA 92626-7109 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **POC**<br>TESTA, DARREN<br>C/O PAUL JASPER<br>PERKINS COIE LLP<br>505 HOWARD STREET, SUITE 1000<br>SAN FRANCISCO, CA 94105 | **PREFERRED ADDRESS**<br>US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | **NOTICE PARTY**<br>WANG, ANGI<br>C/O GOGO & MOORE LLC<br>505 E HYMAN AVENUE<br>ASPEN, CO 81611 |
| **NOTICE PARTY**<br>WAZANA, AVI C/O DARREN ENENSTEIN<br>ENENSTEIN PHAM GLASS & RABBAT<br>8439 W SUNSET BLVD SUITE 300<br>LOS ANGELES, CA 90069-1925 | **POC**<br>WHITE MOUNTAIN CAPITAL<br>3447 HIGH RIDGE ROAD<br>BOYNTON BEACH, FL 33426 | **NOTICE PARTY**<br>WINTERS, KRISTOPHER C/O S. KATZMAN<br>BIENERT KATZMAN LITTRELL WILLIAMS LLP<br>903 CALLE AMANECER STE 350<br>SAN CLEMENTE, CA 92673-6253 |
| **POC**<br>WINTERS, KRISTOFFER<br>C/O STEVEN KATZMAN<br>903 CALLE AMANECER STE 350<br>SAN CLEMENTE, CA 92673 | **NOTICE PARTY**<br>WOLFE, BILL<br>525 S FLAGLER DRIVE PH2 C/D<br>WEST PALM BEACH, FL 33401-5922 | RETURN MAIL |
| **N/A**<br>SANTA ANA DIVISION<br>411 WEST FOURTH STREET, SUITE 2030,<br>SANTA ANA, CA 92701-4500<br>**N/A** | **NOTICE PARTY**<br>RUBERTI, LISA<br>**UNDELIVERABLE - INCOMPLETE ADDRESS** | **NOTICE PARTY**<br>WANG, ANGI<br>**UNDELIVERABLE - INCOMPLETE ADDRESS** |
| **NOTICE PARTY**<br>CAVE, DERYK<br>50 BIG SKY RESORT RD<br>BIG SKY, MT 59716<br>**UPDATED ADDRESS - PER CREDITOR REQUEST** | **NOTICE PARTY**<br>SUTHERLAND, ANNE & GRANT<br>61070 MINARET CIRCLE<br>BEND, OREGON 97702-1903<br>**UPDATED ADDRESS - PER CREDITOR REQUEST** | **NOTICE PARTY**<br>HAZEN, CASSANDRA AND PAUL<br>C/O JOANNA MARIE MYERS<br>9465 WILSHIRE BLVD SUITE 300<br>BEVERLY HILLS, CA 90212-2624<br>**UPDATED ADDRESS - PER CREDITOR REQUEST** |
| **NOTICE PARTY**<br>SHERLOCK, TINA & RUSS<br>1416 W MAIN STREET<br>CARMEL, IN 46032<br>**UNDELIVERABLE** | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**