Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:     lshulman@shulmanbastian.com
           jbastian@shulmanbastian.com
           afriedman@shulmanbastian.com
           mcasal@shulmanbastian.com

General Counsel for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>                        Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**STIPULATION FOR ORDER: (I) CONTINUING THE HEARING ON THE DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT; AND (II) APPROVING SCHEDULE AND PROCEDURES RELATED THERETO**<br><br>**Current Hearing Date**:<br>Date:  March 17, 2026<br>Time:  2:30 p.m.<br>Place:  6C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701<br><br>**Proposed Continued Hearing Date**:<br>Date:  April 28, 2026<br>Time:  2:30 p.m.<br>Place:  6C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "Debtor"), Bryan Gadol ("Gadol"), Darren Testa ("Testa"), Lugano Diamonds & Jewelry Inc. ("Lugano"), Compass Group Diversified Holdings LLC ("CODI"), White Mountain Capital Inc. ("WMCI"), the Official Committee of Creditors of Lugano Diamonds & Jewelry Inc. (the "Lugano Committee"), and Royal T Diamonds Group Ltd. ("Royal T" and collectively with Lugano, CODI, WMCI, and the Lugano Committee, the "Objecting Parties"), by and through their counsel, enter into this stipulation (the "Stipulation") for order continuing the hearing on the Debtor's Settlement Motion and approving the Proposed Schedule and Procedures (each as defined below). The Debtor, Gadol, Testa and the Objecting Parties shall collectively be referred to as the Parties.

**RECITALS**

1. On September 16, 2025, the Debtor filed its voluntary petition for relief commencing this Chapter 11 bankruptcy case.

2. On March 17, 2026, the Debtor filed its Motion for Order Approving Settlement [Dkt. No. 240] (the "Settlement Motion"). The Settlement Motion seeks approval of settlement agreement between the Debtor, Gadol and Testa.

3. The hearing on the Settlement Motion is currently set for March 17, 2026 (the "Hearing Date").

4. On March 3, 2026, the Objecting Parties filed the following responses to the Settlement Motion (collectively, the "Objections"):

    a.    WMCI: White Mountain Capital Inc.'s Opposition to Motion to Approve Compromise Under Rule 9019 [Dkt. No. 246];

    b.    Lugano: Objection of Lugano Diamonds & Jewelry Inc. to Motion for Order Approving Settlement [Dkt. No. 247];

    c.    Lugano Committee: Joined in Objection of Lugano Diamonds & Jewelry Inc. to Motion for Order Approving Settlement [Dkt. No. 250];

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

        d.     <u>Royal T</u>: Renewed Objection to Motion for Order Approving Settlement [Dkt. No. 251]; and

        e.     <u>CODI</u>: Compass Group Diversified Holdings LLC's Opposition to Motion for Order Approving Settlement [Dkt. No. 252].

5.     The Debtor, Gadol, and Testa have agreed with the Objecting Parties to continue the Hearing Date to allow the Parties to engage in targeted discovery regarding the issues raised in the Objections.

**STIPULATION**

1.     The Parties hereby stipulate and agree to continue the Hearing Date in accordance with the following schedule and procedures (the "<u>Proposed Schedule and Procedures</u>"):

        a.     <u>Continued Hearing Date</u>: April 28, 2026 at 2:30 p.m. or as soon thereafter as the Court's calendar permits.

        b.     <u>Objectors' Supplemental Brief Filing Deadline</u>: April 9, 2026.

        c.     <u>Reply Brief Deadline</u>: April 21, 2026.

        d.     <u>Document Requests</u>:

            i.     <u>Deadline to Serve</u>: March 11, 2026 at 9:00 a.m. PDT;

            ii.     <u>Response Deadline</u>: Documents to be produced on a rolling basis as available, but shall be completed at least one week before depositions;

            iii.     Document requests shall be subject to Federal Rule of Bankruptcy Procedure 7034 and Federal Rule of Civil Procedure 34, but formal written requests or responses are not required.

        e.     <u>Depositions</u>: All Objecting Parties shall coordinate their examinations such that each witness will be deposed only once, with all Objecting Parties conducting their examinations during a single deposition on the same day.

///

///

///

///

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

**WHEREFORE**, based on the foregoing, the Parties respectfully request that the Court enter an order continuing the Hearing Date from March 17, 2016 to April 28, 2026 and approving the Proposed Schedule and Procedures.

