**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
TRACI L. SHAFROTH (Cal. Bar No. 251673)
(tshafroth@kbkllp.com)
JAY R. MINGA (Cal. Bar No. 293744)
(jminga@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone:  (415) 496-6723
Facsimile:   (650) 636-9251

*Attorneys for Lugano Diamonds & Jewelry Inc.*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Simba IL Holdings, LLC,<br><br>   Debtor and Debtor in Possession. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**AMENDED PROOF OF SERVICE** |

PROOF OF SERVICE
1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
101 Montgomery Street, Suite 1950, San Francisco, CA 94704

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion and Motion for Production of Documents by Creditor WMCI, Daniel L. Perl, and Sandra Perl, Under Federal Rule of Bankruptcy Procedure 2004 [Dkt. No. 261]; Declaration re: Jay R. Minga in Support of Motion for Production of Documents by Creditor WMCI [Dkt. No. 263]
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/09/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/09/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/10/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
BY COURIER FOR OVERNIGHT DELIVERY: Hon. Mark D. Houle, U.S. Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/10/2026 | Alexander L. Hahn | /s/ Alexander L. Hahn |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** CONTINUED:

   - **Anthony Bisconti:** tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com, docket@bklwlaw.com
   - **Greg P Campbell:** ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com; gcampbell@aldridgepite.com
   - **Max Casal:** mcasal@shulmanbastian.com, avernon@shulmanbastian.com
   - **John B Connor:** jack@johnbconnor.com
   - **Matthew Tyler Davis:** tdavis@kbkllp.com
   - **Karol K Denniston:** karol.denniston@squirepb.com, travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com
   - **Don Fisher:** dfisher@ptwww.com, tblack@ptwww.com
   - **Alan J Friedman:** afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
   - **George Gerro:** george@gerrolaw.com
   - **Michael D Good:** mgood@southbaylawfirm.com
   - **Christopher J Harney:** charney@tocounsel.com, kmanson@tocounsel.com
   - **Paul Jasper:** pjasper@perkinscoie.com, david.kline@rimonlaw.com
   - **Steven J Katzman:** skatzman@bklwlaw.com, 1193516420@filings.docketbird.com, docket@bklwlaw.com
   - **Tobias S Keller:** tkeller@kellerbenvenutti.com
   - **Jordan A Kroop:** jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
   - **Mette H Kurth:** mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
   - **Wendy A Locke:** ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
   - **Richard A Marshack:** rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
   - **Ali M. Mojdehi:** ali.mojdehi@mgr-legal.com
   - **John Morris:** jmorris@pszjlaw.com
   - **Dakota Pearce:** dpearce@buchalter.com, pjolley@buchalter.com; smartin@buchalter.com; docket@buchalter.com
   - **Matthew D Pham:** mpham@allenmatkins.com, mdiaz@allenmatkins.com
   - **Jeffrey N Pomerantz:** jpomerantz@pszjlaw.com
   - **Allison M. Rego:** allison.rego@mgr-legal.com
   - **Stacy H Rubin:** shr@h2law.com, kmcgee@howardandhoward.com
   - **Traci L Shafroth:** tshafroth@kbkllp.com
   - **Leonard M. Shulman:** lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com; yrivera@shulmanbastian.com
   - **Timothy J Silverman:** tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
   - **United States Trustee (SA):** ustpregion16.sa.ecf@usdoj.gov


2. **SERVED BY UNITED STATES MAIL:** CONTINUED:

| **Compass Colorado, LLC** | **Queenie K Ng** | **Shulman Bastian Friedman Bui & O'Dea LLP** | **Grobstein Teeple LLP** |
|---|---|---|---|
| c/o Steven Shane | 411 West Fourth St. | | 23832 Rockfield Blvd |
| 230 E Hopkins Avenue | Suite 7160 | 100 Spectrum Center Drive | Suite 245 |
| Aspen, CO 81611 | Santa Ana, CA 92701 | Suite 600 | Lake Forest, CA 92630 |
| | | Irvine, CA 92618 | |

**YASSIN LAW, APC**
1010 E. Union Street
Suite 201
Pasadena, CA 91106