Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:        lshulman@shulmanbastian.com
              jbastian@shulmanbastian.com
              afriedman@shulmanbastian.com
              mcasal@shulmanbastian.com


General Counsel for Debtor and Debtor in Possession


# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re | Case No. 8:25-bk-12616-MH |
|---|---|
| **SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,** <br><br> Debtor. | Chapter 11 <br><br> **STIPULATION FOR ORDER CONTINUING (1) THE HEARING ON THE MOTION TO APPROVE ADEQUACY OF THE DEBTOR'S DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF LIQUIDATION AND (2) RELATED DEADLINES** <br><br> **Current Hearing Date**: <br> Date: March 31, 2026 <br> Time: 2:30 p.m. <br> Place: 6C <br>       411 West Fourth Street <br>       Santa Ana, CA 92701 <br><br> **Proposed Continued Hearing Date**: <br> Date: April 28, 2026 <br> Time: 2:30 p.m. <br> Place: 6C <br>       411 West Fourth Street <br>       Santa Ana, CA 92701 |

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "Debtor"), Lugano Diamonds & Jewelry Inc. ("Lugano"), Compass Group Diversified Holdings LLC ("CODI"), and the Official Committee of Creditors of Lugano Diamonds & Jewelry Inc. (the "Lugano Committee" and collectively with Lugano and CODI, the "Objecting Parties"), by and through their counsel, enter into this stipulation (the "Stipulation") for an order continuing the hearing on the *Motion to Approve Adequacy of the Debtor's Disclosure Statement in Support of Chapter 11 Plan of Liquidation* (the "Motion") [Dkt. No. 230] and related deadlines (as defined below). The Debtor and the Objecting Parties shall collectively be referred to as the Parties.

**RECITALS**

1. On September 16, 2025, the Debtor filed its voluntary petition for relief commencing this Chapter 11 bankruptcy case.

2. On February 17, 2026, the Debtor filed its Motion. By the Motion, the Debtor requests approval of the Disclosure Statement in Support of Chapter 11 Plan of Liquidation [Dkt. No. 228] (the "Disclosure Statement").

3. The hearing on the Motion is currently set for March 31, 2026 (the "Hearing Date"). The deadline for filing objections to the Motion is currently March 17, 2026. The deadline for the Debtor to file a reply to any objections to the Motion is March 24, 2026.

4. The Debor has received informal comments to the Motion and the Disclosure Statement by the Objecting Parties.

5. The Debtor has agreed with the Objecting Parties to continue the Hearing Date to allow the Parties to engage in negotiations in order to resolve the issues raised in the informal comments.

6. Pending the filing and approval of this Stipulation, the Debtor agreed to continue the deadline for filing objections to the Motion, solely as to the Objecting Parties, to March 20, 2026.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

## STIPULATION

1.  The Parties hereby stipulate and agree to continue the Hearing Date for a period of four weeks, to be heard on April 28, 2026 at 2:30 p.m., or a date convenient to the Court's calendar.

2.  The Parties hereby further stipulate and agree to extend the deadline to file any formal responses to the Motion to and including April 14, 2026 (or fourteen days prior to the continued Hearing Date).

3.  The Parties hereby further stipulate and agree to extend the deadline for the Debtor to file a reply to any objections to the Motion to and including April 21, 2026 (or seven days prior to the continued Hearing Date).

**WHEREFORE**, based on the foregoing, the Parties respectfully request that the Court enter an order (1) continuing the Hearing Date from March 31, 2026 to April 28, 2026 at 2:30 p.m., or a date convenient to the Court's calendar, (2) extending the deadline to file any formal responses to the Motion to and including fourteen days prior to the continued hearing date, and (3) extending the deadline for the Debtor to file a reply to any objections to the Motion to and including seven days prior to the continued hearing date.

**IT IS SO STIPULATED AND AGREED.**

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED:  March 18, 2026          By:          _/s/ Max Casal_
                                            Leonard M. Shulman
                                            James C. Bastian, Jr.
                                            Alan J. Friedman
                                            Max Casal
                                            General Counsel for the Debtor

**KELLER BENVENUTTI KIM LLP**

DATED:  March 18, 2026          By:          _____
                                            Tobias S. Keller
                                            Traci L. Shafroth
                                            Jay R. Minga
                                            Attorneys for Lugano Diamonds & Jewelry Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

**SQUIRE PATTON BOGGS LLP**

DATED: March __, 2026          By: _____

Karol Denniston
Scott Kane
Peter R. Morrison
Attorneys for Compass Group Diversified Holdings
LLC

**PACHULSKI STANG ZIEHL & JONES LLP**

DATED: March ___, 2026          By: _____

Jeffrey N. Pomerantz
Jordan A. Kroop
Attorneys for Official Committee off Creditors of
Lugano Diamonds & Jewelry Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

**SQUIRE PATTON BOGGS LLP**

DATED: March ___, 2026

By: _____

Karol Denniston
Scott Kane
Peter R. Morrison
Attorneys for Compass Group Diversified Holdings LLC

**PACHULSKI STANG ZIEHL & JONES LLP**

DATED: March 18 , 2026

By: _____

Jeffrey N. Pomerantz
Jordan A. Kroop
Attorneys for Official Committee off Creditors of Lugano Diamonds & Jewelry Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR ORDER  CONTINUING (1) THE HEARING ON THE  MOTION TO APPROVE ADEQUACY OF THE DEBTOR'S DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF LIQUIDATION AND (2) RELATED DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  March 18, 2026  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  March 18, 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

⊠ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (<u>state method for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2026 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

<u>**ADDITIONAL SERVICE INFORMATION (if needed):**</u>

## 1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

- Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Max Casal    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- John B Connor    jack@johnbconnor.com
- Matthew Tyler Davis    tdavis@kbkllp.com
- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- George Gerro    george@gerrolaw.com
- Michael D Good    mgood@southbaylawfirm.com
- Christopher J Harney    charney@tocounsel.com, kmanson@tocounsel.com
- Paul Jasper    pjasper@perkinscoie.com, david.kline@rimonlaw.com
- Steven J. Katzman    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Tobias S Keller    tkeller@kellerbenvenutti.com
- Jordan A Kroop    jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
- Mette H Kurth    mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
- Wendy A Locke    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Ali M. Mojdehi    ali.mojdehi@mgr-legal.com
- John Morris    jmorris@pszjlaw.com
- Dakota Pearce    dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Allison M. Rego    allison.rego@mgr-legal.com
- Stacy H Rubin    rubins@ballardspahr.com, kmcgee@howardandhoward.com
- Traci L Shafroth    tshafroth@kbkllp.com, jminga@kbkllp.com
- Leonard M. Shulman    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## 2. <u>SERVED BY U.S. MAIL</u>

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

Honorable Mark D. Houle
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street
Suite 6135/Courtroom 6C
Santa Ana, CA 92701-4593

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.