Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No.  132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:        lshulman@shulmanbastian.com
                  jbastian@shulmanbastian.com
                  afriedman@shulmanbastian.com
                  mcasal@shulmanbastian.com

General Counsel for Debtor and Debtor in Possession

**FILED & ENTERED**

**APR 22 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle          DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br>                    Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION FOR ORDER: CONTINUING THE HEARING ON THE DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT**<br><br>**Continued Hearing Date**:<br>Date:   July 7, 2026<br>Time:   1:30 p.m.<br>Place:  6C<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

The Court having read and considered the Second Stipulation for Order: Continuing the Hearing on the Debtor's Motion for Order Approving Settlement (the "Stipulation"[1]) filed with this Court on April 22, 2026 [Dkt. No. 278], and for good cause appearing:

---

[1] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Stipulation.

**IT IS HEREBY ORDERED:**

1.      The Stipulation is approved.

2.      The following schedule and procedures are hereby approved:

a.   The hearing on the Motion for Order Approving Settlement ("Settlement Motion") [Dkt. No. 240] is hereby continued to July 7, 2026 at 1:30 p.m.

b.   A status conference shall be held on the current hearing date of April 28, 2026 at 2:30 p.m. to discuss, among other things, the parameters of the continued hearing on the Settlement Motion.

c.   The deadline for any of the Objecting Parties to file a supplemental brief in response to the Settlement Motion is June 2, 2026.

d.   The deadline for filing any reply briefs in support of the Settlement Motion is June 23, 2026.

# # # #

Date: April 22, 2026

Mark Houle
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2