Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No.  132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:   (949) 340-3000
Email:          lshulman@shulmanbastian.com
                     jbastian@shulmanbastian.com
                     afriedman@shulmanbastian.com
                     mcasal@shulmanbastian.com

General Counsel for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**SIMBA  IL  HOLDINGS, LLC., a Delaware limited liability company,**<br><br>                              Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 11<br><br>**STIPULATION FOR ORDER CONTINUING (1) THE HEARING ON THE  MOTION TO APPROVE ADEQUACY OF THE DEBTOR'S DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF LIQUIDATION AND (2) RELATED DEADLINES**<br><br>**Current Hearing**<br>Date:   April 28, 2026<br>Time:   2:30 p.m.<br>Place:  6C<br>              411 West Fourth Street<br>              Santa Ana, CA 92701<br><br>**Proposed Continued Hearing**<br>Date:   July 7, 2026<br>Time:   1:30 p.m.<br>Place:  6C<br>              411 West Fourth Street<br>              Santa Ana, CA 92701 |

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "Debtor"), Lugano Diamonds & Jewelry Inc. ("Lugano"), Compass Group Diversified Holdings LLC ("CODI"), the Official Committee of Creditors of Lugano Diamonds & Jewelry Inc. (the "Lugano Committee"), and CitiMortgage, Inc. ("CitiMortgage" and collectively with Lugano, CODI, and the Lugano Committee, the "Objecting Parties"), by and through their counsel, enter into this stipulation (the "Stipulation") for an order continuing the hearing on the *Motion to Approve Adequacy of the Debtor's Disclosure Statement in Support of Chapter 11 Plan of Liquidation* (the "Motion") [Dkt. No. 230] and related deadlines. The Debtor and the Objecting Parties shall collectively be referred to as the Parties.

## RECITALS

1. On September 16, 2025, the Debtor filed its voluntary petition for relief commencing this Chapter 11 bankruptcy case.

2. On February 17, 2026, the Debtor filed its Motion. By the Motion, the Debtor requests approval of the Disclosure Statement in Support of Chapter 11 Plan of Liquidation [Dkt. No. 228] (the "Disclosure Statement").

3. After the filing of the Motion, the Debor received informal comments to the Motion and the Disclosure Statement by the Objecting Parties.

4. On March 18, 2026, the Debtor filed the Stipulation for Order Continuing (1) the Hearing on the Motion to Approve Adequacy of the Debtor's Disclosure Statement in Support of Chapter 11 Plan of Liquidation and (2) Related Deadlines [Dkt. No. 270] (the "First Stipulation") which was approved by the Court on the same day [Dkt. No. 272].

5. Pursuant to the First Stipulation, the Debtor agreed with the Objecting Parties to continue the hearing on the Motion to April 28, 2026 (the "Hearing Date").

6. Since approval of the First Stipulation: (i) the Parties have engaged in substantive discussions to resolve the issues raised in the informal comments, (ii) CitiMortgage filed its

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Objection to Approval of Debtor's Disclosure Statement [Dkt. No. 277] on April 14, 2026, and (iii) the Debtor has received further comments on the Disclosure Statement from other parties.

7.  The Parties now request a further continuance of the Hearing Date to permit the Debtor to consensually resolve the issues raised by the Objecting Parties.

## STIPULATION

1.  The Parties hereby stipulate and agree to continue the Hearing Date to July 7, 2026 at 1:30 p.m., or a date convenient to the Court's calendar.

2.  The Parties hereby further stipulate and agree to extend the deadline to file any formal responses to the Motion to and including June 23, 2026 (or fourteen days prior to the continued Hearing Date).

3.  The Parties hereby further stipulate and agree to extend the deadline for the Debtor to file a reply to any objections to the Motion to and including June 30, 2026 (or seven days prior to the continued Hearing Date).

**WHEREFORE**, based on the foregoing, the Parties respectfully request that the Court enter an order approving the Stipulation and continuing the Hearing Date and related deadlines in accordance herewith.

