

FILED & ENTERED

APR 30 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SIMBA IL HOLDINGS, LLC<br><br><br><br>Debtor. | Case No: 8:25-bk-12616-MH<br><br>Chapter: 11<br><br>**SCHEDULING ORDER CORRECTING OMITTED DEADLINES**<br><br>Hearing Date:<br><br>Date: April 28, 2026<br>Time: 2:30 p.m.<br>Place: 411 W. Fourth St.<br>Santa Ana, CA 92701<br>Courtroom: 6C |

On November 18, 2025, the Court held a case management conference in the above-captioned case. At the scheduling conference, among the deadlines given by the Court were the following:

(1) A deadline to approve disclosure statement (March 31, 2026); and

(2) A deadline to confirm plan (May 26, 2026).

After the case management conference, Debtor's counsel lodged a proposed scheduling order that re-characterized the deadlines given at the case management conference as simply the dates of the hearings on approval of a disclosure statement and confirmation of a plan. As a result, there was no

- 1

order on the docket that reflected the deadlines to approve a disclosure statement and confirm a plan, despite the Court having set such deadlines.

On April 28, 2026, the Court held a hearing on its *Order Setting Hearing RE: Issuance of Scheduling Order* (the "Order") [Dkt. No. 287]. For the reasons set forth above, in the Order, and on the record at the hearing held on April 28, 2026, in order to reflect and effectuate the oral ruling given at the case management conference held on November 18, 2025, the Court formally enters this scheduling order to formalize what the Court already ordered:

(1) The deadline to approve a disclosure statement is March 31, 2026; and

(2) The deadline to confirm a Chapter 11 plan is May 26, 2026.

The Court notes that it considers the deadlines above to have been issued as of November 18, 2025. *See Noli v. C.I.R.*, 860 F.2d 1521, 1525 (9th Cir. 1988) (oral ruling by bankruptcy judge binding despite failure to enter it on the docket).

IT IS SO ORDERED.

###

Date: April 30, 2026

Mark Houle
United States Bankruptcy Judge

- 2