Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Alan J. Friedman – Bar No. 132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:          lshulman@shulmanbastian.com
                jbastian@shulmanbastian.com
                afriedman@shulmanbastian.com
                mcasal@shulmanbastian.com

General Counsel for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:25-bk-12616-MH |
| **SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,** | Chapter 11 |
| Debtor. | **DEBTOR'S FIFTH STATUS REPORT** |
| | **Status Conference:** |
| | DATE:     May 12, 2026 |
| | TIME:      2:30 p.m. |
| | CRTM:    6C |
| | 411 West Fourth Street |
| | Santa Ana, CA 92701 |

Simba IL Holdings, LLC, the debtor and debtor in possession herein (the "Debtor"), hereby submits this fifth status report (the "Status Report") in connection with the status conference scheduled for May 12, 2026. The purpose of this Status Report is to provide the Court and interested parties with an overview of the matters currently pending before the Court and to provide additional information regarding the Alternative Investments (defined below) as requested by the Court at the status conference held on February 17, 2026.

## A.    Status of the Case

On September 16, 2025, the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing this chapter 11 case (the "Case").

The following matters are currently pending in the Case:

### 1.    Plan and Disclosure Statement

On February 13, 2026, the Debtor filed its Chapter 11 Plan of Liquidation [Dkt. No. 229] (the "Plan") and its Disclosure Statement in Support of Chapter 11 Plan of Liquidation [Dkt. No. 228] (the "Disclosure Statement"). The Plan is a liquidating plan which provides for the establishment of a liquidating trust as of the effective date of the Plan, the transfer of all remaining assets of the Debtor as of the effective date to the trust, and the liquidation of such assets to fund distributions under the Plan.

On February 17, 2026, the Debtor filed its Motion to Approve Adequacy of the Debtor's Disclosure Statement in Support of Chapter 11 Plan of Liquidation [Dkt. No. 230] and noticed the hearing on approval of the Disclosure Statement (the "Disclosure Statement Hearing") for March 31, 2026 [Dkt. No. 231].

Since the filing of the Plan and Disclosure Statement, the Debtor has filed two stipulations to continue the Disclosure Statement Hearing [Dkt. Nos. 270, 281] which were approved by the Court [Dkt. Nos. 272, 283]. Pursuant to such stipulations and orders, the Disclosure Statement Hearing is currently set for July 7, 2026 at 1:30 p.m.

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2.    **The 9019 Motion**

On February 24, 2026, the Debtor filed a Motion for Order Approving Settlement [Dkt. No. 240] (the "9019 Motion") which seeks approval of a settlement agreement with Bryan Gadol and Darren Testa which substantially impacts the Plan and the Debtor's ability to effectuate the terms thereof. Specifically, the contemplated agreement resolves the complex issues pending between the Debtor and two of its largest creditors, provides for a substantial reduction of their asserted claims, creates sources of funds to support distributions to creditors of the Debtor's estate upon liquidation of the Debtor's assets, and eliminates the risks, costs, and delays associated with litigation.

After the filing of the 9019 Motion, the Debtor received objections from Compass Group Diversified Holdings LLC [Dkt. No. 252], Lugano Diamonds & Jewelry Inc. [Dkt. No. 247], the Official Committee of Creditors of Lugano Diamonds & Jewelry Inc. [Dkt. No. 250], White Mountain Capital Inc. ("WMCI") [Dkt. No. 246], and Royal T. Diamonds Group Ltd. [Dkt. No. 251]. The Debtor has since filed two stipulations with the objecting parties [Dkt. Nos. 262, 278] to continue the hearing on the 9019 Motion to allow the parties to engage in targeted discovery and settlement negotiations which were subsequently approved by the Court [Dkt. Nos. 265, 279].

In accordance with such stipulations and orders, the parties have engaged in substantive discovery, deposition practice, and negotiations in connection with the 9019 Motion. The hearing on the 9019 Motion is currently scheduled to go forward on July 7, 2026 at 1:30 p.m.

