Jeffrey N. Pomerantz (CA Bar No. 143717)
jpomerantz@pszjlaw.com
Jordan A. Kroop (admitted *pro hac vice*)
jkroop@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910

*Attorneys for Official Committee of Unsecured
Creditors of Lugano Diamonds & Jewelry Inc.*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:25-bk-12616-MH |
| Simba IL Holdings, LLC, | Chapter 11 |
| Debtor. | **JOINDER IN RESPONSES IN SUPPORT OF CONVERSION OF CASE TO CHAPTER 7** |
| | Date:     May 26, 2026<br>Time:     2:30 p.m.<br>Crtrm.:    6C<br>Judge:    Hon. Mark D. Houle |

The Official Committee of Unsecured Creditors (the "**Committee**") of Lugano Diamonds & Jewelry Inc. (as debtor-in-possession in Chapter 11 proceedings pending in the Bankruptcy Court for the District of Delaware, "**Lugano**") joins and adopts all arguments and requests for relief made by (a) Compass Group Diversified Holdings LLC in its *Response in Support of Conversion Pursuant to 11 U.S.C. § 1112(b)* [Doc 314] and (b) Lugano in its *Reply to Debtor's Response* [Doc 315]. For all the reasons stated in those filings and, more importantly, in light of the troubling circumstances attending this case the Court accurately noted in its order to show cause [Doc 299], none of which the Debtor was able to adequately address, the Committee supports this Court's entry of an order immediately converting this case to Chapter 7. Such a conversion—rather than a dismissal, which

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
NEW YORK, NEW YORK

4937-5235-2942.1 53772.00002

the Committee would severely undermine creditor prospects—would best serve the interests of the Debtor's creditors and bring a fresh, independent set of eyes to a case desperately in need of them.

The Debtor has not investigated: (a) its prepetition involvement in the vast fraudulent scheme perpetrated by Mordechai Ferder; (b) any basis to preserve value for the estate's creditors by investigating the bona fides of White Mountain Capital's alleged lien on the estate's residential property in Aspen, Colorado (the "**Aspen Property**"); (c) any basis to avoid highly suspect liens in estate assets asserted by Bryan Gadol and Darren Testa, the former of whom served prepetition as Mr. Ferder's counsel; or (d) alternative ways to maximize the value of the Aspen Property, which the Debtor has been unable to sell throughout the eight month tenure of this Chapter 11 case.

The Debtor has not: (a) proposed a confirmable plan; (b) identified any viable means to propose a confirmable plan; (c) met Court-ordered deadlines; (d) demonstrated that it can obtain this Court's approval, over the objections of nearly all significant creditors, of an improvident settlement with Messrs. Gadol and Testa, which represents the only significant thing this Debtor seems to have done in this case since the Petition Date; or (e) achieved administrative solvency.

The Debtor has been given more than ample time to bring order to the chaos that has epitomized this case. The Committee joins other major creditors of this estate in looking forward to the appointment of a neutral Chapter 7 trustee who can administer the few assets of this estate—all allegedly encumbered by asserted liens—efficiently, objectively, and capably.

This case should be converted.

May 19, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ Jeffrey N. Pomerantz
      Jeffrey N. Pomerantz
      Jordan A. Kroop

      Attorneys for Official Committee of Unsecured
      Creditors of Lugano Diamonds & Jewelry Inc.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
NEW YORK, NEW YORK