PETER C. ANDERSON
UNITED STATES TRUSTEE
KENNETH M. MISKEN, State Bar No. 349167
ASSISTANT UNITED STATES TRUSTEE
QUEENIE K. NG, State Bar No. 223803
TRIAL ATTORNEY
Office of the United States Trustee
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701
(714) 338-3403 telephone
(714) 338-3421 facsimile
Email: queenie.k.ng@usdoj.gov



**FILED & ENTERED**

**MAY 27 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Case No.: 8:25-bk-12616 MH |
| **SIMBA IL HOLDINGS, LLC,** | ) Chapter 11 |
| Debtor. | ) |
| | ) **ORDER CONVERTING DEBTOR'S** |
| | ) **CASE TO CHAPTER 7** |
| | ) Date: May 26, 2026 |
| | ) Time: 1:30 p.m. |
| | ) Ctrm: 6C |

A hearing was held on May 26, 2026 at 1:30 p.m. before the Honorable Mark D. Houle, United States Bankruptcy Judge for the Central District of California, in Courtroom 6C located at 411 West Fourth Street, Santa Ana, CA on the Order to Show Cause Why Case Should Not Be Dismissed or Converted ("OSC") [Bankr. Dkt. #297]. Kenneth Misken appeared on behalf of the United States Trustee. All other appearances were made as noted on the record.

- 1 -

The Court, having considered the Debtor's Response to OSC [Bankr. Dkt. # 309], White Mountain Capital Inc.'s Response to OSC [Bankr. Dkt. # 313], Compass Group Diversified Holdings LLC's Response in Support of Conversion Pursuant to 11 U.S.C. § 1112(b) [Bankr. Dkt. # 314], Lugano Diamonds & Jewelry Inc. and Lugano Buyer, Inc.'s Reply to Debtor's Response to OSC [Bankr. Dkt. # 315], Joinder in Responses In Support of Conversion of Case to Chapter 7 filed by the Official Committee of Unsecured Creditors of Lugano Diamonds & Jewelry Inc. [Bankr. Dkt. # 318]. and the oral arguments presented at the time of the hearing, for GOOD CAUSE APPEARING, and for the reasons stated on the record, the Court orders as follows:

1. The Debtor's case shall be and hereby is CONVERTED to Chapter 7;

2. The Debtor shall comply with Federal Rule of Bankruptcy Procedure 1019.

IT IS SO ORDERED.

###

Date: May 27, 2026

Mark Houle
United States Bankruptcy Judge

- 2 -