Leonard M. Shulman. – Bar No. 126349
Alan J. Friedman – Bar No.  132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:          lshulman@shulmanbastian.com
                   afriedman@shulmanbastian.com
                   mcasal@shulmanbastian.com

Counsel for the Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re<br><br>**SIMBA IL HOLDINGS, LLC., a Delaware limited liability company,**<br><br><div align="center">Debtor.</div> | Case No. 8:25-bk-12616-MH<br><br>Chapter 7<br><br>**SCHEDULE OF UNPAID DEBTS INCURRED AFTER THE PETITION DATE** |
| --- | --- |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES-IN-INTEREST:**

Simba IL Holdings, LLC (the "Debtor") hereby submits this Schedule of Unpaid Debts Incurred after the Petition Date pursuant to Federal Rule of Bankruptcy Procedure 1019.

<div align="center">

**I.      INTRODUCTION**

</div>

The Debtor filed a chapter 11 bankruptcy petition on September 16, 2025 (the "Petition Date").  On May 27, 2026, the Court entered its Order Converting Debtor's Case to Chapter 7 [Dkt.

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

No. 328]. On June 2, 2026 [Dkt. No. 330], the United States Trustee appointed Jeffrey Golden as the Chapter 7 Trustee.

## II.   SCHEDULE OF UNPAID DEBTS INCURRED AFTER THE PETITION DATE[1]

| Creditor Name and Address | Description of Claim | Amount Owed for the Chapter 11 Period of 9/16/25 – 5/27/26 (the Conversion Date) |
|---|---|---|
| Richard Marshack and Marshack Hays Wood LLP – CRO 870 Roosevelt Irvine, CA 92620 | Unpaid attorney fees and costs | $212,116.86 |
| Shulman Bastian Friedman Bui & O'Dea LLP – General Bankruptcy Counsel 100 Spectrum Center Drive, Suite 600 Irvine, CA 92618 | Unpaid attorney fees and costs | $989,702.08 |
| Reeves & Weiss LLP – Special Litigation Counsel 3333 Michelson Drive, Suite 300 Irvine, CA 92612 | Unpaid attorney fees and costs | $206,161.90 |
| Grobstein Teeple LLP – Financial Advisors 23832 Rockfield Boulevard, Suite 245 Lake Forest, California 92630 | Unpaid fees and costs | $10,476.50 |
| Steven Shane Real Estate 230 E. Hopkins Avenue Aspen, Colorado 81611 | Advances made for maintenance of Aspen property | $2,998.96 |

---

[1] Despite all reasonable efforts to identify all known unpaid debts incurred during the Chapter 11 period of September 16, 2025 to May 27, 2026, the Debtor may not have set forth all known debt.  The Debtor reserves the right to amend this Report to include additional creditors, if any, once such debt becomes known.

| Creditor Name and Address | Description of Claim | Amount Owed for the Chapter 11 Period of 9/16/25 – 5/27/26 (the Conversion Date) |
|---|---|---|
| Fundamental Advisors<br>745 5th Avenue, 25th Floor<br>New York, NY 10151 | Unfunded capital call | $78,833.00 |

Dated:  June 10, 2026            Respectfully submitted,

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

 /s/ Max Casal
Leonard M. Shulman
Alan J. Friedman
Max Casal
Counsel for the Debtor

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **SCHEDULE OF UNPAID DEBTS INCURRED AFTER THE PETITION DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 10, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/10/2026 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| Date | Printed Name | Signature |

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618
June 2012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Anthony Bisconti**   tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**   mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **John B Connor**   jack@johnbconnor.com
- **Matthew Tyler Davis**   tdavis@kbkllp.com
- **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Don Fisher**   dfisher@ptwww.com, tblack@ptwww.com
- **Alan J Friedman**   afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **George Gerro**   george@gerrolaw.com
- **Jeffrey I Golden (TR)**   lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- **Michael D Good**   mgood@southbaylawfirm.com
- **Christopher J Harney**   charney@tocounsel.com, kmanson@tocounsel.com
- **Paul Jasper**   pjasper@perkinscoie.com, david.kline@rimonlaw.com
- **Steven J. Katzman**   skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**   tkeller@kellerbenvenutti.com
- **Jordan A Kroop**   jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
- **Mette H Kurth**   mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
- **Wendy A Locke**   ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**   rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Ali M. Mojdehi**   ali.mojdehi@mgr-legal.com
- **John Morris**   jmorris@pszjlaw.com
- **Marisol A Nagata**   CDCAECF@BDFGROUP.COM
- **Dakota Pearce**   dpearce@buchalter.com, pjolley@buchalter.com;docket@buchalter.com
- **Matthew D Pham**   mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Allison M. Rego**   allison.rego@mgr-legal.com
- **Stacy H Rubin**   rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **Traci L Shafroth**   tshafroth@kbkllp.com, staff@kbkllp.com
- **Leonard M. Shulman**   lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**   tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618
June 2012

**F 9013-3.1.PROOF.SERVICE**