David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Brett H. Ramsaur, State Bar No. 281566
brett@ramsaurlaw.com
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Proposed Counsel for Chapter 7 Trustee
Jeffrey I. Golden

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:25-bk-12616-MH |
| SIMBA IL HOLDINGS, LLC, a Delaware limited liability company, | Chapter 7 |
| Debtor. | **APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330; DECLARATION OF JEFFREY I. GOLDEN IN SUPPORT THEREOF; STATEMENT OF DISINTERESTEDNESS OF DAVID M. GOODRICH IN SUPPORT THEREOF** |
| | [No hearing required pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE:**

Jeffrey I. Golden, the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of debtor Simba IL Holdings, LLC ("Debtor")[1], files this *Application of the Chapter 7 Trustee to Employ Counsel (Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327 and 330* ("Application").  In support of the Application, the Trustee submits his

---

[1] The Debtor is sometimes referred to as "Simba IC Holdings, LLC" in certain pre-petition litigation filings. The Debtor's correct legal name as organized under Delaware law is "Simba IL Holdings, LLC."

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

declaration ("Golden Declaration") and the Statement of Disinterestedness of David M. Goodrich ("Goodrich Statement").

## I.      STATEMENT OF FACTS

On September 16, 2025 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, commencing case no. 8:25-bk-12616-MH ("Case").[2]

The Debtor is a limited liability company organized under the laws of the State of Delaware. The Debtor's main assets are:

- a portfolio of investments ("Alternative Investments");

- real property located at 1220 Red Butte Dr., Aspen, Colorado 81611 ("Real Property"), which was scheduled by the Debtor with a value of $30 million, and liens of Citibank, N.A. ($11,537,500.00), Daniel Perl (Whitemountain Capital) ($6,700,000.00), Lugano Buyer, Inc. (amount disputed), and pre-judgment writs of attachment recorded by Bryan Gadol and Darren Testa (aggregating approximately $14,630,634.60)[3], and

- an interest in an entity that wholly owns Lugano Diamonds & Jewelry Inc. ("Lugano").

The Debtor scheduled no priority unsecured claims and two nonpriority unsecured claims in the total amount of $9,050,000.[4]

The Debtor scheduled the following three lawsuits pending against the Debtor for the same claim: (i) *Gadol, et. al. v. Ferder, et al.*, filed in the Superior Court of the State of California, County of Orange, on June 6, 2026, Case No. 30-2025-01488102-CU-BC-CJC ("California Action"); (ii) *Gadol, et. al. v. Ferder, et al.*, filed in the District Court for Pitkin

---

[2] The Trustee requests the Court take judicial notice of its docket, the date of filing of pleadings on its docket and admissions of the Debtor in its schedules and related documents.

[3] The validity and priority of certain of these liens remains subject to analysis by the Trustee.

[4] Schedule E/F lists numerous nonpriority unsecured claims with either "0.00" or "Unknown" as the amount of the claim.

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

County, Colorado, on June 18, 2025, Case No. 2025CV30067 ("Colorado Action"); and (iii) *Gadol, et. al. v. Simba IL Holdings, LLC*, filed in the Superior Court for the State of Delaware on July 2, 2025, Case No. N25C-07-026 ("Delaware Action" and collectively with the California Action and Colorado Action, "Actions").

On September 18, 2025, John-Patrick McGinnis Fritz was appointed Subchapter V trustee. On October 8, 2025, the Debtor revoked its election under Subchapter V. *See* Docket No. 52.

On May 27, 2026, the Case was converted to Chapter 7. *See* Docket 328. On June 2, 2026, Jeffrey I. Golden filed his notice of acceptance as Chapter 7 trustee. *See* Docket No. 330.

## II.    **THE PROPOSED EMPLOYMENT**

### A.    **The Purpose of the Proposed Employment**

The Trustee seeks to employ the Firm as his counsel pursuant to 11 U.S.C. §§ 327 and 330, effective upon entry of the order on this Application, to:

1.    analyze the Debtor's assets and liabilities, including the Alternative Investments, the Real Property, Lugano, the liens against the Real Property, advise the Trustee on these matters and take appropriate action;

2.    if warranted, assist the Trustee in selling assets, including preparing the necessary pleadings for the Court to approve the terms of any such sale, participating in any hearings before this Court regarding the sale, including any auction that may occur and, should the Court approve the sale, taking actions necessary to close the sale;

3.    assist the Trustee in employing one or more brokers to market and sell assets, and work with the broker(s) to resolve any related issues;

4.    analyze the Debtor's post-petition disbursements, advise the Trustee regarding the same, and take appropriate action;

5.    analyze any problematic claims and, if warranted, prepare objections; and

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

6.    provide general advice regarding the Bankruptcy Code and local bankruptcy rules.

