David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Brett H. Ramsaur, State Bar No. 281566
brett@ramsaurlaw.com
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Proposed Counsel for Chapter 7 Trustee
Jeffrey I. Golden

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:25-bk-12616-MH |
| SIMBA IL HOLDINGS, LLC, a Delaware limited liability company, | Chapter 7 |
| Debtor. | **NOTICE OF APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330** |
| | [No hearing required pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Jeffrey I. Golden, the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of debtor Simba IL Holdings, LLC ("Debtor")[1], has filed an application ("Application")[2] with the Court for an order authorizing the employment of Golden Goodrich LLP ("Firm") as his counsel pursuant to 11 U.S.C. §§ 327 and 330.

1. On September 16, 2025 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, commencing case no. 8:25-bk-12616-MH ("Case").[3]

---

[1] The Debtor is sometimes referred to as "Simba IC Holdings, LLC" in certain pre-petition litigation filings. The Debtor's correct legal name as organized under Delaware law is "Simba IL Holdings, LLC."

[2] Capitalized terms have the same meaning or definition as the capitalized terms in the Application.

[3] The Trustee requests the Court take judicial notice of its docket, the date of filing of pleadings on its docket and admissions of the Debtor in its schedules and related documents.

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000 Fax (714)-966-1002

2. On September 18, 2025, John-Patrick McGinnis Fritz was appointed Subchapter V trustee. On October 8, 2025, the Debtor revoked its election under Subchapter V.

3. On May 27, 2026, the Case was converted to one under Chapter 7. On June 2, 2026, Jeffrey I. Golden filed his notice of acceptance as Chapter 7 trustee.

4. The Trustee seeks to employ the Firm as his counsel pursuant to 11 U.S.C. §§ 327 and 330, effective upon entry of the order on the Application, to: (a) analyze the Debtor's assets and liabilities, including the Alternative Investments, the Real Property, Lugano, the liens against the Real Property, advise the Trustee on these matters and take appropriate action; (b) if warranted, assist the Trustee in selling assets, including preparing the necessary pleadings for the Court to approve the terms of any such sale, participating in any hearings before this Court regarding the sale, including any auction that may occur and, should the Court approve the sale, taking actions necessary to close the sale; (c) assist the Trustee in employing one or more brokers to market and sell assets, and work with the broker(s) to resolve any related issues; (d) analyze the Debtor's post-petition disbursements, advise the Trustee regarding the same, and take appropriate action; (e) analyze any problematic claims and, if warranted, prepare objections; and (f) provide general advice regarding the Bankruptcy Code and local bankruptcy rules.

5. In addition, the Firm usually performs certain general tasks as counsel to trustees. In this case, to the extent legal issues are involved, the Firm may perform some or all of the following general tasks: (a) advise the Trustee concerning the rights and remedies of the Estate and of the Trustee in regard to the secured, priority and general unsecured claims of creditors; (b) represent the Trustee in any proceeding or hearing, including, without limitation, but not limited to, objections to claims and adversary proceedings to avoid liens and transfers, in the Bankruptcy Court and in any action where the rights of the Estate or the Trustee may be litigated or affected;; (c) assist the Trustee in the settlement of any debts owed to the Debtor; (d) assist the Trustee in the disposition of any other assets of the Estate; and (e) conduct examinations of witnesses, claimants, or adverse parties and prepare and assist in the preparation of reports, accounts, applications and orders.

6. The Firm will avoid duplication of effort between the Firm and any other professionals that may be employed by the Trustee in this case.

7 The Firm's attorneys specialize in insolvency, reorganization, and bankruptcy law and are well qualified to represent the Trustee in this case. All attorneys comprising or associated with the Firm who will render services for the Trustee are duly admitted to practice in the courts of the State of California and in the United States District Court for the Central District of California.

8. The terms of employment of the Firm agreed to by the Trustee, subject to approval of the Court, are that the Firm will perform the required services at its customary hourly rates which currently range from $275 to $850, depending on the experience and expertise of the attorney or paralegal performing the work. The Firm's hourly rates are subject to periodic adjustment. If any adjustment is made while the Firm is performing work in this case, the new hourly rates will be effective for this case. In addition, the Firm will be reimbursed its actual, out-of-pocket expenses. The Firm has not received a retainer in this case and any hourly fees incurred or costs expended by the Firm must be approved by further order of the Bankruptcy Court after a motion which will be noticed to all creditors and parties in interest.

