Leonard M. Shulman. – Bar No. 126349
Alan J. Friedman – Bar No.  132580
Max Casal – Bar No. 342716
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:   (949) 340-3000
Email:          lshulman@shulmanbastian.com
                    afriedman@shulmanbastian.com
                    mcasal@shulmanbastian.com

General Counsel for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:25-bk-12616-MH |
| **SIMBA IL HOLDINGS, LLC. a Delaware limited liability company,** | Chapter 7 |
| | [Converted From Chapter 11] |
| Debtor. | **DEBTOR'S FINAL REPORT AND ACCOUNT OF SUPERSEDED CHAPTER 11 CASE [FED. R. BANKR. P. 1019] AND SCHEDULE OF ALL PROPERTY OF THE ESTATE AS OF THE CONVERSION DATE [LBR 2015-2(d)]** |
| | [No Hearing Set] |

**TO  THE  HONORABLE  MARK  D.  HOULE,  UNITED  STATES  BANKRUPTCY JUDGE, JEFFREY GOLDEN, CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES-IN-INTEREST:**

Simba IL Holdings, LLC, a Delaware limited liability company ("Debtor"), submits this Final Report and Account  [Fed. R. Bankr. P. 1019] and Verified Schedule of All Property of the Estate as of the Conversion Date [LBR 2015-2(d)] ("Report"), and respectfully represents as follows:

1

## I.      INTRODUCTION

The Debtor filed a voluntary petition for relief under Chapter 11 of the United States Code Bankruptcy Code on September 16, 2025 ("Petition Date").  An Order Converting Debtor's Case to Chapter 7 [Dkt. No. 328] was entered on May 27, 2026 ("Conversion Date").  On June 2, 2026 [docket 330], the United States Trustee appointed Jeffrey Golden as the Chapter 7 Trustee.

During the pendency of the chapter 11 case: (i) no assets were acquired or disposed of, and (ii) no payments were made to insiders or professionals employed by the estate.

## II.      ASSETS OF ESTATE AS OF THE CONVERSION DATE[1]

As of the Conversion Date, the assets of Debtor's bankruptcy estate consisted of the following:

**A.      Real Property**

The Debtor is the owner of the real property located at 1220 Red Butte Dr, Aspen, Colorado 81611 (the "Real Property"). The Debtor became the owner of the Real Property on or about September 9, 2025 by special warranty deed.

The Real Property is a 5,872 square foot single-family residence in Aspen, Colorado with 4 beds and 4.5 baths. As of the Conversion Date, the listing price of the Real Property was $22,950,000. The Debtor also owns the furniture within the Real Property.

On May 5, 2026, the automatic stay as to the Real Property was terminated in favor of White Mountain Capital, Inc. ("WMCI") pursuant to the Order Granting the Motion to Approve the [Amended] Stipulation [Dkt. No. 194], permitting WMCI to proceed with in rem default rights as to the Real Property under applicable state law.

**B.      Alternative Investments**

The Debtor maintains  investments (collectively, the "Alternative Investments") with certain investment funds. As of the Conversion Date, the Debtor believed that the current value of the

---

[1] Despite all reasonable efforts to identify all known remaining assets as of the Conversion Date, the Debtor may not have set forth all known assets or potential causes of action against third parties as assets in this Report.  The Debtor reserves all of its rights for the benefit of Estate with respect to any assets, claims, causes of action or avoidance actions the Estate may have whether or not listed in this Report.

Alternative Investments was between $4 and $6 million, based upon the face value of the Alternative Investments, unfunded commitments, liquidity constraints and potential penalties.

