David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Brett H. Ramsaur, State Bar No. 281566
brett@ramsaurlaw.com
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Proposed Counsel for Chapter 7 Trustee
Jeffrey I. Golden

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SIMBA IL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 7<br><br>**MOTION FOR ORDER (1) FIXING LAST DATE FOR ALL CREDITORS WITH UNPAID CHAPTER 11 ADMINISTRATIVE CLAIMS TO FILE A REQUEST FOR PAYMENT, AND (2) APPROVING FORM OF NOTICE OF BAR DATE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF JEFFREY I. GOLDEN IN SUPPORT THEREOF**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND DEBTOR'S COUNSEL, AND PARTIES IN INTEREST:**

Jeffrey I. Golden, the duly appointed, qualified and acting chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Simba IL Holdings, LLC ("Debtor"), files this *Motion for Order (1) Fixing Last Date for all Creditors With Unpaid Chapter 11 Administrative Claims to File a Request for Payment, and (2) Approving Form of Notice of Bar Date* ("Motion"). In support of the Motion, the Trustee submits the following

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

memorandum of points and authorities and the Declaration of Jeffrey I. Golden ("Golden Decl."), and represents as follows:

## I. BACKGROUND FACTS

On September 16, 2025 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, commencing case no. 8:25-bk-12616-MH ("Case").[1]

On September 18, 2025, John-Patrick McGinnis Fritz was appointed Subchapter V trustee. On October 8, 2025, the Debtor revoked its election under Subchapter V. *See* Docket 52.

On May 27, 2026, the Case was converted to chapter 7. *See* Docket 328. Jeffrey I. Golden filed his notice of acceptance as chapter 7 trustee on June 2, 2026. *See* Docket 330.

On July 7, 2026, the Trustee filed a *Notice of Asset Case*. The Court fixed a claims bar date of October 13, 2026. *See* Docket 344. The Court served notice on creditors on July 9, 2026. *See* Docket 351.

The Trustee believes it is necessary to set a claims bar deadline for chapter 11 administrative expenses, including professional fees and post-petition taxes, in order to assess the claims of the Estate as the Trustee investigates assets. The Court has not set a deadline for the filing of requests for payment of unpaid chapter 11 administrative claims. To ensure that any creditors with unpaid chapter 11 administrative claims who have not already filed a claim with the Court do so in time to receive a distribution, the Trustee believes it is appropriate for an administrative claims bar date to be set.

//

//

---

[1] The Trustee requests the Court take judicial notice of its docket, the date of filing of pleadings on its docket and admissions of the Debtor in its schedules and related documents.

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

## II. REQUESTED RELIEF

### A. Establish Deadline for Filing Administrative Claims

To complete the administration of the Case, a deadline for the filing of all requests for payment by holders of chapter 11 administrative claims (chapter 11 professional claims, trade claims, priority tax claims, and employee wage claims, if any[2]) must be set so the Trustee can establish the amount of those claims. Accordingly, the Trustee seeks an order setting a bar date ("Bar Date") for claims incurred between September 16, 2025 and May 27, 2026 ("Administrative Claim Period"). Copies of the proposed notice of the Bar Date ("Notice of Bar Date") and request for payment form are attached as **Exhibit 1**.

### B. Notice to Subsequently-Discovered Claimants

The Trustee also requests that if, after giving notice of the Bar Date, additional chapter 11 administrative creditors are discovered, the Trustee may serve a supplemental notice advising such creditors that they must file a request for payment within 30 days from the date the supplemental notice is served.

### C. No Hearing on Administrative Claims

With respect to the procedure for filing requests for payment, although 11 U.S.C. § 503(b) requires notice and a hearing on the allowance of a claim filed pursuant to 11 U.S.C. § 503, the Trustee proposes that any chapter 11 administrative claims be filed without a scheduled hearing.[3] To the extent any such timely-filed claim is objectionable, the Trustee will object to the claim and schedule a hearing on the objection. The Trustee believes that this procedure will promote judicial economy for all parties involved by eliminating unnecessary hearings on undisputed chapter 11 administrative claims.

---

[2] The *Debtor's Final Report and Account of Superseded Chapter 11 Case [Fed. R. Bankr. P. 1019] and Schedule of all Property of the Estate as of the Conversion Date [LBR 2015-2(d)]* (dkt. 341) does not mention any employees.

[3] With respect to professionals who are employed pursuant to 11 U.S.C. § 327 with unpaid chapter 11 fees and costs, this Motion does not relieve such professionals of the requirements for the filing of fee applications subject to notice and a hearing as required by the Bankruptcy Code and federal and local rules.

### D. Effect of Untimely-Filed Request for Payment

In order to ensure that the Notice of Bar Date serves its intended purpose, the Trustee requests that any creditor who has a chapter 11 administrative claim be required to timely file a request for payment by the Bar Date or be forever barred from (1) asserting such a claim against the Estate, and (2) receiving any distribution in the Case on account of the chapter 11 administrative claim.

