David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Brett H. Ramsaur, State Bar No. 281566
brett@ramsaurlaw.com
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Counsel for Chapter 7 Trustee
Jeffrey I. Golden

FILED & ENTERED

SEP 09 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SIMBA IL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR ORDER (1) FIXING LAST DATE FOR ALL CREDITORS WITH UNPAID CHAPTER 11 ADMINISTRATIVE CLAIMS TO FILE A REQUEST FOR PAYMENT, AND (2) APPROVING FORM OF NOTICE OF BAR DATE** |

The Court having read and considered the *Motion for Order (1) Fixing Last Date for all Creditors With Unpaid Chapter 11 Administrative Claims to File a Request for Payment, and (2) Approving Form of Notice of Bar Date* filed on August 14, 2026, as Docket No. 363 ("Motion"), and for good cause shown,

//

//

//



Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000 Fax (714)-966-1002

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000 Fax (714)-966-1002

IT IS ORDERED:

1. The Motion is granted in its entirety;

2. The form of the notice of the bar date attached as Exhibit 1 to the Motion ("Bar Date Notice") is approved;

3. The last day to file requests for payment of unpaid Chapter 11 administrative claims is October 16, 2026 ("Bar Date");

4. Jeffrey I. Golden, Chapter 7 trustee ("Trustee"), is authorized to provide each of the creditors with a Bar Date Notice and proof of claim form;

5. Any holder of a Chapter 11 administrative claim that fails to timely file a request for payment by the Bar Date is barred from (a) asserting such a claim against the Estate, and (b) receiving any distribution in this case on account of the administrative claim;

6. The Trustee is authorized to serve a supplemental notice advising any later-discovered creditors that any such creditors shall have 30 days from the service of the supplemental notice to file a request for payment; and

7. Chapter 11 administrative claims may be filed without a hearing.

###

Date: September 9, 2026

Mark Houle
United States Bankruptcy Judge