David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Brett H. Ramsaur, State Bar No. 281566
brett@ramsaurlaw.com
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel for Chapter 7 Trustee
Jeffrey I. Golden

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SIMBA IL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 7<br><br>**NOTICE OF DEADLINE FOR ALL CREDITORS WITH UNPAID CHAPTER 11 ADMINISTRATIVE CLAIMS TO FILE A REQUEST FOR PAYMENT** |

**TO ALL PARTIES RECEIVING THIS NOTICE:**

**PLEASE TAKE NOTICE** that if you hold an unpaid claim against Simba IL Holdings, LLC ("Debtor") which arose between September 16, 2025 (the date the voluntary chapter 11 petition was filed) and May 27, 2026 (the date the case was converted to chapter 7), the United States Bankruptcy Court has established **October 16, 2026** ("Bar Date"), as the last day to file a request for payment and proof of post-petition Chapter 11 claim using the form enclosed with this notice. This notice does not apply to any other time periods. If you hold an unpaid claim that arose between September 16, 2025 and May 27, 2026, and have not already filed a request for payment or a proof of claim, then your request for payment must be filed with the United States Bankruptcy Court at the following address:



Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

**United States Bankruptcy Court**
**Ronald Reagan Federal Building and U.S. Courthouse**
**411 West Fourth Street**
**Santa Ana, CA 92701**

If you are required to but do not timely file your request for payment and proof of your unpaid chapter 11 administrative claim with the Bankruptcy Court by the Bar Date, then you will be forever barred from (1) asserting such a claim against the Debtor or the Debtor's estate, or (2) receiving any distribution in this case on account of such a claim. A sample "Proof of Administrative Claim and Request for Payment" form is attached hereto. In the interest of judicial economy, do not set a hearing on the allowance or payment of your request for payment of claim. Any objections to the requests for payment of claims will be set for hearing by the objecting party. If you have already filed a proof of claim or request for payment of a chapter 11 administrative claim, you do not need to do so again.

Dated: September 11, 2026 GOLDEN GOODRICH LLP

By: */s/ David M. Goodrich*
DAVID M. GOODRICH
Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

# PROOF OF ADMINISTRATIVE CLAIM AND REQUEST FOR PAYMENT

**POST-PETITION, PRE-CONVERSION CHAPTER 11 CLAIM**

**In re**

**SIMBA IL HOLDINGS, LLC**
**Case No: 8:25-bk-12616-MH**

**NOTE: This is not a proof of claim form. This form should be used to make a claim for an administrative expense arising after the commencement of the case pursuant to 11 U.S.C. § 503.**

**Name of Creditor (The person or entity to whom the debtor owes money or property):**

❑ Check box if you are aware that anyone else has filed a request for payment relating to your administrative claim. Attach copy of statement giving particulars

**Name and Addresses Where Notices Should be Sent**

❑ Check box if you have never received any notices from the bankruptcy court in this case

❑ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number:**

**Account Number by Which Creditor Identifies Debtor:**

**Check here if this ❑ replaces ❑ amends a previously filed request**

**1. Basis for Claim:**

- ❑ Goods sold between 9/16/25 and 5/27/26
- ❑ Services performed between 9/16/25 and 5/27/26
- ❑ Money loaned between 9/16/25 and 5/27/26
- ❑ Personal injury/wrongful death claim between 9/16/25 and 5/27/26
- ❑ Taxes accrued between 9/16/25 and 5/27/26
- ❑ Retiree benefits as defined in 11 U.S.C. § 1114(a) accrued between 9/16/25 and 5/27/26
- ❑ Wages, salaries, and compensation accrued between 9/16/25 and 5/27/26
- ❑ Other administrative obligations incurred between 9/16/25 and 5/27/26 (describe briefly):

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:**

$________________________________

❑ Check this box if claim includes interest or charges in addition to the principal amount of the claim, and attach itemized statement of all interest or additional charges.

**5. CREDITS AND SETOFFS**: In filing this administrative claim request, the claimant has deducted all amounts that the claimant owes to the debtor.

