UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

# PROOF OF ADMINISTRATIVE CLAIM AND REQUEST FOR PAYMENT

**POST-PETITION, PRE-CONVERSION CHAPTER 11 CLAIM**

**In re**

**SIMBA IL HOLDINGS, LLC**
**Case No: 8:25-bk-12616-MH**

**NOTE: This is not a proof of claim form. This form should be used to make a claim for an administrative expense arising after the commencement of the case pursuant to 11 U.S.C. § 503.**

**Name of Creditor (The person or entity to whom the debtor owes money or property):**

**White Mountain Capital Inc.**

**Name and Addresses Where Notices Should be Sent**

**White Mountain Capital Inc.**
**c/o Aldridge Pite, LLP**
**3333 Camino del Rio South Suite 225**
**San Diego, CA 92108**

**Telephone number: (858) 750-7600**

☐ Check box if you are aware that anyone else has filed a request for payment relating to your administrative claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account Number by Which Creditor Identifies Debtor:**

**Check here if this ☐ replaces ☐ amends a previously filed request**

**1. Basis for Claim:**

- ☐ Goods sold between 9/16/25 and 5/27/26
- ☐ Services performed between 9/16/25 and 5/27/26
- ☐ Money loaned between 9/16/25 and 5/27/26
- ☐ Personal injury/wrongful death claim between 9/16/25 and 5/27/26
- ☒ Taxes accrued between 9/16/25 and 5/27/26
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) accrued between 9/16/25 and 5/27/26
- ☐ Wages, salaries, and compensation accrued between 9/16/25 and 5/27/26
- ☐ Other administrative obligations incurred between 9/16/25 and 5/27/26 (describe briefly):

**2. DATE DEBT WAS INCURRED**

**05/01/2026**

**3. IF COURT JUDGMENT, DATE OBTAINED**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:**

$ 48,058.56______________________________

☐ Check this box if claim includes interest or charges in addition to the principal amount of the claim, and attach itemized statement of all interest or additional charges.

**5. CREDITS AND SETOFFS**: In filing this administrative claim request, the claimant has deducted all amounts that the claimant owes to the debtor.

**6. SUPPORTING DOCUMENTS:** Attach copies of all supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, evidence of liens, and evidence of perfection. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of this request, enclose an additional copy and a stamped, self-addressed envelope.

**This Space Is for Court Use Only**

Date:
10/8/2026

**Sign and print the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any):**

**By:/s/ Todd S. Garan / Aldridge Pite, LLP agent for Creditor**

Penalty for presenting fraudulent claim: fine of up to $500,000.00 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571

# Pitkin County Treasurer

# Statement of Taxes Due

| | |
|---|---|
| Account Number [redacted] | Parcel 273501316004 |
| Assessed To | SIMBA IL HOLDINGS LLC<br>1012 COLLEGE RD #201<br>DOVER, DE 19904 |

| Legal Description | Situs Address |
|---|---|
| Subdivision: GAYLORD Lot: 4 | 1220 RED BUTTE DR |

| Year | Tax | Interest | Fees | Payments | Balance |
|---|---|---|---|---|---|
| **Tax Charge** | | | | | |
| 2025 | $48,058.56 | $0.00 | $0.00 | $0.00 | $48,058.56 |
| Total Tax Charge | | | | | $48,058.56 |
| **Grand Total Due as of 03/17/2026** | | | | | **$48,058.56** |

Tax Billed at 2025 Rates for Tax Area 001 - 1-AFS - 001

| Authority | Mill Levy | Amount |
|---|---|---|
| ASPEN SCHOOL DISTRICT | 4.5990000 | $6,741.72 |
| ASPEN SCHOOL DISTRICT | 2.3360000 | $3,424.37 |
| ASPEN SCHOOL DISTRICT | 2.1070000 | $3,088.67 |
| Taxes Billed 2025 | 9.0420000 | $13,254.76 |

| Values | Actual | Assessed |
|---|---|---|
| SINGLE FAM. RES. - LAND | $13,500,000 | $951,750 |
| SINGLE FAM RES-IMPROVEMENT | $7,293,100 | $514,160 |
| Total | $20,793,100 | $1,465,910 |

Tax Billed at 2025 Rates for Tax Area 001 - 1-AFS - 001

| Authority | Mill Levy | Amount |
|---|---|---|
| PITKIN COUNTY GENERAL FUND | 1.8360000* | $2,386.02 |
| PITKIN COUNTY TV & FM TRANS | 0.2360000* | $306.70 |
| PITKIN COUNTY ROAD & BRIDGE | 0.1430000 | $185.84 |
| PITKIN COUNTY HUMAN SERVICE | 0.0650000 | $84.47 |
| PITKIN HEALTHY COMMUNITY FU | 0.7620000* | $990.27 |
| ASPEN AMBULANCE DISTRICT | 1.1000000 | $1,429.53 |
| PITKIN COUNTY OPEN SPACE & | 3.7500000 | $4,873.39 |
| PITKIN COUNTY AFFORDABLE & | 1.5000000 | $1,949.36 |
| PITKIN COUNTY LIBRARY DISTR | 1.1800000* | $1,533.49 |
| CITY OF ASPEN | 4.3350000* | $5,633.64 |
| ASPEN FIRE PROTECTION | 2.4630000 | $3,200.84 |
| ASPEN CONSOLIDATED SANITATI | 0.0590000 | $76.67 |
| ASPEN VALLEY HOSPITAL | 2.0800000 | $2,703.11 |
| ROARING FORK TRANSP AUTH | 2.6500000 | $3,443.86 |
| COLORADO MTN COLLEGE | 3.8200000* | $4,964.36 |
| COLORADO RIVER WATER CONS | 0.5020000 | $652.38 |
| ASPEN HISTORIC PARK & REC | 0.3000000 | $389.87 |
| Taxes Billed 2025 | 26.7810000 | $34,803.80 |

* Credit Levy

| Values | Actual | Assessed |
|---|---|---|
| SINGLE FAM. RES. - LAND | $13,500,000 | $843,750 |
| SINGLE FAM RES-IMPROVEMENT | $7,293,100 | $455,820 |
| Total | $20,793,100 | $1,299,570 |

ALL TAX LIEN SALE AMOUNTS ARE SUBJECT TO CHANGE DUE TO ENDORSEMENT OF CURRENT TAXES BY THE LIENHOLDER OR TO ADVERTISING AND DISTRAINT WARRANT FEES. CHANGES MAY OCCUR AND THE TREASURER'S OFFICE WILL NEED TO BE CONTACTED PRIOR TO REMITTANCE AFTER THE FOLLOWING DATES: PERSONAL PROPERTY AND MOBILE HOMES - SEPTEMBER 1, REAL PROPERTY - SEPTEMBER 15. **TAX LIEN SALE REDEMPTION AMOUNTS MUST BE PAID BY CASH OR CASHIERS CHECK.**

Pitkin County Treasurer
530 E. Main St – Ste 201
Aspen, CO 81611
(970) 920-5170
www.pitkincounty.com/taxes