| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
| --- | --- |
| Jeffrey H. Reeves (SBN 156648)<br>jreeves@reevesandweiss.com<br>Daniel L. Weiss (SBN 242022)<br>dweiss@reevesandweiss.com<br>REEVES & WEISS LLP<br>3333 Michelson Drive, Suite 300<br>Irvine, CA 92612<br>Telephone: (949) 200-7790<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Former Special Litigation Counsel for Debtor Simba IL Holdings, LLC | FILED<br>OCT 15 2026<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: [signature] Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: 8:25-bk-12616-MH<br>CHAPTER: 7 |
| --- | --- |
| Simba IL Holdings, LLC<br><br>Debtor(s). | **APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: To Be Set<br>TIME:<br>COURTROOM:<br>PLACE: |

1. Name of Applicant (*specify*): Reeves & Weiss LLP
2. Type of services rendered:
   a. ☒ Attorney for (*specify*): Simba IL Holdings, LLC
   b. ☐ Accountant for (*specify*): ____________
   c. ☐ Other professional (*specify*): ____________
3. Date of filing of petition under chapter 11 of the Bankruptcy Code: 09/16/2025
4. Date of entry of Order Approving Applicant's Employment: 03/13/2026
5. Date of filing of last Fee and/or Expense Application: ____________

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 0.00

   a. Retainer received: $ 0.00

   b. Retainer remaining as of the date of this Application: $ 0.00

   c. Total amount requested in all prior applications: $ 0.00

   d. Total amount actually paid pursuant to prior approved applications: $ 0.00

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

   f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| | Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|---|
| a. | Jeffrey Reeves | $ 1,350.00 | X | 86.8 | = | $ 117,180.00 |
| b. | Daniel Weiss | $ 1,050.00 | X | 40.0 | = | $ 42,000.00 |
| c. | Dana Martin | $ 675.00 | X | 26.9 | = | $ 18,157.50 |
| d. | | $ | X | | = | $ |
| e. | | $ | X | | = | $ |
| f. | | $ | X | | = | $ |

g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: ☐ See attached page

9. Bonus requested (final fee applications only): $ 0.00
   (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 177,337.50

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 0.00

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 0.00

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):
First and Final Application of Reeves & Weiss LLP for Allowance and Payment of Compensation; Declaration of Jeffrey Reeves in Support of First and Final Application of Reeves & Weiss LLP for Allowance and Payment of Compensation; Proposed Order on Application for Payment of Final Fees and/or Expenses, all filed concurrently herewith.

15. Total number of attached pages of supporting documentation: 0

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/15/26 | Jeffrey H. Reeves | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |