JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone: (949) 381-5655
Facsimile: (949) 381-5665
Email: jteeple@gtllp.com; documents@gtllp.com

Financial Advisors for Chapter 11 Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>**SIMBA IL HOLDINGS, LLC, a Delaware limited liability company,**<br><br>Debtor and Debtor-in-Possession. | Case No.: 8:25-bk-12616-MH<br><br>Chapter 7 [Converted from Chapter 11]<br><br>**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS FINANCIAL ADVISORS FOR THE CHAPTER 11 DEBTOR INCURRED DURING THE CHAPTER 11 PERIOD; DECLARATION OF JOSHUA R. TEEPLE IN SUPPORT THEREOF**<br><br>**Hearing:** No Hearing Set at This Time |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), financial advisors for the Chapter 11 Debtor and Debtor in Possession, SIMBA IL HOLDINGS, LLC, a Delaware limited liability company, (the "Debtor") in the above-referenced case, represents the following in support of this *First and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP as Financial Advisors for the Chapter 11 Debtor Incurred During the Chapter 11 Period* ("Application"). The Application requests a total of $10,366.50 for fees and $0.00 for expenses incurred during the period from January 5, 2026 through and including May 26, 2026 (the "Application Period").

## I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1. Applicant: GROBSTEIN TEEPLE LLP
2. Application Period: January 2, 2026 through and including May 26, 2026
3. Date of Entry of Order Authorizing Employment: February 25, 2026 [effective January 5, 2026]
4. Date Services Commenced: January 5, 2026
5. Dates of Prior Fee Hearings: None
6. Advance Fee Payment Received: $0.00
7. Advance Fee Payment Remaining: $0.00
8. Fees Paid Pursuant to Prior Fee Applications: $0.00
9. Expenses Paid Pursuant to Prior Fee Applications: $0.00
10. Amount Remaining to be Paid to Pursuant to Prior Applications: $0.00
11. Amount Reserved Pending Final Fee Application: $0.00
12. Total Amount of Fees Requested for this Application Period: $10,366.50
13. Total Amount of Expenses Requested for this Application Period: $0.00
14. Cash on hand: Approximately $0.00

## II.

## INTRODUCTION

1. This Application is filed in accordance with Section 330 of the United States Bankruptcy Code, Local Bankruptcy Rule 2016(1), and the Guidelines of the Office of the United States Trustee for the Central District of California (the "Guidelines").

2. On September 16, 2025 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code. On September 18, 2025, John-Patrick McGinnis Fritz was appointed Subchapter V Trustee. On October 8, 2025, the Debtor revoked its election under Subchapter V. On May 27, 2026, the case was converted to chapter 7, and Jeffrey I. Golden was thereafter appointed as the Chapter 7 Trustee for the Debtor's bankruptcy estate ("Estate").

3. Pursuant to the order entered authorizing the employment of GT as financial advisors to the Debtor, Applicant began work on January 5, 2026.

4. Applicant was employed to provide accounting related assistance including: obtain and evaluate financial records; evaluate assets and liabilities of the Debtor and Estate; evaluate t ax issues related to the Debtor and Estate; prepare tax returns; analyze tax implications of liquidation of certain of the Debtor's assets up to and including real property located at 1220 Red Butte Drive, Aspen Colorado 81611 ("Colorado Property"); provide litigation consulting if required; and provide accounting and consulting services requested by the Debtor and its counsel.

5. This is Applicant's first and final application in connection with this case. Applicant seeks approval of compensation for the Application Period. The requested amount of compensation is based upon a total of 23.0 hours of accounting services, resulting in fees totaling $10,366.50. Applicant is requesting expenses in the amount of $0.00.

6. The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the Estate and not for any other entity. All of the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the Estate.

7. Applicant maintains time records of professionals and support personnel on a contemporaneous basis. Such time records are prepared by the professionals who have rendered the services. The time records and this Application were reviewed by the project manager assigned to the case.

8. **Exhibit "1"** provides a grand total of fees by subject area incurred during the Application Period.

9. A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "2".** The hourly rates in **Exhibit "2"**, as well as those reported in **Exhibit "3"**, reflect the rates in effect on the dates those services were performed. Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the Application Period.

10. Attached hereto as **Exhibit "3"** and incorporated herein by this reference is a statement detailing the services and expenses rendered by the Applicant for the Application Period.

