David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Brett H. Ramsaur, State Bar No. 281566
brett@ramsaurlaw.com
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Counsel for Chapter 7 Trustee
Jeffrey I. Golden

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SIMBA IL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 8:25-bk-12616-MH<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Hearing Date, Time and Location:<br>DATE: December 2, 2026<br>TIME: 11:00 a.m.<br>PLACE: 6C<br>411 West Fourth Street<br>Santa Ana, California 92701<br><br>(Hearing to be conducted via ZoomGov) |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND DEBTOR'S COUNSEL, AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on December 2, 2026 at 11:00 a.m. in Courtroom 6C of the above-captioned court located at 411 West Fourth Street, Santa Ana, California, the Court will hear the *Motion for Order Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019* ("Motion") [Docket No. 373]. The hearing is



Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000 Fax (714)-966-1002

set in response to the objections filed by Compass Group Diversified Holdings LLC and Lugano Diamonds & Jewelry Inc. [Docket Nos. 393, 395].

Video and audio connection information for the hearing will be provided on Judge Houle's publicly posted hearing calendar, which may be viewed online at: https://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=MH.

Dated: October 29, 2026

GOLDEN GOODRICH LLP

By: */s/ Ryan W. Beall*
RYAN W. Beall
Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92628
Tel (714) 966-1000 Fax (714)-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 29, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **October 29, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2026 | David M. Fitzgerald | /s/ David M. Fitzgerald |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Anthony Bisconti tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Max Casal mcasal@shulmanbastian.com, avernon@shulmanbastian.com;twooten@shulmanbastian.com
Gabriel Colwell gabriel.colwell@squirepb.com,
juanita.vasquez@squirepb.com;peter.morrison@squirepb.com;Karen.graves@squirepb.com
John B Connor jack@johnbconnor.com
Matthew Tyler Davis tdavis@kbkllp.com
Karol K Denniston karol.denniston@squirepb.com,
travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
Don Fisher dfisher@ptwww.com, tblack@ptwww.com
Alan J Friedman afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
Todd S. Garan ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
George Gerro george@gerrolaw.com
Jeffrey I Golden (TR) lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
Michael D Good mgood@southbaylawfirm.com
David M Goodrich dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
Christopher J Harney charney@tocounsel.com, kmanson@tocounsel.com
Paul Jasper paul.jasper@ashurstperkins.com, david.kline@rimonlaw.com
Steven J. Katzman skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
Tobias S Keller tkeller@kellerbenvenutti.com
Jordan A Kroop jkroop@pszjlaw.com, rleibowitz@perkinscoie.com
Mette H Kurth mette.kurth@pierferd.com, mette-kurth-7580@ecf.pacerpro.com
Wendy A Locke ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
Richard A Marshack rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
Daniel J McCarthy dmccarthy@hillfarrer.com, sgedgaudas@hillfarrer.com;dflowers@hfbllp.com
Ali M. Mojdehi ali.mojdehi@mgr-legal.com
John Morris jmorris@pszjlaw.com
Peter R Morrison peter.morrison@squirepb.com,
cle_dckt@squirepb.com;susan.cannavino@squirepb.com;sarah.conley@squirepb.com;peter-r-morrison-9901@ecf.pacerpro.com
Marisol A Nagata CDCAECF@BDFGROUP.COM
Dakota Pearce dpearce@buchalter.com, pjolley@buchalter.com;docket@buchalter.com
Matthew D Pham mpham@allenmatkins.com, mdiaz@allenmatkins.com
Jeffrey N Pomerantz jpomerantz@pszjlaw.com
Brett Ramsaur brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
Allison M. Rego allison.rego@mgr-legal.com
Traci L Shafroth tshafroth@kbkllp.com, staff@kbkllp.com
Leonard M. Shulman lshulman@shulmanbastian.com,
bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
Timothy J Silverman tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
Edward A Treder cdcaecf@bdfgroup.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL:**

**Anton, Duraid**
1 Elk Grove Ln
Laguna Niguel, CA 92677

**Aronoff, Barry**
c/o Lance N Jurich/Loeb & Loeb LLP
10100 Santa Monica Blvd Suite 2200
Los Angeles, CA 90067

~~**Arvielo, Rick**~~
~~c/o Gabriel G Green - Buchalter APC~~
~~1000 Wilshire Blvd Suite 1500~~
~~Los Angeles, CA 90017-1730~~
NEF service