**IT IS SO STIPULATED AND AGREED.**

                                      **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED: March 9, 2026         By:      */s/ Max Casal*
                                            Leonard M. Shulman
                                            James C. Bastian, Jr.
                                            Alan J. Friedman
                                            Max Casal
                                            General Counsel for the Debtor

DATED: March 9, 2026         **PERKINS COIE LLP**

                                      By:
                                            Paul Jasper
                                            Attorneys for Bryan Gadol and Darren Testa

                                        **KELLER BENVENUTTI KIM LLP**

DATED: March 9, 2026         By:
                                            Traci L. Shafroth
                                            Jay R. Minga
                                            Attorneys for Lugano Diamonds & Jewelry Inc.

                                        **SQUIRE PATTON BOGGS LLP**

DATED: March 9, 2026         By:
                                            Karol Denniston
                                            Scott Kane
                                            Peter R. Morrison
                                            Attorneys for Compass Group Diversified Holdings LLC

                                        **ALDRIDGE PITE, LLP**

DATED: March 9, 2026         By:
                                            Gregory P. Campbell
                                            Todd S. Garan
                                            Attorneys for White Mountain Capital Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

**WHEREFORE**, based on the foregoing, the Parties respectfully request that the Court enter an order continuing the Hearing Date from March 17, 2016 to April 28, 2026 and approving the Proposed Schedule and Procedures.

**IT IS SO STIPULATED AND AGREED.**

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED: March 9, 2026    By: _____
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
General Counsel for the Debtor

DATED: March 9, 2026    **PERKINS COIE LLP**
By: _____
Paul Jasper
Attorneys for Bryan Gadol and Darren Testa

**KELLER BENVENUTTI KIM LLP**

DATED: March 9, 2026    By: _____
Traci L. Shafroth
Jay R. Minga
Attorneys for Lugano Diamonds & Jewelry Inc.

**SQUIRE PATTON BOGGS LLP**

DATED: March 9, 2026    By: _____
Karol Denniston
Scott Kane
Attorneys for Compass Group Diversified Holdings LLC

**ALDRIDGE PITE, LLP**

DATED: March 9, 2026    By: _____
Gregory P. Campbell
Todd S. Garan
Attorneys for White Mountain Capital Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

WHEREFORE, based on the foregoing, the Parties respectfully request that the Court enter an order continuing the Hearing Date from March 17, 2016 to April 28, 2026 and approving the Proposed Schedule and Procedures.

**IT IS SO STIPULATED AND AGREED.**

                              **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED: March 9, 2026         By: _____
                                                 Leonard M. Shulman
                                                 James C. Bastian, Jr.
                                                 Alan J. Friedman
                                                 Max Casal
                                                 General Counsel for the Debtor

DATED: March 9, 2026         **PERKINS COIE LLP**
                                     By: _____
                                                 Paul Jasper
                                                 Attorneys for Bryan Gadol and Darren Testa

                                 **KELLER BENVENUTTI KIM LLP**

DATED: March 9, 2026         By: *[signature]*_____
                                                 Traci L. Shafroth
                                                 Jay R. Minga
                                                 Attorneys for Lugano Diamonds & Jewelry Inc.

                                 **SQUIRE PATTON BOGGS LLP**

DATED: March 9, 2026         By: _____
                                                 Karol Denniston
                                                 Scott Kane
                                                 Attorneys for Compass Group Diversified Holdings LLC

                                 **ALDRIDGE PITE, LLP**

DATED: March 9, 2026         By: _____
                                                 Gregory P. Campbell
                                                 Todd S. Garan
                                                 Attorneys for White Mountain Capital Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

WHEREFORE, based on the foregoing, the Parties respectfully request that the Court enter an order continuing the Hearing Date from March 17, 2016 to April 28, 2026 and approving the Proposed Schedule and Procedures.