**IT IS SO STIPULATED AND AGREED.**

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

DATED: April _, 2026   By: _____ /s/ Max Casal _____
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
General Counsel for the Debtor

**KELLER BENVENUTTI KIM LLP**

DATED: April _, 2026   By: _____
Traci L. Shafroth
Jay R. Minga
Attorneys for Lugano Diamonds & Jewelry Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

**SQUIRE PATTON BOGGS LLP**

DATED: April _, 2026

By: _____

Karol Denniston
Scott Kane
Peter R. Morrison
Attorneys for Compass Group Diversified Holdings LLC

**PACHULSKI STANG ZIEHL & JONES LLP**

DATED: April _, 2026

By: _____

Jeffrey N. Pomerantz
Jordan A. Kroop
Attorneys for Official Committee off Creditors of Lugano Diamonds & Jewelry Inc.

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

DATED: April _, 2026

By: _____

Darlene C. Vigil
Marisol A. Nagata
Attorneys for CitiMortgage, Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

**SQUIRE PATTON BOGGS LLP**

DATED:  April _, 2026

By: _____

Karol Denniston
Scott Kane
Peter R. Morrison
Attorneys for Compass Group Diversified Holdings
LLC

**PACHULSKI STANG ZIEHL & JONES LLP**

DATED:  April 23, 2026

By: _____

Jeffrey N. Pomerantz
Jordan A. Kroop
Attorneys for Official Committee off Creditors of
Lugano Diamonds & Jewelry Inc.

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

DATED:  April _, 2026

By: _____

Darlene C. Vigil
Marisol A. Nagata
Attorneys for CitiMortgage, Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

**SQUIRE PATTON BOGGS LLP**

DATED:  April __, 2026

By: _____

Karol Denniston
Scott Kane
Peter R. Morrison
Attorneys for Compass Group Diversified Holdings
LLC


**PACHULSKI STANG ZIEHL & JONES LLP**

DATED:  April __, 2026

By: _____

Jeffrey N. Pomerantz
Jordan A. Kroop
Attorneys for Official Committee off Creditors of
Lugano Diamonds & Jewelry Inc.


**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

DATED:  April __, 2026

By: _____*marisol nagata*_____

Darlene C. Vigil
Marisol A. Nagata
Attorneys for CitiMortgage, Inc.

SHULMAN BASTIAN
FRIEDMAN BUI &
O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR ORDER  CONTINUING (1) THE HEARING ON THE  MOTION TO APPROVE ADEQUACY OF THE DEBTOR'S DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF LIQUIDATION AND (2) RELATED DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **April 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 26, 2026 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Max Casal    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- John B Connor    jack@johnbconnor.com
- Matthew Tyler Davis    tdavis@kbkllp.com
- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- George Gerro    george@gerrolaw.com
- Michael D Good    mgood@southbaylawfirm.com
- Christopher J Harney    charney@tocounsel.com, kmanson@tocounsel.com
- Paul Jasper    pjasper@perkinscoie.com, david.kline@rimonlaw.com
- Steven J. Katzman    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Tobias S Keller    tkeller@kellerbenvenutti.com
- Jordan A Kroop    jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
- Mette H Kurth    mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
- Wendy A Locke    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Ali M. Mojdehi    ali.mojdehi@mgr-legal.com
- John Morris    jmorris@pszjlaw.com
- Dakota Pearce    dpearce@buchalter.com, pjolley@buchalter.com;smartin@buchalter.com;docket@buchalter.com
- Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Allison M. Rego    allison.rego@mgr-legal.com
- Stacy H Rubin    rubins@ballardspahr.com, kmcgee@howardandhoward.com
- Traci L Shafroth    tshafroth@kbkllp.com, jminga@kbkllp.com
- Leonard M. Shulman    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2. <u>**SERVED BY U.S. MAIL**</u>

Queenie K Ng, Esq.
411 West Fourth St., Suite 7160
Santa Ana, CA 92701

Honorable Mark D. Houle
United States Bankruptcy Court
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                 **F 9013-3.1.PROOF.SERVICE**