3.    **Motion for Relief From Stay**

On September 30, 2025, WMCI filed a Motion for Relief from Automatic Stay [Dkt No. 39] (the "MFRS"). Thereafter: (i) on October 20, 2025, WMCI filed an Amended Motion for Approval of Stipulation Resolving Creditor's Motion for Relief from the Automatic Stay and Treatment of Creditor's Claim by and between White Mountain Capital, Inc. and Debtor, Simba IL Holdings, LLC [Dkt. No. 86] (the "Amended Motion"), (ii) on December 1, 2025, WMCI filed a Supplement and Amended Stipulation (the "Amended Stipulation") to the Amended Motion [Dkt. No. 150], and (iii) on December 16, 2025, the Court entered an order [Dkt. No. 194] approving the Amended Stipulation with certain modifications and continuing the hearing on the MFRS.

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

On April 23, 2026, the Debtor filed a Stipulation for Order Continuing the Hearing on Relief from the Automatic Stay [Dkt. No. 280] which was approved by the Court [Dkt. No. 282]. The hearing on the MFRS is scheduled to go forward on July 7, 2026 at 1:30 p.m.

4.    **Order to Show Cause and Motion for Relief**

On April 30, 2026, the Court entered the Order to Show Cause Why Case Should Not be Dismissed or Converted [Dkt. No. 299] (the "OSC"). The OSC is based, at least in part, on the Debtor's failure to comply with the deadlines memorialized in the Scheduling Order Correcting Omitted Deadlines [Dkt. No. 296] (the "Amended Scheduling Order"). A hearing on the OSC is set for May 26, 2026 at 1:30 p.m. and the Debtor's response deadline is May 12, 2026.

Prior to or on the same day as this Status Report, the Debtor has filed or will file a motion for order granting relief pursuant to Federal Rule of Civil Procedure 60(b)(1), or, in the alternative, extending the deadlines set forth in the Amended Scheduling Order (the "Motion for Relief"). The Debtor will request that the Motion for Relief be heard concurrently with the OSC on May 26, 2026 at 1:30 p.m.

**B.    The Alternative Investments**

The Debtor maintains investments (collectively, the "Alternative Investments") with certain investment funds. As of the date of this Status Report, the Debtor believes that the current value of the Alternative Investments is between $4 and $6 million, based upon the face value of the Alternative Investments, unfunded commitments, liquidity constraints and potential penalties. The Debtor's investigation and analysis of the Alternative Investments is ongoing. The Debtor has subpoenaed, informally requested and received documents related to the Alternative Investments, their value, their ability to be liquidated, and the consequences for doing so.

Importantly, if the 9019 Motion is not ultimately approved (whether it be for the existing settlement agreement or for a revised version which provides greater benefits for the estate), the Debtor will not have the ability to fund any capital calls. While each of the Alternative Investments are different, each respective partnership agreement or membership agreement provides for various negative outcomes if the Debtor fails to make a capital call, including: (i) payment of default interest and/or collection costs attendant to the unfunded capital call; (ii) forced loans from the general

partner and repayment of same from any distributions prior to any distributions to the Debtor; (iii) enforcement of rights and remedies of a secured creditor pursuant to the Uniform Commercial Code; (iv) purchase of the Debtor's interest at a substantial discount of the current value of the interest, with the purchase price being paid over a 10-year period; and (v) substantial reductions of the Debtor's capital account and an on-going requirement to continue to fund the outstanding capital commitment.