In addition, the Firm usually performs certain general tasks as counsel to trustees. In this case, to the extent legal issues are involved, the Firm may perform some or all of the following general tasks:

7.    advise the Trustee concerning the rights and remedies of the Estate and of the Trustee in regard to the secured, priority and general unsecured claims of creditors;

8.    represent the Trustee in any proceeding or hearing, including, but not limited to, objections to claims and adversary proceedings to avoid liens and transfers, in the Bankruptcy Court and in any action where the rights of the Estate or the Trustee may be litigated or affected;

9.    assist the Trustee in the settlement of any debts owed to the Debtor;

10.    assist the Trustee in the disposition of any other assets of the Estate; and

11.    conduct examinations of witnesses, claimants, or adverse parties and prepare and assist in the preparation of reports, accounts, applications and orders.

The Firm will avoid duplication of effort between the Firm and any other professionals that may be employed by the Trustee in this case.

**B.    The Firm's Qualifications**

The Firm's attorneys concentrate their practices in insolvency, reorganization and bankruptcy law, and are well qualified to represent the Trustee in this case.  All attorneys comprising or associated with the Firm who will render services for the Trustee are duly admitted to practice in the courts of the State of California and in the United States District Court for the Central District of California.  The Firm's resume, including a schedule of current billing rates, is attached as **Exhibit 1** to the Goodrich Statement.

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

**C.     Terms of the Proposed Employment**

The terms of employment of the Firm agreed to by the Trustee, subject to approval of the Court, are as follows:

1.     Hourly Rates and Expenses. The Firm will represent the Trustee at its customary hourly rates which currently range from $275 to $850, depending on the experience and expertise of the attorney or paralegal performing the work.  The Firm's hourly rates are subject to periodic adjustment.  If any adjustment is made while the Firm is performing work in this case, the new hourly rates will be effective for this case.  In addition, the Firm will be reimbursed its actual, out-of-pocket expenses.

2.     Requirement to File Fee Applications.  The Firm will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. §§ 330 and 331 and agrees to accept as compensation such sums as the Court may allow.

## III.     DISCLOSURES

Jeffrey I. Golden and David M. Goodrich, partners in the Firm, are members of the panel of Chapter 7 trustees for the Central District of California.  Mr. Golden is the duly appointed trustee in this case.  The Firm occasionally represents Mr. Golden in his capacity as bankruptcy trustee in other unrelated cases.

The Firm occasionally contracts with Brett Ramsaur of Ramsaur Law Office, one of the attorneys who will be working on this case, on certain unrelated matters.

On or about December 15, 2023, Mr. Ramsaur entered into a sub-lease agreement with the Firm, which provides for Mr. Ramsaur to lease a small office in the Firm's office to be used by him when needed.

Mr. Ramsaur is not and has never been employed with the Firm.

## IV.     MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to 11 U.S.C. § 327(a), a trustee may employ attorneys and other professional persons who do not hold or represent an interest adverse to the estate, and

4926-2584-9780.1

APPLICATION TO EMPLOY

who are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties.  The Trustee is a member of the law firm he is seeking to employ.  As a matter of policy, the Trustee usually refrains from employing his own firm.  Due to the circumstances of this particular case, "cause," as outlined in *In re Butler Industries, Inc.*, 101 B.R. 194 (Bankr. C.D. Cal. 1989), *aff'd* 114 B.R. 694 (C.D. Cal. 1990), exists for the Trustee to retain the services of the firm with which he is professionally affiliated.

The *Butler* court identified four non-exhaustive "typical" situations where such cause is usually found. *Id*. at 197 ("One typical situation arises where the estate's assets consist principally in causes of action, such as for preferences and fraudulent conveyances, and legal counsel would have to look to the recovery for payment of fees. A second typical situation is where there is relatively little legal work to perform, which does not merit the effort and expense of hiring an outside law firm. [citation omitted] A third situation arises where substantial legal action must be taken immediately, and the trustee cannot wait for the completion of the appointment process for outside counsel. A fourth is where the trustee can demonstrate that such appointment will result in a substantial reduction of costs to the estate.").

Here, upon the Trustee's appointment, an offer was pending for the Real Property. The listing broker and Trustee needed legal assistance regarding the listing and sale of the Real Property.  Because Whitemountain Capital will be permitted to foreclose on the Real Property in September 2025, the Trustee needed to act quickly to clarify matters and respond to the offer.  The appointment process for employment of an outside firm would have slowed the Trustee's ability to respond to daily developments in contract negotiations.  Therefore, under the "third" situation outlined in Butler, there is cause for the Firm to be employed.  In addition, the Firm's attorneys have considerable expertise in real estate matters.  Finally, proximity of the Trustee to his counsel will reduce administrative fees and increase efficiency of the Firm's representation.  *See* Golden Declaration.