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

9.    Certain disclosures are contained in the Application and accompanying Declaration of Jeffrey I. Golden and Statement of Disinterestedness of David M. Goodrich.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the proposed employment of the Firm, you need take no further action.  In accordance with Local Bankruptcy Rule 2014-1(b)(3)(E), any opposition to the Application and request for hearing on the Application must be made in the form set forth in Local Bankruptcy Rule 9013-1(f) and filed with the Court and served on the Office of the United States Trustee and the Firm no later than **14 days** from the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). Any objections not timely made may be deemed waived.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be obtained from David M. Goodrich upon request at (714) 966-1000 or from the Clerk of the Bankruptcy Court.

Dated:  June 22, 2026                    GOLDEN GOODRICH LLP


By:    */s/ David M. Goodrich*
       DAVID M. GOODRICH
       BRETT H. RAMSAUR
       RYAN W. BEALL
       Proposed Counsel for Chapter 7
       Trustee Jeffrey I. Golden

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000  Fax (714)-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **June 22, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) **June 22, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**   Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 22, 2026 | David M. Fitzgerald | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

0.0

**<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>**

Anthony Bisconti     tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Max Casal     mcasal@shulmanbastian.com, avernon@shulmanbastian.com

John B Connor     jack@johnbconnor.com

Matthew Tyler Davis     tdavis@kbkllp.com

Karol K Denniston     karol.denniston@squirepb.com,
travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com

Don Fisher     dfisher@ptwww.com, tblack@ptwww.com

Alan J Friedman     afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

George Gerro     george@gerrolaw.com

Jeffrey I Golden (TR)     lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com

Michael D Good     mgood@southbaylawfirm.com

Christopher J Harney     charney@tocounsel.com, kmanson@tocounsel.com

Paul Jasper     pjasper@perkinscoie.com, david.kline@rimonlaw.com

Steven J. Katzman     skatzman@bklwlaw.com,
1193516420@filings.docketbird.com,docket@bklwlaw.com

Tobias S Keller     tkeller@kellerbenvenutti.com

Jordan A Kroop     jkroop@pszjlaw.com, rleibowitz@perkinscoie.com

Mette H Kurth     mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com

Wendy A Locke     ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com

Richard A Marshack     rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Ali M. Mojdehi     ali.mojdehi@mgr-legal.com

John Morris     jmorris@pszjlaw.com

Marisol A Nagata     CDCAECF@BDFGROUP.COM

Dakota Pearce     dpearce@buchalter.com, pjolley@buchalter.com;docket@buchalter.com

Matthew D Pham     mpham@allenmatkins.com, mdiaz@allenmatkins.com

Jeffrey N Pomerantz     jpomerantz@pszjlaw.com

Allison M. Rego     allison.rego@mgr-legal.com

Stacy H Rubin     rubins@ballardspahr.com,
DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

Traci L Shafroth     tshafroth@kbkllp.com, staff@kbkllp.com

Leonard M. Shulman     lshulman@shulmanbastian.com,
bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com

Timothy J Silverman     tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com

Edward A Treder     cdcaecf@bdfgroup.com

United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**<u>SERVED BY UNITED STATES MAIL:</u>**

Simba IL Holdings, LLC, a Delaware limited
liability company
870 Roosevelt
Irvine, CA 92618
**DEBTOR**

**SPECIAL APPEARANCE**
Bryan Gadol
c/o Paul Jasper
Perkins Cole, LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105

Brian Gadol
c/o Rebecca J. Marston
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606

Brian Gadol
c/o Hamid Rafatjoo
RAINES FELDMAN LITTRELL, LLP
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660

0.0

Compass Group Diversified Holdings LLC
Attn: Karol K. Denniston
SQUIRE PATTON BOGGS (US) LLP
555 California Street, Suite 550
San Francisco, CA 94104

Compass Group Diversified Holdings LLC
Attn: Scott A. Kane, Stephen D. Lerner,
& Kyle F. Arendsen (pro had vice)
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth St., Ste 1900
Cincinnati, OH  45202

Compass Group Diversified Holdings LLC
Attn: Peter R. Morrison (pro hac vice pending)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114

Darren Testa
c/o Paul Jasper
Perkins Cole, LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105

Darren Testa
c/o Rebecca J. Marston
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606