Subject to the foregoing, the following chart summarizes the estimated values of the Alternative Investments:

| Fund | Unfunded | Value |
|---|---|---|
| iCapital BCP IX | $ 554,100.00 | $ 46,855.00 |
| iCapital BREP X Access Fund | $ 473,658.00 | $ 297,861.00 |
| iCapital BTAS VIII US Access Fund LP | $ 352,578.00 | $ 692,482.00 |
| iCapital Blackstone Growth | $ 600,000.00 | $ - |
| Brightstar Capital Partners Fund III, LP | $ 549,608.00 | $ 153,289.00 |
| Fundamental Advisors IV | $ 73,833.00 | $ 912,239.00 |
| HS Sponsor Fund III | $ 301,000.00 | $ 59,789.00 |
| RCP Direct IV | $ 89,214.00 | $ 660,786.00 |
| RCP Fund XVI | $ 426,905.00 | $ 526,060.00 |
| Turning Rock | $ 69,324.00 | $ 629,281.00 |
| Blackstone Real Estate Income Trust Class I | $ - | $ 2,095.00 |
| Blackstone Tactical Opportunities Fund IV, LP | $ - | $ - |
| Brevet Direct Lending Short Duration Fund, LP | $ - | $1,086,233.00 |
| CWS SAF XIII | $ - | $ 530,899.00 |
| CWS S13 Lender Group | $ - | $ 20,889.00 |
| Redmile Capital Fund, LP | $ - | $ 223,742.00 |
| Starwood Real Estate Income Trust, Inc. | $ - | $ 21,412.00 |
| Suvretta Partners, LP | $ - | $ 9,487.00 |

## C.    Lugano Stock

The Debtor has a 35% ownership interest in Lugano Holding, Inc. (the "Lugano Stock"), which is the indirect parent company of Lugano Diamonds & Jewelry Inc. ("Lugano").   On November 16, 2025, Lugano and certain affiliated entities filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on November 16, 2025 (Case No. 25-12055). In the Lugano bankruptcy cases, most assets

3

have been sold and the proceeds appear insufficient to pay all creditors in full. Accordingly, the Debtor believes that the Lugano Stock has little to no value.

**D.**     **Other Assets**

    **1.**     **Cash on hand**

The Debtor has about $42,132 in an account held with Schwab. However, such funds are frozen due to various writs or protective orders obtained by certain of the Debtors' creditors prior to the Petition Date.

    **2.**     **Causes of Action**

Causes of action held by the Debtor include, but are not limited to: (i) defenses to actions relating to certain guarantees provided by the Debtor relating to Lugano's obligations under certain agreements concerning the purchase of diamonds and creation of custom jewelry (the "Guarantees"); (ii) contribution claims or causes of action against Lugano, co-guarantors, or third parties for any amounts paid or to be paid pursuant to the Guarantees; (iii) avoidance actions relating to, but not limited to, the liens on the Real Property; and (iv) the proof of claim filed in the Lugano bankruptcy cases as Claim No. 159.

**III.**     **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The Debtor has no executory contracts or unexpired leases.

**IV.**     **SCHEDULE OF UNPAID DEBTS INCURRED AFTER THE PETITION DATE[2]**

| Creditor Name and Address | Description of Claim | Amount Owed for the Chapter 11 Period of 9/16/25 – 5/27/26 |
|---|---|---|
| Richard Marshack and Marshack Hays Wood LLP – CRO 870 Roosevelt Irvine, CA 92620 | Unpaid fees and costs | $217,654.40 |

---

[2] Despite all reasonable efforts to identify all known unpaid debts incurred during the Chapter 11 period of the Petition Date through the Conversion Date, the Debtor may not have set forth all known debt. The Debtor reserves the right to amend this Report to include additional creditors, if any, once such debt becomes known.