## III. MEMORANDUM OF POINTS AND AUTHORITIES

Under FRBP 1019(6), a request for payment of an administrative expense claim incurred before conversion of the case is timely filed under 11 U.S.C. § 503 "if it is filed before conversion or a time fixed by the court." In order to determine the extent of administrative claims of the Estate, the Trustee requests the Court set a deadline of thirty (30) days from the service of the Notice of Bar Date on all creditors. A copy of the proposed Notice of Bar Date is attached as **Exhibit 1**. The Trustee will serve the notice on all parties identified as creditors in this case, including professionals that were appointed or employed in the chapter 11 case, to ensure that all parties who might potentially have claims receive notice of the administrative claims bar date.

## IV. CONCLUSION

The Trustee respectfully requests that this Court enter an order:

1. Granting this Motion;

2. Approving the form of the Notice of Bar Date attached as Exhibit 1 and setting the deadline for the filing of requests for payment of unpaid chapter 11 administrative claims as thirty (30) days from service of the Notice of Bar Date;

3. Requiring all creditors with unpaid claims that arose between September 16, 2025 and May 27, 2026, to timely file requests for payment by the Bar Date or be forever barred from (i) asserting such a claim against the Estate, and (ii) receiving any distribution in the Case on account of such claims;

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

4. Authorizing the Trustee to serve a supplemental notice advising any later-discovered creditors that any such creditors shall have 30 days from the service of the supplemental notice to file a request for payment;

5. Permitting chapter 11 administrative claims to be filed without a hearing as set forth in this Motion; and

6. Granting such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: August 14, 2026

GOLDEN GOODRICH LLP

By: */s/ David M. Goodrich*
DAVID M. GOODRICH
Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000 Fax (714)-966-1002

**DECLARATION OF JEFFREY I. GOLDEN**

I, Jeffrey I. Golden, declare as follows:

1. I am the chapter 7 trustee of the bankruptcy estate of Simba IL Holdings, LLC ("Debtor"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Motion for Order (1) Fixing Last Date for all Creditors With Unpaid Chapter 11 Administrative Claims to File a Request for Payment, and (2) Approving Form of Notice of Bar Date* ("Motion"). All terms defined in the Motion are incorporated herein by this reference.

2. According to the proceedings docket:

a. On September 16, 2025 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, commencing case no. 8:25-bk-12616-MH ("Case");

b. On September 18, 2025, John-Patrick McGinnis Fritz was appointed Subchapter V trustee. On October 8, 2025, the Debtor revoked its election under Subchapter V; and

c. On May 27, 2026, the Case was converted to chapter 7.

3. On June 2, 2026, I filed my notice of acceptance as chapter 7 trustee.

4. I believe it is necessary to set a claims bar deadline for chapter 11 administrative expenses in order to perform a complete claim review before I submit a final report to the United States Trustee. To ensure that any creditors with unpaid chapter 11 administrative claims who have not already filed a claim with the Court do so in time to receive a distribution, I believe it is appropriate for an administrative claims bar date to be set.

//

//

5. Attached hereto as Exhibit 1 is a true and correct copy of the form of the Notice of Bar Date that I propose be served on all creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of August, 2026, at Los Angeles, California.

Jeffrey I. Golden

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel (714) 966-1000 Fax (714)-966-1002

# Exhibit 1

David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Brett H. Ramsaur, State Bar No. 281566
brett@ramsaurlaw.com
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Proposed Counsel for Chapter 7 Trustee
Jeffrey I. Golden

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SIMBA IL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 7<br><br>**NOTICE OF DEADLINE FOR ALL CREDITORS WITH UNPAID CHAPTER 11 ADMINISTRATIVE CLAIMS TO FILE A REQUEST FOR PAYMENT** |

**TO ALL PARTIES RECEIVING THIS NOTICE:**

**PLEASE TAKE NOTICE** that if you hold an unpaid claim against Simba IL Holdings, LLC ("Debtor") which arose between September 16, 2025 (the date the voluntary chapter 11 petition was filed) and May 27, 2026 (the date the case was converted to chapter 7), the United States Bankruptcy Court has established **_____________, 2026** ("Bar Date"), as the last day to file a request for payment and proof of post-petition Chapter 11 claim using the form enclosed with this notice. This notice does not apply to any other time periods. If you hold an unpaid claim that arose between September 16, 2025 and May 27, 2026, and have not already filed a request for payment or a proof of claim, then your request for payment must be filed with the United States Bankruptcy Court at the following address:

**United States Bankruptcy Court**
**Ronald Reagan Federal Building and U.S. Courthouse**
**411 West Fourth Street**
**Santa Ana, CA 92701**

If you are required to but do not timely file your request for payment and proof of your unpaid chapter 11 administrative claim with the Bankruptcy Court by the Bar Date, then you will be forever barred from (1) asserting such a claim against the Debtor or the Debtor's estate, or (2) receiving any distribution in this case on account of such a claim. A sample "Proof of Administrative Claim and Request for Payment" form is attached hereto. In the interest of judicial economy, do not set a hearing on the allowance or payment of your request for payment of claim. Any objections to the requests for payment of claims will be set for hearing by the objecting party. If you have already filed a proof of claim or request for payment of a chapter 11 administrative claim, you do not need to do so again.