**6. SUPPORTING DOCUMENTS:** Attach copies of all supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, evidence of liens, and evidence of perfection. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of this request, enclose an additional copy and a stamped, self-addressed envelope.

**This Space Is for Court Use Only**

Date:

**Sign and print the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any):**

Penalty for presenting fraudulent claim: fine of up to $500,000.00 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DEADLINE FOR ALL CREDITORS WITH UNPAID CHAPTER 11 ADMINISTRATIVE CLAIMS TO FILE A REQUEST FOR PAYMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 11, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date)* **September 11, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 11, 2026 | David M. Fitzgerald | /s/ David M. Fitzgerald |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Anthony Bisconti tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Max Casal mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
John B Connor jack@johnbconnor.com
Matthew Tyler Davis tdavis@kbkllp.com
Karol K Denniston karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
Don Fisher dfisher@ptwww.com, tblack@ptwww.com
Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
George Gerro george@gerrolaw.com
Jeffrey I Golden (TR) lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
Michael D Good mgood@southbaylawfirm.com
David M Goodrich dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
Christopher J Harney charney@tocounsel.com, kmanson@tocounsel.com
Paul Jasper paul.jasper@ashurstperkins.com, david.kline@rimonlaw.com
Steven J. Katzman skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
Tobias S Keller tkeller@kellerbenvenutti.com
Jordan A Kroop jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
Mette H Kurth mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
Wendy A Locke ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
Richard A Marshack rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
Ali M. Mojdehi ali.mojdehi@mgr-legal.com
John Morris jmorris@pszjlaw.com
Marisol A Nagata CDCAECF@BDFGROUP.COM
Dakota Pearce dpearce@buchalter.com, pjolley@buchalter.com;docket@buchalter.com
Matthew D Pham mpham@allenmatkins.com, mdiaz@allenmatkins.com
Jeffrey N Pomerantz jpomerantz@pszjlaw.com
Brett Ramsaur brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
Allison M. Rego allison.rego@mgr-legal.com
Traci L Shafroth tshafroth@kbkllp.com, staff@kbkllp.com
Leonard M. Shulman lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
Timothy J Silverman tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
Edward A Treder cdcaecf@bdfgroup.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**:
*[SEE ATTACHED LIST]*

Brandes, Adrienne
919 Gardenia Way
Corona Del Mar, CA 92625-1547

Sydney Holdings Limited c/o J Levin
Glaser Weil Fink Howard Jorda
10250 Constellation Blvd 19th
Los Angeles, CA 90067-6219

Karen Bedrosian Separate Property Trust
2934 N Beverly Glen Circle, Uni
Los Angeles, CA 90077-1724

Compass Group Diversified Holdings LLC
c/o Kyle Arendsen, Squire Patto
201 E. Fourth Street, Suite 190
Cincinnati, OH 45202-4277

U.S. Securities and Exchange Commission
950 East Paces Ferry Road, N
Suite 900
Atlanta, GA 30326-1382

Royal T Diamonds Group Ltd.
Attn: David Patish, CEO
1 Jabotinksy
RAMAT GAN, 525001 IL

Benson, Julianne
389 South Lake Drive #4G
Palm Beach, FL 33480-4540

Hoeven, Drew
3 Cape Andover
Newport Beach, CA 92660-8401

US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229

White Mountain Capital Inc.
C/O Aldridge Pite, LLP
3333 Camino del Rio South,
Suite 225
San Diego, CA 92108-3808

Max Casal
Shulman Bastian Friedman Bu
100 Spectrum Center Drive
Ste 600
Irvine, CA 92618-4969

Shulman Bastian Friedman Bui & O'Dea LL
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618-4969

Ken Kraus
c/o Michael D. Good, Esq.
3655 Torrance Blvd.
Ste. 300
Torrance, CA 90503-4857

Simba IL Holdings, LLC
870 Roosevelt
Irvine, CA 92620-3663

Scheer Law Group, LLP, interested party
Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