**Exhibit "3"** is transcribed from the Applicant's contemporaneous time records, and shows the professional services rendered, the date the services were performed, the person performing the service and the amount of time incurred. **Exhibit "3"** categorizes the professional fees by subject work areas.

11. Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter. No retainer or advance fee payment has been received by Applicant and Applicant has not received, nor intends to receive, a lien or any other interest in the property of the Debtor or any other third party to secure payments of Applicant's fees. Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

12. Attached as **Exhibit "4"** is biographical information concerning the professionals providing services during the Application Period.

## III.

## SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT

**Accounting Services**

13. Applicant reviewed and organized client financial records, including investment account statements and supporting documentation, to facilitate detailed financial analysis. Applicant collected, analyzed, and categorized transactional records for six investment accounts maintained at three separate financial institutions. Applicant organized investment statements and related financial documents into a comprehensive filing structure to support efficient review, data processing, and analysis.

14. During the Application Period, Applicant incurred 3.2 hours under the Accounting Services category, resulting in fees totaling $1,484.00. This results in a blended hourly rate of $463.75.

**Employment/Fee Application**

15. Applicant prepared all the documents necessary to obtain the Court Order authorizing its employment in this matter.

16. During the Application Period, Applicant incurred 0.7 hours under the Employment/Fee Application category, resulting in fees totaling $455.00. This results in a blended hourly rate of $650.00.

**Tax Issues**

17. Applicant participated in discussions with the Chief Restructuring Officer, debtor representatives, counsel, and other professionals regarding the potential sale of real property and the related federal and state tax implications. Applicant reviewed and responded to questions related to the transaction structure, tax planning and reporting concerns.

18. Applicant reviewed corporate and individual tax returns to determine ownership structure, property basis, holding arrangements, and the potential tax consequences of the proposed transaction including evaluation of prior tax filings and supporting documentation to assess capital gains implications and identify issues requiring further analysis. Applicant communicated findings and recommendations to the CRO and his professionals through meetings, conference calls, and written correspondence.

19. Applicant reviewed historical tax filing and analyses, tax records, and case-related documentation to assess prior reporting positions and support ongoing transaction planning and tax analysis. Applicant communicated findings to interested parties via email and conference calls.

20. During the Application Period, Applicant incurred 5.6 hours under the Tax Issues category, resulting in fees totaling $2,995.50. This results in a blended hourly rate of $534.91.

**Tax Return Preparation**

21. Applicant prepared the necessary extension and set up tax return for preparation.

22. During the Application Period, Applicant incurred 1.2 hours under the Tax Return Preparation category, resulting in fees totaling $462.00. This results in a blended hourly rate of $385.00.

**Preference/Insider Analysis**

23. Applicant reconstructed activity for six investment accounts spanning approximately 51 months of transactions. Applicant analyzed account records to distinguish cash receipts and disbursements from investment-related transactions and traced activity across multiple accounts and financial institutions. Applicant prepared detailed account-level schedules summarizing all account activity, along with a consolidated summary of transactions across all accounts. Applicant also evaluated significant financial activity, identified and categorized cash transactions for further

analysis, and communicated findings and summary conclusions to the CRO.

24. During the Application Period, Applicant incurred 12.3 hours under the Preference/Insider Analysis category, resulting in fees totaling $4,970.00. This results in a blended hourly rate of $404.06.

## IV.

## REQUEST FOR FIRST AND FINAL COMPENSATION

25. During the Application Period, Applicant incurred a total of 23.0 hours as financial advisors for the Debtor. Applicant submits that all of its time was reasonable and necessary. Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.

26. Applicant is requesting compensation in the amount of $10,366.50 for services rendered. This amount is based upon the normal hourly rates charged by its professionals at the time the work was performed. This amount does not include any enhancements or bonuses. No reimbursement of expenses is being requested. This results in an overall blended hourly rate of $450.71.

**WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice and hearing, allow on a final basis, chapter 11 administrative fees totaling $10,366.50 and expenses totaling $0.00. This would result in a total payment of $10,366.50 to GROBSTEIN TEEPLE LLP.

Dated: October 8th, 2026

GROBSTEIN TEEPLE LLP

By: ______________________________
Joshua R. Teeple

**DECLARATION OF JOSHUA R. TEEPLE**

I, Joshua R. Teeple, declare and state as follows:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA). I am a partner of GROBSTEIN TEEPLE LLP ("GT"), financial advisors for the Debtor, and am duly authorized to make this declaration on behalf of GT.