**Avina LLC**
c/o D. Enenstein-Enensten Pham
3200 Bristol St Suite 500
Costa Mesa, CA 92626

**Avina LLC and Global Innovations LLC**
Attn David B Zolkin
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd., Suite 730
Los Angeles, CA 90025

**Baclet, Charles**
1600 S Ocean Blvd Apt 2101
Pompano Beach, FL 33062-7710

**Belgium New York LLC c/o**
Patrick Papalia/Archer & Greiner PC
1211 Avenue of the Americas #2750
New York, NY 10036

**Benson, Julianne**
389 South Lake Drive #4G
Palm Beach, FL 33480

**Brandes, Adrienne**
919 Gardenia Way
Corona Del Mar, CA 92625

~~**Bryan Gadol**~~
~~c/o Paul Jasper~~
~~Perkins Coie, LLP~~
~~505 Howard Street, Suite 1000~~
~~San Francisco, CA 94105~~
NEF service

**Bucksbaum, Glenn**
303 Whitefish Hills Loop
Whitefish, MT 59937

**Campf, Anne and Darren**
4428 Irish Heights Drive
Summersville, WV 26651

**Cave, Deryk**
1196 E Cooper Avenue
Aspen, CO 81611

**Cave, Deryk**
50 Big Sky Resort Rd
Big Sky, MT 59716

**Champion Force**
c/o Leib M Lerner/Alston & Bird LLP
350 South Grand Ave 51st Floor
Los Angeles, CA 90071

**Channels, Cedric**
402 Esther St
Costa Mesa, CA 92627

**Charles J. Baclet, III**
Eric A. Browndorf, Esquire
Cooper Levenson, P.A.
1125 Atlantic Avenue
Atlantic City, NJ 08401

**Citibank, N.A.**
1000 Technology Drive
O'Fa11on, MO 63368-2240

**Cohen, Raymond**
c/o Jonathan Hersey/K&L Gates
1 Park Plaza Twelfth Floor
Irvine, CA 92614

~~**Compass Group Diversified Holdings LLC**~~
~~c/o Kyle Arendsen, Squire Patton Boggs (US) LLP~~
~~201 E. Fourth Street, Suite 1900~~
~~Cincinnati, OH 45202~~
NEF service

**Conway, Mark**
1221 W Coast Hwy Apt 114
Newport Beach, CA 92663-5051

**Coyne, Karen**
Karen Bedrosian Property Trust
2934 N Beverly Glen Circle #347
Los Angeles, CA 90077

**Dacus, Debbie**
5444 Candlewood Drive
Houston, TX 77056

~~**Darren Testa**~~
~~c/o Paul S. Jasper~~

~~PERKINS COIE LLP~~
~~505 Howard St., Suite 1000~~
~~San Francisco, CA 94105~~
NEF service

**Diamonds & Jewelry Inc c/o A Khan**
Brown, Neri, Smith & Khan LLP
11601 Wilshire Blvd Suite 2080
Los Angeles, CA 90025

~~**Drew Hoeven et al.**~~
~~c/o Timothy J. Silverman~~
~~85 Argonaut Suite 202~~
~~Aliso Viejo, CA 92656~~
NEF service