**IT IS SO STIPULATED AND AGREED.**

|  |  |
|---|---|
|  | **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP** |
| DATED: March 9, 2026 | By: _____ <br> Leonard M. Shulman <br> James C. Bastian, Jr. <br> Alan J. Friedman <br> Max Casal <br> General Counsel for the Debtor |
| DATED: March 9, 2026 | **PERKINS COIE LLP** <br> By: _____ <br> Paul Jasper <br> Attorneys for Bryan Gadol and Darren Testa |
|  | **KELLER BENVENUTTI KIM LLP** |
| DATED: March 9, 2026 | By: _____ <br> Traci L. Shafroth <br> Jay R. Minga <br> Attorneys for Lugano Diamonds & Jewelry Inc. |
|  | **SQUIRE PATTON BOGGS LLP** |
| DATED: March 9, 2026 | By: /s/ _____ <br> Karol Denniston <br> Scott Kane <br> Peter R. Morrison <br> Attorneys for Compass Group Diversified Holdings LLC |
|  | **ALDRIDGE PITE, LLP** |
| DATED: March 9, 2026 | By: _____ <br> Gregory P. Campbell <br> Todd S. Garan <br> Attorneys for White Mountain Capital Inc. |

**WHEREFORE**, based on the foregoing, the Parties respectfully request that the Court enter an order continuing the Hearing Date from March 17, 2016 to April 28, 2026 and approving the Proposed Schedule and Procedures.

**IT IS SO STIPULATED AND AGREED.**

|  |  |
|---|---|
|  | **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP** |
| DATED:  March 9, 2026 | By: _____<br>Leonard M. Shulman<br>James C. Bastian, Jr.<br>Alan J. Friedman<br>Max Casal<br>General Counsel for the Debtor |
|  | **PERKINS COIE LLP** |
| DATED:  March 9, 2026 | By: _____<br>Paul Jasper<br>Attorneys for Bryan Gadol and Darren Testa |
|  | **KELLER BENVENUTTI KIM LLP** |
| DATED:  March 9, 2026 | By: _____<br>Traci L. Shafroth<br>Jay R. Minga<br>Attorneys for Lugano Diamonds & Jewelry Inc. |
|  | **SQUIRE PATTON BOGGS LLP** |
| DATED:  March 9, 2026 | By: _____<br>Karol Denniston<br>Scott Kane<br>Peter R. Morrison<br>Attorneys for Compass Group Diversified Holdings LLC |
|  | **ALDRIDGE PITE, LLP** |
| DATED:  March 9, 2026 | By: _____/s/_____<br>Gregory P. Campbell<br>Todd S. Garan<br>Attorneys for White Mountain Capital Inc. |

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

DATED: March 9, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ 
Jeffrey N. Pomerantz
Jordan A. Kroop
Attorneys for Official Committee off Creditors of
Lugano Diamonds & Jewelry Inc.

DATED: March 9, 2026

**MOJDEHI GALVIN REGO LLP**

By: 
Ali M. Mojdehi
Allison M. Rego
Attorneys for Royal T Diamonds Group Ltd.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

DATED: March 9, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

By: _____
Jeffrey N. Pomerantz
Jordan A. Kroop
Attorneys for Official Committee off Creditors of
Lugano Diamonds & Jewelry Inc.

DATED: March 9, 2026

**MOJDEHI GALVIN REGO LLP**

By: _____
Ali M. Mojdehi
Allison M. Rego
Attorneys for Royal T Diamonds Group Ltd.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR ORDER: (I) CONTINUING THE HEARING ON THE DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT; AND (II) APPROVING SCHEDULE AND PROCEDURES RELATED THERETO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 9, 2026  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 9, 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2026 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Max Casal    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- John B Connor    jack@johnbconnor.com
- Matthew Tyler Davis    tdavis@kbkllp.com
- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- George Gerro    george@gerrolaw.com
- Michael D Good    mgood@southbaylawfirm.com
- Christopher J Harney    charney@tocounsel.com, kmanson@tocounsel.com
- Paul Jasper    pjasper@perkinscoie.com, david.kline@rimonlaw.com
- Steven J. Katzman    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Tobias S Keller    tkeller@kellerbenvenutti.com
- Jordan A Kroop    jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
- Mette H Kurth    mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
- Wendy A Locke    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Ali M. Mojdehi    ali.mojdehi@mgr-legal.com
- John Morris    jmorris@pszjlaw.com
- Dakota Pearce    dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Allison M. Rego    allison.rego@mgr-legal.com
- Stacy H Rubin    rubins@ballardspahr.com, kmcgee@howardandhoward.com
- Traci L Shafroth    tshafroth@kbkllp.com, jminga@kbkllp.com
- Leonard M. Shulman    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

Honorable Mark D. Houle
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street
Suite 6135/Courtroom 6C
Santa Ana, CA 92701-4593

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**