Subject to: (i) the foregoing liquidity restraints and potential penalties and (ii) the Debtor's further investigation and analysis of the Alternative Investments, the following chart summarizes the estimated values of the Alternative Investments:

| Fund | Unfunded | Value |
|---|---|---|
| iCapital BCP IX | $ 554,100.00 | $    46,855.00 |
| iCapital BREP X Access Fund | $ 473,658.00 | $  297,861.00 |
| iCapital BTAS VIII US Access Fund LP | $ 352,578.00 | $  692,482.00 |
| iCapital Blackstone Growth | $ 600,000.00 | $          - |
| Brightstar Capital Partners Fund III, LP | $ 549,608.00 | $  153,289.00 |
| Fundamental Advisors IV | $   73,833.00 | $  912,239.00 |
| HS Sponsor Fund III | $ 301,000.00 | $    59,789.00 |
| RCP Direct IV | $   89,214.00 | $  660,786.00 |
| RCP Fund XVI | $ 426,905.00 | $  526,060.00 |
| Turning Rock | $   69,324.00 | $  629,281.00 |
| Blackstone Real Estate Income Trust Class I | $          - | $      2,095.00 |
| Blackstone Tactical Opportunities Fund IV, LP | $          - | $          - |
| Brevet Direct Lending Short Duration Fund, LP | $          - | $1,086,233.00 |
| CWS SAF XIII | $          - | $  530,899.00 |
| CWS S13 Lender Group | $          - | $    20,889.00 |

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

| | | |
|---|---|---|
| Redmile Capital Fund, LP | $        - | $  223,742.00 |
| Starwood Real Estate Income Trust, Inc. | $        - | $    21,412.00 |
| Suvretta Partners, LP | $        - | $      9,487.00 |

Respectfully submitted,

Dated: May 5, 2026       **SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

_____/s/__*Max Casal*_____
Leonard M. Shulman
James C. Bastian, Jr.
Alan J. Friedman
Max Casal
General Counsel for the Debtor

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S FIFTH STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 5, 2026  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 5, 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark Houle
U.S. Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

⊠ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 5, 2026 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

### 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Anthony Bisconti**   tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**   mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **John B Connor**   jack@johnbconnor.com
- **Matthew Tyler Davis**   tdavis@kbkllp.com
- **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Don Fisher**   dfisher@ptwww.com, tblack@ptwww.com
- **Alan J Friedman**   afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **George Gerro**   george@gerrolaw.com
- **Michael D Good**   mgood@southbaylawfirm.com
- **Christopher J Harney**   charney@tocounsel.com, kmanson@tocounsel.com
- **Paul Jasper**   pjasper@perkinscoie.com, david.kline@rimonlaw.com
- **Steven J. Katzman**   skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**   tkeller@kellerbenvenutti.com
- **Jordan A Kroop**   jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
- **Mette H Kurth**   mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
- **Wendy A Locke**   ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**   rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Ali M. Mojdehi**   ali.mojdehi@mgr-legal.com
- **John Morris**   jmorris@pszjlaw.com
- **Marisol A Nagata**   CDCAECF@BDFGROUP.COM
- **Dakota Pearce**   dpearce@buchalter.com, pjolley@buchalter.com;docket@buchalter.com
- **Matthew D Pham**   mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Allison M. Rego**   allison.rego@mgr-legal.com
- **Stacy H Rubin**   rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **Traci L Shafroth**   tshafroth@kbkllp.com, jminga@kbkllp.com
- **Leonard M. Shulman**   lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**   tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

### 2. SERVED BY U.S. MAIL

| **DEBTOR** | **DEBTOR** | **COUNSEL FOR CLAIMANT WHITE MOUNTAIN CAPITAL INC.** |
|---|---|---|
| SIMBA IL HOLDINGS, LLC | SIMBA IL HOLDINGS, LLC | GREG P. CAMPBEL |
| ATTN: RICHARD MARSHACK, CRO | 610 NEWPORT CENTER DR., STE. 950 | ALDRIDGE PITE, LLP |
| 870 ROOSEVELT | NEWPORT BEACH, CA 92660-6473 | 3333 CAMINO DEL RIO SOUTH, STE. 225 |
| IRVINE, CA 92618 | | SAN DIEGO, CA 92108 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          **F 9013-3.1.PROOF.SERVICE**