The Trustee may need to retain the Firm to file and prosecute avoidance claims. Although the Trustee and Firm have not negotiated a separate fee structure for avoidance

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

4926-2584-9780.1                                      6

litigation, the Trustee may seek a separate arrangement, subject to Court approval, for the payment of the Firm's fees on a contingency basis where money is generated from recoveries (whether through cash or avoided liens that are reduced to cash).

Moreover, the Trustee's retention of the Firm provides some economy of scale. The Trustee and members of the Firm frequently discuss matters, including cases, while in the Firm's Costa Mesa office.  The Firm does not always charge the Trustee for these discussions.  The Trustee also has greater access to attorneys at the Firm because of his affiliation with the Firm.  The Trustee is confident that the Estate will benefit from his retention of the Firm as his general counsel.

Except as provided in Section III above, to the best of the Trustee's knowledge, and based upon the Goodrich Statement filed concurrently herewith, the Firm:

a. has no connection with the Debtor, the Debtor's principals, insiders, creditors, the Trustee, any other party or parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee;

b. is not a pre-petition creditor, an equity security holder or an insider of the Debtor;

c. is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor;

d. does not have an interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason;

e. is not related, through its partners or employees, to the United States Trustee or to the bankruptcy judge assigned to this case; and

f. will not receive a retainer in this case.

The Trustee is a partner of the Firm, and as such he shares in whatever compensation is received by the Firm.  The Firm also shares in whatever compensation is

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

received by the Trustee.  This fee-sharing arrangement arises solely from the Trustee's status as a partner of the Firm. No portion of the Firm's fees will be shared with any entity outside the Firm. The Firm will comply with the disclosure requirements of Federal Rule of Bankruptcy Procedure 2016(b) in all fee applications.  The Firm has no other fee-sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the fees or expenses awarded to the Firm will be paid to any other entity.

V.    **CONCLUSION**

The Firm's employment is in the best interest of the Trustee, creditors and the Estate.

**WHEREFORE**, the Trustee prays that the Court enter an order approving the Application and authorizing the Trustee to employ the Firm as his counsel effective upon entry of the order on this Application, with such order specifically authorizing the Firm to seek compensation and reimbursement for services provided on or after June 7, 2026, upon the terms and conditions set forth herein and with compensation to be determined and paid at the expense of the Estate upon noticed hearing and further order of the Court, pursuant to 11 U.S.C. §§ 330 or 331.

Respectfully submitted,

Dated:  June 22, 2026

GOLDEN GOODRICH LLP

By:   */s/ David M. Goodrich*
DAVID M. GOODRICH
BRETT H. RAMSAUR
RYAN W. BEALL
Proposed Counsel for Chapter 7
Trustee Jeffrey I. Golden

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

4926-2584-9780.1

APPLICATION TO EMPLOY

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

# **DECLARATION OF JEFFREY I. GOLDEN**

I, Jeffrey I. Golden, declare as follows:

1.      I am the Chapter 7 trustee of the bankruptcy estate of debtor Simba IL Holdings, LLC ("Debtor") in the above-captioned case ("Case").  I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto.  I make this declaration in support of the *Application of the Chapter 7 Trustee to Employ Counsel (Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327 and 330* ("Application").  Any terms not specifically defined herein shall have the meanings provided in the Application.

2.      On September 16, 2025 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California Santa Ana Division, commencing case no. 8:25-bk-12616-MH ("Case").[5]

3.      The Debtor is a limited liability company organized under the laws of the State of Delaware. The Debtor is a holding company whose main assets are a portfolio of investments ("Alternative Investments"), real property located at 1220 Red Butte Dr., Aspen, Colorado 81611 ("Real Property"), and an interest in an entity that wholly owns Lugano Diamonds & Jewelry Inc. ("Lugano").

4.      On September 18, 2025, John-Patrick McGinnis Fritz was appointed Subchapter V trustee.

5.      On May 27, 2026, the Case was converted to one under Chapter 7.  On June 2, 2026, I filed my notice of acceptance as Chapter 7 trustee.

6.      I seek to employ the Firm as my counsel pursuant to 11 U.S.C. §§ 327 and 330, effective upon entry of the order on this Application, to: (a) analyze the Debtor's

---

[5] The Trustee requests the Court take judicial notice of its docket, the date of filing of pleadings on its docket and admissions of the Debtor in its schedules and related documents.

assets and liabilities, including the Alternative Investments, the Real Property, Lugano, the liens against the Real Property, advise me on these matters and take appropriate action; (b) if warranted, assist in selling assets, including preparing the necessary pleadings for the Court to approve the terms of any such sale, participating in any hearings before this Court regarding the sale, including any auction that may occur and, should the Court approve the sale, taking actions necessary to close the sale; (c) assist in employing one or more brokers to market and sell assets, and work with the broker(s) to resolve any related issues; (d) analyze the Debtor's post-petition disbursements, advise me regarding the same, and take appropriate action; (e) analyze any problematic claims and, if warranted, prepare objections; and (f) provide general advice regarding the Bankruptcy Code and local bankruptcy rules.