Darren Testa
c/o Hamid Rafatjoo
RAINES FELDMAN LITTRELL, LLP
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660

John A. Morris
Counsel for the Official Committee of Unsecured
Creditors
c/o Jeffrey Pomerantz
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd, 13th Flr
Los Angeles, CA  90067

John A. Morris, Esq. (pro hac vice)
Counsel for the Official Committee of Unsecured
Creditors
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019

Lugano Diamonds & Jewelry Inc.
c/o KELLER BENVENUTTI KIM LLP
Attn: Tobias S. Keller, Traci L. Shafroth, Scott J.
Friedman & Jay Minga
101 Montgomery Street, Suite 1950
San Francisco, California 94104

**20 LARGEST UNSECURED CREDITORS**

Adrienne Brandes
919 Gardenia Way
Corona Del Mar, CA 92625

Avi Wazana
c/o Darren Enenstein
Enenstein Pham Glass & Rabbat
8439 W Sunset Blvd Suite 300
Los Angeles, CA 90069

Barry Aronoff
c/o Lance N Jurich
Loeb & Loeb LLP
10100 Santa Monica Blvd Ste 2200
Los Angeles, CA 90067

Belgium New York LLC
c/o Patrick Papalia
Archer & Greiner PC
1211 Avenue of the Americas, #2750
New York, NY 10036

Bryan Gadol
c/o Todd C Theodora
Theodora Oringher PC
535 Anton Blvd Ninth Floor
Costa Mesa, CA 92626-7109

Bryan Gadol
c/o Mark Eckard
Raines Feldman Littrell LLP
824 N. Market Street, Suite 805
Wilmington, DE 19801

Bryan Gadol
c/o Mark Eckard
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067

Bryan Gadol
c/o Michelle Schindler
Ferguson Schindler Law Firm
119 South Spring Street Suite 201
Aspen, CO 81611

0.0

Champion Force
c/o Leib M Lerner
Alston & Bird LLP
350 South Grand Ave, 51st Floor
Los Angeles, CA 90071

Damon Shelly
9881 Research Drive
Irvine, CA 92618

Daniel Perl
c/o Omar J. Yassin
Yassin Law APC
1010 E. Union Street Suite 201
Pasadena, CA 91106

Darren Testa
c/o Paul Jasper
Perkins Coie, LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105

Darren Testa
c/o Todd C Theodora
Theodora Oringher PC
535 Anton Blvd Ninth Floor
Costa Mesa, CA 92626-7109

Darren Testa
c/o Mark Eckard
Raines Feldman Littrell LLP
824 N. Market Street, Suite 805
Wilmington, DE 19801

Darren Testa
c/o Mark Eckard
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067

Darren Testa
c/o Michelle Schindler
Ferguson Schindler Law Firm
119 South Spring Street Suite 201
Aspen, CO 81611

Debbie Dacus
5444 Candlewood Drive
Houston, TX 77056

Kaci Kelsay
110 Westminster Road
West Palm Beach, FL 33405

Lawrence Moens
2335 S Ocean Blvd
Palm Beach, FL 33480

N.B.S. Diamonds
c/o Joseph M. Kar
Law Office of Joseph M. Kar PC
15250 Ventura Blvd, Suite PH-1220
Sherman Oaks, CA 91403

N.B.S. Diamonds
c/o Sharon Weiss
Bryan Cave Leighton Paisner LLP
120 Broadway, Ste 300
Santa Monica, CA  90401

Raymond Cohen
c/o Jonathan Hersey
K&L Gates
1 Park Plaza Twelfth Floor
Irvine, CA 92614

Ron McMacken
1660 South Ocean Blvd
Manalapan, FL 33462-6210

Ron Simon
620 Newport Center Drive
Newport Beach, CA 9266

Rusty Holzer
c/o B Capitummino
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NY 14604

Scott Simon
641 St James Road
Newport Beach, CA 92663

Sydney Holdings Limited
c/o J Levin
Glaser Weil Fink Howard Jordan et al
10250 Constellation Blvd 19th Floor
Los Angeles, CA 90067

Sydney Holdings Limited
c/o B. Capitummino
Woods Oviatt
1900 Bausch & Lomb Place
Rochester, NY 14604

Page 3

0.0

Winters, Kristopher
c/o S. Katzman
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer Ste 350
San Clemente, CA 92673

0.0