4

| Creditor Name and Address | Description of Claim | Amount Owed for the Chapter 11 Period of 9/16/25 – 5/27/26 |
|---|---|---|
| Shulman Bastian Friedman Bui & O'Dea LLP – General Bankruptcy Counsel 100 Spectrum Center Drive, Suite 600 Irvine, CA 92618 | Unpaid attorney fees and costs | $989,702.08 |
| Reeves & Weiss LLP – Special Litigation Counsel 3333 Michelson Drive, Suite 300 Irvine, CA 92612 | Unpaid attorney fees and costs | $206,161.90 |
| Grobstein Teeple LLP – Financial Advisors 23832 Rockfield Boulevard, Suite 245 Lake Forest, California 92630 | Unpaid fees and costs | $10,476.50 |
| Steven Shane Real Estate 230 E. Hopkins Avenue Aspen, Colorado 81611 | Advances made for maintenance of Aspen property | $2,998.96 |
| Fundamental Advisors 745 5th Avenue, 25th Floor New York, NY 10151 | Unfunded capital call | $78,833.00 |

I declare under penalty of perjury that I have read the foregoing **DEBTOR'S FINAL REPORT AND ACCOUNT OF SUPERSEDED CHAPTER 11 CASE [FED. R. BANKR. P. 1019] AND SCHEDULE OF ALL PROPERTY OF THE ESTATE AS OF THE CONVERSION DATE [LBR 2015-2(d)]** and that it is true and correct to the best of my knowledge information and belief.

Dated:  June 26, 2026          **SIMBA IL HOLDINGS, LLC**

_____
Richard A. Marshack, Chief Restructuring Officer

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S FINAL REPORT AND ACCOUNT OF SUPERSEDED CHAPTER 11 CASE [FED. R. BANKR. P. 1019] AND SCHEDULE OF ALL PROPERTY OF THE ESTATE AS OF THE CONVERSION DATE [LBR 2015-2(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *June 26, 2026*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) *June 26, 2026*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>Judge's Copy</u>**
Honorable Mark M. Houle
United States Bankruptcy Court
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2026 | Anne Marie Vernon | */s/ Anne Marie Vernon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Max Casal**    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- **John B Connor**    jack@johnbconnor.com
- **Matthew Tyler Davis**    tdavis@kbkllp.com
- **Karol K Denniston**    karol.denniston@squirepb.com,
  travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Don Fisher**    dfisher@ptwww.com, tblack@ptwww.com
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **George Gerro**    george@gerrolaw.com
- **Jeffrey I Golden (TR)**    lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- **Michael D Good**    mgood@southbaylawfirm.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Christopher J Harney**    charney@tocounsel.com, kmanson@tocounsel.com
- **Paul Jasper**    pjasper@perkinscoie.com, david.kline@rimonlaw.com
- **Steven J. Katzman**    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Tobias S Keller**    tkeller@kellerbenvenutti.com
- **Jordan A Kroop**    jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
- **Mette H Kurth**    mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Richard A Marshack**    rmarshack@marshackhays.com,
  lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Ali M. Mojdehi**    ali.mojdehi@mgr-legal.com
- **John Morris**    jmorris@pszjlaw.com
- **Marisol A Nagata**    CDCAECF@BDFGROUP.COM
- **Dakota Pearce**    dpearce@buchalter.com, pjolley@buchalter.com;docket@buchalter.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Allison M. Rego**    allison.rego@mgr-legal.com
- **Stacy H Rubin**    rubins@ballardspahr.com,
  DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **Stacy H Rubin**    , DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **Traci L Shafroth**    tshafroth@kbkllp.com, staff@kbkllp.com
- **Leonard M. Shulman**    lshulman@shulmanbastian.com,
  bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Timothy J Silverman**    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

## U.S. MAIL SERVICE LIST

**DEBTOR**
SIMBA IL HOLDINGS, LLC
ATTN: RICHARD MARSHACK, CRO
870 ROOSEVELT
IRVINE, CA 92618

**DEBTOR**
SIMBA IL HOLDINGS, LLC
610 NEWPORT CENTER DR., STE. 950
NEWPORT BEACH, CA 92660-6473

**COUNSEL FOR CLAIMANT WHITE MOUNTAIN CAPITAL INC.**
GREG P. CAMPBEL
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH, STE. 225
SAN DIEGO, CA 92108