Dated: ____________, 2026

GOLDEN GOODRICH LLP

By: ________________________________
DAVID M. GOODRICH
Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

# PROOF OF ADMINISTRATIVE CLAIM AND REQUEST FOR PAYMENT

**POST-PETITION, PRE-CONVERSION CHAPTER 11 CLAIM**

**In re**

**SIMBA IL HOLDINGS, LLC**
**Case No: 8:25-bk-12616-MH**

**NOTE: This is not a proof of claim form. This form should be used to make a claim for an administrative expense arising after the commencement of the case pursuant to 11 U.S.C. § 503.**

**Name of Creditor (The person or entity to whom the debtor owes money or property):**

**Name and Addresses Where Notices Should be Sent**

**Telephone number:**

❑ Check box if you are aware that anyone else has filed a request for payment relating to your administrative claim. Attach copy of statement giving particulars

❑ Check box if you have never received any notices from the bankruptcy court in this case

❑ Check box if the address differs from the address on the envelope sent to you by the court.

**Account Number by Which Creditor Identifies Debtor:**

**Check here if this ❑ replaces ❑ amends a previously filed request**

**1. Basis for Claim:**

- ❑ Goods sold between 9/16/25 and 5/27/26
- ❑ Services performed between 9/16/25 and 5/27/26
- ❑ Money loaned between 9/16/25 and 5/27/26
- ❑ Personal injury/wrongful death claim between 9/16/25 and 5/27/26
- ❑ Taxes accrued between 9/16/25 and 5/27/26
- ❑ Retiree benefits as defined in 11 U.S.C. § 1114(a) accrued between 9/16/25 and 5/27/26
- ❑ Wages, salaries, and compensation accrued between 9/16/25 and 5/27/26
- ❑ Other administrative obligations incurred between 9/16/25 and 5/27/26 (describe briefly):

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:**

$________________________________

❑ Check this box if claim includes interest or charges in addition to the principal amount of the claim, and attach itemized statement of all interest or additional charges.

**5. CREDITS AND SETOFFS**: In filing this administrative claim request, the claimant has deducted all amounts that the claimant owes to the debtor.

**6. SUPPORTING DOCUMENTS:** Attach copies of all supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, evidence of liens, and evidence of perfection. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of this request, enclose an additional copy and a stamped, self-addressed envelope.

**This Space Is for Court Use Only**

Date:

**Sign and print the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any):**

Penalty for presenting fraudulent claim: fine of up to $500,000.00 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **MOTION FOR ORDER (1) FIXING LAST DATE FOR ALL CREDITORS WITH UNPAID CHAPTER 11 ADMINISTRATIVE CLAIMS TO FILE A REQUEST FOR PAYMENT, AND (2) APPROVING FORM OF NOTICE OF BAR DATE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF JEFFREY I. GOLDEN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 14, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date)* **August 14, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____________________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2026 | David M. Fitzgerald | /s/ David M. Fitzgerald |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Anthony Bisconti tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Max Casal mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
John B Connor jack@johnbconnor.com
Matthew Tyler Davis tdavis@kbkllp.com
Karol K Denniston karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
Don Fisher dfisher@ptwww.com, tblack@ptwww.com
Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
George Gerro george@gerrolaw.com
Jeffrey I Golden (TR) lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
Michael D Good mgood@southbaylawfirm.com
David M Goodrich dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
Christopher J Harney charney@tocounsel.com, kmanson@tocounsel.com
Paul Jasper paul.jasper@ashurstperkins.com, david.kline@rimonlaw.com
Steven J. Katzman skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
Tobias S Keller tkeller@kellerbenvenutti.com
Jordan A Kroop jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
Mette H Kurth mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
Wendy A Locke ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
Richard A Marshack rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
Ali M. Mojdehi ali.mojdehi@mgr-legal.com
John Morris jmorris@pszjlaw.com
Marisol A Nagata CDCAECF@BDFGROUP.COM
Dakota Pearce dpearce@buchalter.com, pjolley@buchalter.com;docket@buchalter.com
Matthew D Pham mpham@allenmatkins.com, mdiaz@allenmatkins.com
Jeffrey N Pomerantz jpomerantz@pszjlaw.com
Brett Ramsaur brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
Allison M. Rego allison.rego@mgr-legal.com
Traci L Shafroth tshafroth@kbkllp.com, staff@kbkllp.com
Leonard M. Shulman lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
Timothy J Silverman tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
Edward A Treder cdcaecf@bdfgroup.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**:
Simba IL Holdings, LLC, a Delaware limited liability
company
870 Roosevelt
Irvine, CA 92618
**DEBTOR**

Mark D. Houle
United States Bankruptcy Court
Central District of California
411 W. 4th St, Ste 6135/Ctrm 6C
Santa Ana, CA 92701-4593