Avina LLC
c/o D. Enenstein-Enensten Ph
3200 Bristol St Suite 500
Costa Mesa, CA 92626-1810

Michael A. Smith
1585 Atoka Road
Marshall, VA 20115-3505

Diamonds & Jewelry Inc c/o A Khan
Brown, Neri, Smith & Khan LLP
11601 Wilshire Blvd Suite 2080
Los Angeles, CA 90025-0389

Drew Hoeven et al.
c/o Timothy J. Silverman
85 Argonaut Suite 202
Aliso Viejo, CA 92656-4128

Flanders, Scott
1425 Santa Barbara Drive
Newport Beach, CA 92660-6373

Citibank, N.A.
1000 Technology Drive
O'Fa11on, MO 63368-2240

The Arvielo Family Trust
c/o Dakota Pearce
Buchalter, A Professional Corp
1420 5th Avenue, Suite 3100
Seattle, WA 98101-1337

Bucksbaum, Glenn
303 Whitefish Hills Loop
Whitefish, MT 59937-2256

Anton, Duraid
1 Elk Grove Ln
Laguna Niguel, CA 92677-1012

Ruberti, Lisa
c/o Gogo & Moore LLC
505 E Hyman Avenue
Aspen, CO 81611-1921

Testa, Darren c/o M. Schindler
Ferguson Schindler Law Firm
119 South Spring Street Suite 2
Aspen, CO 81611-2082

Bryan Gadol
c/o Paul Jasper
Perkins Coie, LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3222

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

McMacken, Ron
1660 South Ocean Blvd
Manalapan, FL 33462-6210

Ferry, Anthony
20 Pacifica Ste 1000
Irvine, CA 92618-7462

Raymond W. Cohen
c/o Jonathan P. Hersey, Esq. -
1 Park Plaza, 12th Floor
Irvine, CA 92614-5910

Moler, Bill
10342 Mohawk Road
Leawood, KS 66206-2587

OConnell, Kevin
1714 Starlight Cir
Newport Beach, CA 92660-4340

Ferder, Mordechai and Edit
1501 Serenade Ter
Corona del Mar, CA 92625-1753

Lugano Buyer, Inc.
301 Riverside Avenue
Second Floor
Westport, CT 06880-4806

Simon, Ron
620 Newport Center Drive
Newport Beach, CA 92660-6420

Gadol, Bryan c/o Michelle Schindler
Ferguson Schindler Law Firm
119 South Spring Street Suite 2
Aspen, CO 81611-2082

Sutherland, Anne & Grant
151 Ranch Creek Lane
Carbondale, CO 81623-8503

Cohen, Raymond
c/o Jonathan Hersey/K&L Gate
1 Park Plaza Twelfth Floor
Irvine, CA 92614-5910

Belgium New York LLC c/o
Patrick Papalia/Archer & Greine
1211 Avenue of the Americas #
New York, NY 10036-8789

Cave, Deryk
1196 E Cooper Avenue
Aspen, CO 81611

Gadol, Bryan c/o Mark Eckard
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th
Los Angeles, CA 90067-4410

Simon, Vonda & Scott
29230 Paseo Carmona
San Juan Capistrano

Li, Peter
19211 Croyden Ter
Irvine, CA 92603-3537

Testa, Darren c/o Mark Eckard
Raines Feldman Littrell LLP
824 N. Market Street, Suite 805
Wilmington, DE 19801-4918

Tedori, Fred
48 Ritz Cove Drive
Dana Point, CA 92629-4228

Emmes, David
655 Town Center Drive
Costa Mesa, CA 92626-1918

Locksley, John
185 West End Avenue Unit 9A
New York, NY 10023-5543

Freedman, James
11755 Wilshire Blvd
Los Angeles, CA 90025-1501

Shelly, Damon
9881 Research Drive
Irvine, CA 92618-4304

Testa, Darren c/o Mark Eckard
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th
Los Angeles, CA 90067-4410