2. I am the accountant principally responsible for the services performed in this matter on behalf of the Debtor. The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office. The time records and this Application were reviewed by the project manager assigned to the case. If called as a witness, I could and would testify competently thereto.

3. I have reviewed the foregoing *First and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP as Financial Advisors for the Chapter 11 Debtor Incurred During the Chapter 11 Period* (the "Application"). I have reviewed the requirements of Local Bankruptcy Rule 2016, and to the best of my knowledge, information, and belief, the Application are true and correct, and the Application complies with that rule.

4. I am familiar with GT's billing practices and procedures. In the ordinary course of its business, GT keeps a record of all time expended by its professionals and employees in the rendering of professional services, as well as all reimbursable expenses, on a computerized billing system. The amounts requested by GT in the Application are based upon GT's business records kept in the ordinary course of GT's business.

5. Attached to this declaration as **Exhibit "1"** is a true and correct copy of a report generated by GT's computerized billing system, which provides a grand total of fees by subject area incurred by GT in this matter on behalf of the estate and expenses incurred by GT, which is kept by GT in the ordinary course of its business.

6. Attached to this declaration as **Exhibit "2"** is a true and correct copy of a report generated by GT's computerized billing system, which provide a summary of the hours of professional time expended by each professional at GT in providing services to the estate in this matter, which is

kept by GT in the ordinary course of its business.

7. Attached to this declaration as **Exhibit "3"** is a true and correct copy of a report generated by GT's computerized billing system providing a detail of fees and expenses incurred by GT in connection with providing services to the estate in this matter, which GT keeps in the ordinary course of its business. The time records include a description of the nature of the services performed, the GT professional providing that service, the applicable rate of the professional, and the duration of time expended.

8. GT's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page. All costs from outside parties such as messengers, Federal Express, mail and long distance telephone charges are charged at Applicant's cost.

9. Attached to this declaration as **Exhibit "4"** is biographical information of the professionals who provided services to the estate in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed October 8th, 2026 at Lake Forest, California.

JOSHUA R. TEEPLE

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620

GROBSTEIN TEEPLE

**Simba IL Holdings, LLC**

**Summary of Professional Fees and Expenses**

**Fee Application Period: January 5, 2026 through May 26, 2026**

| **Category of Work** | | |
|---|---|---|
| 001 - Accounting Services | 3.20 | $1,484.00 |
| 009 - Fee/Employment Application | 0.70 | $455.00 |
| 014 - Tax Issues | 5.60 | $2,995.50 |
| 015 - Tax Return Preparation | 1.20 | $462.00 |
| 016 - Preference/Insider Analysis | 12.30 | $4,970.00 |
| Total Professional Fees | 23.00 | $10,366.50 |
| **Total Professional Fees and Expenses** | | **$10,366.50** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620

**Simba IL Holdings, LLC**
Simba IL Holdings, LLC c/o Richard A. Marshack, CRO
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:** 08/21/2026
**Invoice Number:** 134058
**Billing Through:** 05/26/2026

**IN RE: Simba IL Holdings, LLC**

## Professional Fees by Employee

**Fee Application Period: January 5, 2026 - May 26, 2026**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Joshua R Teeple | $650.00 | 4.30 | $2,795.00 |
| Kermith B Boffill | $550.00 | 3.00 | $1,650.00 |
| Kevin R Meacham | $375.00 | 12.30 | $4,612.50 |
| Michael E McCarthy | $385.00 | 3.40 | $1,309.00 |
| Totals | | 23.00 | $10,366.50 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620

**Simba IL Holdings, LLC**
Simba IL Holdings, LLC c/o Richard A. Marshack, CRO
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:** 08/21/2026
**Invoice Number:** 134058
**Billing Through:** 05/26/2026