**Emmes, David**
655 Town Center Drive
Costa Mesa, CA 92626

**Ferder, Mordechai and Edit**
1501 Serenade Ter
Corona del Mar, CA 92625-1753

**Ferry, Anthony**
20 Pacifica Ste 1000
Irvine, CA 92618

**First Circle LLC**
c/o Randall Coffee Humphrey
3200 Park Center Drive Suite 950
Costa Mesa, CA 92626

**Flanders, Scott**
1425 Santa Barbara Drive
Newport Beach, CA 92660-6373

**Flanders, Scott**
PO Box 7859
Avon, CO 81620-7859

**Franchise Tax Board**
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

**Freedman, James**
11755 Wilshire Blvd
Los Angeles, CA 90025

~~**Fundamental Partners IV LP**~~
Incomplete

**Gadol, Bryan c/o Mark Eckard**
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Floor
Los Angeles, CA 90067

**Gadol, Bryan c/o Mark Eckard**
Raines Feldman Littrell LLP
824 N Market Street Suite 805
Wilmington, DE 19801

**Gadol, Bryan c/o Michelle Schindler**
Ferguson Schindler Law Firm
119 South Spring Street Suite 201
Aspen, CO 81611

**Gadol, Bryan-c/o Todd C Theodora**
Theodora Oringher PC
535 Anton Blvd Ninth Floor
Costa Mesa, CA 92626-7109

**Goldstein, Alon**
22287 Mulholland Hwy
Unit 254
Calabasas, CA 91302

**Grobstein Teeple LLP**
23832 Rockfield Blvd., Suite 245
Lake Forest, CA 92630

**Hazen, Cassandra and Paul**
c/o Joanna Marie Myers
9465 Wilshire Blvd Suite 300
Beverly Hills, CA 90212

**Hoeven, Drew**
3 Cape Andover
Newport Beach, CA 92660

**Holzer, Rusty - c/o B Capitummino**
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NY 14604

**Internal Revenue Service, CIO**
2970 MARKET STREET
PHILADELPHIA, PA 19101-7346

**Karen Bedrosian Separate Property Trust**
2934 N Beverly Glen Circle, Unit 347
Los Angeles, CA 90077

**Kelsey, Kaci**
110 Westminster Road
West Palm Beach, FL 33405

**Klein, Bill**
60 Linda Isle
Newport Beach, CA 92660

**Kraus, Ken c/o Jeff Augustini**
Law Office of Jeff Augustini
100 Bayview Circle Suite 210
Newport Beach, CA 92618

~~**Kure It Cancer Research**~~
~~c/o Timothy J. Silverman~~
~~85 Argonaut Suite 202~~
~~Aliso Viejo, CA 92656~~
NEF service

**Lee, Robert**
BBD 2012 Gift Trust
72-2763 Uluweuweu Aksum Place
Kailua Kona, HI 96734

**Levasque, Matt**
5893 Lakeview
Yorba Linda, CA 92886

**Li, Peter**
19211 Croyden Ter
Irvine, CA 92603-3537

**Locksley, John**
185 West End Avenue Unit 9A
New York, NY 10023

**Look-Mazza, Mona**
344 West Reds Road
Aspen, CO 81611

**Lugano Buyer, Inc.**
c/o Christoph Pachler
620 Newport Center Drive Suite 100
Newport Beach CA 92660

**Lugano Buyer, Inc.**
301 Riverside Avenue
Second Floor
Westport, CT 06880

**Lugano Diamonds & Jewelry Inc.**
c/o Christoph Pachler
620 Newport Center Drive Suite 100
Newport Beach CA 92660

**Matthew Levesque**
c/o Randall Coffee Humphrey LLP
3200 Park Center Drive, Suite 9000
Costa Mesa, CA 92626

**McCall, Marianne**
188 Ludlow Street Apt 21J
New York, NY 10002

**McHenry, Troy**
10917 Earth Hues
Las Vegas, NV 89135

**McMacken, Ron**
1660 South Ocean Blvd
Manalapan, FL 33462-6210

**Michael A. Smith**
1585 Atoka Road
Marshall, VA 20115

**Moens, Lawrence**
2335 S Ocean Blvd
Palm Beach, FL 33480

**Moler, Bill**
10342 Mohawk Road
Leawood, KS 66202

**N.B.S. Diamonds c/o Gerald L. Kroll**
Kroll Law
970 W. Broadway, Suite E-200
Jackson, WY 83001

**N.B.S. Diamonds c/o Joseph M. Kar**
Law Office of Joseph M. Kar PC
15250 Ventura Blvd Suite PH-1220
Sherman Oaks, CA 91403

**OConnell, Kevin**
1714 Starlight Cir
Newport Beach, CA 92660-4340

~~**Office of the U.S. Trustee**~~
~~915 Wilshire Blvd Suite 1850~~
~~Los Angeles, CA 90017~~
NEF service

**Perl, Daniel c/o Omar J. Yassin**
Yassin Law APC
1010 E. Union Street Suite 201
Pasadena, CA 91106

**Phillips, Andy**
2900 Bristol Street
Costa Mesa, CA 92626

**Presutti, Dana**
424 Park Circle
Aspen, CO 81611

**Raymond W. Cohen**
c/o Jonathan P. Hersey, Esq. - K&L Gates
1 Park Plaza, 12th Floor
Irvine, CA 92614

**Reeves & Weiss LLP**
Attn: Jeffrey H. Reeves
3333 Michelson Dr Suite 300
Irvine CA 92612

~~**Richard Marshack, Chief Restructuring Officer**~~
~~c/o Marshack Hays Wood LLP~~
~~Attn: K. Thagard~~
~~870 Roosevelt~~
~~Irvine CA 92620~~
NEF service