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O TOBIAS S. KELLER - KELLER
BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O TRACI SHAFROTH - KELLER
BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O JAY R. MINGA - KELLER
BENVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O SCOTT FRIEDMAN - KELLER
BENVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
COMPASS GROUP DIVERSIFIED
C/O KAROL DENNISTON-SQUARE
PATTON
555 CALIFORNIA STREET, SUITE 550
SAN FRANCISCO, CA 94104

**RFN**
ATTY FOR GADOL & TESTA
C/O PAUL S. JASPER, ESQ.-PERKINS
COIE
505 HOWARD STREET, SUITE 1000
SAN FRANCISCO, CA 94105-3204

**RFN**
ATTY FOR GADOL & TESTA
C/O REBECA J. MARSTON, ESQ.-
PERKINS COIE
110 NORTH WACKER DR., SUITE 3400
CHICAGO, ILLINOIS 60606

**RFN**
ATTY FOR GADOL & TESTA
C/O HAMID RAFATJOO-RAINES
FELDMAN
4675 MACARTHUR COURT, SUITE 1550
NEWPORT BEACH, CA 92660

**RFN**
COMPASS GROUP DIVERSIFIED
C/O PETER MORRISON, ESQ.
100 KEY TOWER, 127 PUBLIC
SQUARE
CLEVELAND, OH 44114

**RFN & POC**
COMPASS GROUP DIVERSIFIED
C/O S. LERNER & K. ARENDSEN
201 E. FOURTH ST., SUITE 1900
CINCINATI, OH 45202

**RFN - COMMITTEE COUNSEL**
J. POMERANTZ/J. KROOP
PACHULSKI STANG ZIEHL & JONES
LLP
10100 SANTA MONICA BLVD, 13TH FL
LOS ANGELES, CA 90067

**RFN - COMMITTEE COUNSEL**
JOHN A. MORRIS
PACHULSKI STANG ZIEHL & JONES
LLP
1700 BROADWAY, 36TH FLOOR
NEW YORK, NY 10019

**NOTICE PARTY - UST**
QUEENIE K. NG
411 WEST FOURTH STREET, SUITE 7160
SANTA ANA, CA 92701

**NOTICE PARTY**
EMPLOYMENT DEVELOPMENT
DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**NOTICE PARTY**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**NOTICE PARTY & POC**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**NOTICE PARTY**
SECURITIES & EXCHANGE
COMMISSION
ATTN: NISHCHAY MASKAY, SR.
COUNSEL
100 F STREET, NE
WASHINGTON, DC 20549

**NOTICE PARTY**
SECURITIES & EXCHANGE
COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**NOTICE PARTY**
ANTON, DURAID
1 ELK GROVE LN
LAGUNA NIGUEL, CA 92677-1012

**NOTICE PARTY**
ARONOFF, BARRY
C/O LANCE N JURICH/LOEB & LOEB
LLP
10100 SANTA MONICA BLVD SUITE 2200
LOS ANGELES, CA 90067-4120

**NOTICE PARTY**
ARVIELO, RICK
C/O GABRIEL G GREEN -
BUCHALTER APC
1000 WILSHIRE BLVD SUITE 1500
LOS ANGELES, CA 90017-1730

**POC**
ARVIELO FAMILY TRUST, THE
C/O DAKOTA PIERCE
1420 5TH AVENUE, SUITE 3100
SEATTLE, WA 98101

**POC**
AVINA  LLC & GLOBAL
INNOVATIONS
C/O DAVID B. ZOLKIN
11766 WILSHIRE BLVD, SUITE 730
LOS ANGELES, CA 90025

**NOTICE PARTY**
AVINA LLC
C/O D. ENENSTEIN-ENENSTEN PHAM
3200 BRISTOL ST SUITE 500
COSTA MESA, CA 92626

SHULMAN BASTIAN
FRIEDMAN BUI & O'DELL
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618
June 2012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**NOTICE PARTY**
BACLET, CHARLES
1600 S OCEAN BLVD APT 2101
POMPANO BEACH, FL  33062-7710