7.      In addition, the Firm usually performs certain general tasks as counsel to trustees.  In this case, to the extent legal issues are involved, the Firm may perform some or all of the following general tasks:  (a) advise me concerning the rights and remedies of the Estate and of the Trustee in regard to the secured, priority and general unsecured claims of creditors; (b) represent me in any proceeding or hearing, including, but not limited to, objections to claims and adversary proceedings to avoid liens and transfers, in the Bankruptcy Court and in any action where the rights of the Estate or the Trustee may be litigated or affected;; (c) assist in the settlement of any debts owed to the Debtor; (d) assist in the disposition of any other assets of the Estate; and (e) conduct examinations of witnesses, claimants, or adverse parties and prepare and assist in the preparation of reports, accounts, applications and orders.

8.      The Firm will avoid duplication of effort between the Firm and any other professionals that may be employed in this case.

9.      The Firm's resume, including a schedule of current billing rates, is attached as Exhibit 1.  As set forth in that exhibit, the Firm's currently hourly rates range from $275 to $850 per hour, depending on the experience and expertise of the attorney or paralegal performing the work.  The Firm has not been paid a retainer.  The Firm will also seek

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

reimbursement of out-of-pocket expenses incurred in the engagement.  The Firm has agreed to and will be compensated only upon application to, and approval by, the Bankruptcy Court after notice and a hearing, under the standards set forth in Bankruptcy Code § 330.

10.     Based upon the Statement of Disinterestedness attached hereto, I am satisfied that the Firm does not hold or represent an interest adverse to the Estate, and that the Firm is disinterested as required by § 327(a) of the Bankruptcy Code.

11.     I am a member of the law firm I am seeking to employ.  The Firm occasionally represents me in my capacity as bankruptcy trustee in other unrelated cases. It is not my practice to employ my own firm, however, the circumstances of this case warrant the Firm's employment.  "Cause," as outlined in *In re Butler Industries, Inc.*, exists in this case for me to retain the services of the firm with which I am professionally affiliated.  Upon my appointment, an offer had been made for the Real Property.  The listing broker was uncertain about who was authorized to act as the seller of the Real Property, and I needed to act quickly to clarify matters and respond to the offer.  The appointment process for employment of an outside firm would have slowed my ability to respond to daily developments in contract negotiations. Second, the Firm's attorneys have considerable expertise in real estate matters.  Third, proximity to my counsel will reduce administrative fees and increase efficiency of the Firm's representation.

12.     In this case, I am a partner of the Firm, and as such I share in whatever compensation is received by the Firm.  The Firm also shares in whatever compensation I receive.

13.     The Firm occasionally contracts with Brett Ramsaur of Ramsaur Law Office, one of the attorneys who will be working on this case, on certain unrelated matters.

14.     On or about December 15, 2023, Mr. Ramsaur entered into a sub-lease agreement with the Firm, which provides for Mr. Ramsaur to lease a small office in the Firm's office to be used by him when needed.

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

4926-2584-9780.1

APPLICATION TO EMPLOY

15.    Mr. Ramsaur is not and has never been employed with the Firm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of June, 2026, at Costa Mesa, California.

_____
Jeffrey I. Golden

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714)-966-1002

4926-2584-9780.1

12

APPLICATION TO EMPLOY

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** _____

| In re: | CASE NO.: |
|---|---|
| | CHAPTER: |
| | **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)** |
| Debtor(s). | [No Hearing Required] |

1. Name, address and telephone number of the professional (Professional) submitting this Statement:

2. The services to be rendered by the Professional in this case are *(specify)*:

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

5.  The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

6.  The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:

7.  The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:

8.  The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9.  The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

12. Total number of attached pages of supporting documentation: __16__

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____        _____
*Date*                  *Printed Name*                                                *Signature*

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 3                                    **F 2014-1.STMT.DISINTEREST.PROF**

Attachment to Statement of Disinterestedness

Jeffrey I. Golden and I, partners in the Firm, are members of the panel of Chapter 7 trustees for the Central District of California.  Mr. Golden is the duly appointed trustee in this Case.  The Firm occasionally represents Mr. Golden in his capacity as bankruptcy trustee in other unrelated cases.

The Firm occasionally contracts with Brett Ramsaur of Ramsaur Law Office, one of the attorneys who will be working on this case, on certain unrelated matters.