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O TOBIAS S. KELLER - KELLER BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O TRACI SHAFROTH - KELLER BENEVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O JAY R. MINGA - KELLER BENVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
LUGANO DIAMONDS & JEWELRY
C/O SCOTT FRIEDMAN - KELLER BENVENUTTI
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**RFN**
COMPASS GROUP DIVERSIFIED
C/O KAROL DENNISTON-SQUARE PATTON
555 CALIFORNIA STREET, SUITE 550
SAN FRANCISCO, CA 94104

**RFN**
ATTY FOR GADOL & TESTA
C/O PAUL S. JASPER, ESQ.-PERKINS COIE
505 HOWARD STREET, SUITE 1000
SAN FRANCISCO, CA 94105-3204

**RFN**
ATTY FOR GADOL & TESTA
C/O REBECA J. MARSTON, ESQ.-PERKINS COIE
110 NORTH WACKER DR., SUITE 3400
CHICAGO, ILLINOIS 60606

**RFN**
ATTY FOR GADOL & TESTA
C/O HAMID RAFATJOO-RAINES FELDMAN
4675 MACARTHUR COURT, SUITE 1550
NEWPORT BEACH, CA 92660

**RFN**
COMPASS GROUP DIVERSIFIED
C/O PETER MORRISON, ESQ.
100 KEY TOWER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114

**RFN & POC**
COMPASS GROUP DIVERSIFIED
C/O S. LERNER & K. ARENDSEN
201 E. FOURTH ST., SUITE 1900
CINCINATI, OH 45202

**RFN - COMMITTEE COUNSEL**
J. POMERANTZ/J. KROOP
PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD, 13TH FL
LOS ANGELES, CA 90067

**RFN - COMMITTEE COUNSEL**
JOHN A. MORRIS
PACHULSKI STANG ZIEHL & JONES LLP
1700 BROADWAY, 36TH FLOOR
NEW YORK, NY 10019

**NOTICE PARTY - UST**
QUEENIE K. NG
411 WEST FOURTH STREET, SUITE 7160
SANTA ANA, CA 92701

**NOTICE PARTY**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**NOTICE PARTY**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**NOTICE PARTY & POC**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**NOTICE PARTY**
SECURITIES & EXCHANGE COMMISSION
ATTN: NISHCHAY MASKAY, SR. COUNSEL
100 F STREET, NE
WASHINGTON, DC 20549

**NOTICE PARTY**
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**NOTICE PARTY**
ANTON, DURAID
1 ELK GROVE LN
LAGUNA NIGUEL, CA 92677-1012

**NOTICE PARTY**
ARONOFF, BARRY
C/O LANCE N JURICH/LOEB & LOEB LLP
10100 SANTA MONICA BLVD SUITE 2200
LOS ANGELES, CA 90067-4120

**NOTICE PARTY**
ARVIELO, RICK
C/O GABRIEL G GREEN - BUCHALTER APC
1000 WILSHIRE BLVD SUITE 1500
LOS ANGELES, CA 90017-1730

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**POC**
ARVIELO FAMILY TRUST, THE
C/O DAKOTA PIERCE
1420 5TH AVENUE, SUITE 3100
SEATTLE, WA 98101

**POC**
AVINA  LLC & GLOBAL INNOVATIONS
C/O DAVID B. ZOLKIN
11766 WILSHIRE BLVD, SUITE 730
LOS ANGELES, CA 90025

**NOTICE PARTY**
AVINA LLC
C/O D. ENENSTEIN-ENENSTEN PHAM
3200 BRISTOL ST SUITE 500
COSTA MESA, CA 92626

**NOTICE PARTY**
BACLET, CHARLES
1600 S OCEAN BLVD APT 2101
POMPANO BEACH, FL  33062-7710

**NOTICE PARTY & POC**
CHARLES J. BACLET, III
C/O ERIC A. BROWNDORF, ESQ.
COOPER LEVENSON, P.A.
1125 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08402