Winters, Kristopher c/o S. Katzman
Bienert Katzman Littrell William
903 Calle Amanecer Ste 350
San Clemente, CA 92673-6253

John Locksley
185 West End Ave.
Apt. 9a
New York, NY 10023-5543

Santa Ana Division
411 West Fourth Street, Suite 2
Santa Ana, CA 92701-4500

Dacus, Debbie
5444 Candlewood Drive
Houston, TX 77056-1603

Kraus, Ken c/o Jeff Augustini
Law Office of Jeff Augustini
100 Bayview Circle Suite 210
Newport Beach, CA 92660-8901

Alan J Friedman
Shulman Bastian Friedman Bu
100 Spectrum Center Drive
Suite 600
Irvine, Suite 600
Irvine, CA 92618-4969

Lugano Buyer, Inc.
620 Newport Center Drive
Suite 100
Newport Beach, CA 92660-8044

Sherlock, Tina & Russ
1416 W Main Street
Carmel, IN 46032

McHenry, Troy
10917 Earth Hues
Las Vegas, NV 89135-9132

Wazana, Avi c/o Darren Enenstein
Enenstein Pham Glass & Rab
8439 W Sunset Blvd Suite 300
Los Angeles, CA 90069-1925

Lee, Robert
BBD 2012 Gift Trust
72-2763 Uluweuweu Aksum Pl
Kailua Kona, HI 96740

Perl, Daniel c/o Omar J. Yassin
Yassin Law APC
1010 E. Union Street Suite 201
Pasadena, CA 91106-1756

Cave, Deryk
50 Big Sky Resort Rd
Big Sky, MT 59716

N.B.S. Diamonds c/o Gerald L. Kroll
Kroll Law
970 W. Broadway, Suite E-200
Jackson, WY 83001-6402

Aronoff, Barry
c/o Lance N Jurich/Loeb & Loe
10100 Santa Monica Blvd Suite
Los Angeles, CA 90067-4120

Avina LLC and Global Innovations LLC
Attn David B Zolkin
Weintraub Zolkin Talerico & Sel
11766 Wilshire Blvd., Suite 730
Los Angeles, CA 90025-6577

Conway, Mark
1221 W Coast Hwy Apt 114
Newport Beach, CA 92663-5051

Goldstein, Alon
22287 Mulholland Hwy
Unit 254
Calabasas, CA 91302-5157

Stack, Jeff
3501 Jamboree Road
Suite 6000
Newport Beach, CA 92660-2960

Michael A Smith
c/o John B. Connor, PLC
100 North Pitt Street
Suite 200
Alexandria, VA 22314-3145

Compass Colorado, LLC
c/o Steven Shane
230 E Hopkins Avenue
Aspen, CO 81611-2228

Strawbridge, George
3801 Kennet Pike
Wilmington, DE 19807-2300

Summers, Jim
282 Locha Drive
Jupiter, FL 33458-7733

Baclet, Charles
1600 S Ocean Blvd Apt 2101
Pompano Beach

Internal Revenue Service, CIO
2970 MARKET STREET
PHILADELPHIA, PA 19104-5002

US Bank
PO Box 790179
St Louis, MO 63179

J.S. Held LLC
2700 N Central Avenue Suite 1
Phoenix, AZ 85004-0900

Soni, Ashish
1908 N Fremont Street
Chicago, IL 60614-5017

Richard Marshack, Chief Restructuring Office
c/o Marshack Hays Wood LLP
Attn: K. Thagard
870 Roosevelt
Irvine, CA 92620-3663

Klein, Bill
60 Linda Isle
Newport Beach, CA 92660-7207

Holzer, Rusty - c/o B Capitummino
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NY 14604-2714

Moens, Lawrence
2335 S Ocean Blvd
Palm Beach, FL 33480-5368

Lugano Buyer, Inc.
c/o Christoph Pachler
620 Newport Center Drive Suit
Newport Beach, CA 92660-8044