**IN RE: Simba IL Holdings, LLC**

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **001 - Accounting Services** | | | | | |
| 02/10/2026 | Michael E McCarthy | Review file, request Forms 1 & 2 for 2025 tax preparation. | $385.00 | 0.30 | $115.50 |
| 03/04/2026 | Michael E McCarthy | Review file and make requests of Trustee administrator for financial data and prior year returns. | $385.00 | 0.60 | $231.00 |
| 03/09/2026 | Joshua R Teeple | Review objection to settlement | $650.00 | 0.30 | $195.00 |
| 04/23/2026 | Joshua R Teeple | Review email and attachments re property depreciation | $650.00 | 0.20 | $130.00 |
| 05/26/2026 | Joshua R Teeple | Review email and documents at dropbox link | $650.00 | 0.40 | $260.00 |
| 05/26/2026 | Joshua R Teeple | Emails with counsel and staff re case conversion | $650.00 | 0.10 | $65.00 |
| 05/26/2026 | Kevin R Meacham | Review of document production including organization of documents. | $375.00 | 1.30 | $487.50 |
| | | **001 - Accounting Services Total:** | | **3.20** | **$1,484.00** |
| **009 - Fee/Employment Application** | | | | | |
| 01/14/2026 | Joshua R Teeple | Review and sign employment application | $650.00 | 0.20 | $130.00 |
| 01/20/2026 | Joshua R Teeple | Review revised employment app and coordinate filing same | $650.00 | 0.20 | $130.00 |
| 01/21/2026 | Joshua R Teeple | Emails on employment app and sign SOD | $650.00 | 0.20 | $130.00 |
| 01/26/2026 | Joshua R Teeple | Review emails on employment application | $650.00 | 0.10 | $65.00 |
| | | **009 - Fee/Employment Application Total:** | | **0.70** | **$455.00** |
| **014 - Tax Issues** | | | | | |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620

**Simba IL Holdings, LLC**
Simba IL Holdings, LLC c/o Richard A. Marshack, CRO
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:** 08/21/2026
**Invoice Number:** 134058
**Billing Through:** 05/26/2026

**IN RE: Simba IL Holdings, LLC**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/15/2026 | Joshua R Teeple | Call with Boffill and CRO to discuss implications of sale (0.3); draft follow up email and respond to other emails from CRO (0.3) | $650.00 | 0.60 | $390.00 |
| 01/15/2026 | Kermith B Boffill | Review of LLC return to determine property basis and if held directly by Simba (.6); sent email to all re tax issues related to potential property sale (.3); call w/Richard (.3) | $550.00 | 1.20 | $660.00 |
| 01/27/2026 | Joshua R Teeple | Review and respond to emails re meeting on tax issues | $650.00 | 0.10 | $65.00 |
| 01/28/2026 | Joshua R Teeple | Meeting with counsel and CRO to discuss tax implications of sale | $650.00 | 0.40 | $260.00 |
| 01/28/2026 | Joshua R Teeple | Review follow up emails from counsel | $650.00 | 0.10 | $65.00 |
| 01/28/2026 | Kermith B Boffill | Review last filed return for capital gains call (.6); call with A. Friedman, J. Teeple, R. Marsack re responsibilities for sale (.4) | $550.00 | 1.00 | $550.00 |
| 03/16/2026 | Michael E McCarthy | Discussion with Debtor's former tax preparer, Stacy Yamanashi, regarding extension filed and background information. | $385.00 | 0.60 | $231.00 |
| 04/23/2026 | Kermith B Boffill | Review previous analysis of case (.6); update MMc based on email he received (.2) | $550.00 | 0.80 | $440.00 |
| 04/23/2026 | Michael E McCarthy | Respond to JT and KB regarding prior year returns and property sale. | $385.00 | 0.70 | $269.50 |
| 04/24/2026 | Joshua R Teeple | Review emails re tax returns | $650.00 | 0.10 | $65.00 |
| | | | **014 - Tax Issues Total:** | **5.60** | **$2,995.50** |

**015 - Tax Return Preparation**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/13/2026 | Michael E McCarthy | Prepare extension, set up return. | $385.00 | 0.60 | $231.00 |
| 05/26/2026 | Michael E McCarthy | Review file and respond to JT inquiry about status of tax returns. | $385.00 | 0.60 | $231.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620

**Simba IL Holdings, LLC**
Simba IL Holdings, LLC c/o Richard A. Marshack, CRO
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:** 08/21/2026
**Invoice Number:** 134058
**Billing Through:** 05/26/2026