**Rodan, Ammon**
21 Orinda Way
Suite C-381
Orinda, CA 94563

**Rothstein, Adam**
17 Covlee Drive
Westport, CT 06880

**Royal T Diamonds Group Ltd.**
Attn: David Patish, CEO
1 Jabotinksy
RAMAT GAN, 525001 IL

~~**Ruberti, Lisa**~~
Incomplete Address

**Ruberti, Lisa**
c/o Gogo & Moore LLC
505 E Hyman Avenue
Aspen, CO 81911

**Shelly, Damon**
9881 Research Drive
Irvine, CA 92618

**Sherlock, Tina & Russ**
1416 W Main Street
Carmel, IN 46032

**Sherwood, Steve**
54 Golden Eagle
Irvine, CA 92603

~~**Shulman Bastian Friedman Bui & O'Dea LLP**~~
~~100 Spectrum Center Drive, Ste. 600~~
~~Irvine, CA 92618~~
NEF service

**Simon, Ron**
620 Newport Center Drive
Newport Beach, CA 92660

**Simon, Scott**
641 St James Road
Newport Beach, CA 92663

**Simon, Vonda & Scott**
29230 Paseo Carmona
San Juan Capistrano, CA 92675

**Smith, Mike**
1585 Attoka Road
Marshall, VA 20115

**Soni, Ashish**
1908 N Fremont Street
Chicago, IL 60614-5017

**Stack, Jeff**
3501 Jamboree Road
Suite 6000
Newport Beach, CA 92660

**Strawbridge, George**
3801 Kennet Pike
Wilmington, DE 19807

**Summers, Jim**
282 Locha Drive
Jupiter, FL 33458

**Sutherland, Anne & Grant**
151 Ranch Creek Lane
Carbondale, CO 81623

**Sutherland, Anne & Grant**
61070 Minaret Circle
Bend, Oregon 97702

**Sydney Holdings Limited**
c/o B. Capitummino - Woods Oviatt
1900 Bausch & Lomb Place
Rochester, NY 14604

**Sydney Holdings Limited c/o J Levin**
Glaser Weil Fink Howard Jordan et al

10250 Constellation Blvd 19th Floor
Los Angeles, CA 90067

**Tedori, Fred**
48 Ritz Cove Drive
Dana Point, CA 92629

**Testa, Darren c/o M. Schindler**
Ferguson Schindler Law Firm
119 South Spring Street Suite 201
Aspen, CO 81611

**Testa, Darren c/o Mark Eckard**
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Floor
Los Angeles, CA 90067

**Testa, Darren c/o Mark Eckard**
Raines Feldman Littrell LLP
824 N. Market Street, Suite 805
Wilmington, DE 19801

**Testa, Darren c/o Todd C Theodora**
Theodora Oringher PC
535 Anton Blvd Ninth Floor
Costa Mesa, CA 92626-7109

~~**The Arvielo Family Trust**~~
~~c/o Dakota Pearce~~
~~Buchalter, A Professional Corporation~~
~~1420 5th Avenue, Suite 3100~~
~~Seattle, WA 98101~~
NEF service

~~**The Stack Revocable Trust Dated July 30, 2009**~~
~~c/o Matthew D. Pham~~
~~Allen Matkins Leck Gamble Mallory & Nats~~
~~865 S. Figueroa Street, Suite 2800~~
~~Los Angeles, CA 90017~~
NEF service

**U.S. Securities and Exchange Commission**
950 East Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326-1382

**US Bank**
PO Box 790179
St Louis, MO 63179

**Wang, Angi**
c/o Gogo & Morre LLC
505 E Hyman Avenue
Aspen, CO 81611

~~**Wang, Angi**~~
Incomplete Address

**Wazana, Avi c/o Darren Enenstein**
Enenstein Pham Glass & Rabbat
8439 W Sunset Blvd Suite 300
Los Angeles, CA 90069

~~**White Mountain Capital Inc**~~
~~C/O Aldridge Pite, LLP~~
~~3333 Camino del Rio South, Suite 225~~
~~San Diego, CA 92108~~
NEF service

~~**Winters, Kristopher c/o S. Katzman**~~
~~Bienert Katzman Littrell Williams LLP~~
~~903 Calle Amanecer Ste 350~~
~~San Clemente, CA 92673~~
NEF service

**Wolfe, Bill**
525 S Flagler Drive PH2 C/D
West Palm Beach, FL 33401

**Honorable Mark D. Houle**
United States Bankruptcy Court
Central District of California
411 W. Fourth Street, Suite 6135/Ctrm 6C
Santa Ana, CA 92701-4593

**Simba IL Holdings, LLC, a Delaware limited liability company**
890 Roosevelt
Irvine, CA 92618