**NOTICE PARTY & POC**
CHARLES J. BACLET, III
C/O ERIC A. BROWNDORF, ESQ.
COOPER LEVENSON, P.A.
1125 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08402

**NOTICE PARTY**
BELGIUM NEW YORK LLC C/O
PATRICK PAPALIA/ARCHER &
GREINER PC
1211 AVENUE OF THE AMERICAS
#2750
NEW YORK, NY 10036-8789

**NOTICE PARTY**
BENSON, JULIANNE
389 SOUTH LAKE DRIVE #4G
PALM BEACH, FL 33480-4540

**NOTICE PARTY & POC**
BRANDES, ADRIENNE
C/O FISHBACK LAW CORP
4590 MACARTHUR BLVD, STE 500
NEWPORT BEACH, CA 92660

**NOTICE PARTY**
BRANDES, ADRIENNE
919 GARDENIA WAY
CORONA DEL MAR, CA 92625-1547

**NOTICE PARTY**
BUCKSBAUM, GLENN
303 WHITEFISH HILLS LOOP
WHITEFISH, MT 59937-2256

**NOTICE PARTY**
CAMPF, ANNE AND DARREN
4428 IRISH HEIGHTS DRIVE
SUMMERSVILLE, WV 26651-1971

**PREFERRED ADDRESS**
CAVE, DERYK
1195 E COOPER AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
CHAMPION FORCE
C/O LEIB M LERNER/ALSTON & BIRD
LLP
350 SOUTH GRAND AVE 51ST FLOOR
LOS ANGELES, CA 90071-3406

**NOTICE PARTY**
CHANNELS, CEDRIC
402 ESTHER ST
COSTA MESA, CA 92627-2323

**NOTICE PARTY**
CITIBANK, N.A.
1000 TECHNOLOGY DRIVE
O'FALLON, MO 63368-2240

**NOTICE PARTY & POC**
COHEN, RAYMOND
C/O JONATHAN HERSEY/K&L GATES
1 PARK PLAZA TWELFTH FLOOR
IRVINE, CA 92614-5910

**NOTICE PARTY**
CONWAY, MARK
1221 W COAST HWY APT 114
NEWPORT BEACH, CA  92663-5051

**NOTICE PARTY & POC**
COYNE, KAREN
KAREN BEDROSIAN PROPERTY
TRUST
2934  N BEVERLY GLEN CIRCLE,
UNIT 347
LOS ANGELES, CA 90077-1724

**NOTICE PARTY**
DACUS, DEBBIE
5444 CANDLEWOOD DRIVE
HOUSTON, TX 77056-1603

**NOTICE PARTY**
DIAMONDS & JEWELRY INC C/O A
KHAN
BROWN, NERI, SMITH & KHAN LLP
11601 WILSHIRE BLVD SUITE 2080
LOS ANGELES, CA 90025-0389

**NOTICE PARTY**
EMMES, DAVID
655 TOWN CENTER DRIVE
COSTA MESA, CA 92626-1918

**NOTICE PARTY**
FERDER, MORDECHAI AND EDIT
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

**NOTICE PARTY**
FERRY, ANTHONY
20 PACIFICA STE 1000
IRVINE, CA 92618-7462

**POC**
FIRST CIRCLE LLC
C/O RANDALL COFFEE HUMPHREY
LLP
3200 PARK CENTER DR., SUITE 950
COSTA MESA, CA 92626

**NOTICE PARTY**
FLANDERS, SCOTT
1425 SANTA BARBARA DRIVE
NEWPORT BEACH, CA  92660-6373

**NOTICE PARTY**
FLANDERS, SCOTT
PO BOX 7859
AVON, CO  81620-7859

**NOTICE PARTY**
FREEDMAN, JAMES
11755 WILSHIRE BLVD
LOS ANGELES, CA 90025-1501

**NOTICE PARTY**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS 19TH
FLOOR
LOS ANGELES, CA 90067-4410

**NOTICE PARTY**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N MARKET STREET SUITE 805
WILMINGTON, DE 19801-4918

**NOTICE PARTY**
GADOL, BRYAN C/O MICHELLE
SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE
201
ASPEN, CO 81611-2082