On or about December 15, 2023, Mr. Ramsaur entered into a sub-lease agreement with the Firm, which provides for Mr. Ramsaur to lease a small office in the Firm's office to be used by him when needed.

Mr. Ramsaur is not and has never been employed with the Firm.

# Exhibit 1





# Jeffrey I. Golden

*Partner*

Contacts

714-966-1000

jgolden@go2.law

Jeffrey I. Golden is a Receiver, Bankruptcy Trustee and Examiner. He is a founding partner of Golden Goodrich LLP and a former shareholder of Buchalter, Nemer, Fields & Younger. He also serves as an expert witness in federal and state criminal and civil matters.

He received his undergraduate degree from the University of California at San Diego – Revelle College in 1984, cum laude, and his law degree from the University of Southern California Law School in 1987. After graduation from law school, he served as a law clerk to the Honorable Peter M. Elliott and to the Honorable Calvin K. Ashland, Judges of the United States Bankruptcy Court and the Bankruptcy Appellate Panel.

Mr. Golden is adjunct professor of law at the University of California, Irvine School of Law teaching bankruptcy and co-Editor-in-Chief of the *California Bankruptcy Journal*, a national publication. He also has lectured and written various articles regarding insolvency and commercial law matters. Mr. Golden has served as a Co-chair of Ninth Circuit Judicial Conference Lawyer Representative and is a past President of the Orange County Bankruptcy Forum. Since February 2005, Mr. Golden was selected by the publishers of *Los Angeles Magazine* as a Super Lawyer, representing the top 5% of the practicing attorneys in Southern California.

Mr. Golden was selected to receive the OCBF's Judge Peter M. Elliott Award for outstanding ethics, scholarship and contribution. He was also the first and only panel trustee to receive the CDCBAA's Judge Calvin Ashland "Trustee of the Year" Award. He also was appointed to serve on the California State Bar Client Security Fund Commission allocating millions of dollars to victims of attorney abuse. He also has been an adjunct faculty member of the University of California at Irvine Extension Program, teaching bankruptcy litigation and currently is an adjunct professor of bankruptcy law at UCI Law School. Mr. Golden is a graduate of the Straus Institute for Alternative Dispute Resolution at Pepperdine University School of Law, and serves on the panel of trained mediators in bankruptcy matters for the United States Bankruptcy Court, Central District of California.

**EXHIBIT 1, PAGE 17**

Mr. Golden engages in a variety of charitable services.  He has been President of the Huntington Seacliff Elementary School PTA, active with Serving People In Need (SPIN), Laura's House, and other local charities.  Mr. Golden was also previously selected to Chair a national committee to develop family programming and family conferences for entrepreneurs for Entrepreneur Organization.

Mr. Golden concentrates his practice in the areas of complex bankruptcy litigation, business reorganizations, and commercial litigation in the state and federal courts.  He is available to mediate bankruptcy controversies and other commercial disputes.

# Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

# Professional Associations & Community Involvement

- American Bankruptcy Institute
- California Bankruptcy Forum
- Federal Bar Association
- National Association of Bankruptcy Trustees
- Ninth Circuit Judicial Lawyer Representative
- Orange County Bankruptcy Forum
- Orange County Bar Association
- Professional Networks Group
- Turnaround Management Association

# Thought Leadership

- Speaker, *Busting Trusts*, Orange County Bar Association Commercial Law & Bankruptcy Section (March 2015)
- Panelist, *Problems of Dealing with Limited Liability Company Interests*, National Association of Bankruptcy Trustees (2011)
- Speaker, *A Cram Session on Cram Down Interest Rates*, Orange County Bar Association Commercial Law & Bankruptcy Section (2011)
- *Who is the True Borrower? An Analysis of the Sham Guaranty Defense Reveals a Broad, Fact Intensive, and Total Defense to Deficiency Actions*, California Bankruptcy Journal, Volume 32 (Number 1, 2012)
- *Receivership News, A Publication of the California Receivers Forum*, Receiver Profile Jeff Golden: Enriched by Mentors, Issue 47 (Spring 2013)
- *Sports Team Bankruptcies: Home Runs or Strikeouts?* Los Angeles Daily Journal

# Recognition & Honors

- AV® Preeminent Rating by Martindale-Hubbell Peer Review
- Included in *The Best Lawyers in America*© list for Bankruptcy and Creditor Rights
- Orange County Bankruptcy Forum Peter M. Elliot Award
- Selected to the Southern California Super Lawyers List

# Education

University of California, San Diego (Bachelor of Arts in Political Science 1984)
University of Southern California (Juris Doctor 1987)

## Admissions

- California State Bar
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California





# David M. Goodrich

*Partner*

Contacts

714-966-1000
dgoodrich@go2.law

David M. Goodrich has represented bankruptcy trustees, large financial companies, distressed businesses, secured and unsecured creditors, unsecured creditor committees, receivers, and commercial litigants throughout California since 2000.  David focuses on representation of fiduciaries in bankruptcy cases, receiverships and general assignments. David also represents companies and municipalities in chapter 9 and 11 bankruptcy cases. David also serves as a fiduciary in state and federal cases.