**NOTICE PARTY**
BELGIUM NEW YORK LLC C/O
PATRICK PAPALIA/ARCHER &
GREINER PC
1211 AVENUE OF THE AMERICAS
#2750
NEW YORK, NY 10036-8789

**NOTICE PARTY**
BENSON, JULIANNE
389 SOUTH LAKE DRIVE #4G
PALM BEACH, FL 33480-4540

**NOTICE PARTY & POC**
BRANDES, ADRIENNE
C/O FISHBACK LAW CORP
4590 MACARTHUR BLVD, STE 500
NEWPORT BEACH, CA 92660

**NOTICE PARTY**
BRANDES, ADRIENNE
919 GARDENIA WAY
CORONA DEL MAR, CA 92625-1547

**NOTICE PARTY**
BUCKSBAUM, GLENN
303 WHITEFISH HILLS LOOP
WHITEFISH, MT 59937-2256

**NOTICE PARTY**
CAMPF, ANNE AND DARREN
4428 IRISH HEIGHTS DRIVE
SUMMERSVILLE, WV 26651-1971

**PREFERRED ADDRESS**
CAVE, DERYK
1195 E COOPER AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
CHAMPION FORCE
C/O LEIB M LERNER/ALSTON &
BIRD LLP
350 SOUTH GRAND AVE 51ST FLOOR
LOS ANGELES, CA 90071-3406

**NOTICE PARTY**
CHANNELS, CEDRIC
402 ESTHER ST
COSTA MESA, CA 92627-2323

**NOTICE PARTY**
CITIBANK, N.A.
1000 TECHNOLOGY DRIVE
O'FALLON, MO 63368-2240

**NOTICE PARTY & POC**
COHEN, RAYMOND
C/O JONATHAN HERSEY/K&L GATES
1 PARK PLAZA TWELFTH FLOOR
IRVINE, CA 92614-5910

**NOTICE PARTY**
CONWAY, MARK
1221 W COAST HWY APT 114
NEWPORT BEACH, CA  92663-5051

**NOTICE PARTY & POC**
COYNE, KAREN
KAREN BEDROSIAN PROPERTY
TRUST
2934  N BEVERLY GLEN CIRCLE,
UNIT 347
LOS ANGELES, CA 90077-1724

**NOTICE PARTY**
DACUS, DEBBIE
5444 CANDLEWOOD DRIVE
HOUSTON, TX 77056-1603

**NOTICE PARTY**
DIAMONDS & JEWELRY INC C/O A KHAN
BROWN, NERI, SMITH & KHAN LLP
11601 WILSHIRE BLVD SUITE 2080
LOS ANGELES, CA 90025-0389

**NOTICE PARTY**
EMMES, DAVID
655 TOWN CENTER DRIVE
COSTA MESA, CA 92626-1918

**NOTICE PARTY**
FERDER, MORDECHAI AND EDIT
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

**NOTICE PARTY**
FERRY, ANTHONY
20 PACIFICA STE 1000
IRVINE, CA 92618-7462

**POC**
FIRST CIRCLE LLC
C/O RANDALL COFFEE HUMPHREY
LLP
3200 PARK CENTER DR., SUITE 950
COSTA MESA, CA 92626

**NOTICE PARTY**
FLANDERS, SCOTT
1425 SANTA BARBARA DRIVE
NEWPORT BEACH, CA  92660-6373

**NOTICE PARTY**
FLANDERS, SCOTT
PO BOX 7859
AVON, CO  81620-7859

**NOTICE PARTY**
FREEDMAN, JAMES
11755 WILSHIRE BLVD
LOS ANGELES, CA 90025-1501

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**NOTICE PARTY**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS
19TH FLOOR
LOS ANGELES, CA 90067-4410

**NOTICE PARTY**
GADOL, BRYAN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N MARKET STREET SUITE 805
WILMINGTON, DE 19801-4918