Darren Testa
c/o Paul S. Jasper
PERKINS COIE LLP
505 Howard St., Suite 1000
San Francisco, CA 94105-3222

The Stack Revocable Trust Dated July 30, 200
c/o Matthew D. Pham
Allen Matkins Leck Gamble Mal
865 S. Figueroa Street, Suite 2
Los Angeles, CA 90017-2795

Coyne, Karen
Karen Bedrosian Property Trus
2934 N Beverly Glen Circle #34
Los Angeles, CA 90077-1724

Testa, Darren c/o Todd C Theodora
Theodora Oringher PC
535 Anton Blvd Ninth Floor
Costa Mesa, CA 92626-7109

Sherwood, Steve
54 Golden Eagle
Irvine, CA 92603-0309

Wolfe, Bill
525 S Flagler Drive PH2 C/D
West Palm Beach

Simon, Scott
641 St James Road
Newport Beach, CA 92663-5854

Charles J. Baclet, III
Eric A. Browndorf, Esquire
Cooper Levenson, P.A.
1125 Atlantic Avenue
Atlantic City, NJ 08401-4812

Lugano Diamonds & Jewelry Inc.
c/o Christoph Pachler
620 Newport Center Drive Suit
Newport Beach, CA 92660-8044

Presutti, Dana
424 Park Circle
Aspen, CO 81611-3400

Reeves & Weiss LLP
3333 Michelson Dr.
Suite 300
Irvine, CA 92612-1683

Levasque, Matt
5893 Lakeview
Yorba Linda, CA 92886-5367

Look-Mazza, Mona
344 West Reds Road
Aspen, CO 81611

Matthew Levesque
c/o Randall Coffee Humphrey L
3200 Park Center Drive, Suite 9
Costa Mesa, CA 92626-7219

McCall, Marianne
188 Ludlow Street Apt 21J
New York, NY 10002-1690

Gadol, Bryan c/o Mark Eckard
Raines Feldman Littrell LLP
824 N Market Street Suite 805
Wilmington, DE 19801-4918

Arvielo, Rick
c/o Gabriel G Green - Buchalter
1000 Wilshire Blvd Suite 1500
Los Angeles, CA 90017-1730

Flanders, Scott
PO Box 7859
Avon, CO 81620-7859

Phillips, Andy
2900 Bristol Street
Costa Mesa, CA 92626-5981

Leonard M. Shulman
Shulman Bastian Friedman Bu
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618-4969

Golden Goodrich LLP
3070 Bristol Street
Suite 640
Costa Mesa, CA 92626-3067

Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620-3663

Rodan, Ammon
21 Orinda Way
Suite C-381
Orinda, CA 94563-2530

Rothstein, Adam
17 Covlee Drive
Westport, CT 06880-6407

First Circle LLC
c/o Randall Coffee Humphrey
3200 Park Center Drive Suite 9
Costa Mesa, CA 92626-7219

Smith, Mike
1585 Attoka Road
Marshall, VA 20115-3505

Wang, Angi
c/o Gogo & Morre LLC
505 E Hyman Avenue
Aspen, CO 81611-1921

Champion Force
c/o Leib M Lerner/Alston & Bird
350 South Grand Ave 51st Floo
Los Angeles, CA 90071-3406

Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630-2884

Sydney Holdings Limited
c/o B. Capitummino - Woods O
1900 Bausch & Lomb Place
Rochester, NY 14604-2714

Hazen, Cassandra and Paul
c/o Joanna Marie Myers
9465 Wilshire Blvd Suite 300
Beverly Hills, CA 90212-2624

Sutherland, Anne & Grant
61070 Minaret Circle
Bend, OR 97702-1903

N.B.S. Diamonds c/o Joseph M. Kar
Law Office of Joseph M. Kar PC
15250 Ventura Blvd Suite PH-1
Sherman Oaks, CA 91403-3201

Kelsey, Kaci
110 Westminster Road
West Palm Beach

Kure It Cancer Research
c/o Timothy J. Silverman
85 Argonaut Suite 202
Aliso Viejo, CA 92656-4128