**IN RE: Simba IL Holdings, LLC**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | **015 - Tax Return Preparation Total:** | | **1.20** | **$462.00** |
| **016 - Preference/Insider Analysis** | | | | | |
| 04/02/2026 | Joshua R Teeple | Coordinate work on preference analysis | $650.00 | 0.50 | $325.00 |
| 04/02/2026 | Kevin R Meacham | Download and review of documents. | $375.00 | 0.60 | $225.00 |
| 04/03/2026 | Joshua R Teeple | Work with staff on reconstruciton | $650.00 | 0.20 | $130.00 |
| 04/03/2026 | Kevin R Meacham | Review and analysis of investment account statements. | $375.00 | 2.60 | $975.00 |
| 04/07/2026 | Kevin R Meacham | Review and analysis of investment statements. | $375.00 | 3.10 | $1,162.50 |
| 04/09/2026 | Kevin R Meacham | Prepare summary schedule of investment account actvity. | $375.00 | 0.90 | $337.50 |
| 04/13/2026 | Joshua R Teeple | Review analysis of brokerage account; work with Meacham on same | $650.00 | 0.40 | $260.00 |
| 04/13/2026 | Kevin R Meacham | Call to discuss summary schedule. | $375.00 | 0.30 | $112.50 |
| 04/13/2026 | Kevin R Meacham | Update summary schedule and send to counsel. | $375.00 | 0.70 | $262.50 |
| 04/14/2026 | Joshua R Teeple | Review email and attachment re investment account reconstruction | $650.00 | 0.20 | $130.00 |
| 05/26/2026 | Kevin R Meacham | Review and analysis of transactions relating to multiple investor accounts and create summary schedule. | $375.00 | 2.80 | $1,050.00 |
| | | **016 - Preference/Insider Analysis Total:** | | **12.30** | **$4,970.00** |
| | | **Total Professional Fees:** | | **23.00** | **$10,366.50** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620

GROBSTEIN TEEPLE

**Simba IL Holdings, LLC**
Simba IL Holdings, LLC c/o Richard A. Marshack, CRO
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:** 08/21/2026
**Invoice Number:** 134058
**Billing Through:** 05/26/2026

**IN RE: Simba IL Holdings, LLC**

| | |
|---|---|
| **Total Professional Fees:** | **$10,366.50** |
| **Total Expenses:** | **$0.00** |
| **Total Amount Due This Invoice:** | **$10,366.50** |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

GROBSTEIN
TEEPLE

## PROFESSIONAL BIOGRAPHIES

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CITP,** University of Colorado, Boulder (B.S. - Business Administration) is a Partner in the firm. Mr. Teeple specializes in providing forensic accounting and restructuring services and testifies as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**KERMITH BOFFILL, CPA,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. Mr. Boffill has worked in private and public accounting on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**MICHAEL E. McCARTHY, CPA, CFE**, California State University, Fullerton (Master of Business Administration, Generalist, 1995) and Michigan State University (Bachelor of Arts, Hotel, Restaurant and Institutional Management, 1978) is a Senior Manager with the Firm. He has extensive experience in tax preparation, audit and attestation, litigation support, fraud investigation, and has provided expert witness testimony in Bankruptcy Court, California Superior Court and before various commissions and boards. He is a member of the American Institute of Certified Public Accountants, the California Society of Certified Public Accountants, the American Bankruptcy Institute, and the Association of Certified Fraud Examiners.

**KEVIN MEACHAM**, California State University, Northridge (B.S. - Information Systems with an Option in Business) is a Consultant in the firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*PO Box 224, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): *First and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP as Financial Advisors for the Chapter 11 Debtor Incurred During the Chapter 11 Period; Declaration of Joshua R. Teeple In Support Thereof* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 21, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Alan J Friedman
on behalf of Debtor Simba IL Holdings LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Ali M. Mojdehi
on behalf of Creditor Royal T Diamonds Group Ltd. (aka Royal T. Diamonds Ltd.) ali.mojdehi@mgr-legal.com

Allison M. Rego
on behalf of Creditor Royal T Diamonds Group Ltd. (aka Royal T. Diamonds Ltd.) allison.rego@mgr-legal.com

Anthony Bisconti
on behalf of Interested Party Courtesy NEF tbisconti@bklwlaw.com 1193516420@filings.docketbird.com,docket@bklwlaw.com

Brett Ramsaur
on behalf of Interested Party Courtesy NEF brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Christopher J Harney
on behalf of Interested Party Courtesy NEF charney@tocounsel.com kmanson@tocounsel.com