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
100 Spectrum Center Drive
Suite 600
Irvine, CA 92612 June 2012

**F 9013-3.1.PROOF.SERVICE**

| NOTICE PARTY | POC | NOTICE PARTY |
|---|---|---|
| GADOL, BRYAN-C/O TODD C THEODORA THEODORA ORINGHER PC 535 ANTON BLVD NINTH FLOOR COSTA MESA, CA 92626-7109 | GADOL, BRYAN C/O PAUL JASPER, PERKINS COIE LLP 505 HOWARD STREET, SUITE 1000 SAN FRANCISCO, CA 94105 | GOLDSTEIN, ALON 22287 MULHOLLAND HWY, UNIT 254 CALABASAS, CA 91302-5157 |

| PREFERRED ADDRESS | NOTICE PARTY & POC | NOTICE PARTY |
|---|---|---|
| HAZEN, CASSANDRA AND PAUL PO BOX 7070 CARMEL, CA 93921 | HOEVEN, DREW 660 NEWPORT CENTTER DRIVE, STE 1450 NEWPORT BEACH, CA 92660 | HOEVEN, DREW 3 CAPE ANDOVER NEWPORT BEACH, CA 92660-8401 |

| NOTICE PARTY | POC | NOTICE PARTY |
|---|---|---|
| HOLZER, RUSTY - C/O B CAPITUMMINO WOODS OVIATT GILMAN LLP 1900 BAUSCH & LOMB PLACE ROCHESTER, NY 14604-2714 | KAREN BEDROSIAN 2934 N BEVERLY GLEN CIRCLE, UNIT 347 LOS ANGLES, CA 90077 | KELSEY, KACI 110 WESTMINSTER ROAD WEST PALM BEACH, FL 33405-1649 |

| NOTICE PARTY | POC | NOTICE PARTY |
|---|---|---|
| KLEIN, BILL 60 LINDA ISLE NEWPORT BEACH, CA 92660-7207 | KRAUS, KEN, MD C/O MICHAEL D. GOOD 3655 TORRANCE BLVD., STE 300 TORANCE, CA 90503 | KRAUS, KEN C/O JEFF AUGUSTINI LAW OFFICE OF JEFF AUGUSTINI 100 BAYVIEW CIRCLE SUITE 210 NEWPORT BEACH, CA 92660-8901 |

| NOTICE PARTY | NOTICE PARTY | POC |
|---|---|---|
| LEE, ROBERT BBD 2012 GIFT TRUST 72-2763 ULUWEUWEU AKSUM PLACE KAILUA KONA, HI 96740 | LEVASQUE, MATT 5893 LAKEVIEW YORBA LINDA, CA 92886-5367 | LEVESQUE, MATTHEW C/O RANDALL COFFEE HUMPHREY LLP 3200 PARK CENTER DR., SUITE 9000 COSTA MESA, CA 92626 |

| NOTICE PARTY & POC | NOTICE PARTY & POC | NOTICE PARTY |
|---|---|---|
| LI, PETER 19211 CROYDEN TER IRVINE, CA 92603-3537 | LOCKSLEY, JOHN 185 WEST END AVENUE UNIT 9A NEW YORK, NY 10023-5543 | LOOK-MAZZA, MONA 344 WEST REDS ROAD ASPEN, CO 81611 |

| POC | POC | NOTICE PARTY |
|---|---|---|
| LUGANO DIAMONDS & JEWELRY C/O CHRISTOPH PACHLER 620 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH, CA 92660 | LUGANO BUYER, INC. C/O CHRISTOPH PACHLER 620 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH, CA 92660 | LUGANO BUYER, INC. 301 RIVERSIDE AVENUE, SECOND FLOOR WESTPORT, CT 06880-4806 |

| NOTICE PARTY | NOTICE PARTY & POC | NOTICE PARTY |
|---|---|---|
| MCCALL, MARIANNE 188 LUDLOW STREET APT 21J NEW YORK, NY 10002-1690 | MCHENRY, TROY 10917 EARTH HUES LAS VEGAS, NV 89135-9132 | MCMACKEN, RON 1660 SOUTH OCEAN BLVD MANALAPAN, FL  33462-6210 |

| NOTICE PARTY | NOTICE PARTY | NOTICE PARTY |
|---|---|---|
| MOENS, LAWRENCE 2335 S OCEAN BLVD PALM BEACH, FL 33480-5368 | MOLER, BILL 10342 MOHAWK ROAD LEAWOOD, KS 66206-2587 | N.B.S. DIAMONDS C/O GERALD L. KROLL KROLL LAW 970 W. BROADWAY, SUITE E-200 JACKSON, WY 83001-6402 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**NOTICE PARTY**
N.B.S. DIAMONDS C/O JOSEPH M. KAR
LAW OFFICE OF JOSEPH M. KAR PC
15250 VENTURA BLVD SUITE PH-1220
SHERMAN OAKS, CA 91403-3201

**POC**
N.B.S. DIAMONDS C/O SHARON WEISS, BRYAN CAVE ET AL
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401

**NOTICE PARTY**
OCONNELL, KEVIN
1714 STARLIGHT CIR
NEWPORT BEACH, CA 92660-4340

**NOTICE PARTY**
PERL, DANIEL C/O OMAR J. YASSIN
YASSIN LAW APC
1010 E. UNION STREET SUITE 201
PASADENA, CA 91106-1756

**NOTICE PARTY**
PHILLIPS, ANDY
2900 BRISTOL STREET
COSTA MESA, CA 92626-5981

**NOTICE PARTY**
PRESUTTI, DANA
424 PARK CIRCLE
ASPEN, CO 81611-3400

**NOTICE PARTY**
RUBERTI, LISA
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
RODAN, AMMON
21 ORINDA WAY, SUITE C-381
ORINDA, CA 94563-2530

**NOTICE PARTY**
ROTHSTEIN, ADAM
17 COVLEE DRIVE
WESTPORT, CT 06880-6407

**POC**
ROYAL T. DIAMONDS GROUP LTD
C/O ALI MOJDEHI, MOJDEHI GALVIN
2550 FIFTH AVENUE, SUITE 910
SAN DIEGO, CA 92103

**NOTICE PARTY**
SHELLY, DAMON
9881 RESEARCH DRIVE
IRVINE, CA 92618-4304

**NOTICE PARTY**
SHERWOOD, STEVE
54 GOLDEN EAGLE
IRVINE, CA 92603-0309

**NOTICE PARTY**
SIMON, RON
620 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660-6420

**NOTICE PARTY**
SIMON, SCOTT
641 ST JAMES ROAD
NEWPORT BEACH, CA 92663-5854

**NOTICE PARTY**
SIMON, VONDA & SCOTT
29230 PASEO CARMONA
SAN JUAN CAPISTRANO, CA 92675-3654

**NOTICE PARTY & POC**
SMITH, MIKE
1585 ATTOKA ROAD
MARSHALL, VA 20115-3505

**NOTICE PARTY**
SONI, ASHISH
1908 N FREMONT STREET
CHICAGO, IL 60614-5017

**POC**
STACK, GEOFFREY & NANCY
C/O MATTHEW D. PHAM-ALLEN MATKINS
865 S. FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017

**NOTICE PARTY**
STACK, JEFF
3501 JAMBOREE ROAD, SUITE 6000
NEWPORT BEACH, CA 92660-2960

**NOTICE PARTY**
STRAWBRIDGE, GEORGE
3801 KENNET PIKE
WILMINGTON, DE 19807-2300

**NOTICE PARTY**
SUMMERS, JIM
282 LOCHA DRIVE
JUPITER, FL 33458-7733

**PREFERRED ADDRESS**
SUTHERLAND, ANNE & GRANT
151 RANCH CREEK LANE
CARBONDALE, CO 91623

**NOTICE PARTY**
SYDNEY HOLDINGS LIMITED
C/O B. CAPITUMMINO - WOODS OVIATT
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**NOTICE PARTY**
SYDNEY HOLDINGS LIMITED C/O J LEVIN
GLASER WEIL FINK HOWARD JORDAN ET AL
10250 CONSTELLATION BLVD 19TH FLOOR
LOS ANGELES, CA 90067-6219

**NOTICE PARTY & POC**
TEDORI, FRED
48 RITZ COVE DRIVE
DANA POINT, CA 92629-4228

**NOTICE PARTY**
TESTA, DARREN C/O M. SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE 201
ASPEN, CO 81611-2082

**NOTICE PARTY**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS 19TH FLOOR
LOS ANGELES, CA 90067-4410

SHULMAN BASTIAN
FRIEDMAN BUI & O'DELL
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618
June 2012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**NOTICE PARTY**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N. MARKET STREET, SUITE 805
WILMINGTON, DE 19801-4918

**NOTICE PARTY**
TESTA, DARREN C/O TODD C
THEODORA & C. HARNEY
THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**POC**
TESTA, DARREN
C/O PAUL JASPER, PERKINS COIE
LLP
505 HOWARD STREET, SUITE 1000
SAN FRANCISCO, CA 94105

**PREFERRED ADDRESS**
US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

**NOTICE PARTY**
WANG, ANGI
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
WAZANA, AVI C/O DARREN
ENENSTEIN
ENENSTEIN PHAM GLASS & RABBAT
8439 W SUNSET BLVD SUITE 300
LOS ANGELES, CA 90069-1925

**POC**
WHITE MOUNTAIN CAPITAL
3447 HIGH RIDGE ROAD
BOYNTON BEACH, FL 33426

**NOTICE PARTY**
WINTERS, KRISTOPHER C/O S.
KATZMAN
BIENERT KATZMAN LITTRELL
WILLIAMS LLP
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673-6253

**POC**
WINTERS, KRISTOFFER
C/O STEVEN KATZMAN
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673

**NOTICE PARTY**
WOLFE, BILL
525 S FLAGLER DRIVE PH2 C/D
WEST PALM BEACH, FL 33401-5922

**N/A**
SANTA ANA DIVISION
411 WEST FOURTH STREET, SUITE
2030,
SANTA ANA, CA 92701-4500
**N/A**

**NOTICE PARTY**
RUBERTI, LISA
**UNDELIVERABLE - INCOMPLETE
ADDRESS**

**NOTICE PARTY**
WANG, ANGI
**UNDELIVERABLE - INCOMPLETE
ADDRESS**

**NOTICE PARTY**
CAVE, DERYK
50 BIG SKY RESORT RD
BIG SKY, MT 59716
**UPDATED ADDRESS - PER
CREDITOR REQUEST**

**NOTICE PARTY**
SUTHERLAND, ANNE & GRANT
61070 MINARET CIRCLE
BEND, OREGON 97702-1903
**UPDATED ADDRESS - PER
CREDITOR REQUEST**

**NOTICE PARTY**
HAZEN, CASSANDRA AND PAUL
C/O JOANNA MARIE MYERS
9465 WILSHIRE BLVD SUITE 300
BEVERLY HILLS, CA 90212-2624
**UPDATED ADDRESS - PER
CREDITOR REQUEST**

**NOTICE PARTY**
SHERLOCK, TINA & RUSS
1416 W MAIN STREET
CARMEL, IN 46032
**UNDELIVERABLE**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**