David is a member of the Chapter 7 Bankruptcy Panel of Trustees, appointed by the Office of the United States Trustee, serving in the Los Angeles Division of the Central District of California (2011 to present).

David is a certified bankruptcy law specialist (State Bar of California - 2010).  David served as a commissioner on the Bankruptcy Law Advisory Commission which prepares, administers and grades examinations for lawyers seeking certification as bankruptcy law specialists from the State Bar of California (2017-2020). David received the Central District Consumer Bankruptcy Attorney Association *Calvin Ashland Trustee of the Year Award* in November 2023 and the Orange County Bankruptcy Forum *Honorable Peter M. Elliott Award* in December 2024.

David serves on the board of directors for the Orange County Bankruptcy Forum (2011-present; President 2016-2017), the San Diego Bankruptcy Forum (2021-present) and is the president of the California Bankruptcy Forum (2022-2023), and the National Association of Bankruptcy Trustees (2024-2027).  David is also a member of the National Association of Bankruptcy Trustees, the Orange County Bar Association, the Los Angeles Bar Association and the California Receivers Forum.  David is also Judicial Conference Lawyer Representative for the Ninth Circuit (2019-2025).  David is Personal Affairs Editor for the NABT Talk, a national periodical sent to members of the National Association of Bankruptcy Trustees.

David graduated from the University of Arizona with a BA in political science and earned his JD from Whittier Law

**EXHIBIT 1, PAGE 20**

School.

# Practice Areas

- Bankruptcy Law and Litigation
- Corporate Restructuring
- Chapter 7 and 11 Trustee Representation
- Chapter 11 Debtor-in-Possession Representation
- Unsecured Creditor Committee Representation

# Professional Associations & Community Involvement

- Orange County Bankruptcy Forum
- California Bankruptcy Forum (Board Member 2017 and 2018)
- Bankruptcy Law Advisory Commission (2017 – 2021)
- National Association of Bankruptcy Trustees
- Orange County Bar Association
- Los Angeles Bar Association

# Thought Leadership

- *The Pivotal Election of a Bankruptcy Appeal*, Law360 (November 4, 2016)
- *Involuntary Exposure – Do a Petitioning Creditor's Losses End in the Bankruptcy Court?*, Bloomberg BNA's Bankruptcy Law Reporter (December 8, 2016)
- *Hiding Assets in California, Law Journal Newsletters* (June 2017)

# Recognition & Honors

- Bankruptcy Law Specialist – State Bar of California (2010)
- Bankruptcy Law Advisory Board Commissioner – State Bar of California (2017)
- Southern California Super Lawyer (2016, 2017 and 2018)
- Certificate of Appreciation – United States Bankruptcy Court for the Central District of California (2017)
- Pro Bono Volunteer Recognition (2016 - 2017)

# Education

- University of Arizona (Bachelor of Arts in Political Science 1997)
- Whittier Law School (Juris Doctor 2000)

# Admissions

- California State Bar
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Southern District of California
- United States District Court for the Northern District of California
- United States District Court for the Eastern District of California



# Jeannie Kim

*Partner*

Contacts

714-966-1000
jkim@go2.law

Jeannie represents corporate debtors-in-possession, official committees of unsecured creditors, chapter 11 trustees, asset purchasers, and individual creditors in all aspects of complex chapter 11 cases, related litigation, state and federal receivership cases, state insolvency proceedings, and out-of-court workouts. She has also represented financial institutions, technology companies, commercial landlords, and vendors as secured creditors, contract counterparties, and administrative creditors in insolvency proceedings. Jeannie has also provided general legal counsel to commercial clients in a range of industries including technology, commercial leasing, entertainment, retail, hospitality, manufacturing and distribution, consumer products, alternative energy, mining, aviation, and real estate development.

**EXHIBIT 1, PAGE 22**





# Michael Adele

Of Counsel

**Contacts**

MAdele@go2.law

Michael R. Adele has a general commercial litigation practice, with an emphasis on representing clients in bankruptcy litigation, including contested matters, adversary proceedings and other bankruptcy related litigation, as well as intellectual property litigation and business litigation.

Mr. Adele is a former partner of Cooley, Godward, was a founder and head of Cooley Godward's San Diego litigation practice, and was the former head of litigation for Weiland Golden LLP, a predecessor of Golden Goodrich LLP. Mr Adele was named a California Super Lawyer for the years 2006 and 2014-2016.

Mr. Adele has tried cases in Southern California for over 25 years in both state and federal courts, including bankruptcy courts, often with astounding results. Mr. Adele's most notable achievements include:

- Winning a ten day bench trial in bankruptcy court that allowed confirmation of the client's bankruptcy plan, and which resulted in the client's successful bankruptcy reorganization;
- Winning a federal court jury trial on directed verdict, in the middle of cross-examining the other party's first witness, in a case with nearly $1,000,000 at issue;
- Winning a TRO and preliminary injunction, and later obtaining a favorable settlement for his client, in a bet-the-company trademark dispute against the company's founder; and
- Winning an extraordinary order allowing his client to copy defendants' computers immediately upon service of the complaint (i.e., with no prior notice to defendants whatsoever) and executing a raid with federal marshals to implement this order, which ultimately resulted in a favorable settlement.

In addition, Mr. Adele has taught law school at both Chapman Law School and Whittier Law School, served as a judge pro tem and published articles in the Daily Journal.

**EXHIBIT 1, PAGE 23**

# Education

University of California, Irvine (Bachelor of Arts in Philosophy 1985) Harvard Law School (Juris Doctorate 1988)





# Ryan W. Beall

Of Counsel

**Contacts**

714-966-1000

rbeall@go2.law

Ryan W. Beall received his undergraduate degree in Political Science with a minor in Human Communication from Trinity University in San Antonio, Texas in 2008, and his law degree from University of California Irvine, School of Law in 2016. While at law school, he served a judicial externship to the Honorable Brian E. Hill, Superior Court of Santa Barbara, and a judicial externship to the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California. Upon graduation, Mr. Beall served a judicial clerkship for the Honorable Christopher M. Klein, United States Bankruptcy Judge for the Eastern District of California from August 2016 to August 2018.

Mr. Beall's practice is focused on bankruptcy and insolvency matters. Mr. Beall's article Cryptocurrency in the Law: An Analysis of the Treatment of Cryptocurrency in Bankruptcy will be published in the late 2018 issue of the California Bankruptcy Journal.

**EXHIBIT 1, PAGE 25**



# Anerio Altman

*Of counsel*

Contacts

aaltman@go2.law

Anerio Altman has been practicing bankruptcy law for more than 20 years, representing debtors, creditors and trustees. During that time, he has handled more than 2,000 bankruptcy matters and has litigated nearly 100 adversary proceedings.

Mr. Altman was President of the Orange County Bankruptcy Forum from 2022-2023 and President of the Orange County Commercial Law and Bankruptcy Section from 2011-2012. He is currently a member of the Orange County Bankruptcy Forum, the Orange County Bar Association, and the National Association of Consumer Bankruptcy Attorneys. He speaks at national conferences on bankruptcy matters and teaches classes on bankruptcy practice at various CLE seminars. In addition, he has been involved in several cases which led to opinions being published in the Central District of California.

Mr. Altman hails from New Orleans, Louisiana, and graduated from the University of California Santa Cruz and Case Western School of Law.

**EXHIBIT 1, PAGE 26**



# Sara Tidd

*Of counsel*
Contacts
stidd@go2.law

Sara Tidd is an experienced attorney who has been licensed to practice law since 2008.  Her diverse legal background allows her to represent clients skillfully and aggressively in both transactional and litigated matters.

Ms. Tidd is the founding member of OC Legal Relief, PC.  Prior to forming OC Legal Relief, PC, Ms. Tidd practiced at a boutique bankruptcy law firm specializing in Chapter 7, Chapter 13, and Chapter 11 cases. Over the years, she has represented thousands of debtors in all aspects of their bankruptcy cases.  She is skilled at handling large caseloads, as she started her career as the managing attorney of a large national consumer bankruptcy practice. She also gained extensive litigation experience while she practiced at a firm focusing on real estate, business and financial services litigation on behalf of banks, mortgage lenders, loan servicers, trustees, and REO management companies.

The majority of Ms. Tidd's current legal practice focuses exclusively in the area of bankruptcy law, bankruptcy reorganization, and related litigation matters. She has been duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California, Eastern District of California, and Southern District of California. She is a member of the Orange County Bar Association and Orange County Bankruptcy Forum.

Ms. Tidd attended Boston College and received her Bachelor of Arts degree in 2005, double majoring in Political Science and Sociology. Thereafter she attended California Western School of Law and earned her Juris Doctor degree in 2008. She is originally from Long Island, New York and enjoys spending time with her husband and two children.

**EXHIBIT 1, PAGE 27**



# Cynthia B. Meeker

Paralegal
Contacts
714-966-1000
cmeeker@go2.law

Cynthia B. Meeker received her undergraduate degree from California State University at Fullerton in 1982, and obtained her legal assistantship from the University of California at Irvine in 1988.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Education

California State University, Fullerton (Bachelor of Arts 1982)

 

# Claudia Yoshonis

Paralegal
Contacts
714-966-1000
cyoshonis@go2.law

Claudia Yoshonis received her undergraduate degree from San Diego State University, and her law degree from Western State University of Law.  She served a judicial clerkship to the Honorable James N. Barr, United States Bankruptcy Judge for the Central District of California, from 1987 through 1989.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Professional Associations & Community Involvement

- Orange County Bankruptcy Forum

## Education

San Diego State University (Bachelor of Science in Criminology 1978)
California Western School of Law (Juris Doctor 1982)

**EXHIBIT 1, PAGE 29**

 

# Kelly Adele

Paralegal
**Contacts**
714-966-1000
kadele@go2.law

Kelly Adele is a paralegal and legal assistant with Golden Goodrich LLP.  Mrs. Adele has worked in the legal field for more than 15 years.  She has provided litigation support to attorneys handling cases in both federal and state court, qualifying her as a paralegal under California law.  Mrs. Adele has completed education courses offered by the United States Bankruptcy Court for the Central District of California.  Mrs. Adele has extensive knowledge in all aspects of state and federal court litigation and bankruptcy practices.  She is responsible for case management and debtor and creditor committee cases.  She performs legal research, prepares and reviews information pertaining to court cases and legal issues.  Mrs. Adele has substantial knowledge in procedural and substantive law, bankruptcy petition preparation, drafting of motions and pleadings, electronic court filings, and assisting in trial preparation and the appeals process.

Mrs. Adele was a former Board Member of the Orange County Legal Secretaries Association, a current member of the Orange County Legal Secretaries Association and a current member of the National Notary Association.

**EXHIBIT 1, PAGE 30**



## Schedule of Rates - Effective April 2026

### Attorneys/Of Counsel:

| | |
|---|---|
| Jeffrey I. Golden | $850.00 |
| David M. Goodrich | $750.00 |
| Jeannie Kim | $700.00 |
| Anerio Altman | $700.00 |
| Michael R. Adele | $700.00 |
| Cary Murray | $700.00 |
| Elizabeth Fiechter | $700.00 |
| Brett H. Ramsaur | $650.00 |
| Kerry A. Moynihan | $650.00 |
| Ryan Mauck | $650.00 |
| Sara Tidd | $625.00 |
| Ryan W. Beall | $600.00 |

### Paralegal Professionals:

| | |
|---|---|
| All Paralegals | $275.00 |

### Law Clerks:

| | |
|---|---|
| All Law Clerks | $250.00 |

*all rates are subject to periodic adjustment

**EXHIBIT 1, PAGE 31**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330; DECLARATION OF JEFFREY I. GOLDEN IN SUPPORT THEREOF; STATEMENT OF DISINTERESTEDNESS OF DAVID M. GOODRICH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **June 22, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

$\boxed{\text{X}}$ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) **June 22, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

$\boxed{\text{X}}$ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 22, 2026 | David M. Fitzgerald | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0                                                                                   **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Max Casal    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
John B Connor    jack@johnbconnor.com
Matthew Tyler Davis    tdavis@kbkllp.com
Karol K Denniston    karol.denniston@squirepb.com,
travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
George Gerro    george@gerrolaw.com
Jeffrey I Golden (TR)    lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
Michael D Good    mgood@southbaylawfirm.com
Christopher J Harney    charney@tocounsel.com, kmanson@tocounsel.com
Paul Jasper    pjasper@perkinscoie.com, david.kline@rimonlaw.com
Steven J. Katzman    skatzman@bklwlaw.com,
1193516420@filings.docketbird.com,docket@bklwlaw.com
Tobias S Keller    tkeller@kellerbenvenutti.com
Jordan A Kroop    jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
Mette H Kurth    mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
Wendy A Locke    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
Richard A Marshack    rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
Ali M. Mojdehi    ali.mojdehi@mgr-legal.com
John Morris    jmorris@pszjlaw.com
Marisol A Nagata    CDCAECF@BDFGROUP.COM
Dakota Pearce    dpearce@buchalter.com, pjolley@buchalter.com;docket@buchalter.com
Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
Allison M. Rego    allison.rego@mgr-legal.com
Stacy H Rubin    rubins@ballardspahr.com,
DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
Traci L Shafroth    tshafroth@kbkllp.com, staff@kbkllp.com
Leonard M. Shulman    lshulman@shulmanbastian.com,
bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
Edward A Treder    cdcaecf@bdfgroup.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL:**

Simba IL Holdings, LLC, a Delaware limited
liability company
870 Roosevelt
Irvine, CA 92618
**DEBTOR**

0.0