**NOTICE PARTY**
GADOL, BRYAN C/O MICHELLE
SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET
SUITE 201
ASPEN, CO 81611-2082

**NOTICE PARTY**
GADOL, BRYAN-C/O TODD C
THEODORA
THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**POC**
GADOL, BRYAN
C/O PAUL JASPER, PERKINS COIE LLP
505 HOWARD STREET, SUITE 1000
SAN FRANCISCO, CA 94105

**NOTICE PARTY**
GOLDSTEIN, ALON
22287 MULHOLLAND HWY, UNIT 254
CALABASAS, CA 91302-5157

**PREFERRED ADDRESS**
HAZEN, CASSANDRA AND PAUL
PO BOX 7070
CARMEL, CA 93921

**NOTICE PARTY & POC**
HOEVEN, DREW
660 NEWPORT CENTTER DRIVE, STE 1450
NEWPORT BEACH, CA 92660

**NOTICE PARTY**
HOEVEN, DREW
3 CAPE ANDOVER
NEWPORT BEACH, CA 92660-8401

**NOTICE PARTY**
HOLZER, RUSTY - C/O B CAPITUMMINO
WOODS OVIATT GILMAN LLP
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**POC**
KAREN BEDROSIAN
2934 N BEVERLY GLEN CIRCLE, UNIT 347
LOS ANGLES, CA 90077

**NOTICE PARTY**
KELSEY, KACI
110 WESTMINSTER ROAD
WEST PALM BEACH, FL 33405-1649

**NOTICE PARTY**
KLEIN, BILL
60 LINDA ISLE
NEWPORT BEACH, CA 92660-7207

**POC**
KRAUS, KEN, MD
C/O MICHAEL D. GOOD
3655 TORRANCE BLVD., STE 300
TORANCE, CA 90503

**NOTICE PARTY**
KRAUS, KEN C/O JEFF AUGUSTINI
LAW OFFICE OF JEFF AUGUSTINI
100 BAYVIEW CIRCLE SUITE 210
NEWPORT BEACH, CA 92660-8901

**NOTICE PARTY**
LEE, ROBERT
BBD 2012 GIFT TRUST
72-2763 ULUWEUWEU AKSUM PLACE
KAILUA KONA, HI 96740

**NOTICE PARTY**
LEVASQUE, MATT
5893 LAKEVIEW
YORBA LINDA, CA 92886-5367

**POC**
LEVESQUE, MATTHEW
C/O RANDALL COFFEE
HUMPHREY LLP
3200 PARK CENTER DR., SUITE 9000
COSTA MESA, CA 92626

**NOTICE PARTY & POC**
LI, PETER
19211 CROYDEN TER
IRVINE, CA 92603-3537

**NOTICE PARTY & POC**
LOCKSLEY, JOHN
185 WEST END AVENUE UNIT 9A
NEW YORK, NY 10023-5543

**NOTICE PARTY**
LOOK-MAZZA, MONA
344 WEST REDS ROAD
ASPEN, CO 81611

**POC**
LUGANO DIAMONDS & JEWELRY
C/O CHRISTOPH PACHLER
620 NEWPORT CENTER DRIVE
SUITE 100
NEWPORT BEACH, CA 92660

**POC**
LUGANO BUYER, INC.
C/O CHRISTOPH PACHLER
620 NEWPORT CENTER DRIVE SUITE 100
NEWPORT BEACH, CA 92660

**NOTICE PARTY**
LUGANO BUYER, INC.
301 RIVERSIDE AVENUE, SECOND
FLOOR
WESTPORT, CT 06880-4806

**NOTICE PARTY**
MCCALL, MARIANNE
188 LUDLOW STREET APT 21J
NEW YORK, NY 10002-1690

**NOTICE PARTY & POC**
MCHENRY, TROY
10917 EARTH HUES
LAS VEGAS, NV 89135-9132

**NOTICE PARTY**
MCMACKEN, RON
1660 SOUTH OCEAN BLVD
MANALAPAN, FL  33462-6210

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**NOTICE PARTY**
MOENS, LAWRENCE
2335 S OCEAN BLVD
PALM BEACH, FL 33480-5368

**NOTICE PARTY**
MOLER, BILL
10342 MOHAWK ROAD
LEAWOOD, KS 66206-2587

**NOTICE PARTY**
N.B.S. DIAMONDS C/O GERALD L.
KROLL
KROLL LAW
970 W. BROADWAY, SUITE E-200
JACKSON, WY 83001-6402

**NOTICE PARTY**
N.B.S. DIAMONDS C/O JOSEPH M. KAR
LAW OFFICE OF JOSEPH M. KAR PC
15250 VENTURA BLVD SUITE PH-1220
SHERMAN OAKS, CA 91403-3201

**POC**
N.B.S. DIAMONDS C/O SHARON WEISS,
BRYAN CAVE ET AL
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401

**NOTICE PARTY**
OCONNELL, KEVIN
1714 STARLIGHT CIR
NEWPORT BEACH, CA 92660-4340

**NOTICE PARTY**
PERL, DANIEL C/O OMAR J. YASSIN
YASSIN LAW APC
1010 E. UNION STREET SUITE 201
PASADENA, CA 91106-1756

**NOTICE PARTY**
PHILLIPS, ANDY
2900 BRISTOL STREET
COSTA MESA, CA 92626-5981

**NOTICE PARTY**
PRESUTTI, DANA
424 PARK CIRCLE
ASPEN, CO 81611-3400

**NOTICE PARTY**
RUBERTI, LISA
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
RODAN, AMMON
21 ORINDA WAY, SUITE C-381
ORINDA, CA 94563-2530

**NOTICE PARTY**
ROTHSTEIN, ADAM
17 COVLEE DRIVE
WESTPORT, CT 06880-6407

**POC**
ROYAL T. DIAMONDS GROUP LTD
C/O ALI MOJDEHI, MOJDEHI GALVIN
2550 FIFTH AVENUE, SUITE 910
SAN DIEGO, CA 92103

**NOTICE PARTY**
SHELLY, DAMON
9881 RESEARCH DRIVE
IRVINE, CA 92618-4304

**NOTICE PARTY**
SHERWOOD, STEVE
54 GOLDEN EAGLE
IRVINE, CA 92603-0309

**NOTICE PARTY**
SIMON, RON
620 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660-6420

**NOTICE PARTY**
SIMON, SCOTT
641 ST JAMES ROAD
NEWPORT BEACH, CA 92663-5854

**NOTICE PARTY**
SIMON, VONDA & SCOTT
29230 PASEO CARMONA
SAN JUAN CAPISTRANO, CA 92675-3654

**NOTICE PARTY & POC**
SMITH, MIKE
1585 ATTOKA ROAD
MARSHALL, VA 20115-3505

**NOTICE PARTY**
SONI, ASHISH
1908 N FREMONT STREET
CHICAGO, IL 60614-5017

**POC**
STACK, GEOFFREY & NANCY
C/O MATTHEW D. PHAM-ALLEN
MATKINS
865 S. FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017

**NOTICE PARTY**
STACK, JEFF
3501 JAMBOREE ROAD, SUITE 6000
NEWPORT BEACH, CA 92660-2960

**NOTICE PARTY**
STRAWBRIDGE, GEORGE
3801 KENNET PIKE
WILMINGTON, DE 19807-2300

**NOTICE PARTY**
SUMMERS, JIM
282 LOCHA DRIVE
JUPITER, FL 33458-7733

**PREFERRED ADDRESS**
SUTHERLAND, ANNE & GRANT
151 RANCH CREEK LANE
CARBONDALE, CO 91623

**NOTICE PARTY**
SYDNEY HOLDINGS LIMITED
C/O B. CAPITUMMINO - WOODS OVIATT
1900 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604-2714

**NOTICE PARTY**
SYDNEY HOLDINGS LIMITED C/O J
LEVIN
GLASER WEIL FINK HOWARD
JORDAN ET AL
10250 CONSTELLATION BLVD
19TH FLOOR
LOS ANGELES, CA 90067-6219

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**NOTICE PARTY & POC**
TEDORI, FRED
48 RITZ COVE DRIVE
DANA POINT, CA 92629-4228

**NOTICE PARTY**
TESTA, DARREN C/O M. SCHINDLER
FERGUSON SCHINDLER LAW FIRM
119 SOUTH SPRING STREET SUITE 201
ASPEN, CO 81611-2082

**NOTICE PARTY**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
1900 AVENUE OF THE STARS
19TH FLOOR
LOS ANGELES, CA 90067-4410

**NOTICE PARTY**
TESTA, DARREN C/O MARK ECKARD
RAINES FELDMAN LITTRELL LLP
824 N. MARKET STREET, SUITE 805
WILMINGTON, DE 19801-4918

**NOTICE PARTY**
TESTA, DARREN C/O TODD C THEODORA
& C. HARNEY
THEODORA ORINGHER PC
535 ANTON BLVD NINTH FLOOR
COSTA MESA, CA 92626-7109

**POC**
TESTA, DARREN
C/O PAUL JASPER, PERKINS COIE
LLP
505 HOWARD STREET, SUITE 1000
SAN FRANCISCO, CA 94105

**PREFERRED ADDRESS**
US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

**NOTICE PARTY**
WANG, ANGI
C/O GOGO & MOORE LLC
505 E HYMAN AVENUE
ASPEN, CO 81611

**NOTICE PARTY**
WAZANA, AVI C/O DARREN
ENENSTEIN
ENENSTEIN PHAM GLASS & RABBAT
8439 W SUNSET BLVD SUITE 300
LOS ANGELES, CA 90069-1925

**POC**
WHITE MOUNTAIN CAPITAL
3447 HIGH RIDGE ROAD
BOYNTON BEACH, FL 33426

**NOTICE PARTY**
WINTERS, KRISTOPHER C/O S. KATZMAN
BIENERT KATZMAN LITTRELL
WILLIAMS LLP
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673-6253

**POC**
WINTERS, KRISTOFFER
C/O STEVEN KATZMAN
903 CALLE AMANECER STE 350
SAN CLEMENTE, CA 92673

**NOTICE PARTY**
WOLFE, BILL
525 S FLAGLER DRIVE PH2 C/D
WEST PALM BEACH, FL 33401-5922

**N/A**
SANTA ANA DIVISION
411 WEST FOURTH STREET, SUITE
2030,
SANTA ANA, CA 92701-4500
**N/A**

**NOTICE PARTY**
RUBERTI, LISA
**UNDELIVERABLE - INCOMPLETE
ADDRESS**

**NOTICE PARTY**
WANG, ANGI
**UNDELIVERABLE - INCOMPLETE
ADDRESS**

**NOTICE PARTY**
CAVE, DERYK
50 BIG SKY RESORT RD
BIG SKY, MT 59716
**UPDATED ADDRESS - PER
CREDITOR REQUEST**

**NOTICE PARTY**
SUTHERLAND, ANNE & GRANT
61070 MINARET CIRCLE
BEND, OREGON 97702-1903
**UPDATED ADDRESS - PER CREDITOR
REQUEST**

**NOTICE PARTY**
HAZEN, CASSANDRA AND PAUL
C/O JOANNA MARIE MYERS
9465 WILSHIRE BLVD SUITE 300
BEVERLY HILLS, CA 90212-2624
**UPDATED ADDRESS - PER CREDITOR
REQUEST**

**NOTICE PARTY**
SHERLOCK, TINA & RUSS
1416 W MAIN STREET
CARMEL, IN 46032
**UNDELIVERABLE**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1.PROOF.SERVICE**