Gadol, Bryan-c/o Todd C Theodora
Theodora Oringher PC
535 Anton Blvd Ninth Floor
Costa Mesa, CA 92626-7109

Channels, Cedric
402 Esther St
Costa Mesa, CA 92627-2323

Campf, Anne and Darren
4428 Irish Heights Drive
Summersville, WV 26651-1971

White Mountain Capital Inc.
C/O Aldridge Pite, LLP
3333 Camino del Rio South,, S
San Diego, CA 92108

Bryan Gadol
c/o Paul Jasper
Perkins Coie, LLP, 505 Howar
San Francisco, CA 94105

Darren Testa
c/o Paul S. Jasper
PERKINS COIE LLP, 505 How
San Francisco, CA 94105

Compass Group Diversified Holdings LLC
c/o Kyle Arendsen, Squire Patto
201 E. Fourth Street, Suite 190
Cincinnati, OH 45202

Lugano Diamonds & Jewelry Inc.
c/o Christoph Pachler
620 Newport Center Drive Suit
Newport Beach, CA 92660

Brandes, Adrienne
919 Gardenia Way
Corona Del Mar, CA 92625

Michael A. Smith
1585 Atoka Road
Marshall, VA 20115

Karen Bedrosian Separate Property Trust
2934 N Beverly Glen Circle, Uni
Los Angeles, CA 90077

Drew Hoeven et al.
c/o Timothy J. Silverman
85 Argonaut Suite 202
Aliso Viejo, CA 92656

Charles J. Baclet, III
Eric A. Browndorf, Esquire
Cooper Levenson, P.A., 1125 A
Atlantic City, NJ 08401

Internal Revenue Service, CIO
2970 MARKET STREET
PHILADELPHIA, PA 19101-7346

Fundamental Partners IV LP

U.S. Securities and Exchange Commission
950 East Paces Ferry Road, N
Suite 900
Atlanta, GA 30326-1382

The Arvielo Family Trust
c/o Dakota Pearce
Buchalter, A Professional Corp
Seattle, WA 98101

First Circle LLC
c/o Randall Coffee Humphrey
3200 Park Center Drive Suite 9
Costa Mesa, CA 92626

Matthew Levesque
c/o Randall Coffee Humphrey L
3200 Park Center Drive, Suite 9
Costa Mesa, CA 92626

Winters, Kristopher c/o S. Katzman
Bienert Katzman Littrell William
903 Calle Amanecer Ste 350
San Clemente, CA 92673

Lugano Buyer, Inc.
c/o Christoph Pachler
620 Newport Center Drive Suit
Newport Beach, CA 92660

Tedori, Fred
48 Ritz Cove Drive
Dana Point, CA 92629

N.B.S. Diamonds c/o Gerald L. Kroll
Kroll Law
970 W. Broadway, Suite E-200
Jackson, WY 83001

Li, Peter
19211 Croyden Ter
Irvine, CA 92603-3537

McHenry, Troy
10917 Earth Hues
Las Vegas, NV 89135

Bryan Gadol
c/o Paul Jasper
Perkins Coie, LLP, 505 Howar
San Francisco, CA 94105

Locksley, John
185 West End Avenue Unit 9A
New York, NY 10023

Royal T Diamonds Group Ltd.
Attn: David Patish, CEO
1 Jabotinksy, RAMAT GAN, 525

The Stack Revocable Trust Dated July 30, 2009
c/o Matthew D. Pham
Allen Matkins Leck Gamble Mal
Los Angeles, CA 90017

Kraus, Ken c/o Jeff Augustini
Law Office of Jeff Augustini
100 Bayview Circle Suite 210
Newport Beach, CA 92618

Raymond W. Cohen
c/o Jonathan P. Hersey, Esq. -
1 Park Plaza, 12th Floor
Irvine, CA 92614

Avina LLC and Global Innovations LLC
Attn David B Zolkin
Weintraub Zolkin Talerico & Sel
Los Angeles, CA 90025