Dakota Pearce
on behalf of Interested Party Courtesy NEF dpearce@buchalter.com pjolley@buchalter.com;docket@buchalter.com

David M Goodrich
on behalf of Trustee Jeffrey I Golden (TR) dgoodrich@go2.law
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Don Fisher
on behalf of Interested Party Courtesy NEF dfisher@ptwww.com tblack@ptwww.com

Edward A Treder
on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com

George Gerro
on behalf of Interested Party Courtesy NEF george@gerrolaw.com

Greg P Campbell
on behalf of Creditor White Mountain Capital Inc. ch11ecf@aldridgepite.com
gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey I Golden (TR)
lwerner@go2.law kadele@go2.law;C205@ecfcbis.com

Jeffrey N Pomerantz
on behalf of Interested Party Creditors Committee to Lugano Diamonds & Jewelry Inc. jpomerantz@pszjlaw.com

Jeffrey N Pomerantz
on behalf of Interested Party Official Commitee of Unsecured Creditors jpomerantz@pszjlaw.com

John Morris
on behalf of Interested Party Courtesy NEF jmorris@pszjlaw.com

John B Connor
on behalf of Creditor Michael A Smith jack@johnbconnor.com

| | |
|---|---|
| Jordan A Kroop | on behalf of Interested Party Courtesy NEF jkroop@pszjlaw.com rleibowitz@perkinscoie.com |
| Jordan A Kroop | on behalf of Interested Party Creditors Committee to Lugano Diamonds & Jewelry Inc. jkroop@pszjlaw.com rleibowitz@perkinscoie.com |
| Karol K Denniston | on behalf of Interested Party Compass Group Diversified Holdings LLC karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| Leonard M. Shulman | on behalf of Debtor Simba IL Holdings LLC lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com |
| Marisol A Nagata | on behalf of Creditor CitiMortgage Inc. CDCAECF@BDFGROUP.COM |
| Matthew D Pham | on behalf of Interested Party Matthew D. Pham mpham@allenmatkins.com mdiaz@allenmatkins.com |
| Matthew Tyler Davis | on behalf of Interested Party Courtesy NEF tdavis@kbkllp.com |
| Max Casal | on behalf of Debtor Simba IL Holdings LLC mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com |
| Mette H Kurth | on behalf of Creditor John Locksley mette.kurth@pierferd.com mette-kurth-7580@ecf.pacerpro.com |
| Michael D Good | on behalf of Creditor Ken Kraus mgood@southbaylawfirm.com |
| Paul Jasper | on behalf of Creditor Darren Testa paul.jasper@ashurstperkins.com david.kline@rimonlaw.com |
| Paul Jasper | on behalf of Creditor Bryan Gadol paul.jasper@ashurstperkins.com david.kline@rimonlaw.com |
| Richard A Marshack | on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Richard A Marshack | on behalf of Attorney Marshack Hays Wood LLP rmarshack@marshackhays.com lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Steven J. Katzman | on behalf of Creditor Kristoffer Winters skatzman@bklwlaw.com 1193516420@filings.docketbird.com,docket@bklwlaw.com |
| Steven J. Katzman | on behalf of Interested Party Courtesy NEF skatzman@bklwlaw.com 1193516420@filings.docketbird.com,docket@bklwlaw.com |
| Timothy J Silverman | on behalf of Interested Party Scheer Law Group LLP, interested party tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com |
| Tobias S Keller | on behalf of Interested Party Lugano Diamonds & Jewelry Inc. tkeller@kellerbenvenutti.com |
| Traci L Shafroth | on behalf of Interested Party Lugano Diamonds & Jewelry Inc. tshafroth@kbkllp.com staff@kbkllp.com |
| Traci L Shafroth | on behalf of Interested Party Lugano Buyer Inc. tshafroth@kbkllp.com, staff@kbkllp.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Wendy A Locke | on behalf of Creditor White Mountain Capital Inc. ecfcacb@aldridgepite.com wlocke@ecf.inforuptcy.com |
| Wendy A Locke | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com wlocke@ecf.inforuptcy.com |

**2. SERVED BY UNITED STATES MAIL**:

On **October 21, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Simba IL Holdings, LLC
870 Roosevelt
Irvine, CA 92620-3663

Judge
Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/21/2026 | Denise Weiss | /s/ Denise Weiss |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |